# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
### GREENVILLE DIVISION

|  |  |
|---|---|
| ZIPIT WIRELESS INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BLACKBERRY LIMITED f/k/a RESEARCH ) <br> IN MOTION LIMITED and BLACKBERRY ) <br> COPORATION f/k/a RESEARCH IN ) <br> MOTION CORPORATION, ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 6:13-cv-2959-JMC <br><br> **CONSENT MOTION FOR AN EXTENSION OF TIME** |

Pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule 6.01, Plaintiff respectfully moves this Court to grant a 45-day extension of time for Defendants to respond to Plaintiff's Complaint.

1. Plaintiff Zipit Wireless Inc. ("Zipit") commenced this action on October 30, 2013.

2. On November 6, 2013, Zipit served the Summons and Complaint on defendant Blackberry Corporation.

3. Defendant Blackberry Limited has not yet been served with the Summons and Complaint.

4. The current deadline for defendant Blackberry Corporation to answer or otherwise respond to Plaintiff's Complaint is November 27, 2013.

5. Zipit has consented and agreed to Defendants request to seek a 45-day extension of time for Defendants to answer or otherwise respond to the Complaint.

-2-

6.  In exchange for Zipit's agreement, defendant Blackberry Limited has agreed to waive service of the Summons and Complaint and to deem that service on Blackberry Limited had occurred on November 6, 2013.

7.  If the Court grants this motion for an extension of time, the new deadline for Defendants to answer or otherwise respond to the Complaint would be January 13, 2014.

8.  Defendants have not yet retained local counsel for this action.  Accordingly, Plaintiff Zipit is filing this motion pursuant to Defendants' request.  Defendants have consented to this motion and the extension requested herein.

WE CONSENT:

ROPES & GRAY LLP

/s/  SIGNATURE_____
Andrew N. Thomases (Fed. ID No. **** )
(*Pro hac vice* application to be filed)
Email:  Andrew.Thomases@ropesgray.com
1900 University Avenue 6th Floor
East Palo Alto, CA 94303-2284
Telephone:  (650) 617 4000
Facsimile:  (650) 617 4090
*Attorneys for Defendants*

Gene W. Lee (Fed. ID No. ****)
(*Pro hac vice* application to be filed)
Email:  Gene.Lee@ropesgray.com
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY 10036
Telephone:  (212) 596-9000
Facsimile:  (212) 596-9090
*Attorneys for Defendants*

Greenville, South Carolina
Dated:  November 25, 2013

WE MOVE:

FOSTER LAW FIRM, LLC

/s/  SIGNATURE /s/ Robert P. Foster__
Robert P. Foster (Fed. ID No. 873 )
Email:  rfoster@fosterfoster.com
601 East McBee Avenue, Suite 104
Greenville, SC 29601
Telephone:  (864) 242-6200
Facsimile:  (864) 233-0290
*Attorneys for Plaintiff*

Stephen R. Risley (Fed. ID No. **** )
(*Pro hac vice* application to be filed)
Email: srisley@srtslaw.com
SMITH RISLEY TEMPEL & SANTOS LLC
Two Ravinia Drive, Suite 700
Atlanta, GA 30346
Telephone:  (770) 709-0022
Facsimile:  (770) 804-0900
*Attorneys for Plaintiff*