# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# GREENVILLE DIVISION

| | |
|---|---|
| ZIPIT WIRELESS, INC., ) | Civil Action No. 6:13-cv-2959-JMC |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| BLACKBERRY LIMITED et al., ) | **ORDER GRANTING PLAINTIFF'S CONSENT MOTION FOR AN EXTENSION OF TIME** |
| ) | |
| Defendants. ) | |

The Court enters the following Order granting Plaintiff's Consent Motion for an Extension of Time.

On November 25, 2013, Plaintiff Zipit Wireless Inc. moved on behalf of Defendants Blackberry Limited and Blackberry Corporation for a 45 day extension of time from November 27, 2013 for Defendants to respond to Plaintiff's Complaint. Defendants consented to the relief requested in that Motion.

Plaintiff has shown good cause for the relief requested in its Motion. Therefore, Plaintiff's motion for an extension of time is GRANTED. Defendants' response to Plaintiff's Complaint is due on or before January 13, 2014.

IT IS SO ORDERED.

BY THE COURT

*J. Michelle Childs*

The Honorable J. Michelle Childs
United States District Judge

November 25, 2013
Greenville, South Carolina

-1-