# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
## GREENVILLE DIVISION

|  |  |
|---|---|
| ZIPIT WIRELESS INC., | ) |
| Plaintiff, | ) Civil Action No. 6:13-cv-2959-JMC |
| v. | ) |
| BLACKBERRY LIMITED f/k/a RESEARCH IN MOTION LIMITED and BLACKBERRY CORPORATION f/k/a RESEARCH IN MOTION CORPORATION, | ) |
| Defendants. | ) |

### DEFENDANTS BLACKBERRY LIMITED AND BLACKBERRY CORPORATION'S RESPONSES TO THE COURT'S INTERROGATORIES PURSUANT TO LOCAL CIVIL RULE 26.01

Pursuant to Local Civil Rule 26.01, Defendants BlackBerry Limited and BlackBerry Corporation (collectively, "BlackBerry") provide the following responses to the Court's Interrogatories. These responses are based on information now reasonably available to BlackBerry, and represent a good-faith effort to identify information BlackBerry reasonably believes to be required by Local Civil Rule 26.01. BlackBerry notes that formal discovery is in its very early stages. BlackBerry's investigation is ongoing, and accordingly, BlackBerry reserves the right to supplement, amend or correct these responses, if necessary, based on its continuing investigation and discovery.

1

**(A)     State the full name, address, and telephone number of all persons or legal entities who may have a subrogation interest in each claim and state the basis and extent of said interest.**

RESPONSE:  Based on BlackBerry's current information, BlackBerry is unaware of any subrogation interest in any pending claim. According to the U.S. Patent and Trademark Office Assignment database, U.S. Patent Nos. 7,894,837 and 8,190,694 (the "patents-in-suit") are subject to a security agreement with nonparty Venture Lending & Leasing VI, Inc., 104 La Mesa Drive, Suite 102, Portola Valley, CA 94028. BlackBerry is unaware of the terms of this agreement or its applicability to the pending claims.

**(B)     As to each claim, state whether it should be tried jury or nonjury and why.**

RESPONSE:  BlackBerry acknowledges Plaintiff's demand for a jury, but reserves the right to have the Court decide one or more of BlackBerry's defenses as a matter of law.

**(C)     State whether the party submitting these responses is a publicly owned company and separately identify: (1) each publicly owned company of which it is a parent, subsidiary, partner, or affiliate; (2) each publicly owned company which owns ten percent or more of the outstanding shares or other indicia of ownership of the party; and (3) each publicly owned company in which the party owns ten percent or more of the outstanding shares.**

RESPONSE:  BlackBerry Limited is a publicly owned company. BlackBerry Limited has no publicly owned parent, subsidiary, partner, or affiliate. No publicly owned company owns 10% or more of its stock.

BlackBerry Corporation is a wholly-owned subsidiary of BlackBerry Limited. BlackBerry Limited is the only publicly owned company that owns 10% or more of BlackBerry Corporation. BlackBerry Corporation has no publicly owned subsidiary, partner, or affiliate.

**(D)     State the basis for asserting the claim in the division in which it was filed (or the basis of any challenge to the appropriateness of the division). See Local Civil Rule 3.01.**

RESPONSE:  BlackBerry does not contest Plaintiff's designation of the Greenville Division over any other division in this district, but reserves its right to contest the District of South Carolina as proper venue for this action.

**(E)     Is this action related in whole or in part to any other matter filed in this District, whether civil or criminal? If so, provide: (1) a short caption and the full case number of the related action; (2) an explanation of how the matters are related; and (3) a statement of the status of the related action. Counsel should disclose any cases which *may be* related regardless of whether they are still pending. Whether cases *are* related such that they should be assigned to a single judge will be determined by the Clerk of Court based on a determination of whether the cases: arise from the same or identical transactions, happenings, or events; involve the identical parties or property; or for any other reason would entail substantial duplication of labor if heard by different judges.**

RESPONSE:  Based on BlackBerry's current information, the above captioned action is not related in whole or in part to any other matter filed in this District.

3

**(F)     If the defendant is improperly identified, give the proper identification and state whether counsel will accept service of an amended summons and pleading reflecting the correct identification.**

RESPONSE:  BlackBerry Limited's principal place of business is improperly identified in the complaint. Its principal place of business is located at 2200 University Avenue East, Waterloo, Ontario, Canada N2k 0A7. BlackBerry Corporation's principal place of business is also improperly identified in the complaint. Its principal place of business is located at 5000 Riverside Drive, Irving, TX 75039. Counsel will accept service of amended pleadings.

**(G)     If you contend that some other person or legal entity is, in whole or in part, liable to you or the party asserting a claim against you in this matter, identify such person or entity and describe the basis of said liability.**

RESPONSE:  Based on BlackBerry's current information, BlackBerry is unaware of any party liable to Plaintiff or BlackBerry in this matter.

January 13, 2014

                                        Respectfully submitted,

                                        **HAYNSWORTH SINKLER BOYD, P.A.**

                                        By:  s/ Steve A. Matthews
                                               Steve A. Matthews
                                               Federal ID No. 5119
                                               smatthews@hsblawfirm.com
                                        1201 Main Street (29201-3226)
                                        P.O. Box 11889 (29211-1889)
                                        Columbia, South Carolina
                                        803.779.3080

                                        *Counsel for defendants*

**OF COUNSEL**:
*(Motions for pro hac vice admission pending)*
Andrew N. Thomases
ROPES & GRAY LLP
1900 University Avenue 6th Floor
East Palo Alto, CA 94303-2284
(650) 617 4000

Gene W. Lee
Todd M. Simpson
Matthew J. Moffa
Kyotaro Hemmi
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY  10036-8704
(212) 596-9000