**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION**

| | |
|---|---|
| ZIPIT WIRELESS INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BLACKBERRY LIMITED f/k/a RESEARCH ) <br> IN MOTION LIMITED and BLACKBERRY ) <br> CORPORATION f/k/a RESEARCH IN ) <br> MOTION CORPORATION, ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 6:13-cv-2959-JMC <br><br> **JOINT STATUS REPORT** |

**JOINT STATUS REPORT**

Plaintiff Zipit Wireless Inc. ("Zipit") and Defendants BlackBerry Limited and BlackBerry Corporation (collectively, "BlackBerry") respectfully submit this Joint Status Report pursuant to the Court's February 18, 2015 request.

On October 2, 2014, the Court stayed this action "until two weeks after the Patent Trial and Appeals Board ("PTAB") issues its last decision on whether to institute review of the four patents-in-suit in this litigation pursuant to BlackBerry's four *inter partes* review petitions." (Dkt. No. 55.) As of the date of this filing, the PTAB had not issued any institution decisions. The parties should receive the institution decisions from the PTAB by April 2, 2015. The parties will inform the Court of the PTAB's decisions on institution when they are received and will also, at that time, confer for the purpose of proposing to the Court appropriate next steps in this action.

Prior to this action being stayed, the parties exchanged infringement contentions, invalidity contentions, and claim constructions for the disputed claim terms, and filed the Joint

1

Claim Construction And Pre-Hearing Statement (Dkt. No. 50) in accordance with the Court's Amended Scheduling Order (Dkt. No. 31). In addition, the Parties have produced documents and participated in written discovery, but no depositions have been taken.

RESPECTFULLY SUBMITTED:

| Attorneys for Plaintiff<br>ZIPIT WIRELESS, INC. | Attorneys for Defendants BLACKBERRY LIMITED and BLACKBERRY CORPORATION |
|---|---|
| By: s/ Robert P. Foster | By: s/ Steve A. Matthews |
| Robert P. Foster<br>rfoster@fosterfoster.com<br>**FOSTER LAW FIRM, LLC**<br>601 East McBee Avenue<br>Suite 104<br>Greenville, SC 29601<br>(864) 242-6200 | Steve A. Matthews<br>Federal ID No. 5119<br>smatthews@hsblawfirm.com<br>**HAYNSWORTH SINKLER BOYD, P.A.**<br>1201 Main Street (29201-3226)<br>P.O. Box 11889 (29211-1889)<br>Columbia, South Carolina<br>(803) 779-3080 |
| **OF COUNSEL**: | **OF COUNSEL**: |
| (*Admitted pro hac vice*)<br>Stephen R. Risley<br>**SMITH RISLEY TEMPEL & SANTOS LLC**<br>Two Ravinia Drive, Suite 700<br>Atlanta, GA 30346<br>(770) 709-0022 | (*Admitted pro hac vice*)<br>Andrew N. Thomases<br>**ROPES & GRAY LLP**<br>1900 University Avenue, 6th Floor<br>East Palo Alto, CA 94303-2284<br>(650) 617 4000 |
| (*Admitted pro hac vice*)<br>Matthew S. Harman<br>Eric S. Fredrickson<br>**HARMAN LAW LLC**<br>3414 Peachtree Road NE<br>Suite 1250<br>Atlanta, Georgia 30326<br>(404) 554-0777 | (*Admitted pro hac vice*)<br>Gene W. Lee<br>Todd M. Simpson<br>Matthew J. Moffa<br>Kyotaro Hemmi<br>**ROPES & GRAY LLP**<br>1211 Avenue of the Americas<br>New York, NY 10036-8704<br>(212) 596-9000 |

Greenville, South Carolina
Dated: February 27, 2015