# EXHIBIT 1

**NETWORK**
The largest and fastest national wireless data network. The largest U.S. provider on the global standard.

**EXPERTISE**
Our people and partners make wireless work for more businesses than any other wireless carrier.

**APPLICATIONS**
The broadest and deepest portfolio of wireless business solutions.

**SERVICE**
24/7 enterprise-grade support. And a service staff dedicated solely to business people.

# right now keeps adidas® running at full speed.



Only Cingular gives adidas sales representatives instant access to account histories and customer data. Thanks to Cingular's ALLOVER™ network, the largest digital voice and data network in America, adidas field representatives can check inventory, place online orders, and send data securely from almost anywhere in the country. The result? Increased sales and decreased marketing costs. In the race to become the global sporting goods leader, Cingular gives adidas the competitive edge.

CINGULAR MAKES BUSINESS RUN BETTER

cingular
raising the bar

Find out how Cingular can make your business run better:

**Call 1-866-4CWS-B2B** **Call your account representative** **Click cingular.com/businessleader**

Cingular's ALLOVER™ data network covers over 250 million people and is growing. Coverage is not available in all areas. Global coverage based on coverage in 174 countries. Fastest claim compares Cingular's measured speed of its EDGE network to other carriers' speed claims for their national data networks. All marks property of their respective owners. ©2005 Cingular Wireless. All rights reserved.



ADAMS RESPIRATORY THERAPEUTICS™




**That's why there's Mucinex.**

**When you're congested** and mucus settles into your chest, it's tough to get it out. That's why you need Mucinex. Only Mucinex has a dual-release formula that is specially made to loosen, thin out and break up the mucus that causes congestion. Just one pill lasts up to 12 hours—that's much longer than those messy, sticky syrups. So when mucus happens to you, make sure you've got Mucinex.




Mucinex®
Mucinex in. Mucus out.

Visit www.mucinex.com

© 2005, Adams Respiratory Therapeutics, Inc., Chester, NJ 07930. Use as directed.




**BEST INVENTIONS** From ballroom-dancing robot to psychedelic ant farm, the future is here—and it's far stranger than fiction ......**69**

The hydrogen-powered ENV can travel 100 miles on $4

PHOTOGRAPH FOR TIME BY TOM STOCKILL; COURTESY OF ZMP INC.




| Invention of the Year | The Most Amazing Inventions | Tech Buyer's Guide | Online Music Guide | Web Shopping Guide |
|---|---|---|---|---|
| 70 | 74 | 102 | 116 | 120 |




ROBERT GALLAGHER FOR TIME

**30▲ Arizona's Napolitano makes our list of top Governors**



TODD HEISLER—ROCKY MOUNTAIN NEWS

**42 Major Beck tells families the worst of all news**




JAMAL NASRALLAH—EPA



COURTESY OF WARNER BROS.

**132 Clooney plays an ex-CIA agent in *Syriana***

**48◄ Jordanian citizens protest terrorism after three hotel bombings kill at least 57 people**

COVER: *Clockwise from top left: photograph for* TIME *by Jens Mortensen; photograph courtesy of Toshiba; photograph for* TIME *by Nicholas Eveleigh; photograph courtesy of Purdue University; photograph for* TIME *by James Wojcik; photograph courtesy of Takao Someya Group—University of Tokyo; photograph for* TIME *by Russel Wong—Corbis; photograph for* TIME *by Nicholas Eveleigh; photograph for* TIME *by Jun Takagi; photograph for* TIME *by Nicholas Eveleigh*

# TIME

November 21, 2005/Vol. 166, No. 21


**FROM THE EDITOR:** Forty great gizmos plus a contest to elicit more ......**6**
**10 QUESTIONS:** Ahmad Chalabi......**8**
**LETTERS** ......**10**

**NOTEBOOK**
**POLITICS:** Bush's new nemesis; death of a bombmaker ......**21**
**MILESTONES** ......**27**
**IN THE ARENA:** Joe Klein on Democrats as the new big-idea people......**29**

**NATION**
**GOVERNORS:** The best and worst in the country ......**30**
**INVESTIGATION:** Did the CIA commit homicide at Abu Ghraib? It's a secret ..**38**
**WHITE HOUSE MEMO:** Tough times for Cheney ......**40**
**WAR DEAD:** Marine Major Steve Beck accompanies fallen comrades home ...**42**

