**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**GREENVILLE DIVISION**

| | |
|---|---|
| ZIPIT WIRELESS INC.,<br><br>Plaintiff,<br><br>v.<br><br>BLACKBERRY LIMITED f/k/a RESEARCH IN MOTION LIMITED and BLACKBERRY CORPORATION f/k/a RESEARCH IN MOTION CORPORATION,<br><br>Defendants. | Civil Action No. 6:13-cv-2959-JMC<br><br>**JURY TRIAL DEMANDED** |

**BLACKBERRY'S NOTICE OF FILING AFFIDAVIT OF CUSTODIAN FOR THE INTERNET ARCHIVE**

Pursuant to the Court's Amended Scheduling Order (ECF No. 104), Defendants BlackBerry Limited and BlackBerry Corporation (collectively, "BlackBerry") attach for filing in the above matter the Records Custodian Affidavit of Chris Butler, Office Manager of the Internet Archive.

March 27, 2017

**Attorneys for Defendants BLACKBERRY LIMITED and BLACKBERRY CORPORATION**

By: *s/Steve A. Matthews*
Steve A. Matthews
Steve A. Matthews
Federal ID No. 5119
smatthews@hsblawfirm.com
**HAYNSWORTH SINKLER BOYD, P.A.**
1201 Main Street (29201-3226)
P.O. Box 11889 (29211-1889)
Columbia, South Carolina
(803) 779-3080

**OF COUNSEL**:
(*Admitted pro hac vice*)
Russell Hayman (CA Bar 110643)
Jon Dean (CA Bar 184972)
Tala Jayadevan (CA Bar 288121)
**McDERMOTT WILL & EMERY LLP**
2049 Century Park East, Suite 3800
Los Angeles, CA 90067
(310) 551-9334

(*Admitted pro hac vice*)
Leigh Martinson (MA Bar No. 658699)
**McDERMOTT WILL & EMERY LLP**
28 State Street
Boston, MA 02109
(617) 535 4074

(*Admitted pro hac vice*)
Casey J. Campbell (IL Bar 6318370)
**McDERMOTT WILL & EMERY LLP**
227 West Monroe Street
Chicago, IL 60606
(312) 372-2000

DM_US 80869545