**WORLD**
**TERROR IN JORDAN:** Why Iraq-based violence could be going regional......**48**
**FRENCH FALLOUT:** How Nicolas Sarkozy may be the riots' political winner......**50**
**PIRATES:** High-seas brigandage is up, raising fears terrorists will join in......**52**
**NORTH KOREA:** Rare images ......**54**
**LETTER FROM KABUL:** Golf, anyone? ..**58**

**SOCIETY**
**ISLAM IN AMERICA:** A Virginia imam leads his flock while aiding the FBI ......**60**

**SCIENCE**
**DOWN SYNDROME:** An early test may lead to more first-trimester abortions....**64**

**SPORT**
**AGENTS:** Is Drew Rosenhaus brasher than his client Terrell Owens?......**67**

**ARTS**
**MOVIES:** *Syriana's* strange journey...**132**
**PHOTOGRAPHY:** Legacy of a royal lensman, Lord Lichfield......**136**

**YOUR TIME**
**STYLE:** Prefab solar houses ......**155**
**TRAVEL:** Guidebooks' top eats......**156**
**HEALTH:** A new home HIV test......**158**

**PEOPLE:** Quizzing John Malkovich...**161**
**ESSAY:** Why France is on fire ......**162**


TIME (ISSN 0040-781X) is published weekly, except for two issues combined at year-end by Time Inc. Principal Office: Time & Life Building, Rockefeller Center, New York, N.Y. 10020-1393. Ann S. Moore, Chairman, CEO; Richard Atkinson, Treasurer; John S. Redpath Jr., Secretary. Periodicals postage paid at New York, New York, and at additional mailing offices. © 2005 Time Inc. All rights reserved. Reproduction in whole or in part without written permission is prohibited. TIME and the Red Border Design are protected through trademark registration in the United States and in the foreign countries where TIME magazine circulates. The basic rate for a one-year subscription to TIME is $59. **Subscribers:** If the Postal Service alerts us that your magazine is undeliverable, we have no further obligation unless we receive a corrected address within two years. POSTMASTER: Send address changes to TIME, P.O. Box 30601, Tampa, Florida 33630-0601. **CUSTOMER SERVICE AND SUBSCRIPTIONS—For 24/7 service, please use our website: *www.time.com/customerservice.*** You can also call 1-800-843-TIME or write to TIME at P.O. Box 30601, Tampa, Florida 33630-0601. **Mailing List:** We make a portion of our mailing list available to reputable firms. If you would prefer that we not include your name, please call, or write us at P.O. Box 60001, Tampa, Florida 33630, or send us an e-mail at *privacy@time.customersvc.com*. Printed in the U.S.

# Our Search for Amazing Inventions

BEING AN INVENTOR HAS NEVER BEEN EASY—JUST ASK ANYONE who's spent a lifetime chasing the next great brainstorm. But when you dream up something truly grand, it can make all the false starts and trial runs worth the trouble. For proof of that, you need merely ask the creators of the 40 examples of inventive genius featured in this week's issue. TIME has spent more than six months surveying fields as diverse as electronics, aeronautics, medical technology, sports equipment, toys, clothing and food looking for the newest—and most inspired—ideas of the year.

If the doorway that conforms to the shape of your body doesn't appeal to you, how about the one-use, recyclable camcorder? If not that, how about the contact-lens sunglasses or the around-the-world airplane or the implantable bandage or the robot exoskeleton that can help the elderly and the disabled walk?

But products that have actually made it off the manufacturing floor are not all we're after. We're also interested in the great ideas to come—the ones still in the back of someone's mind but slowly taking form. For that reason, TIME is proud to be partnering with the History Channel and the National Inventors Hall of Fame to sponsor the Modern Marvels Invent Now Challenge. From now through Dec. 31, budding inventors can submit their ideas to *historychannel.com/invent*. Next April, 25 semifinalists will be invited to exhibit what they've come up with at a national design exposition and participate in a daylong seminar with veterans of the invention field. Four finalists will then be selected to receive cash grants and appear on the History Channel. One of those four will be named the 2006 Modern Marvel of the Year champ and receive a $25,000 grant to help bring the winning product to market.





ROGER RESSMEYER—CORBIS; BELOW: DAVID PAUL MORRIS—GETTY IMAGES

**INVENTOR Apple co-founder Steve Wozniak in 1983 with the Apple IIe, which would be produced for a decade, and, right, in 2005**

Judging the contest will be a group of journalists and innovators, including TIME.com editor Joshua Macht, who edited this week's cover package. And helping promote the contest (and perhaps judge some of the entries) is a man who knows a little bit about inventing great things: Steve Wozniak, co-founder of Apple Computer and co-creator of its first products. "True inventors aren't necessarily trying to cause a sea change in society," he says. "They're just trying to solve a problem. Still, I think this contest is going to attract a lot of great ideas, some of which could change the way people live their lives." So, which inventions in the past five years does the man known as Woz think fill that bill? "The TiVo," he says, "digital cameras, some of the advances in nanotech." And he adds, with a nod to his technological pedigree, "The iPod would qualify as one of those too."

*James Kelly, Managing Editor*

**TAKE OUR QUIZ**
**Can you guess what this new invention is?**
**A. The next generation of robot hand**
**B. The latest design for artificial hands for humans**
**C. A new kind of robot sensor skin**
**D. An electronic ski glove that stores MP3s**
**To see the answer and take the complete Inventions Quiz, go to *time.com/quiz***



TAKAO SOMEYA GROUP—UNIVERSITY OF TOKYO

**TIME ONLINE EDITION** Once you've read this week's Most Amazing Inventions package, go to **time.com** to tell us what you think of this year's crop. Rate the inventions, take our quiz and give us your picks for the best of 2005.

**TIME'S COOLEST INVENTIONS REDUX**
What do Apple's iTunes Music Store, Burt Rutan's SpaceShipOne and the AbioCor artificial heart have in common? All were once named TIME's Invention of the Year. See these and all of our coolest inventions from the past five years at **time.com/inventions.**

**RATE YOUR FAVORITE** Go to **time.com** to rank our best-inventions picks

MODERN MARVELS invent now CHALLENGE

**TAP YOUR INNER EDISON**
TIME partners with the History Channel and the National Inventors Hall of Fame to sponsor the Modern Marvels Invent Now Challenge. Go to **historychannel.com/invent** before Dec. 31 to enter.



TIME journalists appear regularly on PBS with Charlie Rose, one of America's premier interviewers, to discuss the events of the week and the major stories being covered by the magazine. See **www.charlierose.com** for up-to-date schedules, more program information and transcripts of past shows.

Charlie rose

# THE MOST AMAZING INVENTIONS 2005

So you thought you had everything you ever wanted? Wrong. Our pages are brimming with bright ideas.



Sony PSP



Michelin's Tweel airless tire

**PLUS: COOL TECH GIFTS, AN ONLINE MUSIC GUIDE AND WHERE TO SHOP ON THE WEB**



Fischer Magnetic Speed tennis racquet

Toyota i-unit



**TIME ONLINE EDITION**

What have we missed? Tell us about your favorite invention at **time.com.** And look through past inventions issues in our archive.

CLOCKWISE FROM BOTTOM LEFT: PHOTOGRAPHS FOR TIME BY DENNIS GALANTE (2); NICHOLAS EVELEIGH AND JUN TAKAGI

# BYE-BYE, WIRES

**These wireless gadgets will help keep you connected to everything from the local weather to satellite radio**

Your cell phone, satellite dish and laptop were the beginning of the revolution. But this is the year wireless devices got smart. New satellite radios let you save broadcasts to enjoy later. With handheld devices, you can continue instant messaging even after your computer goes to sleep. And pager technology allows you to tap into high-tech weather facilities from your kitchen countertop.












**Sirius S50 Portable Music Player**
Record Sirius satellite radio to take with you on the subway or plane, where the service isn't available. You can sort saved songs by artist or title. **sirius.com**
**$360 (service extra)**

**Samsung XM NeXus Music Player**
Like the Sirius product above, this portable player for XM subscribers stores satellite-radio broadcasts—and MP3s—to listen to on the move. **samsung.com**
**Available early 2006**

**K-Byte Zipit Wireless Messenger**
For wi-fi homes, this pocket-size instant messenger connects to AIM, Yahoo! or MSN and is a good way to keep the kids from fighting over the PC. **radioshack.com**
**$100**

**Oregon Scientific Weather Station**
Because it receives regional info and National Weather Service alerts via MSN Direct, you get a full visual weather report at a glance. **www2.oregonscientific.com**
**$200**



**Uniden Internet Phone for Vonage**
his is one of the first main-ream phones built for the ew wave of "voice over IP" roadband phone services. s with other Uniden odels, additional hand-ets don't require their own hone jacks. **uniden.com**
**190 (service extra)**