# Exhibit A

Messenger

Yahoo! - Acct Info - Sign Out

# Messenger Help

Yahoo! Messenger > Messenger Help > Windows Messenger Help >

## Related Links

· Help Using Messenger

## Further Reading

· Yahoo! How-to

## User-to-User Help

· Are you a whiz with Yahoo! Messenger? Want to ask other Messenger users for tips and tricks? Check out Yahoo! Experts.

## Search Yahoo! Messenger Help

Search

## Sending Graphical Smileys

Now you can send graphical smileys with Yahoo! Messenger! This means that when you type certain characters on your keyboard, you and the friend you are chatting with will see a small picture of a smiling yellow face. Here is the complete list of smiley faces you can send:

| | |
|---|---|
| :) | happy smile |
| :( | frowning face |
| :P | tongue out |
| :> | smirking face |
| :\| | straight look |
| :D | big teeth |
| :X | heart smile |
| ;) | winking smile |
| :O | suprised |
| :-/ | question face |
| :"> | blushing smile |
| X-( | angry purple face |

*(secret smileys)*

| | |
|---|---|
| >:) | devil |
| B-) | shades smile |
| :)) | laughing |
| :(( | crying |

### Is this enough information?

Yes — Great! Click this button to go back to Yahoo! Messenger.

No — Ok, click this button for a feedback form.

Copyright © 2001 Yahoo! Inc. All rights reserved. Terms of Service

YAHOO! Messenger

Yahoo! - Acct Info - Sign Out

# Messenger Help

Yahoo! Messenger > Messenger Help

## Top 5 Questions

1. Why won't Yahoo! Messenger connect? (Windows version)
2. Can I communicate with AOL or MSN Messenger?
3. Messenger crashes when offline messages open.
4. How do I invite friends to sign up?
5. How do I find other people to talk to?

## Related Links

- Download Internet Explorer
- Yahoo! Help Central

## Talk For Free

- Want to have real time voice conversations with your friends for free? Check out our free voice service.

## User-to-User Help

- Are you a whiz with Yahoo! Messenger? Want to ask other Messenger users for tips and tricks? Check out Yahoo! Experts.

## Search Yahoo! Messenger Help

Search

## Getting Started

- How do I get Yahoo! Messenger?
- What do I need to use Yahoo! Messenger? Is it free?
- What are instant messages?
- What is a Yahoo! ID or Yahoo! Account?
- What does "online status/presence" mean?

## Windows Version - Help Guides

- Windows Messenger
- Webcams NEW!
- Voice Chat
- PC to Phone
- Yahoo! Chat in Messenger

## Other Operating Systems - Help Guides

- Macintosh
- Unix/Linux
- Java (Web Based)
- Mobile Devices
- WebTV/Sega Dreamcast

## Handling Abuse

- What are the rules for Yahoo! Messenger?
- Where do I report abuse and harassment?
- Is Yahoo! Messenger private?

Copyright © 2001 Yahoo! Inc. All rights reserved. Privacy Policy - Terms of Service

YAHOO! Messenger

Yahoo! - Acct Info - Sign Out

# Windows Messenger Help

Yahoo! Messenger > Messenger Help > Windows Messenger Help >

## Related Links

· Help Using Messenger

## Further Reading

· Yahoo! How-to

## User-to-User Help

· Are you a whiz with Yahoo! Messenger? Want to ask other Messenger users for tips and tricks? Check out Yahoo! Experts.

## Search Yahoo! Messenger Help

Search

## What is a Friend List?

A Friend List is a list of your co-workers, friends, family, and associates who also use Yahoo! Messenger, Yahoo! Chat, and/or Yahoo! Games. Chat with anyone on your list whenever they have their Messenger connected or are online in Yahoo! Chat or Yahoo! Games. You can have up to 100 Yahoo! IDs on your list.

If your friends aren't showing up in your list, please read the Friend List Troubleshooting help section.

If your friend's ID is replaced by a real name or nickname, please read the Personalizing Your Friend List help section.

If your question was not answered here, please try our Messenger Troubleshooting Help section.

Back to Windows Messenger Help

## Is this enough information?

Yes Great! Click this button to go back to Yahoo! Messenger.

No Ok, click this button for a feedback form.

Copyright © 2001 Yahoo! Inc. All rights reserved. Privacy Policy - Terms of Service

YAHOO! MOBILE

Home - Yahoo! - Help

**Welcome, Guest** Sign In

# Yahoo! Mobile

## Sign In

Yahoo! ID:

Password:

Sign In

New to Yahoo?
**Get a Yahoo! ID**

## Features

- **Alerts**
- **Bookmarks**
- **PDA Downloads**
- **Wireless Web Site Directory**
- **Wireless Web Tours**
- **Yahoo! Sites and Services**

## Yahoo! By Phone

Call 1-800-MY-YAHOO to listen to your email, stock quotes, and more!
**Yahoo! by Phone**

## Featured Tours

Preview Yahoo! sites and services accessible from your web-enabled phone.

- Y! Directory
- Y! Finance
- Y! Mail
- More Tours...

## Our Partners

AT&T Wireless, Sprint PCS, Verizon Wireless, and more.

View Partner Index

## Make a Difference

Yahoo! User Studies
Find out how to participate.

Join the Yahoo! Panel
Make the Internet a better




## Hot Devices

More in the Yahoo! Mobile Store...

## Yahoo! on Your Mobile Device

**Messenger**
Now you can send and receive instant messages from your mobile device. Just sign in using your Yahoo! ID and chat in real time with friends, family and co-workers--across the room or across the country.

**Movies**
Movie and theater listings and information throughout the US.

**News**
Keep up to date with the latest headlines from around the world.

More Yahoo! Sites and Services...

## Local Yahoo! Mobile

*Europe:* Denmark · France · Germany · Italy · Norway · Spain · Sweden · UK & Ireland

*Asia Pacific:* Australia/New Zealand · Hong Kong · India · Japan · Korea · Singapore · Taiwan

*Americas:* Argentina · Brazil · Canada · Mexico

## Y! Mobile Store

Shop for phones, plans, and accessories in the
**Yahoo! Mobile Store**

## What's New

**Yahoo! Finance**
Access your accounts from your web-enabled phone.

**Verizon Wireless Subscribers**
Now you can access Yahoo! Messenger on your phone!

**Yahoo! Travel**
Check flight times, flight schedules, your personal air, car and hotel reservations -- all from your mobile phone!

## Poll of the Week

Do you want to get your corporate email on your mobile device?

Yes

No

Don't Know

submit my vote

view results without voting

place.

**Mobile Survey**
Help Yahoo! organize its mobile services in a way that makes sense to you.

Find mobile phones, plans, and accessories at the **Yahoo! Mobile Store!**

Yahoo! Mobile Sites: Address Book · Astrology · Auctions · Bookmarks · Calendar · Directory & Search · Driving Directions · Finance · Games · Local Events · Local Sales · Lottery Results · Mail · Messenger · Movies · News · Online Account Access · Pay Direct · People Search · Polls · Restaurants · Shopping · Ski & Snow · Sports · Sports Fantasy Games · Travel · Weather · Yellow Pages · more...

Copyright © 2001 Yahoo! Inc. All rights reserved.
Privacy Policy - Terms of Service

YAHOO! Messenger

Yahoo! - Acct Info - Sign Out

# Troubleshooting Windows Messenger Help

Yahoo! Messenger > Messenger Help > Troubleshooting Windows Messenger Help >

## Related Links

- How do I use voice chat?
- I can't hear my friend, or my friend can't hear me.
- My voice or my friend's voice is distorted or hard to understand.
- Help Using Messenger

## Further Reading

- Yahoo! How-to

## User-to-User Help

- Are you a whiz with Yahoo! Messenger? Want to ask other Messenger users for tips and tricks? Check out Yahoo! Experts.

## Search Yahoo! Messenger Help

Search

## I am trying to add friends or send instant messages, but nothing is happening.

First, make sure that you are connected to Yahoo! Messenger by looking for a green "Connected" light at the bottom of your Messenger screen. If you are having problems connecting to Messenger, please read the Connection Troubleshooting help section.

If you are clicking the **Add** button or trying to double-click a friend's ID to send a message and nothing is happening, it's possible that you no longer have a necessary system file on your computer called RICHED32.DLL. To put this file back on your computer, you just need to download a small program that replaces it. If you use Windows 95/98/ME, use this program:

http://download.yahoo.com/dl/update/r_win95.exe

If you use Windows NT/2000, use this program:

http://download.yahoo.com/dl/update/r_nt.exe

Click on the link, choose **Save the file to disk**, then save the file to your desktop so that it will be easy to find. To save the file to your desktop, do the following:

1. Click **Yes** when prompted to save the file to disk. A window will appear asking you to choose where to save the file.
2. Click the little yellow folder with the up-pointing arrow at the top of the window until it says "Desktop" in the white area.
3. Click the **Save** button.

When the download is complete, exit your browser and all other programs. Locate the downloaded file "r_win95.exe" or "r_nt.exe" on your desktop and double-click it. This will launch the installation process.

Back to Troubleshooting Windows Messenger Help

### Is this enough information?

Yes Great! Click this button to go back to Yahoo! Messenger.

No Ok, click this button for a feedback form.

Copyright © 2001 Yahoo! Inc. All rights reserved. Privacy Policy - Terms of Service

# Yahoo! Messenger Help





## Talk For Free

· Want to have real time voice conversations with your friends for free? Check out our free voice service.

## User-to-User Help

· Are you a whiz with Yahoo! Messenger? Want to ask other Messenger users for tips and tricks? Check out Yahoo! Experts.

## Search Yahoo! Messenger Help

Search

## What are instant messages?

Instant messages are used to communicate with friends on the Internet. They are similar to email because they consist of text that you type back and forth. However, unlike email, you don't have to wait hours or days for an answer. As the name suggests, messages you send usually arrive instantly.

Yahoo! Messenger allows you to send instant messages. Use Yahoo! Messenger to see when friends are online and chat back and forth with them, like having a real conversation.

If you are having trouble sending, receiving, or replying to instant messages, please read our Troubleshooting Guide.

**Back to Yahoo! Messenger Help**

## Is this enough information?

Yes Great! Click this button to go back to Yahoo! Messenger.

No Ok, click this button for a feedback form.

Copyright © 2001 Yahoo! Inc. All rights reserved. Privacy Policy - Terms of Service

Yahoo! Messenger

Yahoo! - Acct Info - Sign Out

# Messenger Help

Yahoo! Messenger > Messenger Help > Mobile Devices Help

## Related Links

· Download Internet Explorer

· Yahoo! Help Central

## User-to-User Help

· Are you a whiz with Yahoo! Messenger? Want to ask other Messenger users for tips and tricks? Check out Yahoo! Experts.

## Choose Your Device

- Windows CE
- Palm
- Mobile Phone

Copyright © 2001 Yahoo! Inc. All rights reserved. Privacy Policy - Terms of Service

# Troubleshooting Windows Messenger Help




## Related Links

· Help Using Messenger

## Further Reading

· Yahoo! How-to

## User-to-User Help

· Are you a whiz with Yahoo! Messenger? Want to ask other Messenger users for tips and tricks? Check out Yahoo! Experts.

## Search Yahoo! Messenger Help

Search


## My graphical emoticons aren't working.

There are two reasons why your graphic emoticons may not work:

- You don't have Microsoft Paint installed.
- The graphic emoticons preference has been disabled.

When you initially installed Windows, it is possible that you didn't check the installation box for MS Paint. If this is the case, you need to install it by following these steps:

**Windows 95/98/NT/ME**

1. Click the **Start** button in the lower-left corner of your screen.
2. Choose **Settings**, **Control Panel**, then **Add/Remove Programs**.
3. Select the **Windows Setup** tab at the top of the Add/Remove Programs Properties screen.
4. Highlight the **Accessories** option, then click the **Details** button.
5. Scroll down the component list, check the box next to **Paint** (if it isn't already checked), and click the **OK** button.
6. Press the **OK** button to install MS Paint.

**Windows 2000**

1. Click the **Start** button in the lower-left corner of your screen.
2. Choose **Settings**, **Control Panel**, then **Add/Remove Programs**.
3. Click the **Add/Remove Windows Components** button on the left side of the window.
4. Highlight the **Accessories and Utilities** component and click the **Details** button.
5. Now highlight the **Accessories** subcomponent and press the **Details** button again.
6. Scroll down the component list, check the box next to **Paint** (if it isn't already checked), and click the **OK** button.
7. Press the **OK** button again to install Microsoft Paint.

Please Note: Windows may ask you for the installation disk after pressing the **OK** button.

It is also possible that the graphic emoticons preference has been disabled. Here's how to check:

1. Click the **Login** menu at the top of the Messenger screen and select **Preferences**.
2. Select the **Messages** tab and make sure the **Enable**

**graphic emoticons in messages** box is checked.

If these steps don't fix the problem, uninstall and reinstall Yahoo! Messenger. Doing this will not cause you to lose your Friend List because that information is stored on our servers, not your machine.

**Back to Troubleshooting Windows Messenger Help**

## Is this enough information?

Yes Great! Click this button to go back to Yahoo! Messenger.

No Ok, click this button for a feedback form.

Copyright © 2001 Yahoo! Inc. All rights reserved. Privacy Policy - Terms of Service

# Yahoo! Messenger - Windows Version Help



## Related Links

· Help Using Messenger

## Further Reading

· Yahoo! How-to

## User-to-User Help

· Are you a whiz with Yahoo! Messenger? Want to ask other Messenger users for tips and tricks? Check out Yahoo! Experts.

## Search Yahoo! Messenger Help

Search

## Sending Graphical Smileys

When you type certain characters on your keyboard, you and the friend you are chatting with will see a small picture of a smiling yellow face. Here is the complete list of smiley faces you can send:

<table>
<tr><th>Smiley</th><th colspan="4">How to do it</th><th>Smiley</th><th colspan="4">How to do it</th></tr>
<tr><td></td><td>:)</td><td>:-)</td><td>(-:</td><td>(:</td><td></td><td>:(</td><td>:-(</td><td></td><td></td></tr>
<tr><td></td><td>;)</td><td>;-)</td><td></td><td></td><td></td><td>:D</td><td>:-D</td><td></td><td></td></tr>
<tr><td></td><td>:-/</td><td>:-\</td><td></td><td></td><td></td><td>:x</td><td>:-x</td><td>:X</td><td>:-X</td></tr>
<tr><td></td><td>:"></td><td></td><td></td><td></td><td></td><td>:p</td><td>:-p</td><td>:P</td><td>:-P</td></tr>
<tr><td></td><td>:O</td><td>:-O</td><td></td><td></td><td></td><td>X-(</td><td>X(</td><td>x-(</td><td>x(</td></tr>
<tr><td></td><td>:></td><td>:-></td><td></td><td></td><td></td><td>B-)</td><td></td><td></td><td></td></tr>
<tr><td></td><td>>:)</td><td></td><td></td><td></td><td></td><td>:((</td><td>:-((</td><td></td><td></td></tr>
<tr><td></td><td>:))</td><td>:-))</td><td></td><td></td><td></td><td>:|</td><td>:-|</td><td></td><td></td></tr>
<tr><td></td><td>0:)</td><td>0:-)</td><td>o:)</td><td>o:-)</td><td></td><td>:B</td><td>:-B</td><td></td><td></td></tr>
<tr><td></td><td>=;</td><td></td><td></td><td></td><td></td><td>I-)</td><td>|-)</td><td>I-|</td><td></td></tr>
<tr><td></td><td>3:-0</td><td>3:-o</td><td>3:-O</td><td>3:O</td><td></td><td>@};-</td><td></td><td></td><td></td></tr>
<tr><td></td><td>=:)</td><td>=:-)</td><td></td><td></td><td></td><td><):)</td><td></td><td></td><td></td></tr>
<tr><td></td><td>8-X</td><td></td><td></td><td></td><td></td><td>:o)</td><td>:0)</td><td>:O)</td><td><@:)</td></tr>
</table>

If your graphical smileys aren't working when you try to send them, please view our Smileys Not Working FAQ.

Back to Yahoo! Messenger - Windows Version Help

Copyright © 2001 Yahoo! Inc. All rights reserved. Privacy Policy - Terms of Service

Yahoo! Messenger

Yahoo! - Acct Info - Sign Out

# Troubleshooting Windows Messenger Help

Yahoo! Messenger > Messenger Help > Troubleshooting Windows Messenger Help >

## Related Links

- Help Using Messenger

## Further Reading

- More on Yahoo!

## User-to-User Help

- Are you a whiz with Yahoo! Messenger? Want to ask other Messenger users for tips and tricks? Check out Yahoo! Experts.

## Search Yahoo! Messenger Help

Search

## Trouble Downloading/Installing

If you are having trouble downloading or installing Yahoo! Messenger from the Active X control at http://messenger.yahoo.com/, you should try this direct link to download the latest version:

http://download.yahoo.com/dl/installs/ymsgr/ymsgr_1054.exe

## Is this enough information?

Yes Great! Click this button to go back to Yahoo! Messenger.

No Ok, click this button for a feedback form.

Copyright © 2002 Yahoo! Inc. All rights reserved. Privacy Policy - Terms of Service

**Read the directions below, then click** Start Download

**1.** To start the download, click the link above. You will see a dialog box with two options, Save and Cancel.

**2.** Click Save and save the file to your Desktop so you can find it later. Note: it will probably take a few minutes to save this file to your computer.

**3.** Find the file, **ymsgr.exe**, that you just saved on your desktop and double-click that file to begin the installation procedure. If you can't find the file, click the "Start" button, choose "find" and then "files or folders". In the dialog box, type **ymsgr*** in the "named" text area. Then choose the find now button to search for the file to run.

**4.** The setup program will open a window and walk you through the easy installation process.

If you have any problems installing or operating Yahoo! Messenger, please see **Our Help Center**.

**Read the directions above, then click** Start Download

Click here to manually start installation and select run from its current location.

Firewall support by distinct

# Yahoo! Messenger

Home

## Quick Help

Don't know what to do? To use Messenger, you will need to download the **Program** to your computer. On the right, choose the right download link for your operating system.

## Need more help?

· Learn more and get tips at our **Help Center**.

· Find out more about **voice chat here!**

## Download Yahoo! Messenger Now

**Download for Windows**

**Download for Macintosh**

---

### International Versions

**Local versions** - International versions for most of Asia, Europe, and Latin America.

---

### Other Versions

**Windows 4.1** - For users of Internet Explorer 3.0 or lower.

**Unix** - Use Messenger on Linux and FreeBSD.

**Java** - Run Messenger from anywhere with Java Messenger.

---

### Wireless Versions

**Palm OS** - Get Yahoo! Messenger for your Palm Pilot

**Windows CE** - Get Yahoo! Messenger for Windows CE

**Mobile Phone** - Get Yahoo! Messenger for your Mobile Phone

Yahoo! - Acct Info - Help - Sign Out

# Yahoo! Messenger For Pocket PC and Windows CE 2.11

**Send instant messages to friends!**




**Check News, Stocks, Sports, Weather**




## Get Yahoo! To Go

Want to get MORE Yahoo! on your pager, cell phone, or PDA? Visit Yahoo! Mobile!

## Download Now!

**Download for Windows Pocket PC**
520k

**Download for older Windows CE 2.11 H/PC and P/PC**
803k

If you're viewing this page from your CE handheld (H/PC) device, you can download directly to your device. (not supported for Pocket PCs)

## What's new in this version?

Now supports any device with Windows CE version 2.11 or later, including:

- New Pocket PCs from Casio, Compaq and HP
- Compaq Aero 21xx and 15xx
- New 540 Series Pocket PC from HP as well as the Jornada 420/430, 680/690 & 820
- Casio Casseopeia E15/E100/E105
- Sharp TriPad PV-6000
- Vadem C-1000 & C-1050
- Nec MobilPro 770 & 800
- IBM Workpad Z-50
- Husky Field Explorer
- Hitachi HPW 600
- Phenom Express

HTTP Proxy Support

## Follow these steps to get started

1. Make sure you have a wired or wireless modem for your device
2. **Click the 'Download'** link above and save the file 'ceymsgr.exe' to your desktop
3. **Double-click** the file you just saved to start the installation
4. **Synchronize** your CE device
5. **Run Yahoo! Messenger** on your CE device by clicking on "Start", then "Programs", then "Yahoo! Messenger"

## Need help?

- Visit Help or fill out a feedback form
- Looking for the **desktop version** of Yahoo! Messenger? Click Here

Copyright © 2001 Yahoo! Inc. All rights reserved. Privacy Policy - Terms of Service - Help

# Yahoo! Messenger

## Quick Download

- Windows (Updated)
  Beta NEW!
- Mac (8.1-9, **OS X**)
- Unix NEW!
- Java (Other Mac, Unix)
- Mobile Phone

## Cool Products

## Search For Friends

Find

Yahoo ID
Real Name

## Tools

- Invite a friend to use Messenger!
- Manage Friend Lists

## Need Help?

Find answers to your questions in our Help Center.

Testimonials - had a good experience here? Let us know.

## Instantly communicate with all of your online friends...

With **Yahoo! Messenger 5.0** you can quickly exchange messages with all your online friends. Unlike email, instant messages appear as soon as they're sent.

**IMVironments!**

IMVironments are interactive, themed backgrounds for Yahoo! Messenger conversations that appear directly in the instant messaging window!



See ALL IMVironments

Check out these other cool features in Yahoo! Messenger 5.0:

- Webcams
- Talk for free
- Yahoo! Chat client
- Alerts for your stocks and Yahoo! Mail
- And so much more...

## Get it Now

### What's New with Messenger

- See content for all your favorite Yahoo! properties.
- Add Messenger to your webpage.
- Create your own personalized themes.
- Get Messenger in other languages (French, German, Italian...).
- Yahoo! Member Directory helps you find people on Yahoo! with the same interests.

Address Book - Alerts - Auctions - Bill Pay - Bookmarks - Briefcase - Broadcast - Calendar - Chat - Classifieds - Clubs - Companion - Gam es - Greetings - Home Pages - Invites - Mail - Maps - Member Directory - Messenger - My Yahoo! - News - People Search - Personals - Photos - Shopp ing - Sports - Stock Quotes - TV - Travel - Weather - Yahooligans - Yellow Pages - more...

# Yahoo! Messenger - Windows Version Help

Yahoo! Messenger > Messenger Help > Windows Messenger Help >

## Related Links

· Help Using Messenger

## Further Reading

· More on Yahoo!

## User-to-User Help

· Are you a whiz with Yahoo! Messenger? Want to ask other Messenger users for tips and tricks? Check out Yahoo! Experts.

## Search Yahoo! Messenger Help

Search

## Windows System Requirements

To run the downloadable **Windows version** of Yahoo! Messenger, you need the following:

**Required**

- A connection to the Internet
- An active (free) Yahoo! Account
- Microsoft Windows 95/98/NT/2000/Me/XP
- Microsoft Internet Explorer 4.01 or higher

***Optional***

- A microphone and speakers (if using Messenger voice chat)
- A Yahoo! Messenger compliant webcam (if using Messenger webcam)

If you are a Windows 3.1 user, please read this troubleshooting help section.

For other Messenger versions, please refer to our main Messenger help section.

If your question was not answered here, please try our Messenger troubleshooting help section.

### Is this enough information?

Yes Great! Click this button to go back to Yahoo! Messenger.

No Ok, click this button for a feedback form.

# Yahoo! Messenger

## Quick Download

- Windows (Updated)
  Beta NEW!
- Mac (8.1-9, **OS X**)
- Unix NEW!
- Java (Other Mac, Unix)
- Mobile Phone

## Cool Products

## Search For Friends

Find

Yahoo ID
Real Name

## Tools

- Invite a friend to use Messenger!
- Manage Friend Lists

## Need Help?

Find answers to your questions in our Help Center.

Testimonials - had a good experience here? Let us know.

## Instantly communicate with all of your online friends...

With **Yahoo! Messenger 5.0** you can quickly exchange messages with all your online friends. Unlike email, instant messages appear as soon as they're sent.

**IMVironments!**

IMVironments are interactive, themed backgrounds for Yahoo! Messenger conversations that appear directly in the instant messaging window!




See ALL IMVironments

Check out these other cool features in Yahoo! Messenger 5.0:

- Webcams
- Talk for free
- Yahoo! Chat client
- Alerts for your stocks and Yahoo! Mail
- And so much more...

## Get it Now

### What's New with Messenger

- See content for all your favorite Yahoo! properties.
- Add Messenger to your webpage.
- Create your own personalized themes.
- Get Messenger in other languages (French, German, Italian...).
- Yahoo! Member Directory helps you find people on Yahoo! with the same interests.

Address Book - Alerts - Auctions - Bill Pay - Bookmarks - Briefcase - Broadcast - Calendar - Chat - Classifieds - Clubs - Companion - Gam es - Greetings - Home Pages - Invites - Mail - Maps - Member Directory - Messenger - My Yahoo! - News - People Search - Personals - Photos - Shopp ing - Sports - Stock Quotes - TV - Travel - Weather - Yahooligans - Yellow Pages - more...

# Yahoo! Messenger - Windows Version Help

Yahoo! Messenger > Messenger Help > Windows Messenger Help >

## Related Links

· Help Using Messenger

## Further Reading

· More on Yahoo!

## Search Yahoo! Messenger Help

Search

## Windows System Requirements

**Yahoo! Messenger -** Windows Version

- Windows **-** 95/98/NT/ME/2000/XP
- an Internet connection
- an active (free) Yahoo! Account
- Microsoft Internet Explorer 5.5 or higher
- the downloadable Yahoo! Messenger program

**Optional Accessories**

- a microphone and speakers for Yahoo! Messenger Voice Chat
- a webcam compliant with Yahoo! Messenger

**Windows 3.1**

- Please read this troubleshooting help section.

### Is this enough information?

Yes Great! Click Yes to go back to Yahoo! Messenger.

No Click No to contact Yahoo! Customer Care.

YAHOO! MOBILE

Home - Yahoo! - Help

Welcome, Guest Sign In

# Yahoo! Mobile

Home > Learn About Mobile > Yahoo! Sites & Services > Y! Messenger

## Phone Previews

**Take the Tour**
Learn how people are using Y! Messenger on web-enabled phones.

## Have a Device?

Find out how to make the most of your mobile device!

- Phones
- PDAs
- Pagers
- Other Devices

## Need a Device?

Find phones, plans, accessories, and other devices that are right for you.

- Yahoo! Mobile Store
- Yahoo! Shopping

Take Yahoo! EVERYWHERE!



## Yahoo! Messenger

Now you can send and receive instant messages from your mobile device. Just sign in using your Yahoo! ID and chat in real time with friends, family and co-workers--across the room or across the country.

**Browse to Y! Messenger On Your Device**
If your mobile device is set up to access the wireless web, Yahoo! Messenger is already out there waiting for you!

- Send and receive instant messages
- Access your friend list and see who is online
- Compose messages quickly by selecting one of the quick messages
- Send smileys and other emotions
- Create your own quick messages on the phone or on the web
- Save and read messages on your phone

**Receive Messenger Alerts**
As soon as you register your mobile device with Yahoo!, you can set up and begin receiving Y! Messenger Alerts on it.

- When you receive a new instant message
- When your friends come online
- When your friends go offline
- When you are automatically signed out

Check out these other **Yahoo! Sites & Services** for your mobile device!

Address Book · Astrology · Auctions · Bookmarks · Calendar · Directory & Search · Driving Directions · Finance · Games · Local Events · Local Sales · Lottery Results · Mail · Messenger · Movies · News · Online Account Access · Pay Direct · People Search · Polls · Restaurants · Shopping · Ski & Snow · Sports · Sports Fantasy Games · Travel · Weather · Yellow Pages · more...

Copyright © 2001 Yahoo! Inc. All rights reserved.
Privacy Policy - Terms of Service

YAHOO! MOBILE

Home - Yahoo! - Help

**Welcome, Guest** Sign In

## Yahoo! Mobile

**Home > Devices > PDA**

### Sign In

Yahoo! ID:

Password:

Sign In

New to Yahoo?
**Get a Yahoo! ID**

### PDA Downloads

**Palm OS**

**Pocket PC**

**Symbian/EPOC**

**Windows CE**

### More For Your PDA

**Alerts**

**Yahoo! Channel**

### Need a Device?

Yahoo! Shopping
Find PDAs and accessories in Yahoo! Shopping

### Yahoo! on Your PDA




**Browse to Yahoo!**
Yahoo! content and services are growing all the time!
- Go to mobile.yahoo.com on your PDA

**Sync Yahoo! Content**
Get Yahoo! on your PDA without a modem -- synchronize!
- Download the Yahoo! Channel for AvantGo

### Sync Yahoo! Content

**Intellisync for Yahoo!**
Keep your schedule, contacts and to do list up-to-date for free.

### Yahoo! Messenger on your PDA

**Send and receive instant messages!**
Just sign in using your Yahoo! ID and chat in real time with friends, family and co-workers--across the room or across the country

Palm OS - PocketPC

### Personal Digital Assistant FYI

**Wireless PDAs**
A PDA that has a modem for connecting to the Internet.

**Synchronized PDAs**
A PDA that does not have a modem, but synchronizes using a cradle connected to your PC.

Find mobile phones, plans, and accessories at the **Yahoo! Mobile Store!**

Yahoo! Mobile Sites: Address Book · Astrology · Auctions · Bookmarks · Calendar · Directory & Search · Driving Directions · Finance · Games · Local Sales · Lottery Results · Mail · Messenger · Movies · News · Online Account Access · Pay Direct · People Search · PepsiStuff & DewStuff · Polls · Restaurants · Shopping · Ski & Snow · Sports · Sports Fantasy Games · Travel Resources · Weather · Yellow Pages · more...

Copyright © 2001 Yahoo! Inc. All rights reserved.
Privacy Policy - Terms of Service

Messenger Service

go to msn

MSN Messenger Service Home

**Features**

**System Requirements**

**Latest News**

## MSN® Messenger Service Features

MSN Messenger Service is an easy way to take advantage of the full power of instant messaging.

Just some of the benefits you get with MSN Messenger Service 1.0 :

**Great Communication Tools!**

**The Basics**




- **Online status and instant message exchange:** See when your friends are online and exchange instant messages with them. You can chat with them individually or with up to four of them in the same message window.
- **Automatic typing indicator:** Stop interrupting! MSN Messenger Service lets you know when one of your friends is typing a response.
- **Change your display name:** Switch your display name as often as you like. One minute you can be "john the triumphant" and the next, "john the recently humbled." Have fun! That's what instant messaging is all about!
- **Auto-update:** Whenever there is an update to MSN Messenger Service, you will be notified and have the opportunity to quickly upgrade to the latest software.

**Privacy and Security**

- **Control over your information:** You have complete control over your online status and how it appears to others. Your status will automatically switch to "away" when you've been inactive for several minutes, you can appear to be offline, and you control who can and cannot send you instant messages. You can also see who has added you to their contact list.
- **Support for COPPA (Child Online Privacy Protection Act):** MSN Messenger Service allows you to control whether or not your child can use the service.

**Download MSN Messenger Service now!**

MSN Messenger Service Home | Download | Help

© 2000 Microsoft Corporation. All rights reserved. Terms of Use Advertise TRUSTe Approved Privacy Statement

AOL Anywhere

Main | My AOL | Mail | People | Search | Shop | Channels | Devices

You are here: Home > AOL Instant Messenger > AOL Instant Messenger Palm

# AOL Instant Messenger Palm

## Updated 11 January 01

**New AOL Instant Messenger (AIM) for Palm - Available Now!**

**AOL Instant Messenger (sm) v1.1 for Palm (Windows)** - GET IT NOW (163 KB)
**AOL Instant Messenger (sm) v1.1 for Palm (Mac)** - GET IT NOW
**New Users** Click Here!

All New AOL Instant Messenger for Palm



America Online is offering AOL Instant Messenger (SM) (AIM) users instant message and Buddy List (R) features for the Palm Computing platform.

AIM for Palm organizers brings the convenience and ease-of-use of AIM to Palm handheld devices. Now you can have anytime, anywhere access to your Buddy List, and can send and receive instant messages conveniently from your Palm device - whenever you want.

- Send instant messages.
- Communicate "instantly" with family and friends- wherever you are.
- Exchange important information with colleagues quickly.
- Access your personalized Buddy List.
- Exchange multiple instant messages simultaneously.
- Enjoy automatic smilies.

WINDOWS DOWNLOAD
MAC DOWNLOAD

New Users Click Here!

REGISTER!









## What You Need

Installation and use of AOL Instant Messenger for Palm is similar to the desktop AIM.

All you need to get started is:

- A Palm Handheld running Palm OS 3.0 or above
- A Palm wireline modem, OmniSky or Minstrel III wireless modem, or cell phone connection to a Palm Handheld (Note: does not support Palm.Net Service)
- An Internet account

## Easy Download

Downloading and installing AIM for Palm is easy. Just download the aim11.prc file to your desktop PC. Double-click on the file, and it will automatically install AIM on your Palm during the next HotSync.




Get your AOL on the go with **AOL for Palm**. It's easy and **FREE** for AOL members. Click here to find out more.

## Get Help Using AIM for Palm

- Download Instructions
- Questions & Answers
- Forgot Your Password?
- AOL Anywhere

Back to Download AOL Instant Messenger page

AOL Pricing Plans
AOL Access Numbers
Download AOL 6.0
AOL Affiliate Network

About AOL
About AOL Anywhere
AOL@SCHOOL
Feedback

Careers@AOL
Link to Us
Advertise with Us

Webmaster Info
AOL Anywhere Help
Site Index

Copyright © 2000 America Online, Inc.
All rights reserved. Legal Notices
Privacy Policy
Try AOL 6.0

6:13-cv-02959-JMC Date Filed 03/27/17 Entry Number 146-2 Page 29 of 419



# AOL Instant Messenger for Palm - Download Instructions

**To install AOL Instant Messenger for Palm OS from a Windows system**

**1.** Copy **aim11.prc** to your PC.

**2.** Double-click **aim11.prc** to add it to the list of files to be installed during your next HotSync. The Palm Install Tool appears. Click *Done* and then click *OK* to the message

**3.** Place your Palm Handheld in its cradle and press the *HotSync* button.
The install process takes a few minutes. A series of messages appears on your monitor and your handheld. When the synchronization is complete, the message window on your desktop computer disappears and your handheld confirms that the HotSync was successful.

**4.** Remove the handheld from its cradle. Tap the *Applications* icon and verify that the AIM icon appears.

**To Install AOL Instant Messenger for Palm OS from a Macintosh**

**1.** If you are not using Palm MacPac Version 2.0 or higher, please upgrade before installing AOL Instant Messenger. The latest Palm MacPac can be downloaded free of charge from Palm Inc's. Web site (**http://www.palm.com/custsupp/downloads/**).

**2.** Copy **aim11.prc** to your Macintosh.

**3.** Launch the HotSync Manager application. In the HotSync Controls tab, ensure that HotSync is enabled.

**4.** Select *Install* from the HotSync menu.
The *Install Handheld Files* window opens.

**5.** Click the *Add to List* button.

**6.** Locate the **aim11.prc** file, then click *Add File*. The file is added to the window.

**7.** Close the *Install Handheld Files* window.

**8.** Place the handheld in its cradle and press the *HotSync* button on the cradle.
The process takes a few minutes. A series of messages appears on your monitor and your handheld. When the synchronization is complete, the message window on your desktop computer disappears and your handheld confirms that the HotSync was successful.

**9.** Remove the handheld from its cradle. Tap the *Applications* icon and verify that the AIM icon is there.

Back to AOL Instant Messenger for Palm page

Case 6:13-cv-02959-JMC Date Filed 03/27/17 Entry Number 146-2 Page 30 of 419

AOL Pricing Plans
AOL Access Numbers
Download AOL 6.0
AOL Affiliate Network
About AOL
About AOL Anywhere
AOL@SCHOOL
Feedback
Careers@AOL
Link to Us
Advertise with Us
Webmaster Info
AOL Anywhere Help
Site Index

Copyright © 2000 America Online, Inc.
All rights reserved. Legal Notices
Privacy Policy
Try AOL 6.0

# AOL Instant Messenger for WinCE Download Instructions

**To install AOL Instant Messenger for Windows CE/Pocket PC OS from a Windows system**

**1.** Copy **aim.exe** to your PC.

**2.** Make sure your Windows CE/Pocket PC device is connected to your PC.

**3.** Double-click **aim.exe** to run the installer on your PC.

**4.** Follow the on-screen instructions to finish the installation.

**ActiveSync 3.1**

You will need to install Microsoft ActiveSync 3.1 if you have not already done so. Although this is not a requirement for Windows CE 2.11, it is highly recommended. It is also backward compatible. You can find it available for download at: http://www.microsoft.com/mobile/downloads/activesync.asp

Back to AOL Instant Messenger for Windows CE/Pocket PC page



Copyright © 2000 America Online, Inc.
All rights reserved. Legal Notices
Privacy Policy
Try AOL 6.0

AOL Mail

AOL Anywhere

# Now you can get AOL Anywhere—even on your PDA!

## Get your AOL on the go—all you need is a handheld organizer and modem!

Home

Tell Me More

FAQ

Installation Instructions

- AOL Mail VII 1.2 lets you send and receive e-mail messages online, directly from your handheld.
- Write, read, keep, forward, reply and delete e-mail messages.
- View new, old and sent e-mail messages.
- Download AOL Mail VII 1.2 for Palm OS handhelds today - it's easy and FREE for AOL members.



## All you need is—

- A Palm VII series handheld or a Palm OS handheld using a wireless service that supports Web Clipping Applications (e.g., OmniSky)
- 40k of available RAM
- An AOL member account

Don't have a Palm™ handheld or modem? Visit the AOL Handheld Center today and SAVE! For more information on Palm™ handheld devices, visit Palm.com.

Tell me more!

Mac Download

Windows Download

# AOL Anywhere

## The easiest just got easier.

**Now you can access your favorite AOL features...anywhere.**
**Click below to find out more.**



AOL Anywhere AOL Wireless Go

AOL® Instant Messenger℠ Service with AT&T Wireless!
AT&T Wireless Compatible Phones Go

AOL Instant Messenger℠


- AIM Wireless Home
- User Guide Home
- Quick Start
- Sign On
- Use the Buddy List
- Conversations
- Use Quick Replies
- Reject Messages
- Set Alerts
- Change Passwords
- Web Phone Information
- FAQ
- Tips


Get an AIM Screen Name

AOL Wireless Store

AIM Service Using AT&T Wireless mMode

# Conversations


- About the Conversations List
- Send a New Message
- Manage Conversations
- Receive a New Message
- Reply to a Message
- Conduct a Conversation
- View Previous Messages
- View Other New Messages
- End the Conversation
- Reject Messages


While signed on to the AIM® service you can easily switch between messaging, talking, and performing other activities with your phone. To make a phone call or use other functions of the phone, exit the Web browser as documented for your phone—you'll stay signed on to the AIM service. To return to the AIM session, just navigate to the **AIM** option under Message Center.

Typing on your phone can sometimes be difficult and time-consuming. Learn how to use T9® Text Input to make typing on your phone easier.

---

**About the Conversations List**

On the main AIM page, the Conversations list displays the screen names with whom you have an active conversation. Screen names marked by an asterisk (*) indicate that you have received a new message from that buddy. Select a screen name to view the new message and the conversation.




Back to Top

---

**Send a New Message**

To send a new message to an online buddy, select their screen name in the Online Buddies list and write your message.

To send a new message to a screen name that is not in your Buddy List® feature, select **Send Msg to . . .** from the AIM menu, and enter the screen name of the person who you want to send a message. Then, type your message.

Your message is saved under the screen name and indicated by the **"<"** character.

You can continue to write messages to this screen name, or you can find other message options on the instant message page.




Back to Top

---

**Manage Conversations**

From the instant message page, you can perform these tasks:

- Select **Get New Msgs** to update messages from the screen name listed. If there are new messages from other screen names, the main AIM page is displayed.
- Select **Quick Reply** to send predefined message to the current screen name.
- Select **End Conversation** to end the current conversation.

Back to Top

---

**Receive a New Message**

Depending on your phone, how you are notified of new instant messages may be different. Typically, a message appears on your phone display alerting you that you have a new message. This notification message will provide instructions for how you can view your new instant message. See phone-specific information.

If you receive a message from someone who is not saved in your Buddy List feature, you are first asked to **Accept** or **Reject** this message. If you reject the message, all further messages from this user will be declined until you send them a message or re-accept them. More information about rejecting messages.

If you receive a message alert while typing another message, for some phones you can "skip" or close the alert message so that you don't lose the message you are currently composing. Then, when you are ready to view new messages, go to the main AIM page and update the Conversation list.

Back to Top

---

**Reply to a Message**

To reply to a message, select the screen name in the Conversations list to view the conversation. You can either type your message or select **Quick Reply** to use smileys, simple greetings, and common phrases. More information on using Quick Replies.

Back to Top

---

**Conduct a Conversation**

Each time you send a message or update a conversation, the AIM service displays any new messages that you have received.

- If there are no new messages since the last time you updated the conversation, "No new messages in this conv." displays.

- If there are previous messages in the conversation, select **previous msgs** to display them.
- If there are new messages from other screen names, select **other new messages** to display the Conversations list.

You can type a response or select **Quick Reply** to use smileys, simple greetings, and common phrases.

If you receive a message alert while typing a message, "skip" or close the alert message to return to the message you are currently composing. Then, when you are ready to view new messages, go to the main AIM page and update the Conversation list.

Back to Top

**View Previous Messages**

The Message page includes a link to any previous messages. Select **Previous msgs** to display the Previous Messages page. This page displays as much of the preceding conversation as possible in the available page memory. Use the navigation keys to scroll through the page.

Back to Top

**View Other New Messages**

When you have several conversations going at once, select **Other new msgs** to update and display the main AIM page. The asterisk (*) next to a screen name indicates new messages have arrived from this person.

Back to Top

**End the Conversation**

To end a conversation, select **End Conversation**. This clears all previous messages in the conversation and updates the screen name's status.

Back to Top

**Reject Messages**

To reject messages from an AIM user, navigate to the screen name in either the Conversations List or the Buddy List, and select the **Reject Messages** option from the AIM menu. Click here to learn more about Rejecting Messages.

Back to Top

**NEXT:** Use Quick Replies

Copyright © 2002 America Online, Inc.
All rights reserved. Legal Notices.

AOL Anywhere AOL Wireless Go

AOL® Instant Messenger℠ Service with AT&T Wireless!
AT&T Wireless Compatible Phones Go

AOL Instant Messenger℠

▶ AIM Wireless Home
▶ User Guide Home
▶ Sign On
▶ Use the Buddy List
▶ Conversations
▶ Use Quick Replies
▶ Reject Messages
▶ Set Alerts
▶ Change Passwords
▶ Web Phone Information
▶ FAQ
▶ Tips

Get an AIM Screen Name

AOL Wireless Store

AIM Service Using AT&T Wireless mMode

# Quick Start


- Sign On
- Navigate the AIM service
  - AIM Menu
  - Conversations List
  - Online Buddies List
  - Offline Buddies List
- Add or Delete Screen Names from the Buddy List® feature
- Get New Messages and Update the Lists
- Send a New Message
- Receive a Message
- Reply to a Message
- Use a Quick Reply
- AIM Options: Changing your status or password
- Sign Off
- Get Help using the AIM Service
- Text Entry Modes


Learn how to sign on to the AIM service and start sending instant messages now. Then, see the rest of this user guide for more detailed information about what you can do with the AIM service on your AT&T Wireless phone.

---

**Sign On**

1. Go into data mode (mMode) and select **Message Center**. Select **AIM** and navigate to the Sign On page.

2. Enter your screen name and password. Your password is case-sensitive, but your screen name is not, so make sure to use the appropriate text entry mode while typing.

3. When you connect to the AIM service, the main AIM page displays. If you are signing on for the first time from your phone, you'll get a message saying that the AIM service is creating a Mobile Device group in your Buddy List feature. This Mobile Device group contains up to 30 screen names for you to use from your phone.

After signing on, you will be able to add screen names to your Buddy List feature, see who is online, and start conversations.

When you are done using the AIM service, sign off and turn off your phone to prevent others from using your screen name. Even if you have signed off the AIM service, the Web browser saves your screen name and password until the phone is turned off.

Back to Top

---

**Navigate the AIM service**




After you sign on, the main AIM page displays your current conversations, and the online and offline screen names from your Buddy List feature, and you can access a menu of options for using the service.

From this page, you can write and reply to messages, and manage the screen names in your Buddy List feature.

Click the links below to learn more about each area of the main AIM page:

- AIM menu
- Conversations list
- Online Buddies list
- Offline Buddies list

Depending on whether your phone has softkey options, the AIM service pages may display differently for your phone. See phone-specific information.

Back to Top

---

**AIM menu**




Depending on your phone, the AIM menu may appear as a softkey option or as a link. For some phones, this option is called the "List menu."

If you have a screen name selected on the main AIM page (before you select the AIM menu), these menu options may change to be targeted to actions that you can perform on that specific screen name.

You can use this menu to:

- Get new messages and update the Conversations and Buddy Lists
- Send new messages
- Add or delete screen names from the Buddy List feature
- Change your status and password
- Sign off the AIM service
- Get help using the AIM service

Back to Top

---

**Conversations list**

The Conversations list displays your current AIM conversations. This list is empty when you first sign on, but will show a list of your active conversations as soon as you update the list, or send or receive a message. An asterisk (*) next to a screen name indicates that you have a new message from that buddy.

Select a screen name in this list to see new messages or send new messages to the screen name.

Back to Top

---

**Online Buddies list**

The Online Buddies list shows the screen names from your Buddy List feature that are signed on to the AIM service. Select a screen name in this list to send this person a message.

Back to Top

---

**Offline Buddies list**

The Offline Buddies list shows the screen names from your Buddy List feature that are not signed on the AIM service. You cannot send messages until the screen name signs on to the AIM service.

Back to Top

---

**Add or Delete Screen Names from the Buddy List feature**

To add a screen name to your Buddy List feature, select the **Add Buddy** option from the AIM menu, and then enter your friend's screen name. (Make sure you don't have a specific screen name selected).




After you add a screen name to your Buddy List feature, it will initially appear under the Offline Buddies list until you get a new message or update the Buddy List.

To delete a screen name, select the screen name on the main AIM page, and then select **Delete Buddy** from the AIM menu. You'll be prompted to confirm whether or not you want to delete the screen name.

Back to Top

---

**Get New Messages and Update the Lists**

Select the AIM menu, and then select **Get New/Update List** to get new messages and to update the status of the screen names in your Buddy List feature. The screen names are displayed in a bulleted list using a period (.) as the default symbol. The status symbols next to a screen name indicate the following:

- * **New Message**. You have received a new message from this screen name.
- ! **Alert**. You will be notified when this screen name goes online.
- = **Away**. This screen name is Away and unavailable for instant messages.
- ? **Uncertain**. This screen name could be offline.
- X **Rejected**. You have declined to receive messages from this screen name.

Back to Top

---

**Send a New Message**

To send a new message to an online buddy, select the screen name on the main AIM page. The message page displays and you can enter your message.

To send a new message to a screen name that is not listed in your Buddy List feature, select **Send Msg to** from the AIM menu. Then, enter the person's screen name and write your message.

On the message page, you can type the message or select **Quick Reply** to choose from pre-defined smileys, simple greetings, and common phrases to use in your message.

If you receive a message while typing a message to someone else, on some phones you can choose to cancel or "skip" the alert message so that you won't lose the message you are typing. Then, when you're ready, select the new conversation from the main AIM page.

Back to Top

---

**Receive a Message**

Depending on your phone, how you are notified of new instant messages may be different. Typically, you may receive an alert message, and your phone may make a tone or vibrate. See phone-specific information.

From the main AIM page, you can update your Conversations List to identify any new messages. You can also set buddy alerts to be notified when a specific screen name comes online. More information on using alerts.

When you receive a message from someone who is not in your Buddy List feature, you are asked to **Accept** or **Reject** the message. If you reject the message, all further messages from this user will be declined until you send them a message or re-accept messages from them. More information on rejecting messages.

Back to Top

---

**Reply to a Message**

You can reply to a message by typing your response from the message page.

From the main AIM page, select the screen name in the Conversations list to display the Message page. Then, type your response or choose **Quick Reply** to insert a pre-defined message.

Back to Top

---

**Use a Quick Reply**

Quick Replies include smileys, simple greetings, and common phrases. You can access the Quick Reply option from the Message page. After you select a reply, you can continue typing additional text in the message. More information on using a Quick Reply.




Back to Top

---

**Change your Status or Password**

Access **AIM Options** from the AIM menu. There are two AIM options:

- Set My Status to Away
- Change Password




Select **Set My Status to Away** to stay online but indicate to other AIM users that you are not available to receive messages. When you set your status to Away, the Buddy and Message Alerts are turned off and others will see an Away icon next to your screen name. They will also receive an auto-reply message. While your status is set as Away, you will still receive messages, but you will not be notified when they arrive.

Received messages can be read once you select **Set My Status to Available**. A page displays the number of new messages you received while you were away.

To change passwords, select **Change Password**. More information on changing passwords.

If your phone does not have softkeys, you may see the **Buddy List** option—select this to return to the main AIM page.

**NOTE:** If you change your AIM password from your phone, you will also need to separately update the password from the AIM client on your computer. To avoid problems signing on to the AOL service and other versions of the AIM service, it is not recommended that you change your password from your phone.

Back to Top

---

**Sign Off**

Once you have signed on, the AIM service session remains active until you select **Sign Off** from the AIM menu, or until the service automatically signs you off after 26 hours of inactivity. If you don't sign off the service (or are timed out), you will stay signed on even if the browser is not being used or if the phone is turned off. This way, you can receive messages without incurring Web charges while on standby, talking, or doing other activities with the phone.

When you are done sending and receiving messages, it is recommended that you sign off the service so that other AIM users know you are offline. If you do not sign off, you remain signed on until you are

timed out, and your screen name will appear as online to other AIM users.

Back to Top

---

**Get Help using the AIM service**

To get Help using the AIM service, select **Help** from the AIM menu, and then navigate to the topic you want. To return to the main AIM page, select **Done**. For phones with softkeys, you can select the **Info** softkey option to access a list of Help topics.




Back to Top

---

**Text Entry Modes**

Select the appropriate input mode before you start typing:

- Multi-tap (usually indicated as alpha/ ALPHA and abc/ABC)
- T9 Text Input (often indicated as T9, Quick, Word, Predictive Text, etc.)
- SYMBOLS (often indicated as SYM)
- NUMBERS (often indicated as NUM)

It is typically easiest to type screen names and passwords using "multi-tap" mode, which is usually indicated as "alpha" or "abc" mode for lowercase letters. Uppercase letters are usually indicated as "ALPHA" or "ABC." Most phones default to the multi-tap mode. For typing text messages, T9 is twice as fast as multi-tap mode. On many phones with T9 Text Input, you also can save your screen name and password in the user dictionary for quicker re-entry. Learn more about using T9® Text Input.

Back to Top

---

**NEXT:** Sign On

Copyright © 2002 America Online, Inc.
All rights reserved. Legal Notices.

**AOL Anywhere** AOL Wireless Go

AOL® Instant Messenger℠ Service with AT&T Wireless!
AT&T Wireless Compatible Phones Go

**AOL** *Instant Messenger*℠


- AIM Wireless Home
- User Guide Home
- Quick Start
- Sign On
- Use the Buddy List
- Conversations
- Use Quick Replies
- Reject Messages
- Set Alerts
- Change Passwords
- FAQ
- Tips

Get an AIM Screen Name

AOL Wireless Store


AIM Service Using AT&T Wireless mMode

# Web Phone Information

Web-enabled phones are available from many leading manufacturers. Known issues, tips, and procedures for using the AIM service with specific Web-enabled phones are provided below.

**AT&T Wireless Phones**

- Ericsson T68
- Nokia 8390
- Motorola TimePort

---

**Ericsson T68**

When you receive a new instant message, you'll be alerted with a message, and a tone or vibration (as defined for your phone). Select **Proceed**, and then on the next page select **Load** to display the updated Conversations list in the main AIM page.



If you receive a new message alert while typing another message, press the 'No' key to finish composing your message. Then, select **Get New/Update Msgs** from the AIM menu to see the new instant message.

Back to top

---

**Nokia 8390**

When you receive a new instant message, the phone will alert you with a tone and/or vibration. To see the new message, select **Get New/Update Msgs** from the AIM menu.




Back to top

---

**Motorola TimePort**

- Receiving new messages
- Deleting screen names from the Buddy List feature
- Using Quick Replies



The Motorola TimePort has two softkeys that you can use to navigate the AIM service. For this phone, the AIM menu can be accessed by selecting the **Menu** softkey. For this phone, the AIM menu is titled as the "List menu."

**Receiving new messages**

When you receive a new instant message, a pop-up message will appear and you'll be alerted with a tone or vibration (as defined for your phone). Select **OK** to display the updated Conversations list.

If you receive a new message alert while typing another message, press the red "C" key to finish composing your message. Then, select **Get New/Update Msgs** from the AIM menu to see the new instant message.

**Deleting screen names**

If there is an open conversation with the screen name that you've selected to delete, you have to end the conversation before the **Delete Buddy** option will appear in the AIM menu. To end the conversation, select the screen name in the Conversations list and select **End Conversation** from the AIM menu.

**Using Quick Replies**

Pressing **CANCEL** during a Quick Reply cancels the message and returns you to the main AIM page. Instead, press the **CLEAR** or **BACK** key to return to the previous page or activity.

Back to Top

**NEXT:** FAQs

Copyright © 2002 America Online, Inc.
All rights reserved. Legal Notices.

# AOL for PDAs

AOL Anywhere

## Now you can get AOL Anywhere— even on your PDA!

Get your AOL on the go—all you need is a handheld organizer and modem!







### AOL for Palm OS

Take your AOL on the go—in the office, on the road, anywhere! With AOL for Palm OS it's simple and it's FREE!

### AOL Mail for Windows CE

Get your AOL Mail in the office, on the road, on the go! It's easy and FREE for AOL members.

### AOL Mail for Pocket PC

Leave your PCs and laptops behind — get your AOL Mail on the go! AOL Mail for Pocket PC makes it easy.

Find Out More! Find Out More! Find Out More!

AOL for PDAs

AOL Anywhere

AOL Anywhere Go

# Frequently Asked Questions

powered by Handango

## AOL® Instant Messenger™ 1.1 for Palm® OS Handhelds



Q: Which Palm handhelds are compatible with AIM 1.1?
A: AIM 1.1 requires a Palm handheld running Palm OS 3.0 and above. AIM 1.1 may not work with applications that modify the appearance or behavior of the Palm OS.

Q: What connection methods are supported by AIM 1.1?
A: If you want to connect to the AIM service from your Palm handheld, a Palm-compatible modem is required for operating systems below 3.3. With Palm OS 3.3 or above, you can use the Palm Connection Manager to connect in various ways.

Q: How much RAM does AIM 1.1 require?
A: AIM 1.1 requires about 200K of RAM.

Q: Can I use AIM 1.1 on a Palm OS emulator?
A: Possibly. However, we do not support using AIM 1.1 in an emulated environment.

Q: How much does AIM 1.1 cost to use?
A: The AOL Instant Messenger service is free. However, you are still responsible for your connection to the Internet (e.g., via an ISP) as well as any associated telephone charges.

Q: How will I be notified of an incoming Instant Message?
A: In the upper right corner of the screen, an Instant Message icon flashes, alternating with the AOL logo to notify you of a new IM or a new message update from an active IM. An audible tone may also be heard, depending on the settings in your Preferences - Instant Message tab. Tap the icon to retrieve your new IM.

Q: How many Instant Message sessions can occur simultaneously?
A: AIM 1.1 currently supports up to 20 active sessions.

Q: How do I switch Instant Message sessions if I have more than one active session?
A: In the Online Tab of the Online Buddy List screen, double-tap on the screen name in the Active Instant Messages list you would like to switch to.

Q: How can I insert a smiley into my Instant Message?
A: On the Instant Message screen, tap the Smiley icon to insert emoticons.

Q: Can I save frequently used words or phrases so I don't have to tap/graffiti the whole thing in every time?
A: Yes. Tap the Shortcuts icon to insert frequently used words or phrases stored in your handheld. (Select Shortcuts from your handheld's Preferences application to edit Shortcuts.)

Q: Can I add, delete, or rename screen names and/or groups on my handheld?
A: Yes, the Setup tab on the Buddy List screen allows you to add, delete or rename screen names and/or groups.

AOL Instant Messenger



# AIM Home Page

**Have fun with AIM:**

- Chat with friends on the web and AOL.
- Express yourself by choosing a Buddy Icon or create your own.
- Make your IMs stand out with rich text and smileys.
- Transfer files, photos or music while IMing.
- Find out more about the latest version of AIM.
- **Already an AIM or AOL member, Click here?**

**New Users:**

The #1 way to exchange Instant Messages with your friends, family, and co-workers on the Internet.




FREE!

**Available Now! Enterprise AIM Services**
Enterprise AIM Services increase the value and manageability of AOL Instant Messenger (AIM) for organizations, allowing enterprises to manage and control AIM communications via the AIM Enterprise Gateway and AIM on the desktop.

Find out how your enterprise can gain the benefits of real-time communication with dependable access to the largest and most active instant messaging community in the world. Find out more.

**International Users: Please review this important information.**

**Did You Know:**

- AIM can help you find someone to chat with right now. Learn more.
- If you already have a screen name for AOL, Netscape, CompuServe 2000, AOL Hometown, or AOL.com's Personal Finance center, you can use it on AIM.
- You can send instant messages without downloading AIM. Learn more.
- You can add AIM to your home page. Learn more.
- You can help test the latest version of AIM. Find out how.






© 2002 America Online, Inc. All rights reserved. Legal Notices | Privacy Policy

AOL Instant Messenger

AIM Home
Get AIM
AIM Express
International
Community
Feedback
Help / FAQs
AIM Wireless

# Help/FAQs: **Starting Out**

Getting Started | Registration | Screen Names | Download & Installation | Connection | Passwords

- What do I need to get started?
- How much does AOL Instant Messenger (SM) cost to use?
- Do I need to Register to use AIM?
- Can I convert my AIM account to an AOL account?
- How can I tell my friends about AOL Instant Messenger?
- How old do I have to be to use AIM?

---

**Q: What do I need to get started?**
**A:** All you need is the AOL Instant Messenger(SM) (AIM) software and a computer with a connection to the Internet. AOL Instant Messenger(SM) runs on your existing Internet connection, so when you connect to the Internet (in your usual way), you can use AIM the same way you use any other Internet program -- by double-clicking the program icon. At home, you probably connect to the Internet by dialing into your Internet Service Provider (ISP). At the office or school, your computer probably connects to a Local Area Network (LAN).

You can get by with less, but we recommend you have at least:

- Windows: Pentium processor running Windows 98/ME, WinNT4/2000/XP
- Mac: For v4.3 and before, PPC running System 8.5 or higher.
  For v4.5, PPC running OS X -or- OS 9 with CarbonLib 1.3.1 (or later)
- 16MB RAM
- 10MB of free hard drive space (20MB of temporary space for the installation)
- 28.8 modem
- Internet connection that allows full Internet usage (not just a free email service)
- 800x600 resolution, 256 colors or more
- Full duplex sound card (though Talk will work with half duplex)

Windows 95 users please click here to download AIM 4.8.

**Note:** If you're reading this using the Web browser on your computer, you're connected to the Internet, and you can sign on and use AIM with no more dialing or other connections to worry about. It's that easy!

Back to Top

**Q: How much does AOL Instant Messenger (SM) cost to use?**
**A:** The AOL Instant Messenger (SM) service is free. However, you are still responsible for your connection to the Internet (e.g. via an ISP) as well as any associated telephone charges.

Back to Top

**Q: Do I need to Register to use AIM?**
**A:** You need a screen name to use AIM, but you may already have one reserved. If you have a screen name at any of the following, you can use the same name with AIM: AOL, CompuServe2000, My News, AOL Hometown, or the Personal Finance Channel on AOL.com. If you are an AOL or CS2000 member, go to the AOL or CS2000 registration page to allow your existing screen name to work with Instant Messenger.

Back to Top

**Q: Can I convert my AIM account to an AOL account?**
**A:** Yes. While you are registering your AOL account, make sure you select the following option to convert your AIM account to an AOL account: ***You are an AOL Instant Messenger user and you want to create an AOL account.*** At this time there is not a way to add an AIM screen name as an additional screen name on your AOL account.

Back to Top

**Q: How can I tell my friends about AOL Instant Messenger?**
**A:** You can participate in our "Sign on a Friend" program, which automatically sends letters to your friends with detailed information about how to get and set up AIM.

To invite a friend to sign on with AIM, select the People menu on the Buddy List menu, click **Sign on a Friend**, and follow the screen instructions.

Back to Top

**Q: How old do I have to be to use AIM?**
**A:** You must be 13 years old or older in order to use AIM.

Back to Top

© 2002 America Online, Inc. All rights reserved. Legal Notices | Privacy Policy

AOL Instant Messenger

AIM Home
Get AIM
AIM Express
International
Community
Feedback
Help / FAQs
AIM Wireless

Help/FAQs: Using AIM

AIM Talk | AIM Today | Buddy List | AIM Expressions |Buddy Alerts | Buddy Icons | Chat | Away Message
IM Images | Instant Messages | Other IM Applications | Privacy | Sounds | Warnings

## Buddy List


- What is a Buddy List?
- How do I add buddies to my Buddy List?
- Why can't I see my buddies in my Buddy List, even though they are online?
- What does the yellow piece of paper next to my buddy's name mean?
- What does it mean when my buddy's screen name turns gray?
- What does the percentage symbol next to my buddy's name mean?
- How do I transfer my Buddy List from one computer to another?
- Why don't other users see me as being idle when I am signed on to AIM but not performing any AIM activities?
- Why does AIM ignore my option setting to dim buddies in my Buddy List after they've been idle for 5 minutes? Instead, AIM doesn't dim my buddies' screen names until they've been idle for at least 10 minutes.
- Why does my Buddy List window appears only in the system tray, and not the task bar, when I minimize it? (Windows only)
- What should I do when AIM incorrectly reports how long my buddies have been signed on?
- How do I unblock a user?
- My Buddy List window is taking up the entire screen (seems to always be maximized)
- Where can I find the original contents of my Buddy List from before my local buddy List was merged with my host Buddy List?
- Can I see which users have blocked me?
- Can I see which users have added my screen name to their Buddy List?
- When I add or delete buddies from a particular group, the change is not saved when I sign on the next time.
- What is a Mobile Device Icon?


---

**Q: What is a Buddy List?**
**A:** A Buddy List is a window that shows all your buddies (friends, family, coworkers, and others) who are signed on to AOL, CompuServe (CS2000), or AIM. Whenever they sign on, their screen names appear in your Buddy List, and you can communicate with them instantly.

Back to Top

**Q: How do I add buddies to my Buddy List?**
**A:** To add a buddy to your Buddy List, click the List Setup tab, click the Add Buddy icon, and type

your buddy's screen name.

Back to Top

**Q: Why can't I see my buddies in my Buddy List, even though they are online?**
**A:** You might not be able to see buddies in your Buddy List for several reasons:

- Make sure that the "Online" tab in the Buddy List window is the active tab.
- If the number in parentheses next to a group indicates that there are buddies online, make sure that the group is expanded. For example, if it says "Friends (5/10)" but no names are listed, then the group is not expanded. To expand the group, click the arrow on the left of the group name so that the arrow points downward.
- Make sure that your buddies are not blocking you and that you are not blocking your buddies. If you block buddies or they block you, you cannot see them.
- If the buddies you can't see are using AOL, then they have enabled an option that allows you to send them instant messages but doesn't let you see them on your Buddy List. This feature is only available to AOL users. Ask the AOL users to go the Privacy Preferences in their AOL Buddy List, and choose one of the **Allow** or **Block** options that does not cause you to be blocked.

Back to Top

**Q: What does the yellow piece of paper next to my buddy's name mean?**
**A:** It means that your buddy's Away message feature is turned on. Your buddy is still online, and when you send an instant message, you will receive an automated message, indicating your buddy's unavailability to communicate with you at that time.

To learn how to set up your own Away message, check the "Away Message" topic in this FAQ.

Back to Top

**Q: What does it mean when my buddy's screen name turns gray?**
**A:** When your buddy's screen name appears gray (or dim), it means that your buddy has not used the computer in a while.

Back to Top

**Q: What does the percentage symbol next to my buddy's name mean?**
**A:** The percentage symbol shows that your buddy has been warned by another user. Users are usually sent warnings when others feel that they are sending offensive or annoying messages. See the "Warn" topic for more information.

Back to Top

**Q: How do I transfer my Buddy List from one computer to another?**
**A: Windows**: From the Buddy List window, click the My AIM menu, and select **Save Buddy List**. Save your Buddy List to a file, and transfer it to your other computer by using a disk or by attaching it to an e-mail. To load the Buddy List file onto your other computer, click the My AIM menu, and select **Load Buddy List**.

**Macintosh**: From the Edit menu, select **Account Options** -> **Export Buddy List**. Save your Buddy List to a file, and then transfer that file to your other computer by using a disk or by attaching it to an e-mail. On the other computer, select the **Edit** menu, and then select **Account Options** -> **Import Buddy List**.

Back to Top

**Q: Why don't other users see me as being idle when I am signed on to AIM but not performing any AIM activities?**

**A:** If you are using any application in your computer (or just pressing a key or moving your mouse slightly), AIM does not consider you to be idle. For example, if you are using a word-processing application while you are signed on, AIM does not consider you to be idle.

Back to Top

**Q: Why does AIM ignore my option setting to dim buddies in my Buddy List after they've been idle for 5 minutes? Instead, AIM doesn't dim my buddies' screen names untill they've been idle for at least 10 minutes.**
**A:** Your buddy's Buddy List program might not be notifying the server that your buddy is idle until after 10 minutes. Each client may be different.

Back to Top

**Q: Why does my Buddy List window appear only in the system tray, and not the taskbar, when I minimize it? (Windows only)**
**A:**In order to make an icon appear in the taskbar when the Buddy List is minimized, go into Buddy List preferences and disable the "Hide Taskbar button when Buddy List window is minimized" option.

Back to Top

**Q: What should I do when AIM incorrectly reports how long my buddies have been signed on?**
**A:** Open your Control Panel and double-click the Date/Time icon. Check to make sure that the correct time zone, date, and time are set and that the Daylight Savings Time setting is correct.

Back to Top

**Q: How do I unblock a user?**
**A:** Go into the Controls section of AIM preferences, and remove the user from the Block List.

Back to Top

**Q: My Buddy List window is taking up the entire screen (seems to always be maximized)**
**A:** Although the window appears to be maximized, it probably has just been sized very big instead of being actually maximized. Because it is not technically maximized, the way to fix it is different than if it were maximized. Take the following steps:

1.) At the top-right of the window, there are three buttons. The left one is Minimize and the right one is Close. The middle one will either be Maximize or Restore. If the middle button currently displays the word "Restore" when you move the mouse over it, then click the button once. If the middle button currently displays the word "Maximize" over it, then do not click the button.

2.) Now simply click on one of the sides or corners of the window and drag your mouse toward the center of the screen to make the window smaller. That should fix the problem.

Back to Top

**Q: Where can I find the original contents of my Buddy List from before my local Buddy List was merged with my host Buddy List?**
**A:** When the merge occurred, the file BuddyListBackup.txt was created on your computer. This file has the contents of both of the original Buddy Lists. Depending on which version of Windows you have, the file will be located in one of the following directories:

**c:\Windows\aim95\screen name**
**c:\Windows\Application Data\aim\screen name**
**c:\Documents and Settings\Windows username\Application Data\aim**

Back to Top

**Q: Can I see which users have blocked me?**
**A:** No.

Back to Top

**Q: Can I see which users have added my screen name to their Buddy List?**
**A:** No.

Back to Top

**Q: When I add or delete buddies from a particular group, the change is not saved when I sign on the next time.**
**A:** It's possible that the group itself has become damaged. The only solution in some cases is to delete the group and create a new one. If the group is large, you may wish to use the Save Buddy List menu item to backup your Buddy List before deleting the group.

Back to Top

**Q: What is a Mobile Device Icon?**
**A:** A Mobile Device Icon in the shape of a cell phone now appears next to your screen name and in the Instant Messaging window when you are connected to AIM with a mobile device such as a Mobile Communicator, pager or cellular phone.

With the Mobile Device Icon, your friends will know that you are viewing and writing messages using the more limited capabilities of a mobile device. This helps to set the expectation that your messages may take longer to type, be shorter in length, etc...

If you do not want a Mobile Device Icon to appear when you are messaging from a mobile device, you can modify this preference.

From AOL 7.0
1 Click Settings, Preferences, Privacy
2 Click the Buddy List tab
3 Deselect the option "Allow other members to see I am using a mobile device".

From AIM (version 4.8.2646 or higher)
1 On the MyAIM menu, point to Edit Options, and then click Edit Preferences.
2 Click Privacy in the Category group.
3 Deselect the option "Allow other users to see that I am using a mobile device"
4 Click OK to save your change and close the dialog box.

Back to Top

© 2002 America Online, Inc. All rights reserved. Legal Notices | Privacy Policy

AOL Instant Messenger



# Get AIM for Windows

**Updated 14 November 02**

UPGRADE TO 5.1 and start using AIM® Expressions today!™

New Users Click Here

For the latest beta Click Here.

International Users: Please review this important information.




## Here's a hint of what you'll see in AIM 5.1

**Make AIM your default Instant Messaging Client in Windows XP!**

**Outlook Express Integration**

-See Your AOL Instant Messenger Buddy List within Microsoft Outlook Express
-Send IM's directly from Outlook Express




**AIM Expressions**

Express yourself and send your expressions to friends and family when you initiate a conversation.

**Content Panels**

Find public chats, get sports news, and find fun things to do right in the buddy list.




**Typing Indicator:**

See when someone's responding to your messages.

AIM 5.1 requires Windows 98 or later. System Requirements
Windows 95 users please click here to download AIM 4.8.

© 2002 America Online, Inc. All rights reserved. Legal Notices | Privacy Policy

Messenger Service

go to msn

MSN Messenger Service Home

Features

System Requirements

Latest News

## MSN® Messenger Service Features

MSN Messenger Service is an easy way to take advantage of the full power of instant messaging.

Just some of the benefits you get with MSN Messenger Service 1.0 :

**Great Communication Tools!**

**The Basics**




- **Online status and instant message exchange:** See when your friends are online and exchange instant messages with them. You can chat with them individually or with up to four of them in the same message window.
- **Automatic typing indicator:** Stop interrupting! MSN Messenger Service lets you know when one of your friends is typing a response.
- **Change your display name:** Switch your display name as often as you like. One minute you can be "john the triumphant" and the next, "john the recently humbled." Have fun! That's what instant messaging is all about!
- **Auto-update:** Whenever there is an update to MSN Messenger Service, you will be notified and have the opportunity to quickly upgrade to the latest software.

**Privacy and Security**

- **Control over your information:** You have complete control over your online status and how it appears to others. Your status will automatically switch to "away" when you've been inactive for several minutes, you can appear to be offline, and you control who can and cannot send you instant messages. You can also see who has added you to their contact list.
- **Support for COPPA (Child Online Privacy Protection Act):** MSN Messenger Service allows you to control whether or not your child can use the service.

**Download MSN Messenger Service now!**

MSN Messenger Service Home | Download | Help

© 2000 Microsoft Corporation. All rights reserved. Terms of Use Advertise TRUSTe Approved Privacy Statement

msn Messenger Service

go to msn

MSN Messenger Service Home

Features

System Requirements

Latest News

## MSN® Messenger Service System Requirements

| Minimum System Requirements: | | |
|---|---|---|
| | **Windows®-based PC** | **Macintosh** |
| Computer/Processor<br>Operating System | 486DX/66 or higher<br>Windows 95, Windows 98, Windows Me, Windows 2000, or Windows NT 4.0 or later | PowerPC<br>MacOS 8.0 or later |
| Disk Space<br>Memory | 2 MB available<br>8 MB RAM | 2 MB available<br>16 MB RAM |
| Browser | Microsoft® Internet Explorer version 4.0, Netscape Navigator version 4.0, or higher | |
| For voice capability (Windows based-PC only), you need **at least**: | | |
| | A full-duplex sound card<br>**or**<br>A USB port | n/a |
| | A speaker and microphone that plug into either the sound card or the USB port<br>**or**<br>A headset that plugs into either the sound card or the USB port | |
| | A modem with a speed of 28.8 KB per second or faster<br>**and**<br>A working connection speed of 28.8 KB per second or faster<br><br>Note: Your working connection speed is determined by your | |

| | | |
|---|---|---|
| | Internet Service Provider and not by your equipment. | |

Note: If you are not sure your computer meets these system requirements, please check with your computer manufacturer.

MSN Messenger Service Home | Download | Help

© 2001 Microsoft Corporation. All rights reserved. Terms of Use Advertise TRUSTe Approved Privacy Statement

msn Messenger Service go to msn

MSN Messenger Service Home

- Features
- System Requirements
- Latest News

**Can your instant messaging service do all this?**

Call **anywhere in the world** from your computer for a very low rate. And call the U.S. from your computer for free up to 5 minutes*.
* Click here for details

Page a contact's **mobile phone** with an instant message.

Watch the **typing indicator** to see when someone is typing a message.

**Plus** all the instant messaging features you expect, including file transfer, voice chat, and

**MSN® Messenger Service can! And it's free.**

Download now!

MSN Messenger Service takes less than 3 minutes to download on a 56K modem. It's so fast and easy, try it today!

MSN Messenger Service Home | Download | Help

msn

Return to
**MSN Messenger Service**

**Other Links:**

- E-mail
- Greeting Cards
- Free Games
- Stock Quotes
- Maps
- More...

**Special Features:**

- When Cupid's arrow has failed ...
- Find and compare homes online
- Summer tunes, tours & the tube!
- Do you have the right kind of insurance?
- Get the info you want, when you want!
- More...

©2001 Microsoft Corporation. All rights reserved. Terms of Use Advertise TRUSTe Approved Privacy Statement

- MSN Messenger for Windows
- Windows Messenger for Windows XP
- MSN Messenger for Mac
- MSN Explorer for Windows
- MSN Messenger for Pocket PC
- MSN Messenger for Microsoft TV
- MSN Messenger for MSN TV service
- MSN Messenger for MSN Companion
- For Developers
- Change Language

# MSN® Messenger for PocketPC

MSN Messenger is now available for Pocket PC 2002 upgrade users. Click here to download the latest version.

Now you can log onto MSN Messenger and chat with others from your Pocket PC. If you're familiar with MSN Messenger for the desktop PC, you already know how to use the mobile version. If not, it's easy to learn.

Late for a meeting? Need to send a quick message? Using any type of Internet connection, you can quickly send text messages to anyone on your list of online buddies — even interact with multiple people at the same time.

Your list of online buddies helps you keep track of your friends. The chat window lets you read and write messages. Notifications alert you if others are trying to contact you. Take advantage of the 'My Text' feature to quickly send frequently used messages with a single tap. You can see when your buddy is writing you back, just like on your desktop PC. Pocket PC notifies you when others are inputting a response so that communications are more interactive and free flowing.

## How do I get started?

MSN Messenger for Pocket PC is a standard application for any Pocket PC 2002. If you have an older device that was upgraded to Pocket PC 2002, be sure to install the MSN Messenger software from here.

To launch MSN Messenger on your device, all you need to do to get started is click Start, then select Programs and then MSN Messenger. (a connection to the internet must be established first).

Now you are ready to add some friends and try all the different features MSN Messenger for Pocket PC offers!

## Where can I get more information?

Have a look at the Pocket PC home page to learn more about all the great features that MSN Messenger for Pocket PC offers.

## What language versions are available for MSN Messenger for PocketPC?

English, Spanish, German, French, Italian, Simplified Chinese, Traditional Chinese, Japanese

©2002 Microsoft Corporation. All rights reserved. Terms Of Use Privacy Policy GetNetWise

Check the .NET Service status

MSN Messenger for Windows
Windows Messenger for Windows XP
Home
Features
Download
Help
MSN Messenger for Mac
MSN Explorer for Windows
MSN Messenger for Pocket PC
MSN Messenger for Microsoft TV
MSN Messenger for MSN TV service
MSN Messenger for MSN Companion
For Developers
Change Language

# Windows® Messenger Update for Windows® XP

Download Now!

Installation information

Make voice calls from your computer to a phone anywhere in the world, have video conversations, and take advantage of several ease-of-use enhancements like grouping your contact list, new task-based menus, and cool, new emoticons.




Let the .NET Messenger Service keep track of your contacts and enable your interpersonal communications with Windows Messenger.
.NET Messenger Service is fun, easy and cool! And it's free.

Enterprise users also can deploy Windows Messenger with Microsoft Exchange 2000 Server for enterprise-ready real communications that are protected with industry-standard security. Click here to download the Exchange Server-enabled version of Windows Messenger. Windows Messenger even works with .NET Messenger Service at the same time.

Windows Messenger is **easy to use**, delivers great voice and video **quality**, and enables **cool, new innovation** with lots of other products and services you use every day. It is part of Windows XP Professional and Windows XP Home Edition.



©2002 Microsoft Corporation. All rights reserved. Terms Of Use Privacy Policy GetNetWise

msn

Check the .NET Service status

- MSN Messenger for Windows
  - Home
  - Features
  - Download
  - Help
- Windows Messenger for Windows XP
- MSN Messenger for Mac
- MSN Explorer for Windows
- MSN Messenger for Pocket PC
- MSN Messenger for Microsoft TV
- MSN Messenger for MSN TV service
- MSN Messenger for MSN Companion
- For Developers
- Change Language

# MSN® Messenger

for Windows®

Download Now!

Installation information

Send instant messages with cool, emoticons, call anywhere in the world from your computer, see when someone's typing, page a contact's mobile phone, send pictures and music to your friends, and much more.



## New! MSN Messenger is going Mobile

This feature is only available in the U.S.

More ...

Did you know MSN Messenger for the Microsoft® Windows® operating system is available in 26 different language versions? See a list of available versions.

.NET Messenger Service is fun, easy and cool! And it's free.


©2002 Microsoft Corporation. All rights reserved. Terms Of Use Privacy Policy GetNetWise

MSN Home | My MSN | Hotmail | Search | Shopping | Money | People & Chat

Check the .NET Service status

- MSN Messenger for Windows
- Windows Messenger for Windows XP
  - Home
  - Features
  - Download
  - Help
- MSN Messenger for Mac
- MSN Explorer for Windows
- MSN Messenger for Pocket PC
- MSN Messenger for Microsoft TV
- MSN Messenger for MSN TV service
- MSN Messenger for MSN Companion
- For Developers
- Change Language

More features...

# Windows® Messenger

## For Windows® XP

Download Now!

Installation information

Go beyond text - communicate using high-quality voice, video, and more with Windows Messenger.

Windows XP includes Windows Messenger version 4.0. Now you can get the latest update - Windows Messenger version 4.7.




Find out what's new in this version

Here is what makes Windows Messenger 4.7 so compelling:

- So Easy to Use: Text, Voice, Video and More
- Quality Improvements in Windows XP Make a World of Difference
- Enabling New Innovation and Opportunity

### So Easy to Use: Text, Voice, Video and More

- See who's online and exchange instant messages

  See when your friends are online and exchange instant messages with them. You can chat with them individually or with up to 14 of them in the same conversation window. The automatic typing indicator lets you know when one of your friends is typing a response.

- Talk instead of type

  Stop typing! Talk with a friend anywhere in the world using your computer microphone and speakers. Windows Messenger supports high-quality voice calling from your computer.
  Click here for details

- See who you're talking to

  PC video cameras are so easy to use and affordable, your friend will be able to see you while you are typing or talking

together when you use Windows Messenger!

- Share pictures or any other file

  Trade photos of your friends, or any other file using Windows Messenger - without the file size constraints you encounter when you transfer files using most email systems.

- Team up with a friend for help

  Ask a friend for Remote Assistance and let Windows Messenger connect you so your friend can see and with your permission take control of your computer. That's like sitting next to each other and looking at the same screen!

- Work with a friend on the same program

  When your friend is also using Windows Messenger, you can open one of your programs - for example, a word processor - and both work on a document there together. Your friend doesn't need to have the program; they're sharing yours!

- Brainstorm with someone using Whiteboard

  Draw diagrams with your friend at the same time. Sketch your idea simultaneously as if you were both drawing on the same whiteboard by sharing the Whiteboard application in Windows Messenger.

- Emoticon drop-down list

  You don't have to remember the keystroke - just click the emoticon you would like to send to a friend.



- Arrange your contacts into groups

  Get organized! Define your own groups for family members, friends or the players from the soccer team.

- Quick access to all features

  If you want to Make a Phone Call, Start a Video Conversation or use any other feature of Windows Messenger - it's just one click away




More features...

MSN - More Useful Everyday

MSN Home | My MSN | Hotmail | Search | Shopping | Money | People & Chat

©2002 Microsoft Corporation. All rights reserved. Terms Of Use Privacy Policy GetNetWise

MSN Messenger for Windows
Windows Messenger for Windows XP
Home
Features
Download
Help
MSN Messenger for Mac
MSN Explorer for Windows
MSN Messenger for Pocket PC
MSN Messenger for Microsoft TV
MSN Messenger for MSN TV service
MSN Messenger for MSN Companion
For Developers
Change Language

# Get Windows® Messenger Update

| | | |
|---|---|---|
| Platform(s): | Microsoft® Windows® XP | |
| Language: | English | Change Language |

Download Now!

Note: This version of Windows Messenger can only be installed on the Windows XP operating system. If you are using a different operating system, please select another version on the left side of the screen.

Note: To download a version of Windows Messenger that works with both .NET Messenger Service, Communications Service and Microsoft® Exchange 2000 Server, click here.

If you are looking for add-ins for Windows Messenger, click here. Add-ins enhance the standard version of Windows Messenger with great new features.

## Minimum System Requirements

| | |
|---|---|
| Computer/Processor: | Computer with 300 megahertz or higher processor clock speed recommended; 233 MHz minimum required (single or dual processor system);* Intel Pentium/Celeron family, or AMD K6/Athlon/Duron family, or compatible processor recommended |
| Operating System: | Windows XP Professional or Windows XP Home Edition |
| Disk Space: | 17 MB available for installation |
| Memory: | 128 MB of RAM or higher recommended (64MB minimum supported; may limit performance and some features) |
| Video Display | Super VGA (800 X 600) or higher resolution video adapter and monitor |

For networking:

- Network adapter appropriate for the type of local-area, wide-area, wireless, or home network you wish to connect to, and access to an appropriate network infrastructure; access to third-party networks may require additional charges.

For text instant messaging, voice and videoconferencing, and application sharing, both parties need:

- Microsoft .NET Passport account and Internet access or Microsoft Exchange 2000 Server instant-messaging account and network access (some configurations may require download of additional components).

For voice and videoconferencing, both parties also need:

- A modem with a speed of 33.6 Kbps or faster and a working connection speed of 33.6 Kbps or faster
- A speaker and microphone that plug into either the sound card or the USB port or a headset that plugs into either the sound card or the USB port

For videoconferencing, both parties also need:

- A PC video camera compatible with Windows XP (For more information go to the Start menu and select All Programs, then select Windows Catalog).
- Microsoft® Windows® XP

For application sharing, both parties also need:

- A modem with a speed of 33.6 Kbps or faster and a working connection speed of 33.6 Kbps or faster
- Microsoft® Windows® XP

For remote assistance:

- Both parties must be running Windows XP and be connected by a network
- If you have problems using Remote Assistance after upgrading from Windows 2000 to Windows XP, you need to install version 4.7 of Windows Messenger. Click here to download Windows Messenger v4.7.

For sound:

- A modem with a speed of 33.6 Kbps or faster and a working connection speed of 33.6 Kbps or faster

Note: Actual requirements will vary based on your system configuration and the applications and features you choose to install. Additional available hard disk space may be required if you are installing over a network.

MSN - More Useful Everyday
MSN Home | My MSN | Hotmail | Search | Shopping | Money | People & Chat
©2002 Microsoft Corporation. All rights reserved. Terms Of Use Privacy Policy GetNetWise

Check the .NET Service status



# Choose a Version

Please select your preferred version:

- (•) MSN Messenger 5.0 for Windows XP
- ( ) MSN Messenger 5.0 for Windows Me or Windows 98
- ( ) MSN Messenger 5.0 for Windows NT4 SP6 or Windows 2000

OK

Windows 95 does not support MSN Messenger 5.0. Please download MSN Messenger 4.6 instead. The latest version of MSN Messenger requires a minimum of Windows 98 or Windows NT 4.0 SP6.


©2002 Microsoft Corporation. All rights reserved. Terms Of Use Privacy Policy GetNetWise

More features...

# MSN® Messenger
## for Windows®

Download Now!

Installation information

MSN Messenger lets you see when your friends are online and exchange instant messages with them.

You can also use this free program to make phone calls, send a message to a pager, trade pictures and music with your friends and much more.



Find out what's new in this version

Here are some of the other benefits you get with MSN Messenger for the Microsoft® Windows® operating system

### Great Communication Tool!

- See who's online and exchange instant messages

  See when your friends are online and exchange instant messages with them. You can chat with them individually or with up to 14 of them in the same conversation window. The automatic typing indicator lets you know when one of your friends is typing a response.

- Make worldwide phone calls

  

  Call anywhere in the world for a very low rate. You decide which phone service provider you want to use! Choose from a list of providers the one that works best for you.
  Click here for details

- Talk instead of type

  Stop typing! Talk with a friend anywhere in the world using your computer microphone and speakers.
  Click here for details

- Page your friends

  Send text messages to your friends on their cell phones and pagers!

  Now you can tell at a glance which of your friends can receive text messages on their cell phones and pagers. (New!)

  This feature is only available in the U.S. and Canada.

- Meet new friends with the MSN Member Directory (New!)

  Search for people who share your interests or find long-lost friends in the MSN Member Directory. It is a great way to meet people online and then chat with them via MSN Messenger.

- Stay current with MSN Today (New!)

  MSN Today is a daily report of the latest news and information from MSN, customized for MSN Messenger customers. MSN Today gives you instant access to the My MSN page, Hotmail, MSN Search, and more.

  This feature may not be available in all areas.

- Join a chat

  Go to Chat Rooms and meet new people or join a celebrity chat.

  This feature may not be available in all areas.

- Share pictures or any other file

  Trade photos of your friends or your favorite music, or any other file using MSN Messenger.

- Watch for new e-mail

  See how many new e-mail messages you have. And get notified whenever you receive a new MSN Hotmail® e-mail message.

- Browse the Web together (New!)

  Use MSN Messenger to surf the Web with a friend who is across town or across the country. View the same Web page at the same time while you exchange instant messages or talk to each other.

This feature requires MSN8. Click here for more information.

- Invite friends to play a game

  Use MSN Messenger to invite your friends to play a DirectPlay® compatible game online.

More features...



©2002 Microsoft Corporation. All rights reserved. Terms Of Use Privacy Policy GetNetWise

# Windows Media Player 7.1 for Pocket PC



Breathe new life into your Pocket PC with Windows Media Player 7.1 for Pocket PC and a preview of Windows Media.com Mobile. Get the exciting Play Pack and also find out how you can access your digital media wirelessly.



## Windows Media Player 7.1 for Pocket PC

Windows Media Player 7.1 for Pocket PC has everything you need to experience music, movies and more on the go.

Download Center Download Windows Media Player 7.1 for Pocket PC.



## WindowsMedia.com Mobile - Preview

Now you can take the most popular media guide available on the web with you wherever you go. A preview of WindowsMedia.com is now available on your mobile device! Stream high quality content directly to your Pocket PC.




## Windows Media Play Pack for Pocket PC

Get the exciting Windows Media Play Pack for your Pocket PC. CD contains full length movies, music, games and more! Be one of the first 10 thousand to order and receive it absolutely free. Available only in the US and Canada.

Wireless Revolution

## Pocket PC Wireless Revolution

Experience the wireless revolution on your Pocket PC. Ricochet is a high-speed wireless mobile data network covering 32 million people in 15 US metropolitan areas. Operating at speeds of 128kbps. Sign up today and get access to your streaming Windows Media content on your Pocket PC.

Back to the top

Player for Pocket PC Contents

Player for Pocket PC Home
Player
Create Your Own Content
System Requirements
Custom Skins
Download and Install Skins
FAQ
Readme
PocketPC.com
Pocket PC movies on Filmspeed.com

Last updated: Tuesday May 22, 2001

© 2001 Microsoft Corporation. All rights reserved. Terms of Use.




Features

# Windows Media Player

**With the latest Windows Media Player and your Pocket PC,**
you can listen to digital music and watch digital videos when you're on the go.

Microsoft® Windows Media™ Player and your Pocket PC enable you to enjoy music and videos when you're on the go.

With your Pocket PC and the latest Windows Media Player, you can listen to digital music and watch digital videos. The Pocket PC supports both Windows Media and MP3 music files, so your listening options are virtually limitless. Download files onto your desktop PC and transfer them to your Pocket PC, or download files directly onto your Pocket PC using wireless Internet services.

To get more music on your Pocket PC, you can convert MP3 files to Windows Media Audio file format. Windows Media Audio technology delivers CD-quality music in half the file size of MP3, so you get twice the music on your Pocket PC. You can also listen to music while using other Pocket PC features such as Pocket Outlook®, Internet Explorer for the Pocket PC, and Microsoft Reader. And if you take your Pocket PC with you when you work out or drive, the music won't skip, as it can on portable CD players.

With Internet access and Windows Media Player for Pocket PC Technology Preview 2, you can also play streaming audio and video files. Surf to your favorite music or video site and click to enjoy streamed content.

With Windows Media Player and your Pocket PC, you can tune in to your favorite digital entertainment.

See other features GO

©2001 Microsoft Corporation. All rights reserved. Terms of Use | Privacy Statement

Search

Pocket PC
Learn More
Get Started
Club Pocket PC
Accessories
Downloads

Smartphone
Software
Hardware
Get Started
Club Smartphone
Accessories
Downloads

Handheld PC

Developer
Getting Started
Technical Articles
Downloads
Support & Training
Community
Developer Programs

Enterprise
Mobile Workplace
Solution Providers
Case Studies
White Papers

News & Events
News
Events

**Pocket PC** | PRODUCT DETAILS

# MSN Messenger

Stay connected to your most essential information.




Connected Software Quick Find:
MSN Messenger

Previous Feature Next Feature

## Instantly swap messages with family, friends, or co-workers.

Now you can log onto Microsoft® MSN® Messenger* and "chat" with others from your Pocket PC. If you're familiar with MSN Messenger for the desktop PC, you already know how to use the mobile version. If not, it's easy to learn.

Late for a meeting? Need to send a quick message? Using any type of Internet connection**, you can quickly send text messages to anyone on your list of online buddies - even interact with multiple people at the same time.

Your list of online buddies help you keep track of your friends. The chat window lets you read and write messages. Notifications alert you if others are trying to contact you. Take advantage of the "My Text" feature to quickly send frequently used messages with a single tap. You can see when your buddy is writing you back, just like on your desktop PC. Pocket PC notifies you when others are inputting a response so that communications are more interactive and free flowing.

Microsoft® MSN® Messenger - it's what everyone's talking about.

**MSN Messenger is a MSN Passport service and requires a Passport, Hotmail, or MSN account.*

***Connectivity solutions available via separately purchased modem and/or other wireless accessories. See Pocket PC device manufacturer and wireless ISPs for details.*

Back to the Connected Home Page

MORE INFORMATION ABOUT POCKET PCs
- Check out the Software Home Page
- Pocket PCs at a Glance

ABOUT SOFTWARE TOPICS
- Software You Know
- Keeps You Connected
- There's More to Life Than Work

Last Updated: August 16, 2002

Top E-mail This Page Print This Page

©2002 Microsoft Corporation. All rights reserved. Terms of Use | Privacy Statement

Pocket PC. Learn More - Hardware - Americas

Which Pocket PC is right for you?

Compare the Devices Side-by-Side

Click on a category title (i.e. Memory) for detailed information about this feature.

Select your region
Americas

| Model | Memory | Processor | Display | Built-in Expansion | Synchronization Options | Battery Life | Size | Weight | Geographic Availability |
|---|---|---|---|---|---|---|---|---|---|
|  Casio Cassiopeia E-200 U.S.$599* | ROM 32MB RAM 64MB | Intel StrongARM 32-bit processor | Type: Reflective TFT LCD Colors: 65,536 Resolution: 240 x 320 | CF Card Slot Type II, SD card slot for memory expansion, Infrared, Serial port, USB | Infrared, USB/serial cradle | Up to 10 hours | 82mm x 17.5mm x 130mm, 3.2" x 0.7" x 5.1" | 190g, 6.7oz | Worldwide |
|  HP iPaq Pocket PC H5450 U.S.$700* | ROM 48 MB Flash RAM 64 MB | Intel XScale | Type: 3.8 in transflective TFT Colors: 65,000 Resolution: 320 x 240 | 802.11b Wi-Fi certified LAN radio, SD card slot for memory expansion | | | 3.3" x 0.6" x 5.3", | 7.1 oz | United States |
|  Toshiba e310 $399* | ROM 32MB RAM 32MB | Intel StrongARM 32-bit processor | Type: A-Si reflective TFT LCD Colors: 65,536 Resolution: 320 x 240 | SD card slot for memory expansion | Infrared, USB cradle with cable | Up to 8 hours | 80.0 W x 12.4 H x 125 D mm, 3.1" x 0.4" x 4.9" | 4.9oz | United States, United Kingdom |
|  Toshiba e740 599* | ROM 32MB RAM 64MB | Intel XScale | Type: A-Si reflective TFT LCD Colors: 65,536 Resolution: 320 x 240 | CF Card Slot Type II, SD card slot for memory expansion | Infrared, USB cradle with cable | Varies depending on applications, power management settings and features utilized | 78.7mm x 15.2mm x 125mm, 3.1" x 0.6" x 4.9" | 173 grams / 6.1 oz. | United States |
|  HP Jornada 560 series (565/568) U.S.$599* | ROM 32MB RAM 32MB | Intel StrongARM 32-bit processor | Type: Reflective TFT LCD Colors: 65,536 Resolution: 240 x 320 | CF Type 1 extended | Infrared, USB/serial cradle | Up to 14 hours | 76mm x 17mm x 132mm, 3.0" x 0.7" x 5.2" | 173g, 6.1oz | Worldwide |
|  iPAQ H3970 U.S.$749* | ROM 48MB RAM 64MB | Intel XScale Processor | Type: Transflective display Colors: 65,536 Resolution: 320 x 240 | SD card slot for memory expansion | Infrared, USB/serial cradle | Up to 9 hours | 84mm x 16mm x 135mm, 3.3" x .63" x 5.3" | 6.3 oz./190 grams | North America, Europe, Asia Pacific, Latin America |
|  Compaq iPAQ Pocket PC H3760 / H3765 U.S.$499* | ROM 32MB RAM 64MB | Intel StrongARM 32-bit processor | Type: Reflective TFT LCD Colors: 4,096 Resolution: 240 x 320 | SD card slot for memory expansion | Infrared, USB cable | Up to 9 hours | 84mm x 16mm x 130mm, 3.3" x 0.6" x 5.1" | 178g, 6.3oz | Asia Pacific, Europe, Latin America, North America |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
|  Dell Axim X5 Starting at U.S. $199 (after $50 rebate)* | ROM 32MB, 48MB RAM 32MB, 64MB | Intel XScale | Type: Transflective TFT Colors: 65,000 Resolution: 320 x 240 | CF Card Slot Type II, SD card slot for memory expansion | | Varies depending on apps, power management settings and features utilized | 128 L x 81.5 W x 18 D mm, 5" L x 3.2" W x 0.7" D | 6.9 oz / 196 grams | U.S. and Canada |
|  Toshiba 2032 U.S.$799.99* | ROM 32MB RAM 32MB | Intel StrongARM 32-bit processor | Type: Large, vibrant TFT display Colors: 65,536 Resolution: 320 x 240 | SD card slot for memory expansion | Infrared, USB cradle with cable | Standby Time - 4 days (Digital) Usage Time - Approximately 1.5 hours (Digital) | 5.02"H x 3.05"W x 0.77"D, 127.5 H x 77.5 W x 19.6 D mm | 217.7 g / 7.00 oz. | United States |
|  Siemens / AT&T Wireless SX56 Pocket PC Phone U.S. $549* | ROM 32MB RAM 32MB | Intel StrongARM Processor | Type: Reflective TFT Colors: 4,096 Resolution: 320 x 240 | Integrated SD/MMCard Slot | Infrared, USB cradle with cable | Up to 15 hours | 80.0 W x 12.4 H x 125 D mm, | 6.8 oz. | United States |
|  Zayo A600 U.S. $599* | ROM 32MB RAM 64MB | Intel XScale | Type: Reflective TFT LCD Colors: 65,536 Resolution: 320 x 240 | SD card slot for memory expansion | Infrared, USB cable, USB cradle with cable | Up to 15 hours | 125L x 75W x 12.8D mm / 4.9"L x 2.9"W x 0.5"D | 138 grams / 4.8 oz. | Worldwide: available as Zayo in the United States MyPal in Asia and Europe |
|  Alaska Cove Mexmal U.S.$399* | ROM 32MB RAM 32MB | Intel StrongARM SA1110 | Type: LCD TFT Colors: 65,000 Resolution: 320 x 240 | CF Card Slot Type II | USB cradle with cable | Up to 10 hours | 75mm x 18 mm x 130mm, 2.9" x 0.7" x 5.3" | 199 grams / 7.0 oz | Mexico |
|  HP iPaq Pocket PC H1910 U.S.$299* | ROM 16 MB Flash RAM 64 MB | Intel PXA250 | Type: Transflective Color TFT Colors: 65,000 Resolution: 320 x 240 | Integrated SD/MMCard Slot | | | 2.8 x 0.5 x 4.5 in, | 4.2 oz | United States |
|  NEC MobilePro P300 (MC/PG5000A) U.S.$599* | ROM 32MB RAM 32MB | Intel StrongARM 32-bit processor | Type: Reflective 3.8" QVGA TFT LCD Colors: 65,536 Resolution: 240 x 320 | CF Card Slot Type II, SD card slot for memory expansion, USB | Serial connection, USB cradle with cable | Up to 10 hours | 78mm x 18mm x 128mm, 3.0" x 0.7" x 5.0" | 190g, 6.7oz | Europe, Japan, US |
|  T-Mobile Pocket PC Phone Edition U.S.$549.99* | ROM 32MB RAM 32MB | Intel StrongARM Processor | Type: Reflective TFT Colors: 4,096 Resolution: 240 x 320 | Infrared, Integrated SD/MMCard Slot | Infrared, USB cradle with cable | Up to 15 hours | 80.0 W x 12.4 H x 125 D mm, | 6.8 oz. | United States |
|  Audiovox Maestro Pocket PC PDA-1032 U.S.$549* | ROM 32MB RAM 32MB | Intel StrongARM 32-bit Processor | Type: Reflective TFT LCD Colors: 65,536 Resolution: 240 x 320 | CF Card Slot Type II, SD card slot for memory expansion | USB/serial cradle, Wireless phone connector cable | Up to 8 hours | 77mm x 17mm x 125mm, 3.0" x 0.7" x 4.9" | 180g, 6.4oz | United States |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
|  Toshiba e550G U.S.$599.99* | ROM 32MB RAM 64MB | Intel XScale | Type: TFT LCD display Colors: 65,536 Resolution: 320 x 240 | CF Card Slot Type II, SD card slot for memory expansion | USB cradle with cable | Varies depending on applications, power management settings and features utilized | 4.92"H x 3.01"W x 0.63"D, 125.0 L x 76.5 W x 16.0 D mm | 170.0 grams / 6.00 oz. | United States |
|  ViewSonic Pocket PC V35 U.S. $299* | ROM 32 MB RAM 64 MB (36.45MB user accessible) | Intel XScale Processor | Type: 3.5" Transflective TFT touch screen Colors: 64k Resolution: 240x320 | Integrated SD/MMCard Slot | Infrared, USB cradle with cable | Up to 8 hours | 4.8"x3.0"x4.0"; 1219x762x10.2mm, | 4.2oz; 130.6 grams | Worldwide |
|  Toshiba Pocket PC e570 U.S.$569* | ROM 32MB RAM 64MB | Intel StrongARM 32-bit processor | Type: A-Si reflective TFT LCD Colors: 65,536 Resolution: 240 x 320 | CF Card Slot Type II, SD card slot for memory expansion | Infrared, USB/serial cradle | Up to 8 hours | 77.5mm x 18mm x 125mm, 3.1" x 0.7" x 5" | 180g, 6.3oz | United States, United Kingdom, Germany, France |
|  Audiovox Thera U.S.$729.99* | ROM 32MB RAM 64MB | Intel Strong ARM processor | Type: Reflective TFT Colors: 65,000 Resolution: 320 x 240 | Infrared, SD card slot for memory expansion | Infrared, USB cradle with cable | Standby Time - Up to 8 hours | 5.02" x 0.77" x 3.05", | 7.00 oz. | United States |
|  Compaq iPaq Pocket PC H3870/H3835 U.S.$599* | ROM 32MB RAM 64MB | Intel StrongARM 32-bit processor | Type: ReflectiveTFT LCD Colors: 65,536 Resolution: 240 x 320 | SD card slot for memory expansion | USB/serial cradle | Up to 12 hours | 84mm x 16mm x 135mm, 3.3" x 0.6" x 5.3" | 190g, 6.7oz | North America, Europe, Asia Pacific, Latin America |

*Prices may vary

Last Updated: January 22, 2003

Top E-mail This Page Print This Page

©2003 Microsoft Corporation. All rights reserved. Terms of Use | Privacy Statement

Pocket PC. Hardware - Americas

Where to Buy?
Click on 'Purchase Info' below to buy directly from the manufacturers or at an on-line retailer, eShop, or at a store near you by visiting our Retailer Near You page.

Check out the specs on ruggedized Pocket PCs here.

Compare | Show All Devices

| | |
|---|---|
| Dell Axim X5 | Purchase Info |
| Audiovox Maestro Pocket PC PDA-1032 | Purchase Info |
| Audiovox Thera | Purchase Info |
| ViewSonic Pocket PC V35 | Purchase Info |
| T-Mobile Pocket PC Phone Edition | Purchase Info |
| Alaska Cove Mexmal | Purchase Info |
| Casio Cassiopeia E-200 | Purchase Info |
| NEC MobilePro P300 (MC/PG5000A) | Purchase Info |
| iPAQ H3970 | Purchase Info |
| Toshiba 2032 | Purchase Info |
| Compaq iPaq Pocket PC H3870/H3835 | Purchase Info |
| Toshiba e310 | Purchase Info |
| HP Jornada 560 series (565/568) | Purchase Info |
| Toshiba e550G | Purchase Info |
| Toshiba Pocket PC e570 | Purchase Info |
| HP iPaq Pocket PC H5450 | Purchase Info |
| Toshiba e740 | Purchase Info |
| Compaq iPAQ Pocket PC H3760 / H3765 | Purchase Info |
| Siemens / AT&T Wireless SX56 Pocket PC Phone | Purchase Info |
| Zayo A600 | Purchase Info |
| HP iPaq Pocket PC H1910 | Purchase Info |

Compare | Show All Devices

Last Updated: January 22, 2003

Top E-mail This Page Print This Page

©2003 Microsoft Corporation. All rights reserved. Terms of Use | Privacy Statement

# HP iPaq Pocket PC H5450



Manufacturer
Hewlett Packard

Purchase Info
Web Site

Product Name
HP iPaq Pocket PC H5450

Processor Type
Intel XScale

Processor Speed
400 MHz

Memory
ROM 48 MB Flash, RAM 64 MB

Display
Type: 3.8 in transflective TFT
Number of Colors: 65,000
Resolution: 320 x 240

System Unit
Dimensions: 3.3" x 0.6" x 5.3",

Weight: 7.1 oz

Expansion Options
Built-in Expansions:
802.11b Wi-Fi certified LAN radio
SD card slot for memory expansion

Battery Life
Type: Lithium ion

Geographic Availability
United States

Suggested Retail Price
U.S.$700

*See Pocket PC device manufacturer for details*

Last Updated: January 22, 2003



©2003 Microsoft Corporation. All rights reserved. Terms of Use | Privacy Statement

# Windows XP Home Edition Features

Posted: July 11, 2001

The Windows XP Home Edition operating system offers a number of new features that help you work smarter and connect faster to the Internet and with others. And the rock-solid dependability of Windows XP lets you work and play with more confidence than ever.

- The New Standard in Dependability and Simplicity
- Unlock the Possibilities of Your PC

## The New Standard in Dependability and Simplicity

| Feature | Feature Description |
|---|---|
| Impressive Reliability | |
| Built on new Windows engine | With Windows XP Home Edition, Microsoft has merged the best features of its consumer operating systems with the power, security, and reliability of the Windows 2000 engine to create a new friendlier, more dependable operating system. |
| Windows File Protection | Prevents you or your applications from accidentally changing the core operating system files. This helps protect your system proactively and automatically. |
| Protected Kernel Mode Architecture | Your applications do not have access to the software code kernel upon which your operating system is based. This greatly improves the reliability of your system. |
| Process Separation | Errant applications will not cause your computer to crash. Each application is in a completely separate, protected memory space. |
| Side-by-Side DLLs | These provide you with a mechanism for multiple versions of individual Windows components to run "side by side." Now you won't have to worry that your applications will conflict with each other and cause application instability. |
| Superb Performance | |
| System Monitor | Analyzes hundreds of different system metrics, including memory, disk and network throughput for you. |
| Task Manager | Provides you with useful computer performance and allows you to terminate inactive programs. You can also opt for a reporting mechanism that best suits your specific requirements. |
| Enhanced battery life | Enables you to improve the battery life of your mobile computer by conserving display power in two ways:<br>■ Lid Power. When the lid of a mobile computer is closed, the display is powered off.<br>■ LCD Dimming. When a mobile computer is running on battery power, the display is dimmed. Upon reconnection to AC power, the original brightness is restored. |
| Internet Connection Firewall | The Internet Connection Firewall helps guard your computer from intrusion when you are connected to the Internet. Now you can rest assured that Windows XP Home Edition is working to protect you from unwanted attacks over the Internet. |
| Credential Manager | Credential Manager is a secured store for password information. This feature allows you to input user name and passwords for various network resources and applications (such as e-mail) once, and then have the system automatically supply that information for subsequent visits to those resources without your |

| | |
|---|---|
| | intervention. |
| Easy to Use | |
| Easy Setup Wizard | An easy to understand tutorial walks you through the installation process for the operating system, prompting you when necessary to enter information that will customize your PC. |
| Dynamic Update | Provides you with different application and device compatibility updates, some driver updates, and emergency fixes for setup or security issues at operating system Setup to help you keep your operating system current and functioning smoothly. |
| Personalized Welcome Screen | The welcome screen can be personalized to allow you to share the same computer with your friends and family. Each individual can create his or her own unique account. These accounts are easily created during Setup or from the Control Panel. By default the accounts are not password protected but you have the option to set a password on your specific account if you desire. |
| Fast User Switching | This allows you and your family or friends the ability to share a single computer without having to close each other's applications each time you need to access your own account. |
| Start menu | Organizes your programs. It is the primary way to access files, folders, and programs on your computer.<br><br>NEW: Windows XP Home Edition offers an enhanced Start menu. Access to important and frequently used tasks and applications is made easier with a Frequently Used Programs list and prominent positioning of your most critical folders. |
| Task-focused design | Allows you to view your Windows options as associated with your current task. For example, if you are creating a Microsoft Word document, a dynamic menu appears that lists the appropriate tasks such as cut, paste, and copy for the Word document. |
| Taskbar Grouping | The different files that you have open group according to the type of application they are—keeping your taskbar clean and organized. |
| Desktop Clean Up Wizard | The Desktop Clean Up Wizard periodically checks your desktop and gives you the opportunity to move your unused shortcuts. |
| Search Companion | A search companion identifies what kind of help you need and retrieves search information relevant to the task at hand. |
| File management | You can quickly find what you need by grouping files and folders and using enhanced thumbnail views and organization that makes sense to you. You can view files in alphabetical groups, by file type, size, or date modified. |
| Indexed File System | Provides you with the capability of indexing the contents of the file system; this allows you to locate files easily and quickly based on a file name or search string. |
| Files and Settings Transfer Wizard | Enables the convenient transfer of files, documents, and settings from one computer to another. The wizard walks you through migrating files, documents, or settings from an old computer to a new one. |
| System Restore | The System Restore feature of Windows XP Home Edition enables you to restore a PC, in the event of a problem, to a previous state without losing personal data files. System Restore actively monitors system file changes to record or store previous versions before the changes occurred. With System Restore, you never have to think about taking system snapshots as it automatically creates easily identifiable restore points, which allow you to restore the system to a previous point in time. |
| Compatibility Mode | You can enable an application to run within a compatibility mode that helps mimic older versions of Windows using the built-in compatibility technology. |
| DualView | DualView allows two monitors to host the Windows desktop while being driven off of a single display adapter. In the case of laptop computers this could be the internal LCD display as well as an external monitor. For desktops there are a variety of high-end display adapters that will support this functionality. |

| | |
|---|---|
| ClearType | Supports Microsoft ClearType®, a text display technology that gives you enhanced screen resolution, making it easier for you to read text on your computer screen. |
| Uninstall | Uninstall provides you with the ability to restore an upgrade to the previous Windows operating system you were using. This feature only applies if you are upgrading your computer from Windows 98 and Windows Millennium Edition (Windows Me). It provides you with the ability to uninstall at any point during Setup. |
| Quick and Easy Ways to Get Help and Support | |
| Help and Support Center | Your "one-stop" shop for any assistance with your Windows experience.<br><br>NEW: Help has been enhanced for the Windows XP Home Edition. Help now features the ability to search across multiple information sources such as your OEM home page, Microsoft Knowledge Base, etc. In addition, you can now print a chapter from the online documentation. Windows XP Home Edition has also integrated the concept of "Favorites" into the Help subsystem, so you can easily find important passages. |
| Remote Assistance | Provides you with the ability to invite a trusted friend or support professional also running Windows XP to be your remote assistant. Through an Internet connection, your assistant can chat with you, observe your working screen, and, with your permission, remotely control your computer. |
| Extensible Search | Lets you search across multiple remote and online providers to get the most information for the topic you're investigating. |
| Remotely Access Help | Provides a mechanism to easily view server Help content from a desktop computer. |
| Windows Update | Windows Update provides new device drivers in addition to application compatibility fixes so you'll have more support than ever before for your devices and applications.<br><br>NEW: Updates downloaded from Windows Update can also be applied to all users on a computer at one time. Windows Update is now integrated with the Help and Support Center in Windows XP Home Edition. The Device Manager will also search Windows Update for new drivers when you insert a new device. |
| Device Driver Rollback | Provides the capability of replacing an unstable device driver (does not include printer drivers) with a previously installed version that you knew was working. This helps you focus on a particular device that is causing you problems rather than dealing with your entire system. |
| Microsoft Incident Submission | You can automatically submit a report over the Internet on an issue you are encountering so that Microsoft can work on developing a software fix for it. When it's ready, a Microsoft support engineer will contact you. |

Top

## Unlock the Possibilities of Your PC

| Feature | Feature Description |
|---|---|
| Staying in Touch and Keeping Connected | |
| Windows Messenger | The easy way to communicate with your friends, family, and colleagues in real time. Can keep you updated with your buddies' online status. Choose text, voice, and video and experience high quality online voice and video quality. Collaborate with your buddies, transfer files, and share applications and whiteboard drawings. |

| | |
|---|---|
| Home Networking | Allows you to:<br>■ Set up a home network, including physical connections such as for printers or faxes, installing protocols and bridging.<br>■ Share an Internet connection with all computers on a network.<br>■ Share resources on a computer.<br>NEW: Home networking is enhanced with the Internet Connection Firewall to help protect your home network from unauthorized access while you're connected to the Internet. |
| Network Bridge | Simplifies the configuration and setup of home networks that use mixed connections by linking the different types of networks together. |
| Internet Connection Sharing | Allows multiple computers in your home to access the Internet at the same time using the same broadband or dial-up connection.<br><br>NEW: Windows XP Home Edition is now available with the option to remotely disconnect your dial-up connection to use your telephone line and easily resume the connection again. |
| Internet Explorer | Microsoft Internet Explorer 6 is the next major update to the award-winning Internet Explorer technologies and provides the most private, reliable, and flexible Internet browsing experience. Internet Explorer 6 includes many new and enhanced features that can simplify the daily tasks that you perform while helping you to maintain the privacy of your personal information on the Web. |
| Internet-enabled games | Using the Internet, you can be matched with players from around the world on games like Internet Backgammon, Internet Checkers, Internet Hearts, Internet Reversi, and Internet Spades, or you can invite your friends to play against you in other Internet-based games. |
| Experience Digital Music | |
| Windows Media Player for Windows XP | Windows Media™ Player for Windows XP brings together all of your most common digital media activities in a single, easy-to-access place.<br><br>NEW: Windows Media Player for Windows XP provides you with new features such as: DVD playback, native CD burning, and the ability to export video to portable devices. Also included are new and improved video controls, offline metadata support (for enhanced DVD viewing), and a more streamlined and flexible user interface. |
| My Music | Enables you to quickly view a list of music files in a folder and perform basic management tasks such as retrieving, adding, sorting, and deleting music files.<br><br>NEW: My Music is now task-based to help you work more efficiently. |
| Auto-Recognition | If you insert a CD, ZIP or JAZ disk, or compact flash card, Windows will automatically recognize it and launch the corresponding application. For example, your CDs will begin playing on Windows Media Player for Windows XP. |
| CD burning | Saving critical information to a CD is as easy as saving to a floppy disk or hard disk. By selecting a folder of software, photos, or even music and dragging it to the CD-R device icon, you can create your own CDs. |
| Portable music devices | Windows Media Player for Windows XP provides you with the ability to connect to your music and devices in a way that best suits your needs. |
| Enjoy the World of Digital Photography | |
| My Pictures | Enables you to quickly view a list of photos in a folder and perform basic management tasks like adding, sorting, and deleting picture files.<br><br>NEW: Now you have the ability to:<br>■ Order prints directly from the Internet<br>■ Link to Scanner and Camera Wizard for fast access<br>■ Look at images sequentially in a large, easy-to-view size<br>■ Publish pictures to the Internet<br>■ Compress pictures for easier e-mail distribution |

| | |
|---|---|
| | ■ Optimize printing your pictures to make the best use of high-quality photo paper |
| Scanner and Camera Wizard | Provides you with the ability to:<br>■ Scan a single image from a flatbed scanner<br>■ Scan images from a scanner based on a scanner event<br>■ Scan a collection of images<br>■ Scan multiple-page documents or images from a scanner into a single image file<br>■ Scan multiple-page documents or images from a scanner into separate image files |
| Web Publishing Wizard | The Web Publishing Wizard walks you through publishing your pictures to the Web quickly and easily so you can share them with others. |
| Order photo prints from the Internet | With My Pictures, you can order your digital pictures directly over the Internet and have them delivered right to your door. |
| Have Fun with Your Home Videos | |
| Windows Movie Maker | Provides the ability to easily capture, edit, organize, and share home movies. Just plug your analog or digital camera into your PC to get started. Add music, narration, and title cards. Once you're done, e-mail or post your video to a Web site to share with friends and family. |

Top

Contact Us E-Mail This Page Free Newsletters

© 2001 Microsoft Corporation. All rights reserved. Terms of Use. Privacy Statement Accessibility

# Windows XP Comparison Guide

Posted: July 02, 2001

Windows XP Professional gives you all the benefits of Windows XP Home Edition, plus additional remote access, security, performance, manageability and multi-lingual features that make it the operating system of choice for businesses of all sizes and people who demand the most out of their computing experience.

Key: ● = Feature included ○ = Feature not included

| Features | Windows XP Home Edition | Windows XP Professional |
|---|---|---|
| **All the features of Windows XP Home Edition** | | |
| ■ New user interface - makes it easy to find what you need when you need it.<br>■ A reliable foundation you can count on – keeps your computer up and running when you need it most.<br>■ Windows Media Player for Windows XP - single place for finding, playing, organizing, & storing digital media.<br>■ Network Setup Wizard - easily connect & share the computers and devices in your home.<br>■ Windows Messenger – the ultimate communications & collaboration tool with instant messaging, voice and video conferencing, and application sharing.<br>■ Help & Support Center - easy to recover from problems and get help and support when you need it. | ● | ● |
| **Premier mobile support, providing access to information while you're on the go** | | |
| Advanced laptop support (incl. ClearType support, DualView, power management improvements) - so you get as much work done while you are on the road as while you are in the office. | ● | ● |
| Wireless connections - automatic 802.1x wireless network configuration. | ● | ● |
| Remote Desktop – remotely access your Windows XP Professional PC, from another Windows PC, so you can work with all of your data and applications while away from your office. | ○ | ● |
| Offline Files and Folders - access to files & folders on a network share when disconnected from the server. | ○ | ● |
| **Highly responsive with the power to work on multiple tasks at once** | | |
| Fast start-up & power management improvements - faster boot and resume times. | ● | ● |

| | | |
|---|---|---|
| Multitasking - allow multiple applications to run simultaneously. | ● | ● |
| Scalable processor support – up to two-way multi-processor support. | ○ | ● |
| Keeps your data secure and maintains your privacy | | |
| Internet Connection Firewall - automatically shields your PC from unauthorized access when you're on the Internet. | ● | ● |
| Internet Explorer 6 privacy support - maintain control over your personal information when visiting Web sites. | ● | ● |
| Encrypting File System - protects sensitive data in files that are stored on disk using the NTFS file system. | ○ | ● |
| Access Control – restrict access to selected files, applications, and other resources. | ○ | ● |
| Designed to work with Microsoft Windows Servers and management solutions | | |
| Centralized administration - join Windows XP Professional systems to a Windows Server domain to take advantage of the full range of powerful management and security tools. | ○ | ● |
| Group Policy - simplifies the administration of groups of users or computers. | ○ | ● |
| Software Installation and Maintenance – automatically install, configure, repair, or remove software applications. | ○ | ● |
| Roaming User Profiles - access to all your documents and settings no matter where you log on. | ○ | ● |
| Remote Installation Service (RIS) – support for remote operating system installations where desktops can be installed across the network. | ○ | ● |
| Communicate efficiently with others around the world | | |
| Single Worldwide Binary - enter text in any language and run any language version of Win32 applications on any language version of Windows XP. | ● | ● |
| Multi-lingual User Interface (MUI) add-on - change the user interface language to get localized dialog boxes, menus, help files, dictionaries, and proofing tools etc. | ○ | ● |

Top



© 2001 Microsoft Corporation. All rights reserved. Terms of Use. Privacy Statement Accessibility

# Technologies & Tools > Players > Windows Media Player 7.1



## Contents


Windows Media Player 7.1 Home

- Getting Started
- Readme
- System Requirements
- Skins and Visualizations
- Portable Devices
- SDK
- FAQs
- Customizing
- Windows Media Bonus Pack
- Windows Media Community
- Support
- Add-ons and Resources
- Windows Media Player 7.x Privacy Statement




The best just got better. Get the latest update to the player C|Net said, "delivers the best audio and video quality on the Web". Update your Windows operating system to the latest Windows Media Player.

Updated Features

The following new and/or updated features are available in Windows Media Player 7.1:

- New Windows Media Audio 8 (WMA8) encoding.
- New Smart Transcode support for the best quality transfer to portable devices.
- Includes Windows Media Audio and Video 8 decoding.
- New Enterprise Deployment Pack.
- Other updates and fixes.

Download Now 10,187 kb 49 minutes @ 28.8 kb

See all downloads in the Download Center

Microsoft® Windows Media™ Player 7.1 delivers the *first* complete all-in-one player that is so easy to use. It also offers the best experience for the discovery, download, personalization, and playback of high-quality Windows Media audio and video, and the popular MP3 format. Windows Media Player 7.1 breaks new ground in four key areas:

- All-in-One Integration
- Easy to Use
- The Best Audio and Video Experience
- More Personality

Windows Me Users!

Get even more functionality and features in Windows Media Player 7.1, such as CD burning capability, when you download the latest version of the Player.

Features

All-in-One Integration

Windows Media Player 7.1 comprises seven features in a single application: CD player, audio and video player, media jukebox, media guide, Internet radio, portable device music file transfer, and an audio CD burner. These software programs are combined into one easy-to-use application, which is designed to make playing digital media a mainstream experience. Innovative integration of the most common digital media activities includes:

- Unified Player
  Play streaming and downloadable digital audio, video, and other Internet content.
- CD Playback and Digital Recording
  Use jukebox functionality to play or copy an entire CD to your PC in just a few minutes with one click.
- Audio CD Creator
  Create custom audio CDs from your personal music collection with support for over 700 CD-R or CD-RW drives. Take your music with you wherever you go!
- Enhanced Media Library
  Customize, manage, and store both streaming and downloadable audio, video, and radio in one place.
- Media Guide
  Easily search, find, download, and play audio and video content from the Web with the integrated and recently redesigned WindowsMedia.com Media Guide. International users in Australia, Canada, Singapore, the United Kingdom, and several other countries can listen to local media content by simply changing their Media Guide location.
- Internet Radio Tuner
  Enjoy fast, immediate access to over 1,500 Internet radio stations from



Take a closer look.

around the world offering you the superior sound quality of Windows Media Format.

For more detailed information, see All-In-One Integration.

Back to the top

Easy to Use
Every feature in Windows Media Player 7.1 is designed to make the digital media experience as easy as possible for you to discover and use. These innovations include:

- New Look and Design
  Clearly understandable buttons and one-click access to your most common activities add up to a simplified yet powerful user interface to find, organize, and play your digital media.
- One-Click Portable Device and Storage Media Support
  Windows Media Player 7.1 has a built-in ability to easily transfer music from a PC to the next generation of portable music devices, Pocket PCs and Palm-size PCs, Smart Media, Iomega Jaz, and Zip drives, and CompactFlash cards. This innovation makes it easy for you to take your music anywhere.



Take a closer look.

- Advanced Player Settings
  Advanced player settings provide even more customization opportunities for the novice or advanced user. Features include the ability to enable/disable the Windows Media Player anchor that normally displays in the lower-right corner when in Skins mode. This anchor allows the user to easily preview and/or change a skin in compact mode. Another convenient feature is the ability to set the Player to always display on top. This gives the user convenient access to the Player at all times.

For more detailed information, see Easy to Use.

Back to the top

The Best Audio and Video Experience
Windows Media Player 7.1 builds on the industry-leading Windows Media Technologies 7 audio and video quality by adding unmatched control over audio and video playback. Make the most of your media experience with features including:

- SRS WOW Effects
  Windows Media Player 7.1 can improve the quality of any audio content, including both MP3 and Windows Media formatted files. Developed by SRS Labs, the SRS WOW technology integrated into Windows Media Player adds deep bass and dynamic range to put you in the middle of the music. The TruBass feature improves the bass or low frequencies, simulating the effect of having much larger speakers. This apparent widening of the "sound stage" makes the user think that the sound is coming from speakers that are farther apart. The result is a higher quality and fully immersive experience, allowing superb sound from any listening direction.
- Best Audio Quality
  New to Windows Media Player 7.1, Windows Media Audio 8 encoding delivers the best CD-quality audio in half the file size of MP3, doubling your music storage and reducing download time for CD-quality digital music. Now you can get twice the amount of music on your portable music device just by copying in WMA!



Take a closer look.

- New Smart Transcode Improves Quality at All Levels
  Designed for portable device users who want to maximize their quality and quantity of content, the new smart transcode improves the quality of your music when you recompress and transfer music to portable devices.
- The Best Video Quality at All Speeds
  Windows Media Player 7.1 improves the audio and video quality of content encoded with Windows Media Audio 7.1 and Windows Media Video 7.1 -- from narrowband to broadband. Windows Media Player 7.1 also includes the industry's first broadcast-quality video, true-to-the-source film playback, and PC-based streaming screen capture support.
- Reference Standard MP3 Playback Engine
  Windows Media Player 7.1, unlike some other jukeboxes, uses the reference-standard FHG MP3 codec from the inventors of the MP3 format. This codec delivers the best possible sound from your existing MP3 music

collection.

- Eye-Catching Visualizations Support
  Customizable two and three-dimensional animations change and move in response to your music. These eye-catching visualizations also support full-screen format, and are great for parties or just to set the mood. More visualizations are available from the Web by opening the Tools menu from within the Player and selecting Download Visualizations. In addition, get 19 new visualizations as part of the free Windows Media Player 7 Bonus Pack download.
- Improved Audio and Video Controls
  Windows Media Player 7.1 includes a 10-band audio equalizer with customizable presets, as well as advanced video controls that allow you to easily adjust brightness, contrast, saturation, and hue.

For more detailed information, see The Best Audio and Video Experience.

Back to the top

More Personality
Completely customizable interface designs extend the functionality and fun of Windows Media Player 7.1, enabling consumers and content providers to create a unique digital media experience.

- New Enterprise Deployment Pack
  Enterprises and institutions looking to standardize the look and feel of Windows Media Player 7.1 will appreciate the new Enterprise Deployment Pack. With the pack, you can “lock down” the media player into a standard skin, limiting accessibility of consumer features such as CD copying and burning.
- Interactive Skins
  Skins let you personalize the look, feel, and features of Windows Media Player by changing the user interface. Windows Media skins go far beyond other players: You can extend both the look and the features of your Player using standard extensible markup language (XML) and JScript. Over two dozen skins are available online. These include the "Digital DJ" feature, as well as "Pharaoh," "Anemone," "Spring Flower," and "Cerulean," which is a follow-up skin to the popular "Green Head" skin. Even more skins are available for free download as part of Windows Media Player 7 Bonus Pack. Try on a new skin today!
- AMG Enhanced Album and Artist Information
  You can enjoy integrated access to ratings, reviews, and discographies of your favorite artists, straight from the All Music Guide (AMG), the world's most comprehensive entertainment database for music.
- Great Branding and Customization Opportunities for Content Providers
  Now content providers can use the standards-based skins to customize the look and feel of Windows Media Player for their own brand. For example, they can create a Player designed around a company or product logo, or the specific image of an artist. This creates a whole new way for content providers to connect with their audiences.
- Windows Media Player PowerToys
  We like these software utilities and we think that you will, too. Windows Media PowerToys include the Deluxe CD Data Converter, metadata editor (the Most Recently Used Cleaner), and the PowerSkin, which allows you to automatically generate playlists for CD burning, artist compilations, and much more. But please note that these tools are not part of Windows Media Player and are therefore not supported by Microsoft. PowerToys are available for free download as part of Windows Media Player 7 Bonus Pack.



Take a closer look.

For more detailed information, see More Personality.

Back to the top

Last Updated: Monday, March 25, 2002

Support | Windows Media Newsletter

© 2002 Microsoft Corporation. All rights reserved. Terms of use Privacy Statement Accessibility

Make a Wish
What's your Windows Media feature wish?

Windows Media

All Products | Support | Search | microsoft.com Home

Microsoft

Home | Downloads | Technologies & Tools | Demos | Create | Distribute | Press | International

Technologies & Tools > Players > Windows Media Player 7.1 > System Requirements Search

Contents

Windows Media Player 7.1 Home

- Getting Started
- Readme
- System Requirements
- Skins and Visualizations
- Portable Devices
- SDK
- FAQs
- Customizing
- Windows Media Bonus Pack
- Windows Media Community
- Support
- Add-ons and Resources
- Windows Media Player 7.x Privacy Statement

Windows Media Player 7.1 System Requirements for Windows 98, Windows 98 Second Edition, Windows 2000, and Windows Millennium Edition

Minimum

- Microsoft Windows® 98, Windows 98 Second Edition, Windows 2000, or Windows Millennium Edition
- Pentium 166 megahertz (MHz) processor
- 32 MB RAM
- 28.8-kilobits per second (Kbps) modem
- 16-bit sound card
- 256-color video card

Recommended

- Windows 98, Windows 98 Second Edition, Windows 2000, or Windows Millennium Edition
- Pentium or AMD Athlon K6 266 MHz processor or faster
- 64 MB RAM
- 56-Kbps modem
- 24-bit true color video card

Last Updated: Monday, March 25, 2002

Support | Windows Media Newsletter

© 2002 Microsoft Corporation. All rights reserved. Terms of use Privacy Statement Accessibility

Make a Wish
What's your Windows Media feature wish?

# Digital Media in Windows XP > Playing Music





## Contents


Digital Media in Windows XP Home

- What's New in Windows Media Player for Windows XP
- Creating Home Movies
- My Music Folder
- Internet Explorer 6 Media Bar
- MP3 Support in Windows XP
- DVD Support in Windows XP
- MP3 Creation and DVD Decoder Packs
- Audio Format Comparison
- Playing Music
- Managing Music
- Taking Music Anywhere
- Playing Streamed and Downloaded Video
- Playing DVD Movies
- Taking Videos Anywhere
- How To Videos
- Microsoft Plus!
- Windows XP Home
- Add-ons and Resources
- Media Player for Windows XP Privacy Statement



- Easy to Use
- Discover New Music, Radio, Movies and More
- Best Audio Quality
- More Personality and Customization


Easy to Use

One-click access

The Windows XP-based design of Windows Media Player for Windows XP makes it easier than ever to rip music or create CDs with a single click and to access features such as full-screen mode, visualizations, CD drives and more with a single click.



Blazing performance

Get to your music quicker than ever! From playback to CD copying, Windows Media Player for Windows XP has been designed with performance in mind in order to deliver the fastest and smallest full-featured music player in the industry.

Enhanced MP3 Support Throughout

Previous versions of Windows Media Player have included support for MP3 playback, but Windows Media Player for Windows XP enables you to experience your MP3s on a whole new level with features such as support for display and editing of standard media information, Burn to CD, and transfer to portable devices. In fact, you can even rip your songs with the new MP3 Creation Packs for Windows XP.

My Music folder

Always available from your Start menu, the new "My Music" gives you more convenient access to your music. View albums visually with album art, view MP3 and WMA media info in details view, even group albums by artist or genre. The task list offers one click access to playing your favorites and even creating audio CDs.

Discover New Music, Radio, Movies and More

Integrated media guide

The Windows Media Player for Windows XP Media Guide is a great place to discover and experience the best of the best in music, radio, movies, and other entertainment content.

▲ Back to the top

Personalized Radio Tuner




Find the content you want from just about any where in the world. A self-updating list remembers your favorite stations for personalized listening, and you can add to your My Stations list with a single click.

Internet Explorer 6 Media Bar

Locate and play music videos, movie previews, Internet radio stations, and more, within the Internet Explorer 6 browser window. The Media Bar greatly expands on the Radio Bar included in previous versions of Internet Explorer to offer a flexible, seamless digital media experience on the Web.

Media Information with offline access

Whether you're listening to your music at home or in flight 35,000 feet above the ocean, you still have access to track and title information, artist biographies and discographies, related artists, and more.

▲ Back to the top

## Best Audio Quality

### Industry leading audio quality
Whether you 're listening to streamed radio or a new single you just downloaded, Windows Media Player for Windows XP sounds great! With CD-quality audio at just 64 Kbps, half the bit rate required for comparable sound quality using MP3, you can store more music on your PC or portable music device and burn CDs that sound better than ever.

### SRS™ Wow™ Effects
The SRS WOW technology integrated into Windows Media Player for Windows XP can improve the quality of any audio content by adding deep bass and dynamic range to put you in the middle of the music and DVD soundtracks.

### 10-Band audio equalizer
From rock to reggae, classical to club, listen to your music the way you want it. Use the custom 10-band audio equalizer to tune music to your personal preferences, your speakers or the acoustics of your room.

### Detection of HDCD mastered CDs
High Definition Compatible Digital (HDCD) mastered CDs deliver improved audio fidelity on any PC. HDCD has been used in the recording of more than 5,000 CD titles , including more than 225 Billboard Top 200 recordings and accounting for more than 300 million CDs sold.

▲ Back to the top

## More Personality and Customization

### New Lyrics Support
Windows Media Player for Windows XP makes it easy to enter lyrics for your music files that you can view in the Now Playing pane of the player during playback.

### Eye-catching new visualizations




Experiencing your music can be more than just listening. Visualizations are soothing, hypnotic, and just plain cool scenes that move to the beat of your music- no disco ball required. Windows Media Player for Windows XP ships with more than 20 new visualizations that move to your music. Windows Media Player for Windows XP visualizations can be optimized with Microsoft 's award-winning DirectX ®application programming interface, making all of the same rich elements such as full-color graphics, video, 3-D animation and more now available for use in visualizations.

### New interactive skins
You can create your own look and personality for Windows Media Player for Windows XP with interactive skins that go far beyond the simple faceplate functionality available for other players. A skin can be functional with sliding control panels, windows, playlists and controls, or hidden surprises that wait to be discovered. You can even create your own skins using standard Web programming tools and languages such as XML and Jscript.

### Windows XP theme support
Windows XP features a new themes model that enables personalization of the Windows interface on new levels. When you choose a theme that incorporates a Windows Media Player skin, you automatically apply the matching design. See how Plus! takes full advantage of this exciting enhancement.

▲ Back to the top

Last Updated: Monday, March 25, 2002

Support | Windows Media Newsletter

© 2002 Microsoft Corporation. All rights reserved. Terms of use Privacy Statement Accessibility

Make a Wish
What's your Windows Media feature wish?

# Digital Media in Windows XP > Playing Streamed and Downloaded Video





## Contents

Digital Media in Windows XP Home

- What's New in Windows Media Player for Windows XP
- Creating Home Movies
- My Music Folder
- Internet Explorer 6 Media Bar
- MP3 Support in Windows XP
- DVD Support in Windows XP
- MP3 Creation and DVD Decoder Packs
- Audio Format Comparison
- Playing Music
- Managing Music
- Taking Music Anywhere
- Playing Streamed and Downloaded Video
- Playing DVD Movies
- Taking Videos Anywhere
- How To Videos
- Microsoft Plus!
- Windows XP Home
- Add-ons and Resources
- Media Player for Windows XP Privacy Statement

Windows XP is the best operating system for playing digital video!

Breakthrough video quality with Windows Media Video 8




Breakthrough quality improvements achieved in Windows Media Video 8 are redefining the Internet video experience. Whether you 're watching a full-screen, near-DVD quality video over a broadband connection or a movie preview on your dial up modem, you 'll get the best video quality with full frame playback at all speeds.

Full-screen playback controls
A single click on the new full-screen button takes you into full-screen mode for an unobstructed view .While in full-screen mode you can access playback controls that automatically come into view when you move the mouse and automatically fade from view when not in use.

Enhanced video performance throughout
Advanced technologies such as DirectX Video Acceleration (DxVA) and the new Video Mixing Renderer (VMR) work together with your video card and CPU to deliver improved quality and performance in Windows XP. Most PCs will experience smoother motion and faster performance as well as reduced resource use for activities such as DVD playback. For mobile computing, Windows XP can even extend the battery live of laptop computers

Last Updated: Monday, March 25, 2002



© 2002 Microsoft Corporation. All rights reserved. Terms of use Privacy Statement Accessibility

Make a Wish
What's your Windows Media feature wish?




Windows XP Tablet PC Edition > Product Information

# Windows XP Tablet PC Edition Features

Content Updated: November 07, 2002

ON THIS PAGE
- The Power and Capabilities of a Primary Business PC
- New and Different Ways to Use Your PC
- More Productivity in More Situations

The features of the Windows XP Tablet PC Edition operating system make it the best choice for the millions of people who have jobs requiring them to be on the move, whether attending meetings in the office or conducting business on the road.

A sales representative working in a temporary location, a senior executive overseeing the operations of a geographically dispersed operation, or a supervisor working on a manufacturing floor—all these people spend many hours a week working in places other than their own offices.

With Tablet PC, mobile workers can access powerful, versatile computing that enhances the role of the traditional notebook PC. Tablet PC is a fully functioning notebook that runs the Windows XP Tablet PC Edition operating system. Windows XP Tablet PC Edition, which is built on top of Windows XP Professional, offers new, advanced handwriting and speech recognition capabilities that let you create, store, and transmit handwritten notes and voice input.

## The Power and Capabilities of a Primary Business PC

| Feature | Description | Benefit |
|---|---|---|
| A superset of Windows XP Professional | Tablet PCs run Windows XP Professional—expanded with specific enhancements just for the Tablet PC platform. | You get the features, reliability, and power of the latest Microsoft PC operating system, plus handwriting and speech recognition capabilities. |
| A platform for Windows XP–compatible applications | Tablet PCs can run applications that are compatible with Windows XP. | You have access to the tools you have on your desktop PC, but in a mobile and versatile computer. |
| A complete desktop PC | Tablet PCs support docking stations and common accessories. | You can use a full complement of peripherals, including a full-size monitor and keyboard, a mouse, printers, and extra drives. |
| Tablet pen and ink capabilities that extend to Microsoft Office XP | You can download the free Microsoft Office XP Pack for Tablet PC, adding ink capabilities to Office XP applications. | Use your Tablet PC pen to handwrite text in Microsoft Outlook® version 2002, Microsoft Word version 2002, Microsoft PowerPoint® version 2002, and Microsoft Excel version 2002. |
| A powerful development platform | Microsoft offers a software development kit (SDK) and other resources to help developers take advantage of the platform's ink and speech capabilities. | Microsoft is making the Tablet PC platform specifications available to the development community, so applications will be ready for market as Tablet PCs are released. |

Top

## New and Different Ways to Use Your PC

| Feature | Description | Benefit |
|---|---|---|
| Different Tablet PC hardware to suit your needs | Tablet PCs are available from a variety of manufacturers. | You can choose a Tablet PC to meet your particular needs. Choose the "convertible" style with a built-in keyboard, or, for ultimate mobility, choose the "slate tablet" style. Both models are available with docking stations for use at your desk. |
| Digital pen input | Each Tablet PC includes a digital pen you use to control the computer and to input text in your own handwriting. | Information you input in your own handwriting can be used immediately in a variety of applications, including Outlook 2002, Word 2002, Excel 2002, and PowerPoint 2002. |
| Tablet PC Input Panel | Input Panel is an on-screen keyboard and writing pad that lets you enter text when you are away from or prefer not to use your standard keyboard. | You can input text into applications using your own handwriting on the writing pad or using your pen with the on-screen keyboard. |
| Microsoft Windows Journal | Windows Journal turns your Tablet PC into a digital writing pad. | You can unobtrusively take notes on your Tablet PC in meetings or in a variety of locations. You no longer have to take notes on paper and then enter them into your computer later. |
| Handwriting recognition/conversion | You can write in your own handwriting and convert it to typed text. | Handwriting recognition tools help in ink-to-text conversion by helping you spot and correct recognition errors before text is inserted into other applications. |
| Speech recognition | Tablet PCs have internal speech recognition capabilities. | You can use your voice instead of a mouse, keyboard, or pen to control Microsoft Windows-based applications. You can also use your voice to dictate text for input into applications. (Currently, the speech feature is available in English, Japanese, and Simplified Chinese.) |
| Document annotation | You can annotate imported documents with the tablet pen. | Document annotation lets you mark up a Web article with your comments and forward it to a coworker, or highlight the presentations you want to attend on a conference agenda. |
| Reading ease | Your Tablet PC uses Microsoft ClearType® technology and a high-resolution display. | Tablet PC is designed to give you a natural and comfortable reading experience. |
| Screen rotation | You can quickly rotate your screen for landscape or portrait viewing. | Use portrait orientation for taking notes, just like you would on a pad of paper; use landscape orientation to view a PowerPoint presentation. |
| Gestures | You can use your tablet pen to make "gestures" —movements with the pen that complete common tasks. | Your pen gives you another way to do many of the things you would normally do with a mouse, such as pointing, clicking, selecting, and dragging. |

Top

## More Productivity in More Situations

| Feature | Description | Benefit |
|---|---|---|
| Built-in wireless connectivity | Most Tablet PCs include built-in wireless connectivity. | You can still be connected away from your desk. |
| Hot docking | Tablet PC Edition supports surprise hot-docking. | You can quickly grab your computer from its docking station and be on the move. |
| Lightweight | Tablet PCs weigh as little as three pounds or less, compared to many of today's notebook PCs, which weigh five pounds or more. | Your Tablet PC is ultra-mobile and light enough to carry with you everywhere you go. |
| Long battery life | Tablet PCs have high-power, ultra-low-voltage processors, combined with new battery technology and Windows XP power management features. | You can use your Tablet PC away from your desk for longer periods of time. |
| Fast standby resume | Your Tablet PC can resume from Standby mode in about five seconds. | You can save power when you aren't using your computer without sacrificing time when you are ready to use it again. |

Top



© 2002 Microsoft Corporation. All rights reserved. Terms of Use. Privacy Statement Accessibility

**Pocket PC** | PRODUCT DETAILS

# Windows Media Player

There's more to life than work.




Lifestyle Software Quick Find:
Today Screen
GO

Previous Feature Next Feature

## This will be music to your ears!

No need to splurge for an MP3 player. Listen to WMP or MP3 music files with Windows Media™ Player for the Pocket PC.* Download files onto your desktop PC and transfer them to your Pocket PC, or download files directly onto your Pocket PC using wireless Internet services.**

With the Pocket PC's Windows® environment, you can play your favorite music in the background while you continue to read your e-mail or work in any other application.

With Windows Media Player you can play video files directly on the device-local files or streaming from the Internet. News clips, music videos, film trailers-you can watch them while on the go

With Windows Media Player you can play video files directly on the Pocket PC - including local files or streaming from the Internet. Looking for news clips, music videos, film trailers- just reach in you pocket and power "on."

With Windows Media Player and your Pocket PC, your favorite digital entertainment is always within reach.

**For Pocket PC 2000 to Pocket PC 2002 upgrade users, Windows Media Player for the Pocket PC is available as an installable application from the included upgrade CD-ROM.*

***Wireless Internet Services require separately purchased modem and/or other wireless accessories, and may require subscription to Wireless ISP service. See Pocket PC manufacturer and Wireless ISPs for details.*

Back to the Lifestyle Home Page

**MORE INFORMATION ABOUT POCKET PCs**

- Check out the Software Home Page
- Pocket PCs at a Glance

**ABOUT SOFTWARE TOPICS**

- Software You Know
- Keeps You Connected
- There's More to Life Than Work

Last Updated: August 16, 2002

Top E-mail This Page Print This Page

©2002 Microsoft Corporation. All rights reserved. Terms of Use | Privacy Statement

6:13-cv-02959-JMC Date Filed 03/27/17 Entry Number 146-2 Page 102 of 419

Cerulean Studios trillian

the ultimate chat program

download trillian free



## About Trillian



Simply said, Trillian is the ultimate chat program. With so many different chat mediums such as MSN Messenger, AOL Instant Messenger, ICQ and IRC available today, there needs to be a single unified program for people to communicate with. Enter Trillian. With Trillian, all these chat networks are combined into a powerful, easy to use program.

Trillian is a chat client with many features. We hope you enjoy it! The most current release of Trillian is v0.63, which currently supports AOL IM, ICQ, MSN Messenger, IRC, and Yahoo! Messenger.

Download Trillian | Features | Compare | Screenshots

## 3/30/2001 - Random tips and tricks. An evil bug.

Many of you have written e-mail expressing concern over a few issues with Trillian. Namely:

Q: Help! I can't get rid of these console windows by clicking 'x'; it simply kills my connection to the service. How do I remove the taskbar entry?

A:Trillian utilizes a main interface much like some IRC clients. By default, IM windows are detached (configurable in Prefs->Windows); to attach the window and remove it's taskbar entry, simply right click and "attach". Future windows of this same title will remember the last position.

Q: I can't seem to reconnect to AIM and ICQ after the first time... what gives?

A:This is a confirmed bug. We have already fixed it and will be addressing it with a new release soon. In the meantime, you can reconnect by closing the console window (not Trillian itself) and re-opening the connection via the connection manager.

Hope this helps a few of you. Feel free to send us e-mail or post on the discussion boards if you've got any questions.

*-Scott Werndorfer*

## NEW Version v0.63 Released

We're proud to announce the latest release of Trillian, v0.63! Major improvements to this release include:

- Customizable fonts
- Skinnable emoticons
- Logging

## Featured Skin

Quicktime skin by Marcdaniel:

MORE SKINS

## Promote Trillian

download trillian

Add this badge to your webpage and help Trillian grow!

## Please Donate

Trillian is a freeware program. This means that it's yours to try, for free non-commercial use, forever. If you enjoy the product, please send in a donation to help support further development and web-server costs! Corporate users should contact us via e-mail. Click the button below and you're on your way!

PayPal DONATE

Checks and money orders are also gladly accepted. Please mail us at donate@ceruleanstudios.com

- 100% improved ICQ contact importing
- Enhanced systray support
- IRC improvements (perform buffers per-server, better nickname control in the server list)
- "Global" away feature (encompasses all mediums)
- Better AIM privacy support
- Customizable timestamps
- Tons o' fixes and features

Please Note: Those of you using older versions of Trillian can simply install the latest version over the old one. Configuration settings will be saved.

See versions.txt within the distribution of Trillian for specific information.

We've also begun the process of revamping the website a bit. Look for more content soon as the site grows further! As always, feel free to comment on the website, the program, or anything else on our discussion boards.

*-Scott Werndorfer*

c e r u l e a n s t u d i o s

[Copyright 2001 / All Rights Reserved]

[Submit Bugs / Comments / Privacy Policy / Advertise / Link to us / About]

Trillian | Skins | Community | Help | About

About Cerulean Studios | Contact Us

**About > About Cerulean Studios**

Cerulean Studios was founded in May of 1998 by Kevin Kurtz and Scott Werndorfer. We currently have offices in Florida and Connecticut.

Submit Bugs | Comments | Privacy Policy | Advertising | Investor Relations Back to Top

This Web site, Trillian software, and Cerulean Studios are in no way affiliated with or endorsed by America Online, Inc. or ICQ, Inc. The marks AOL and AIM are registered trademarks of America Online, Inc.; the marks Instant Messenger and AOL Instant Messenger are service marks of America Online, Inc.; the mark ICQ is a registered mark of ICQ, Inc.

Copyrighted by Cerulean Studios 1999 - 2002. All Rights Reserved.

**Help -> User Manual**

**Tutorials**

10. Tutorials

10.1. Contacts

Adding an IRC contact

***Adding an IRC Contact***

**To add an IRC contact, type in their nick and choose 'Add Buddy!'. You may also provide a hostmask so you can differentiate between users which have the same nick. A default hostmask is entered for you and should be acceptable for most users. If a user comes online with that nick but does not match the hostmask, a '?' will be placed next to their name in the Contact List. When you are finished, choose back to add contacts for a different medium or Done to leave.**

Add comment | Helpful | Not helpful

**Trillian**

User Manual

Tutorials

Frequently Asked Questions

Technical Support

Copyrighted by Cerulean Studios 1999 - 2002. All Rights Reserved. Cerulean Studios is in no way affiliated with or endorsed by America Online, Inc. or ICQ, Inc.

**Help -> User Manual**

**Tutorials**

10. Tutorials

10.1. Contacts

Adding an AIM/ICQ contact




**This screen controls both AIM® and ICQ® contact adding. First select the medium from the Choose medium group box, and then type either the screen name of the contact or their ICQ® UIN. Once it is entered into the Name field, click the 'Add Buddy!' button. You may add as many contacts as you want (Certain mediums have limits) and when you are done either choose back to add more for a different medium or Done to complete the process.**

Add comment | Helpful | Not helpful

**Trillian**

User Manual

Tutorials

Frequently Asked Questions

Technical Support

Copyrighted by Cerulean Studios 1999 - 2002. All Rights Reserved. Cerulean Studios is in no way affiliated with or endorsed by America Online, Inc. or ICQ, Inc.

## Help -> User Manual

### Tutorials

10. Tutorials

10.1. Contacts

Adding an MSN contact

**To add an MSN contact, type in their MSN name (Be sure to add their @hotmail.com extension) and choose 'Add Buddy!'. You may add multiple contacts. When you are finished, choose back to add contacts for a different medium or Done to leave.**

Add comment | Helpful | Not helpful



Copyrighted by Cerulean Studios 1999 - 2002. All Rights Reserved. Cerulean Studios is in no way affiliated with or endorsed by America Online, Inc. or ICQ, Inc.

cerulean studios

Trillian | Trillian Pro | Skins | Plugins | Community | Members | Help | About

Trillian Help Center

**Help -> User Manual**

**Tutorials**

10. Tutorials

10.1. Contacts

Adding a Yahoo! contact




**To add a Yahoo contact, type in their Buddy ID and choose 'Add Buddy!'. You may add multiple contacts. With each contact, you may enter an optional message which will be shown to the person you are adding. When you are finished, choose back to add contacts for a different medium or Done to leave.**

Add comment | Helpful | Not helpful

**Trillian**

User Manual

Tutorials

Frequently Asked Questions

Technical Support

Copyrighted by Cerulean Studios 1999 - 2002. All Rights Reserved. Cerulean Studios is in no way affiliated with or endorsed by America Online, Inc. or ICQ, Inc.

Disclaimer | Privacy Policy | Comments | Investor Relations

Back To Top

Case 6:13-cv-02959-JMC Date Filed 03/27/17 Entry Number 146-2 Page 109 of 419



## Help -> User Manual

### Chapter 3, Section 2

Back to Table of Contents

3. Using Trillian

3.2. The Contact List

#### Understanding the Contact List

**Trillian incorporates contacts from every supported chat medium into one contact list. Some of your contacts may be stored on a server and imported into your contact list. You can manage your current connections by clicking the chat medium icons at the bottom of the contact list.**

- **Bryan Hughes**: *Where is the information about creating metacontacts? I'm stumped!*
- **James McElroy**: *can you export contacts? (i use trillian on two computers)*
- **Jim**: *I like Trillian so far, but for one thing...password authorization to open, and/or contact list invisible to other users on computer on the same computer*
- **ajm**: *Jim, you can go into your Preferences -> Profiles and add other users. This is also where you enable passwords. Make sure that no profiles are set to Autologin and Trillian will give you a login box upon startup.*

Comment or contribute | Helpful | Not helpful

#### Sorting the Contact List

**You can sort your contact list by status*, by medium, or alphabetically. If you sort by status, users available for chat will appear higher up on your contact list, while those that are unavailable or offline will appear towards the bottom. Sorting by medium will order your list by chat medium.**

*** Status-based sorting is only available in Trillian Pro.**

Comment or contribute | Helpful | Not helpful

#### Adding a contact

**Here are some ways to add a contact:**

**- Click the (+) Add Contact button at the top of the contact list.**
**- Right-click in your contact list and choose Add..**
**- While in a conversation, click (+) Add Contact**

**You must then choose which chat medium the contact is on followed by the name of the contact.**

Comment or contribute | Helpful | Not helpful

### Trillian

User Manual

1. General
1.1. Overview
2. Getting Started
2.1. Getting Trillian
3. Using Trillian
3.1. The Connection Manager
3.2. The Contact List
3.3. Message windows
3.4. Status Windows
3.5. Containers
4. Configuring Trillian
4.1. Configuring how Trillian looks
5. Troubleshooting
6. Appendices

Tutorials

Frequently Asked Questions

Technical Support

Deleting a contact

You can delete selected contacts by pressing your delete key. Right-clicking and choosing Remove Contact works, as well as using the (X) Remove Contact button on the contact list.

Pro users have the added option of selecting more than one contact at a time to perform the delete action, among other things. To do so, you may either "Ctrl-click" to highlight additional contacts or "Shift-click" from one contact to another. Shift-clicking will select all contacts in between the starting and ending points.

Comment or contribute | Helpful | Not helpful

Understanding Metacontacts (Pro only)

**What is a metacontact?**

A metacontact is an entry within your contact list that represents many contacts. This is normally used to consolidate several accounts which are associated with one unique individual. Such as if a friend "Bob" was on AIM, MSN, ICQ and IRC, you could have all of those accounts combined into a metacontact so that you can tell he is online by looking only at one entry, rather than 4.

**How do I generate a metacontact?**

First, all of the entries must already exist in your contact list. Then, select all the entries at once. You can do this by holding down the ctrl key while clicking on each entry. Then, right click the selected set and choose "Create MetaContact". From here you can put the metacontact in a particular group and you are good to go!

**Questions:**

q) Why does it open and close all the time?
a) The metacontacts have a feature called auto-expand. This allows them to only show their contents when you mouse over them so that they don't alwyas take up precious space on your contact list. You can turn this off and have it behave more like a group inside Preferences->Contact List

q) Does order matter?
a) Yes it does. When you double click a metacontact to send a message, it will determine who it goes to based on a few factors. The major factor is the order. So put the contacts in the order you wish to talk to them on. When you double click on the metacontact now, it will first look at the order and depending on if the contact is online/away/offline, will determine if it should be chosen. You can always see what order Trillian has decided upon by right clicking and viewing the order listed in send message to...

q) What if i want to send it to an account other than what Trillian picks, do i have to reorder it everytime?
a) Nope, a metacontact behaves basically like a group, so you can always click on the sub-entries and use them like before

* This feature requires Trillian Pro 1.0

Comment or contribute | Helpful | Not helpful

Understanding Systray Alerts (Pro only)

A systray alert appears in the lower-right-hand corner of your screen for a short moment to subtly let you know that an event has occured. They look like this:

6:13-cv-02959-JMC Date Filed 03/27/17 Entry Number 146-2 Page 111 of 419




**To generate the systray alerts for contacts signing on requires you to edit a contact's "alerts".**

**1) Right click on the contact you wish to have this happen to**
**2) Click on the Set Alerts option (or modify alerts if you already have one set up)**
**3) Click the appropriate notify box, comes online for example.**
**4) Click the "A systray-based popup alert" option**
**5) if you wish to have htis happen all the time, click "Save this alert"**

**Done! You will now be notified by the systray when that contact comes online.**

**Questions:**

**q) Can I quickly do it for all my contacts?**
**a) Not yet**

**q) How do i get rid of that little bell?**
**a) In Preferences->Contact List you can uncheck the "Show Secondary Icons". This will also remove warning icons on AIM.**

*** This feature requires Trillian Pro 1.0**

Comment or contribute | Helpful | Not helpful

Copyrighted by Cerulean Studios 1999 - 2002. All Rights Reserved. Cerulean Studios is in no way affiliated with or endorsed by America Online, Inc. or ICQ, Inc.

## Help -> User Manual

### Chapter 1, Section 1

Back to Table of Contents

1. General

1.1. Overview

What Trillian is

**Trillian is everything you need for instant messaging. Connect to ICQ®, AOL Instant Messenger(SM), MSN Messenger, Yahoo! Messenger and IRC in a single, sleek and slim interface.**

**Trillian is much more than just a five-in-one instant messenger! The whole interface is skinnable, so you can change into hundreds of skins written in the revolutionary SkinXML language. Talk in confidence with 128-bit SecureIM encryption. Chat in style with sleek emoticons and emotisounds.**

**Trillian runs on 32-bit Windows platforms.**

**Trillian is free.**

**Trillian does not contain adware or spyware.**

**Trillian is not crippleware and will not expire.**

**Keisha**: *For people who are neither familiar nor comfortable with high tech PC jargon I think a glossary of sorts is in order. (ie. skins, adware, spyware, crippleware)*

**dl**: *This section should say exactly what versions of windows are compatible. Most people don't know which versions are 32-bit.*

**ajm**: *Trillian runs on Windows 95, 98, Me, NT, 2000, and XP.*

Comment or contribute | Helpful | Not helpful

What Trillian isn't

**Trillian is not an instant messaging network. With your choice of stylish interface, Trillian enables you to connect to existing instant messaging networks such as ICQ, Yahoo! Messenger, MSN, AIM and IRC. Trillian cannot create accounts for you on these networks; you must create accounts yourself prior to using Trillian.**

Comment or contribute | Helpful | Not helpful

What you'll need

**Trillian requires Windows 95, 98, 98SE, Me, NT, 2000, or XP. You must have 15mb free on your hard drive to download and install.**

**In order to connect to chat mediums, you must be connected to the internet.**

### Trillian

User Manual

1. General
1.1. Overview
2. Getting Started
2.1. Getting Trillian
3. Using Trillian
3.1. The Connection Manager
3.2. The Contact List
3.3. Message windows
3.4. Status Windows
3.5. Containers
4. Configuring Trillian
4.1. Configuring how Trillian looks
5. Troubleshooting
6. Appendices

Tutorials

Frequently Asked Questions

Technical Support

**You do not need to have any other chat client software installed on your system to connect to chat mediums.**

Comment or contribute | Helpful | Not helpful

Copyrighted by Cerulean Studios 1999 - 2002. All Rights Reserved. Cerulean Studios is in no way affiliated with or endorsed by America Online, Inc. or ICQ, Inc.

**Help -> User Manual**

**Tutorials**

10. Tutorials

10.6. Logging conversations

**Trillian provides many options for logging conversations with your buddies, or technical info from the console windows. To enable these features, enter the *Message History* section of your preferences:**

**There are two ways changes to the logging settings can be applied. Settings can be set globally for all mediums or you can choose to change the preferences for just one if you so desire.**

**In the *What to log* section, choose the medium on which you would like logging to be enabled. This could be one medium, or, by checking *Apply to all mediums* all of them. If an individual medium is chosen, while its name is displayed in the *Medium* box, all of the settings you change will be applied just to that medium. Next, choose which types of windows you would like Trillian to log. Trillian has several types of windows which are listed below:**

- ***Message Windows*: All of your conversations with contacts take place in message windows. On IRC, these windows are also refered to as "Query windows", and may consolidate many private messages to another user.**

- ***Channel Windows*: On IRC, the windows which convey conversations with many users, usually listed along the right side, at once.**

- ***Status Windows*: When a connection is created, all of the underlying technical information (status changes, incorrect password warnings, messages of the day) is sent to an often hidden Console window which may be viewed by selecting "Toggle Status Window" from a medium's**

**Trillian**

User Manual

Tutorials

Frequently Asked Questions

Technical Support

menu on the Contact List.

Once you've chosen the combination of windows you would like logged, you're basically done. For advanced users, however, there are more options available to control the way logs are stored on disk, and viewed from Trillian:

Under the *Location* section you can tell Trillian where you would like to store your logs:

- ***Create folder based on chat service***: To have Trillian separate logs based on medium for easy, manual viewing, select this option.

- ***Create folder based on window type:*** To further separate your logs into folders corresponding to the different types of windows logged for each medium, make sure this setting is checked, as well.

When a log file is viewed from within the interface, Trillian uses Windows Notepad by default, but if this is not to your liking, change *Program* to the path to your favorite text editor. If a text editor for log files has already been set from Explorer, choose ***Use default association for .log***.

Comment or contribute | Helpful | Not helpful

Copyrighted by Cerulean Studios 1999 - 2002. All Rights Reserved. Cerulean Studios is in no way affiliated with or endorsed by America Online, Inc. or ICQ, Inc.

**Help -> User Manual**

**Chapter 2, Section 1**

Back to Table of Contents

2. Getting Started

2.1. Getting Trillian

**You can download Trillian from Cerulean Studios at www.ceruleanstudios.com.**

Comment or contribute | Helpful | Not helpful

**Trillian**

User Manual

1. General
1.1. Overview
2. Getting Started
2.1. Getting Trillian
3. Using Trillian
3.1. The Connection Manager
3.2. The Contact List
3.3. Message windows
3.4. Status Windows
3.5. Containers
4. Configuring Trillian
4.1. Configuring how Trillian looks
5. Troubleshooting
6. Appendices

Tutorials

Frequently Asked Questions

Technical Support

Copyrighted by Cerulean Studios 1999 - 2002. All Rights Reserved. Cerulean Studios is in no way affiliated with or endorsed by America Online, Inc. or ICQ, Inc.

cerulean studios

Trillian | Trillian Pro | Skins | Plugins | Community | Members | Help | About

Cerulean Studios | Contact Us | Employment | Awards/Publicity | Trillian History | Teams

**About > Awards/Publicity**

## Awards/Publicity

Here are just a few of the awards/publicity Trillian has received over the years.

CNET recommends Trillian as the best IM client!

PC World's 20th World Class Awards picks Trillian as in the Best Instant Messaging category and a news article.

Wired: Two separate Trillian reviews in July 2002 and November 2001.

ABCNews.com: Review - Trillian Chat Software.

New York Times: Software Puts Together What I.M. Has Torn Asunder.

Slashdot: AOL vs. Trillian.

CNN: Trillian restores AOL IM Connection.

TechTV: Trillian.

Wall Street Journal:Multiple articles.

Jupiterresearch: New Instant Messaging Application Poses Threat to Major Services, According to Media Metrix Internet Ratings.

Lockergnome: Mentioned many times on Lockergnome.

Nonags: Highest Rating.

Simply the Best:Only "tip" listed in the chat shareware category.

Really Cool Software Award: Best Internet, Chat application.

Copyrighted by Cerulean Studios 1999 - 2002. All Rights Reserved. Cerulean Studios is in no way affiliated with or endorsed by America Online, Inc. or ICQ, Inc.

cerulean studios



## Trillian History

Below is a quick version history of Trillian and all the major accomplishments along the way.

**July 1, 2000**
First Release, 0.50/0.51 of Trillian with IRC support.

**August 11, 2000**
The next version of Trillian (0.52/0.521) released with many more irc specific features.

**November 29, 2000**
Instant messaging arrives with AIM, ICQ and MSN in version 0.60. Many other features are also added.

**December 23, 2000**
Version 0.61 released. Includes Yahoo support.

**January 28, 2001**
Version 0.62 released.

**March 23, 2001**
Version 0.63 released.

**June 04, 2001**
Version 0.635 released.

**June 20, 2001**
Version 0.6351 released.

**December 05, 2001**
Version 0.70 released. File transfers have arrived!

**December 18, 2001**
Version 0.71 released. First major IM client to include Encrypted IM.

**January 29-February 20, 2002**
Version 0.72,0.721,0.722,0.723,0.724 and 0.725 released. Fixed some AIM Connection *issues*.

**June 7, 2002**
Version 0.73 released.

**September 10, 2002**
Version 0.74 released.
Trillian Pro version 1.0 released.

View Detailed Version History >

Copyrighted by Cerulean Studios 1999 - 2002. All Rights Reserved. Cerulean Studios is in no way affiliated with or endorsed by America Online, Inc. or ICQ, Inc.

Trillian | Skins | Community | Help | About

Home | Download Now! | Donate | Features | Screenshots

***Trillian > Features***

***Trillian***

Below is a quicklist of features available in Trillian, there are many more to be found:

**General:**

- XML-based skinned interface
- User Profiles
- Container Windows
- Proxy support / proxy authentication
- Emoticons
- Transparent windows
- Window "phasing" (hide buddyicons and toolbars)
- Resizable frames in each window (typing area, etc)
- Emotisounds
- No Built-in ads
- Text formatting (font colors, sizes, and styles)
- Event system (sound, hotkeys, and user definable popup windows)
- Customizable Contact Alerts
- Contact Renaming
- Extra Information for Contacts - store useful pieces of information for later retrieval via tooltip
- Message History
- Customizable "send" key

**IRC support:**

- Ignore List
- Friends/Enemy List
- Encrypted DCC CHAT
- File Transfer
- Resizable nicklists
- Nick completion

**AOL Instant Messenger(SM) support:**

- File Transfer
- Buddy Icons
- Get Member info
- Change personal details (profile, password, screen name appearance)
- Privacy features
- DirectIM support
- Contact Search Support

**ICQ® support:**

- File Transfer
- View Member Information
- Change personal details
- Contact search support
- Supports latest ICQ® 2001b protocols
- Customizable listening ports for firewalls
- Full Privacy features (invisible/visible lists, and more)

**MSN Messenger support:**

- File Transfer

- Group chats
- Privacy Features
- User is typing
- Hotmail notifications

**Yahoo! Messenger support:**

- Inbound file transfers
- Privacy features
- Yahoo! Mail notifications

Submit Bugs | Comments | Privacy Policy | Advertising | Investor Relations Back to Top

This Web site, Trillian software, and Cerulean Studios are in no way affiliated with or endorsed by America Online, Inc. or ICQ, Inc. The marks AOL and AIM are registered trademarks of America Online, Inc.; the marks Instant Messenger and AOL Instant Messenger are service marks of America Online, Inc.; the mark ICQ is a registered mark of ICQ, Inc.

Copyrighted by Cerulean Studios 1999 - 2002. All Rights Reserved.

Trillian | Skins | Community | Help | About

Home | Download Now! | Donate | Features | Screenshots

**_Trillian > Screenshots_**

### _Trillian sports a whole new look_

**Contact List**




**Message window with Transparency**




Message window in a container




Message window Directly-Connected in AIM®




Submit Bugs | Comments | Privacy Policy | Advertising | Investor Relations Back to Top

This Web site, Trillian software, and Cerulean Studios are in no way affiliated with or endorsed by America Online, Inc. or ICQ, Inc. The marks AOL and AIM are registered trademarks of America Online, Inc.; the marks Instant Messenger and AOL Instant Messenger are service marks of America Online, Inc.; the mark ICQ is a registered mark of ICQ, Inc.

Copyrighted by Cerulean Studios 1999 - 2002. All Rights Reserved.

### *Trillian 0.73*

The current version of Trillian is **0.73**. Click the link below to download:

(Windows 95/98/ME/2000/NT/XP, 2,293 KB)

You may also download it from one of our mirror sites:

| Site Name | Location | Site Name | Location |
|---|---|---|---|
| Mirror Site (HTTP) | San Diego, CA, USA | Mirror Site (HTTP) | Italy |
| Mirror Site (HTTP) | Syracuse, NY, USA | Mirror Site (HTTP) | Brussels, Belgium |
| Mirror Site (HTTP) | Atlanta, GA, USA | Mirror Site (HTTP) | Gloucester, United Kingdom |
| | | Mirror Site (HTTP) | United Kingdom |
| | | Mirror Site (HTTP) | Netherlands |
| | | Mirror Site (HTTP) | Copenhagen, Denmark |
| | | Mirror Site (HTTP) | Netherlands |
| | | Mirror Site (HTTP) | Belgium |

**Attention Win95 Users:** The default skin may not appear correctly on your system. You may wish to download another skin with a less complicated border. Additionally, you **must** install Winsock2 to run Trillian. Find it here.

**Attention WindowBlinds Users:** You must add Trillian to your exclusion list.

**IMPORTANT:** Trillian is subject to United States export controls. Trillian may not be downloaded or otherwise exported or re-exported: into (or to a national or resident of) Afghanistan, Cuba, Iran, Iraq, Libya, North Korea, Sudan, Syria or any other country to which the United States has embargoed goods; or any organization or company on the United States Commerce Department's "Denied Parties List."

By downloading or using Trillian, you are agreeing to the foregoing and all applicable export control laws. You are also warranting that you are not under the control of, located in, or a resident or national of any such country or on any such list.

The information on export laws provided herein is not necessarily complete. For more information on export laws, please refer to United States Commerce Department, Bureau of Export Administration at (202) 482-2440, or (202) 482-4811.



This Web site, Trillian software, and Cerulean Studios are in no way affiliated with or endorsed by America Online, Inc. or ICQ, Inc. The marks AOL and AIM are registered trademarks of America Online, Inc.; the marks Instant Messenger and AOL Instant Messenger are service marks of America Online, Inc.; the mark ICQ is a registered mark of ICQ, Inc.

Copyrighted by Cerulean Studios 1999 - 2002. All Rights Reserved.

## Chapter 3, Section 2

Back to Table of Contents

3. Using Trillian

3.2. The Contact List

### Understanding the Contact List

**Trillian incorporates contacts from every supported chat medium into one contact list. Some of your contacts may be stored on a server and imported into your contact list. You can manage your current connections by clicking the chat medium icons at the bottom of the contact list.**

**Bryan Hughes**: *Where is the information about creating metacontacts? I'm stumped!*

**James McElroy**: *can you export contacts? (i use trillian on two computers)*

**Jim**: *I like Trillian so far, but for one thing...password authorization to open, and/or contact list invisible to other users on computer on the same computer*

**ajm**: *Jim, you can go into your Preferences -> Profiles and add other users. This is also where you enable passwords. Make sure that no profiles are set to Autologin and Trillian will give you a login box upon startup.*

Comment or contribute | Helpful | Not helpful

### Sorting the Contact List

**You can sort your contact list by status*, by medium, or alphabetically. If you sort by status, users available for chat will appear higher up on your contact list, while those that are unavailable or offline will appear towards the bottom. Sorting by medium will order your list by chat medium.**

*** Status-based sorting is only available in Trillian Pro.**

Comment or contribute | Helpful | Not helpful

### Adding a contact

**Here are some ways to add a contact:**

**- Click the (+) Add Contact button at the top of the contact list.**
**- Right-click in your contact list and choose Add..**
**- While in a conversation, click (+) Add Contact**

**You must then choose which chat medium the contact is on followed by the name of the contact.**

Comment or contribute | Helpful | Not helpful

**Trillian**

User Manual

1. General
1.1. Overview
2. Getting Started
2.1. Getting Trillian
3. Using Trillian
3.1. The Connection Manager
3.2. The Contact List
3.3. Message windows
3.4. Status Windows
3.5. Containers
4. Configuring Trillian
4.1. Configuring how Trillian looks
5. Troubleshooting
6. Appendices

Tutorials

Frequently Asked Questions

Technical Support

Deleting a contact

**You can delete selected contacts by pressing your delete key. Right-clicking and choosing Remove Contact works, as well as using the (X) Remove Contact button on the contact list.**

**Pro users have the added option of selecting more than one contact at a time to perform the delete action, among other things. To do so, you may either "Ctrl-click" to highlight additional contacts or "Shift-click" from one contact to another. Shift-clicking will select all contacts in between the starting and ending points.**

Comment or contribute | Helpful | Not helpful

Understanding Metacontacts (Pro only)

**What is a metacontact?**

**A metacontact is an entry within your contact list that represents many contacts. This is normally used to consolidate several accounts which are associated with one unique individual. Such as if a friend "Bob" was on AIM, MSN, ICQ and IRC, you could have all of those accounts combined into a metacontact so that you can tell he is online by looking only at one entry, rather than 4.**

**How do I generate a metacontact?**

**First, all of the entries must already exist in your contact list. Then, select all the entries at once. You can do this by holding down the ctrl key while clicking on each entry. Then, right click the selected set and choose "Create MetaContact". From here you can put the metacontact in a particular group and you are good to go!**

**Questions:**

**q) Why does it open and close all the time?**
**a) The metacontacts have a feature called auto-expand. This allows them to only show their contents when you mouse over them so that they don't alwyas take up precious space on your contact list. You can turn this off and have it behave more like a group inside Preferences->Contact List**

**q) Does order matter?**
**a) Yes it does. When you double click a metacontact to send a message, it will determine who it goes to based on a few factors. The major factor is the order. So put the contacts in the order you wish to talk to them on. When you double click on the metacontact now, it will first look at the order and depending on if the contact is online/away/offline, will determine if it should be chosen. You can always see what order Trillian has decided upon by right clicking and viewing the order listed in send message to...**

**q) What if i want to send it to an account other than what Trillian picks, do i have to reorder it everytime?**
**a) Nope, a metacontact behaves basically like a group, so you can always click on the sub-entries and use them like before**

*** This feature requires Trillian Pro 1.0**

Comment or contribute | Helpful | Not helpful

Understanding Systray Alerts (Pro only)

**A systray alert appears in the lower-right-hand corner of your screen for a short moment to subtly let you know that an event has occured. They look like this:**




To generate the systray alerts for contacts signing on requires you to edit a contact's "alerts".

1) Right click on the contact you wish to have this happen to
2) Click on the Set Alerts option (or modify alerts if you already have one set up)
3) Click the appropriate notify box, comes online for example.
4) Click the "A systray-based popup alert" option
5) if you wish to have htis happen all the time, click "Save this alert"

Done! You will now be notified by the systray when that contact comes online.

Questions:

q) Can I quickly do it for all my contacts?
a) Not yet

q) How do i get rid of that little bell?
a) In Preferences->Contact List you can uncheck the "Show Secondary Icons". This will also remove warning icons on AIM.

* This feature requires Trillian Pro 1.0

Comment or contribute | Helpful | Not helpful

Copyrighted by Cerulean Studios 1999 - 2002. All Rights Reserved. Cerulean Studios is in no way affiliated with or endorsed by America Online, Inc. or ICQ, Inc.

**Help -> User Manual**

## Chapter 1, Section 1

Back to Table of Contents

1. General

1.1. Overview

### What Trillian is

**Trillian is everything you need for instant messaging. Connect to ICQ®, AOL Instant Messenger(SM), MSN Messenger, Yahoo! Messenger and IRC in a single, sleek and slim interface.**

**Trillian is much more than just a five-in-one instant messenger! The whole interface is skinnable, so you can change into hundreds of skins written in the revolutionary SkinXML language. Talk in confidence with 128-bit SecureIM encryption. Chat in style with sleek emoticons and emotisounds.**

**Trillian runs on 32-bit Windows platforms.**

**Trillian is free.**

**Trillian does not contain adware or spyware.**

**Trillian is not crippleware and will not expire.**

**Keisha**: *For people who are neither familiar nor comfortable with high tech PC jargon I think a glossary of sorts is in order. (ie. skins, adware, spyware, crippleware)*

**dl**: *This section should say exactly what versions of windows are compatible. Most people don't know which versions are 32-bit.*

**ajm**: *Trillian runs on Windows 95, 98, Me, NT, 2000, and XP.*

Comment or contribute | Helpful | Not helpful

### What Trillian isn't

**Trillian is not an instant messaging network. With your choice of stylish interface, Trillian enables you to connect to existing instant messaging networks such as ICQ, Yahoo! Messenger, MSN, AIM and IRC. Trillian cannot create accounts for you on these networks; you must create accounts yourself prior to using Trillian.**

Comment or contribute | Helpful | Not helpful

### What you'll need

**Trillian requires Windows 95, 98, 98SE, Me, NT, 2000, or XP. You must have 15mb free on your hard drive to download and install.**

**In order to connect to chat mediums, you must be connected to the internet.**

**Trillian**

User Manual

1. General
1.1. Overview
2. Getting Started
2.1. Getting Trillian
3. Using Trillian
3.1. The Connection Manager
3.2. The Contact List
3.3. Message windows
3.4. Status Windows
3.5. Containers
4. Configuring Trillian
4.1. Configuring how Trillian looks
5. Troubleshooting
6. Appendices

Tutorials

Frequently Asked Questions

Technical Support

**You do not need to have any other chat client software installed on your system to connect to chat mediums.**

Comment or contribute | Helpful | Not helpful

Copyrighted by Cerulean Studios 1999 - 2002. All Rights Reserved. Cerulean Studios is in no way affiliated with or endorsed by America Online, Inc. or ICQ, Inc.

The global leader in Internet media delivery

Become a Partner | International | Login | Feedback

HOME PRODUCTS & SERVICES SOLUTIONS RESOURCES & SUPPORT COMPANY

Search Advanced Search

Company
Press Room
Press Releases
2001
2000
1999
1998
1997
1996
1995

# 2002 PRESS RELEASES

## REALNETWORKS AND PALM ANNOUNCE REALONE PLAYER MOBILE FOR THE PALM TUNGSTEN T HANDHELD

Based on Helix DNA Client, RealOne Player Mobile enables RealAudio and MP3 Support for Palm Handhelds

COMDEX, LAS VEGAS, Nov. 17, 2002 — RealNetworks®, Inc. (Nasdaq: RNWK) and Palm, Inc. (Nasdaq: PALM) today announced a strategic alliance that will enable consumers to use their Palm™ Tungsten™ T handhelds as digital audio players. RealOne™ Player Mobile, which is based on the Helix™ platform, will deliver audio multimedia playback and storage for both RealAudio® and MP3 files on Palm's newest handheld, enabling users to play and store music wherever and whenever. Available by the end of the year, RealOne Player Mobile will enable consumers to:

- Transfer personal audio media collections from their RealOne Player on the PC onto their Palm Tungsten T handhelds
- View full display of current tracks playing, including song name, album and artist
- Select and playback songs from sound device cards
- Easily access content with the Tungsten T handheld's 5-way navigation
- Run multiple tasks while listening to RealAudio or MP3 programming
- Conserve battery power through the auto-dimming capability

"Our recently introduced Palm Tungsten T handheld empowers users to efficiently manage information with business-critical functionality in an industrial-strength handheld computer," said Ken Wirt, Palm's senior vice president of marketing and product management. "Now with the added audio multimedia feature from RealNetworks' RealOne Player, users will be able to download, store and play back news, entertainment and music-an exciting element for Palm's innovative new handheld."

The RealOne Player Mobile for the Tungsten T handheld is based on the Helix DNA Client, a software engine that device manufacturers and software developers can use to build a multi-format media player for any device. RealNetworks is working with the Helix Community to make the Helix DNA Client available for the Palm OS® 5 platform, which will enable other media applications to be developed for the Tungsten T handheld and other Palm handhelds.

"We are delighted to enable Palm's customers to enjoy portable music on their Tungsten T handheld," Dan Sheeran, vice president, Media Systems, RealNetworks, Inc. "This is a great example of how the Helix platform enables new media experiences for today's mobile consumers."

Availability
Palm Tungsten T handheld users will be able to download the RealOne Player Mobile for free at www.real.com/player/mobile or at www.palm.com/realoneplayermobile by the end of the year. The RealOne Player Mobile also will be shipped with select future Palm handhelds.

### ABOUT PALM, INC.

With shipments of 19 million Palmtm handheld computers, many carried in pockets, purses and briefcases around the world, Palm delivers devices that make it easy for people to use and keep track of what matters to them.

Information about Palm, Inc. is available at http://www.palm.com/aboutpalm.

## ABOUT HELIX

Helix is a platform and a community for the standardization and expansion of digital media. The Helix DNA platform consists of source code developed by RealNetworks over the past eight years for the creation, delivery and playback of digital media, as well as a set of interfaces for building media-enabled applications. Helix Community members use this source code to build media-capable products with industry-leading technology, intellectual property and commonly used interfaces. The Helix Community offers source code of the Helix platform under commercial community and open source licenses available at www.helixcommunity.org.

## ABOUT REALNETWORKS

RealNetworks, Inc. is the global leader in Internet media delivery. It develops and markets software products and services designed to enable users of personal computers and consumer electronic devices to send and receive audio, video and other multimedia services using the Web. Consumers can access and experience audio/video programming and download RealNetworks' consumer software on the Internet at http://www.real.com. RealNetworks' systems and corporate information is located on the Internet at http://www.realnetworks.com

---

RealNetworks, RealOne, RealAudio, RealVideo and Helix are trademarks or registered trademarks of RealNetworks, Inc. Palm OS and the Palm logo are registered trademarks of Palm, Inc. Palm, Tungsten, Tungsten logo and the T logo are trademarks of Palm, Inc. All other companies, products, trademarks or registered trademarks are the property of their respective owners.

This press release contains forward-looking statements that involve risks and uncertainties, including statements relating to the availability of the RealOne Player Mobile by the end of the year and whether and when the Helix DNA Client becomes available for the Palm OS 5. Actual results may differ materially from the results predicted. More information about potential risk factors that could affect RealNetworks' business and financial results is included in RealNetworks' annual report on Form 10-K for the year ended December 31, 2001, and its quarterly report on Form 10-Q for the period ended September 30, 2002, and from time to time in other reports filed by RealNetworks with the Securities and Exchange Commission.

The global leader in Internet media delivery



# MOBILE






## MEDIA FOLLOWS PEOPLE

There is tremendous potential for Internet media consumption via mobile devices. RealNetworks and its partners are turning mobile Internet media into reality through products and solutions for Mobile Operators, Content Providers, and Consumers. Discover what RealNetworks offers you and the mobile market.

- Mobile Users
- Content Creators
- Mobile Businesses
  Mobile Operators | Handset Manufacturers | Chipset Manufacturers

Mobile

## DOWNLOAD REALONE MOBILE PLAYER

realPlayer

The RealOne Mobile Player is available for the following platforms. For information on installing and using the RealOne Player for these devices, click on the links below:

- Pocket PC
- Nokia 9200 Series Communicator
- Nokia Series 60 Phones

## A LOOK INTO THE NOT SO DISTANT FUTURE

See how many people will incorporate digital media into their mobile lifestyle.




### Upcoming Devices



Nokia 3650 Phone
www.nokia.com

Pal Palm TungstenT
www.palm.com

### Press Releases

- RealNetworks and Palm Announce RealOne Mobile Player for the Palm Tungsten T Handheld
- RealNetworks and Envivio to Develop Multimedia Encoder for Mobile Markets
- RealNetworks and Cap Gemini Ernst & Young Enable Mobile Digital Media Delivery Solutions

CONTACT US

Handset manufacturers
mobilehandsets@real.com

Carriers
mobilecarriers@real.com

Content providers
mobilecontent@real.com

Submit Mobile Content

Submit your mobile content for promotion

# REALONE MOBILE PLAYER

Mobile
Mobile Product Suite
RealOne Mobile Player
Pocket PC
Nokia 9200 Series
Nokia Series 60
Palm OS 5




REALONE MOBILE PLAYER

Access streaming or download content via wireless lans and mobile networks.

## HIGHEST QUALITY MEDIA — ANYWHERE YOU GO

These days, everyone is on the go. And they want to take their media with them. RealNetworks is making this a reality with the RealOne Mobile Player. Using the RealOne Player consumers can access streaming or download content via wireless LANs and next generation mobile networks, or simply by synching content to their device using the RealOne Player on the PC. It's easy and it's mobile.

RealOne Mobile Player is available for both Symbian OS, Palm OS 5, and PocketPC for PDAs. Additionally, it is available on select handsets, including the Nokia 9200 Series Communicators and Nokia Series 60 phones, including the Nokia 7650 and 3650.

Key Features:

- Playback of RealAudio, RealVideo and 3GPP compliant content via streaming or download*
- Seamless integration with the RealOne Player for PC to drag and drop mp3 and RealAudio files to devices*
- Access to news, sports and entertainment updates
- Access to downloadable content including music videos, travel guidance, auto reviews and much more

## DOWNLOAD REALONE MOBILE PLAYER

The RealOne Mobile Player is available for the following platforms. For information on installing and using the RealOne Player for these devices, click on the links below:

- Pocket PC
- Nokia 9200 Series Communicators
- Nokia Series 60 Phones (3650, 7650)
- Palm OS 5 Based Handhelds

## CREATE MOBILE MEDIA

Are you a content provider who wants to create mobile-ready content? Check out the create mobile media page for information on the best practices for creating content for this audience.

* Functionality of the RealOne Mobile Player varies across devices

More RealNetworks Mobile Suite Products:

- RealOne Mobile Player
- Helix Universal Server — Mobile
- Helix Universal Gateway — Mobile
- Helix Mobile Producer

CONTACT US

Handset manufacturers

Carriers

Content providers

# PLAYERS & CONTENT





THE BEST PLAYERS & CONTENT

- FOR YOUR MOBILE DEVICE

## REALONE MOBILE PLAYER

The RealOne Mobile Player is available for the following platforms.

- Pocket PC
- Nokia 9200 Series Communicator
- Nokia Series 60 Phones
- Palm OS 5 Based Handhelds

Get RealOne Mobile Player for your device

## MOBILE MEDIA GUIDES

Be sure to check out the RealOne Media Guide on your device for the latest and greatest clips available. Below are instructions on accessing the guide from your device:

- Nokia 9210i Communicator
- Nokia 3650
- Nokia 7650
- Pocket PC Devices

## CONTENT

Browse our categories for great RealAudio & RealVideo files to download and playback on your mobile device.

Entertainment | Music | Living

FEATURED CLIP



Frankfurt International Auto Show
www.edmunds.com
5:07
Mobile | Pocket PC

CONTACT US

Handset manufacturers

Carriers

Content providers



How you can mobilize your media



Get RealOne Mobile Player for your device

# INSTALLING & USING



## INSTALLING & USING REALONE MOBILE PLAYER ON PALM OS 5 BASED HANDHELDS

### FEATURE LIST

1. Local playback of audio files from SD cards. Large cards (>128MB) are supported
2. Supported Audio formats:
   a. RealAudio (.RM, .RMJ) -All G2 audio and higher bitrate RealAudio 8 (Atrac 3). Older content based on RealAudio 3.0 or Sipro Voice codecs are not supported
   b. MP3 (.Mp3) - Mp3 files 64kbps and higher are supported including VBR (variable-bit-rate) and CBR (constant-bit-rate) files
3. Transfer of files - A plug-in for the RealOne desktop allows easy and seamless transfer from within the RealOne player (Windows OS only).

### INSTALLING THE REALONE PLAYER FOR PALM USING WINDOWS

The RealOne Mobile Player for Palm, the latest version of the RealOne Player for PC and a plug-in that enable file transfer from your RealOne Player for PC to your Palm OS 5 device are included in the installer package you downloaded.

1. Double click on the .exe file you downloaded
2. The installer will run the following processes
   a. Place the PRC files for the RealOne Mobile Player for Palm into your hotsync queue to be transferred to your Palm OS 5 device.
   b. Check your PC for the latest version of the RealOne Player for PC (this is required to transfer files to your device using the RealOne Player for PC)
   c. If needed will install or upgrade to the latest version of the RealOne Player for PC
   d. Install the Plug-in which allows seamless transfer between your RealOne Player for PC and your Palm OS 5 device.

### INSTALLING THE REALONE PLAYER FOR PALM USING LINUX

The .ZIP file contains several .PRC files which you will need to add to your Palm Hotsync ™ install queue. You can do this by either double clicking them, or running your Palm Desktop Software, choosing "Install," and selecting all the files.

### INSTALLING THE REALONE PLAYER FOR PALM USING MAC OS

The .SIT file contains several .PRC files which you will need to add to your Palm Hotsync ™ install queue. You can do this by either double clicking them, or running your Palm Desktop Software, choosing "Install," and selecting all the files.

### TRANSFERRING FILES TO YOUR PALM OS 5 BASED HANDHELD:

Using RealOne Player for PC Plug-in (Windows only)

1. Launch the RealOne Player for PC and click the 'Devices' tab.
2. Select the Palm Device Plug-in
3. Run the RealOne Player on your Palm device and place it in the hotsync cradle. The RealOne Player on your Palm must be actively running for the RealOne Player on your PC to "see" the Palm device. It will say "connected" when the device with an external SD card is detected





6:13-cv-02999-JMC Date Filed 03/27/17 Entry Number 146-2 Page 137 of 419

4. Select 'Add Tracks' to add songs to the transfer queue.
5. Click 'Transfer' to move songs over to the SD card in your handheld

Note: You do NOT need to press hotsync to move files to your handheld. Transfer happens immediately when you press 'Transfer.'.

If you have an SD card reader, or a Palm application which allows direct access to the SD Card, you can transfer files manually to the device. Files are detected in the following directories only:

a. Subdirectories not supported: Root directory (\).
b. Subdirectories supported: SD_Audio, RN_Audio, AUDIO

## PLAYING MEDIA FILES

1. Select the RealOne icon from the Launcher Menu
2. Tap Songs to bring up a list of available tracks
3. Tap the desired song to begin playback or use 5-way navigation to select a song. Press the center select button to highlight the first track and use up/down to scroll. Press select to start the song playing
4. The Track is heard and information about the song is displayed in the light green status area
5. Tap the (i) button to get extended information about the song. Tap Done to return to the main screen.

## PLAYLISTS

### Creating a New Playlist

1. From within the RealOne Player for Palm tap Playlists
2. Tap New
3. Name the Playlist
4. Tap Add...
5. This will bring up a list of available songs. Tap the checkboxes next to the songs you wish to add to your playlist
6. Tap Done to return to the Edit Playlist screen
7. Tap Done to return to the Playlist screen
8. Tap Done to return to the list of available playlists
9. Tap Done to return to the the RealOne Player

### Using a Playlist

1. From within the RealOne Player for Palm tap Playlists
2. Tap on the desired playlist
3. Tap on the first song in the list to begin playback in the RealOne Player

## NOTES, TIPS AND TRICKS

1. You can only play back audio files on SD audio cards. Playing back files from internal memory is not supported
2. At this time, only local playback is enabled. You can not "stream" content over an Internet connection
3. If you have an SD card reader, or a Palm application which allows direct access to the SD Card, you can transfer files manually to the device. Files are detected in the following directories only:
   a. Root directory (\)
   b. Subdirectories supported: SD_Audio, RN_Audio, AUDIO
4. Songs sound best when encoded at higher bitrates. RealAudio files sound good at 64kbps or higher. Mp3's may sound "watery" or distorted at bitrates less than 128kbps
5. Some Tungsten T Palm models need a patch for full CD quality sound. This patch is usually installed by default when you install your RealOne Player for Palm. If sound is very "rolled-off" with little treble, you may need to re-install this patch. Contact Palm for more information or go to http://www.palm.com/support/downloads/ to see the latest updates.
6. You can fit more songs on your SD card by choosing 'configure' -> 'always convert tracks' from the Palm plug-in for your desktop PC. The files will be smaller but sound quality may be affected

6:13-cv-02999-JMC Date Filed 03/27/17 Entry Number 146-2 Page 138 of 419

Site Map | Privacy Policy | Legal Notice/Terms of Use Real.com

Mobile
Mobile Product Suite
RealOne Mobile Player
Palm OS 5

# REALONE MOBILE PLAYER FOR PALM

The RealOne Mobile Player for Palm runs on the latest Palm-branded OS 5 devices with ARM processors. It supports the local playback of MP3 and RealAudio content from inserted SD memory cards. The RealOne Mobile Player for Palm currently supports the following Palm PDAs:

- Tungsten T
- Zire 71
- Tungsten C

A plug-in for the RealOne Player for PC allows easy and seamless transfer of songs to the device. Installing the software and getting started is easy! Click below for an installation and use overview, or to download the RealOne Mobile Player for Palm.



Palm OS 5 Based Handheld

- Installing & Using
- Download - Version 1.1 now available

Note: Non-Palm branded devices such as the Sony Clie and older Palm devices such as the M5xx series are not supported at this time.

Sample Music Downloads

| CLIP | LENGTH | LANGUAGE | DOWNLOAD |
|---|---|---|---|
| Moe - Not Coming Down | 3:55 | | MP3 (3.6 MB) |
| Johnny Marr - Down on the Corner | 4:25 | | MP3 (4.0 MB) |
| Andrew Speight Quartet - A Night in Tunisia | 7:52 | | MP3 (9.0 MB) RealAudio (7.6 MB) |
| Orbiter - Sparks on a String | 4:14 | | MP3 (4.9 MB) RealAudio (2.1 MB) |

More Mobile Devices

- Palm OS 5
- Pocket PC
- Nokia 9200 Series
- Nokia Series 60

CONTACT US
Please email us for more information about RealNetworks Mobile Solutions.



Buy a new Palm, Inc. PDA today!

# PDA Center - ICQ® for Pocket PC Help - Contact List

- What do I see on the ICQ for the Pocket PC Window?
- What are the icons next to my friends' user names?
- Can I create a new display name for a user on my Contact List?
- How do I delete a user from my Contact List?
- How do I arrange users on my Contact List into groups?
- How do I view online users only?
- How do I make my ICQ for the Pocket PC easier to use?
- How can I make my sessions in ICQ more secure?

What's Next
- SMS Center
- ICQ2Go!
- Email Center
- Telephony Center
- PDA Center
- Unified Messaging Center
- Your 6 ICQ Addresses

Join ICQ Communities
- Message Boards
- Chat Rooms
- Chat Requests
- IrCQ-Net Chat
- Interest Groups
- NEW User Lists
- ICQ WebFront
- ICQ Rings
- Game Partners
- Meet People

What's This?

Help Center
Trouble? Get ICQ Help Here

### What do I see on the ICQ for the Pocket PC Window?

After you add friends to your Contact List, it might look similar to the screen shot below.




From the Main Screen, you will be able to: Create ICQ or SMS Messages, View Users' Details, Set Preferences, Update your User Details, View Stock Quotes, Find/Add users to your Contact List, and Set your Availability Status.

The icons on the toolbar will aid you in the management of your contacts and message handling

Initiate an ICQ message to another ICQ user.

Initiate SMS message to any SMS phone on a compatible network.

View User's Details.

Delete a user or group from your Contacts.

View and Update the information in your User's Details.

View and set Preferences.

View Stock Quotes.

**Note:** To use user-related icons, you must first highlight the user name, then tap the appropriate icon for the action desired.

Back To Top

### What are the icons next to my friends' user names?

There are two types of icons that appear next to your friend's user name. The large icon, usually in the shape of a flower, on the left of the user name is their availability status. On the right-hand side of the user name, a small icon shows that you have saved an SMS number for the user.

The following are a list of the icons and what they mean:

**Availability Status**

**Available**: indicates to others that the user is online and available for contact.

**Away**: user is online, but away from his/her computer.

**N/A (Extended Away)**: user is online, but away from his/her computer for an extended period of time.

**Occupied (Urgent Msgs)**: user is online, yet occupied.

**DND (Do Not Disturb)**: user is online, but does not wish to be disturbed.

**Invisible**: user is online, but will appear offline to others. User can still converse with and receive messages from other users.

**Logout/Offline**: user has disconnected; or, if connected, this enables user to disconnect.

**Message/Profile Status**

Signifies that you have input an SMS number for this user. It will be shown only locally.

**To set your own availability status**:
Tap on the button showing the Available option (by default) on the Availability Status menu and choose a status from the drop down list.

Back To Top

### Can I create a new display name for a user on my Contact List?

Yes you can. There are two ways to rename a user. Simply follow the instructions below to rename a user on your Contact List. The new display name will appear only on your ICQ Contact List and will not change the user's details on their application or the ICQ network servers.

**To rename a user:**
1. Tap and hold a user name.
2. Select **Rename** from the pop-up menu. The Rename User screen is displayed.
3. Enter the new name for the user and tap **ok**.
4. Tap **Back** to cancel the action and return to the Main screen.

-OR-

1. Tap . The User Details screen is displayed.
2. Enter the new name for the user in the Display field.
3. Tap **Save/Close** to save your changes. Tap **Back** to cancel the action and return to the Main screen.

Back To Top

### How do I delete a user from my Contact List?

**To delete a user:**
1. Tap and hold the user name, and then select **Delete** from the pop-up menu.
2. Tap **Yes** to delete when prompted.

Tap **No** to cancel the action and return to the Main screen.

Back To Top

### How do I arrange users on my Contact List into groups?
Arranging the users on your Contact List into groups makes it easier for you to manage your list and find your friends, particularly if you have a very long list. Your Contact List will begin with the General group as default.

**To create a new group:**
1. Tap and hold a group, and then select **Create New Group** from the pop-up menu.
2. Enter the name of the new group and tap **ok**.
3. Tap **Back** to cancel the action and return to the Main screen.

**To move a user to another group:**
1. Select the user name.
2. Drag the user to below the title of the new group that you wish to add them.

**To rename a group:**
1. Tap and hold the group that you wish to rename.
2. Select **Rename** from the pop-up menu.
3. Enter the new name in the blank field and tap **ok**.

Tap **Back** to cancel the action and return to the Main screen.

**To delete a group:**
1. Tap and hold the group that you wish to delete.
2. Select **Delete Group** from the pop-up menu
3. Tap **Yes** to confirm deletion of the group. Tap **No** to cancel the action.

**To close/open the group:**
Tap on the **Down-Arrow** next to the group name to collapse the group.

Tap on the **Right-Arrow** next to the group name to expand the group.

Back To Top

### How do I view online users only?
You may choose between viewing all users on your Contact List or only those that are online.

1. Tap , or, from the menu bar tap **Edit**,and then choose **Preferences**.
2. In the General tab, select Show online users only and tap **ok**.
3. Tap **ok** to save your changes and to return to the Main screen.

Back To Top

### How do I make my ICQ for the Pocket PC easier to use?
You can configure your ICQ preferences to suit your needs.

**To configure ICQ for the Pocket PC Preferences:**

1. Tap  or tap **Edit**, and then choose **Preferences** from the menu bar. In the General tab you have the following options:

- Play sounds.
- Enter key inserts Return.
- Show only online users.
- Receive messages only from Contact List users .
- Confirm on signoff from ICQ.
- Reactivate dialogs.

2. Tap **ok** to save your preferences and return to the Main screen.

Back To Top

**How can I make my sessions in ICQ more secure?**
ICQ for the Pocket PC has on-board security features that enable users to maintain the level of security and privacy desired.

**To utilize the security features:**

1. Tap or tap **Edit**, and then choose **Preferences** from the menu bar.
2. In the Privacy tab you can update your security preferences:

**New Password** - Change your ICQ number password
**My authorization is required** - Require other users to receive your authorization before they add you to their Contact List to limit unwanted users from adding you to their Contact Lists without your authorization.
**Enable Web Aware** - The Web Aware security feature allows you to determine whether others can see your online/offline status on the World Wide Web. When you activate this feature other Internet users will be able to see your online or offline status

3. Tap **ok** to save your preferences and return to the Main screen.

**Note**: This version of ICQ for the Pocket PC Ver.1.0 Beta may not include certain features, functions, or services that may be available on other versions of ICQ, including privacy and security features and their default settings. Furthermore, privacy and security settings configured while using other versions of ICQ may not apply when using ICQ for the Pocket PC Ver.1.0 Beta. You are, therefore, advised to carefully study the relevant and applicable security and privacy features before using this ICQ version.

Back To Top

Ba Ne

[Important Notice of Terms of Service]

ICQ.com | What is ICQ | Download ICQ | ICQ Tutorials | Help | Site Map | Search | ICQmail | ICQ Meeting Place

User Feedback & Comments | ICQ Community | ICQ Sitecreators | SMS Center

Copyright ©1998-2002 ICQ Inc. All Rights Reserved

# PDA Center - ICQ® for Pocket PC Help - Exchanging Messages


1. What do I see in the message session dialog box?
2. How do I send messages?
3. How do I send a SMS message?
4. How can I add graphic expressions to my messages?
5. How do I receive messages?


## What do I see in the message session dialog box?

You will arrive at the message dialog box shown below when you initiate either an ICQ or SMS message. From this screen, you can create a message through your own text and use graphical emotions for emphasis. After writing the message, you have the option of choosing to send the message to either the user's ICQ number or SMS phone (if applicable), or both.

Back To Top

## How do I send an ICQ message?

**To send a message:**

1. Double-tap on the user you want to send a message, or select the user and tap .
2. Type the message in the blank field at the bottom of the message screen and tap **ICQ** to send the message. You may also send the message simultaneously to the user's SMS account by tapping **Both**, if it is shown.

Back To Top

## How do I send a SMS message?

**To send a SMS message:**

What's Next
• SMS Center
• ICQ2Go!
• Email Center
• Telephony Center
• PDA Center
• Unified Messaging Center
• Your 6 ICQ Addresses

Join ICQ Communities
Message Boards
Chat Rooms
Chat Requests
IrCQ-Net Chat
Interest Groups
NEW
User Lists
ICQ WebFront
ICQ Rings
Game Partners
Meet People
What's This?

Help Center
Trouble? Get ICQ Help Here

1. Tap the **SMS** icon next to the user you wish to message, or select the user and tap. .

   **Note:** If you have not already input an SMS number for the user, you will be prompted to enter one.

2. Type your message in the blank field at the bottom of the message screen and tap **SMS** to send the message. You may also send the message simultaneously to the user's ICQ number by tapping **Both**.

Back To Top

**How can I add graphical expressions to my messages?**
**To add graphical expressions:**

1. From the Message dialog screen, tap .
2. Choose from the list of facial expressions that you wish to add to your message.
3. Follow the directions for sending a ICQ or SMS message above.

Back To Top

**How do I receive messages?**
You will be notified of incoming messages by an alternately flashing "flower" icon and "message" icon in the lower right-hand corner of the screen.
To retrieve the message, simply tap the icon to bring up the message dialog screen.

ICQ for the Pocket PC will only be able to receive messages and not other events, such as Contacts, URL's and Files.

Back To Top

Ba Ne

[Important Notice of Terms of Service]

ICQ.com | What is ICQ | Download ICQ | ICQ Tutorials | Help | Site Map | Search | ICQmail | ICQ Meeting Place

User Feedback & Comments | ICQ Community | ICQ Sitecreators | SMS Center

Copyright ©1998-2002 ICQ Inc. All Rights Reserved

# PDA Center - ICQ® for Pocket PC Help - Getting Started

- What are the requirements for ICQ for the Pocket PC ?
- How do I register ICQ for the Pocket PC ?
- What if I don't have the proper version of Pocket PC on my handheld device?
- How do I configure the network settings on my handheld device?
- How do I run the ICQ application on my handheld device?

## What are the requirements for ICQ for the Pocket PC ?

In order to run the new ICQ for the Pocket PC you will need the following:

- A handheld computing device that runs the Pocket PC 3.1 or greater. If you have a lesser version of the Operating System, visit the manufacturer corporate web site of your particular device for possible upgrades.
- An attachable or built-in modem.
- The ICQ for the Pocket PC Ver.1.0 Beta file from the ICQ Download page.
- An ISP account and a wireless network provider account (required only for system connection over wireless network). Some wireless service providers furnish both services. Check for local availability.
- An ICQ # and password.

Back To Top

## How do I register ICQ for the Pocket PC

If you don't have an ICQ#, you can register as a new user by following the steps listed below.

**To register as a new user:**

1. In the Login screen, tap **New User**.
2. In the ICQ Registration screen, enter your details and select your password.
3. Tap **Next**. Your registration is completed and your new ICQ# is displayed.
4. Select your Privacy and Security settings and tap **Done-Start ICQ**.

In the event that you forgot your password, you can visit the ICQ Password Retrieval Service.

**Note:** You will need to configure the network settings of your handheld device before you can use ICQ.

Back To Top

## What if I don't have the proper version of Pocket PC on my device?

If you do not know the version of your Pocket PC , consult your handheld device user manual to help you find it. If you have a lesser version than is necessary to run ICQ for the Pocket PC , visit the PocketPC web site for possible system upgrades.

Back To Top

## How do I configure the network settings on my handheld device?

Check with your internet service provider for the correct settings of your network configuration. For more assistance on where to find these settings on your handheld device, please consult the product user manual

Back To Top

## How do I run the ICQ application on my handheld device?

After downloading the ICQForPocketPC.exe application, the ICQ Flower icon appears on the main screen. Tap on the icon to start the ICQ application and enter the Login screen.

The Login screen enables you to register as a new user, change the configurations of your ICQ server host

**What's Next**
• SMS Center
• ICQ2Go!
• Email Center
• Telephony Center
• PDA Center
• Unified Messaging Center
• Your 6 ICQ Addresses

**Join ICQ Communities**
Message Boards
Chat Rooms
Chat Requests
IrCQ-Net Chat
Interest Groups
NEW
User Lists
ICQ WebFront
ICQ Rings
Game Partners
Meet People
What's This?

**Help Center**
Trouble? Get ICQ Help Here

and port, and connect to the ICQ network. Your ICQ# will be saved in the drop-down menu if you tap **File**, **Exit**, and then re-enter ICQ.

**To set the configurations of your ICQ server:**
1. In the Login screen, tap **Setup**.
2. In **Host**, enter the name of the host.
3. In **Port**, enter the name of the port.
4. If you are using a proxy, select **Connect using proxy**.
5. In **Host**, enter the name of the host.
6. In **Port**, enter the name of the port.
7. Choose the proxy you are using, either, Socks 4, Socks 5,or, HTTPS.
8. In **Username**, enter the username.
9. In **Password**, enter the password.
10. Select **Keep connection alive** to ensure that you do not lose connection to the server.
11. Tap **ok** when you finish and want to return to the Login screen.

Back To Top

Ba Ne

[Important Notice of Terms of Service]

Copyright ©1998-2002 ICQ Inc. All Rights Reserved

6:13-cv-02959-JMC Date Filed 03/27/17 Entry Number 146-2 Page 148 of 419



# PDA Center - ICQ for the Palm OS® - Contact List

- What do I see on the ICQ for the Palm OS ® Window?
- What are the icons next to my friends' user names?
- Can I create a new display name for a user on my Contact List?
- How do I delete a user from my Contact List?
- How do I arrange users on my Contact List into groups?
- How do I view online users only?
- How do I make my ICQ for the Palm OS ® easier to use?
- How can I make my sessions in ICQ more secure?

## What do I see on the ICQ for the Palm OS ® Window?

After you add friends to your Contact List, it might look similar to the screen shot below.

From the Main Screen, you will be able to: Create ICQ or SMS Messages, View Users' Details, Set Preferences, Update your User Details, Find/Add users to your Contact List, and Set your Availability Status.

The icons on the right-hand side of the screen will aid you in the management of your contacts and message handling

Initiate an ICQ message to another ICQ user.

Initiate SMS message to any SMS phone on a compatible network.

View User's Details.

View and Update the information in your User's Details.

View and set Preferences.

**Note:** To use user-related icons, you must first highlight the user name, then tap the appropriate icon for the action desired.

Back To Top

## What are the icons next to my friends' user names?

There are two types of icons that appear next to your friend's user name. The large icon, usually in the shape of a flower, on the left of the user name is their availability status. On the right-hand side of the user name, small icons show that you have a history of messages saved for that user and that an SMS number has been input for the user.

The following are a list of the icons and what they mean:

**Availability Status**

**Available**: indicates to others that the user is online and available for contact.

**Away**: user is online, but away from his/her computer.

**N/A (Extended Away)**: user is online, but away from his/her computer for an extended period of time.

What's Next
- SMS Center
- ICQ2Go!
- Email Center
- Telephony Center
- PDA Center
- Unified Messaging Center
- Your 6 ICQ Addresses

Join ICQ Communities
- Message Boards
- Chat Rooms
- Chat Requests
- IrCQ-Net Chat
- Interest Groups
- NEW User Lists
- ICQ WebFront
- ICQ Rings
- Game Partners
- Meet People

What's This?

Help Center
Trouble? Get ICQ Help Here

**Occupied (Urgent Msgs)**: user is online, yet occupied.

**DND (Do Not Disturb)**: user is online, but does not wish to be disturbed.

**Invisible**: user is online, but will appear offline to others. User can still converse with and receive messages from other users.

**Logout/Offline**: user has disconnected; or, if connected, this enables user to disconnect.

**Message/Profile Status**

Signifies that you have input an SMS number for this user. It will be shown only locally.

A message History exists with this user. By Tapping this icon you will be asked whether or not you would like to delete the history of messages with that user. This icon will disappear when you erase the message history.

**To set your own availability status**:
Click on the button showing the Available option (by default) on the Availability Status menu and choose a status from the drop down list.

Back To Top

**Can I create a new display name for a user on my Contact List?**
Yes you can. Simply follow the instructions below to rename a user on your Contact List. The new display name will appear only on your ICQ Contact List and will not change the user's details on their application or the ICQ network servers.

To rename a user:
1. Highlight a user name and select **Rename User** from the pull-down menu.
2. Enter the new name in the field and click **Update**.

Tap **Left-Arrow** to cancel the action and return to the Main screen

Back To Top

**How do I delete a user from my Contact List?**
To delete a user:
1. Highlight a user and select **Delete User** from the pull-down menu.
2. Tap Yes to **delete** when prompted.

Tap **NO** to cancel the action and return to the Main screen.

Back To Top

**How do I arrange users on my Contact List into groups?**
Arranging the users on your Contact List into groups makes it easier for you to manage your list and find your friends, particularly if you have a very long list. Your Contact List will begin with the General group as default.

To create a new group:
1. From the pull-down menu, choose **Add Group**.
2. Enter the name of the new group in the blank field on the pop-up dialog box and tap **Add**.

Tap **Left-Arrow** to cancel the action and return to the Main screen.

To move a user to another group:
1. Highlight the user name.
2. Drag the user to below the title of the new group that you wish to add them.

To rename a group:
1. Highlight the Group that you wish to rename.
2. Choose **Rename Group** from the pull-down menu.

6:13-cv-02959-JMC Date Filed 03/27/17 Entry Number 146-2 Page 150 of 419

3. Enter the new name in the blank field and click **Update**.

Tap **Left-Arrow** to cancel the action and return to the Main screen.

To delete a group:
1. Highlight the Group that you wish to delete.
2. Choose **Delete Group** from the pull-down menu.
3. Tap **YES** to confirm deletion of the group. Tap **NO** to cancel the action.

To close/open the group:
Tap on the **Down-Arrow** next to the group name to collapse the group.

Tap on the Right-Arrow next to the group name to expand the group.

Back To Top

**How do I view online users only?**
You may choose between viewing all users on your Contact List or only those that are online.

1. Tap the Preferences icon or choose Preferences from the pull-down menu.
2. Check the box, "Show online users only", and tap Update.

Tap **Left-Arrow** to cancel the action and return to the Main screen.

Back To Top

**How do I make my ICQ for the Palm OS ® easier to use?**
You can configure your ICQ preferences to suit your needs.

To configure ICQ for the Palm OS ® Preferences:
1. Tap the Preferences icon or choose Preferences from the pull-down menu. You have the following options:

- Show only online users.
- Enable ICQ sounds.
- Receive messages only from Contact list users.
- Confirm on sign off from ICQ.
- Reactivate dialogs.

2. Tap **Update** to save your preferences and return to the Main screen.

Tap **Left-Arrow** to cancel the action and return to the Main screen

Back To Top

**How can i make my sessions in ICQ more secure?**
ICQ for the Palm OS ® has on-board security features that enable users to maintain the level of security and privacy desired.

To utilize the security features:

1. Choose **Security** from the pull-down menu.
2. Update your security preferences:

**New Password** - Change your ICQ number password
**My authorization is required** - Require other users to receive your authorization before they add you to their Contact List to limit unwanted users from adding you to their Contact Lists without your authorization.
**Enable Web Aware** - The Web Aware security feature allows you to determine whether others can see your online/offline status on the World Wide Web. When you activate this feature other Internet users will be able to see your online or offline status

3. Tap **Update** to save your preferences and return to the Main screen.

Tap **Left-Arrow** to cancel the action and return to the Main screen.

You may also choose to accept messages only from users on your contact list. In the Preferences check the "Receive messages only from Contact List users" box to set your ICQ to ignore events from users not on your

Contact List.

**Note**: This version of ICQ for the Palm OS ® Ver. 2.1 Beta may not include certain features, functions, or services that may be available on other versions of ICQ, including privacy and security features and their default settings. Furthermore, privacy and security settings configured while using other versions of ICQ may not apply when using ICQ for the Palm OS ® Ver. 2.1 Beta. You are, therefore, advised to carefully study the relevant and applicable security and privacy features before using this ICQ version.

Back To Top

Ba Ne

[Important Notice of Terms of Service]



Copyright ©1998-2002 ICQ Inc. All Rights Reserved

# PDA Center - ICQ for the Palm OS® - Getting Started


- What are the requirements for ICQ for the Palm OS ®?
- How do I register ICQ for the Palm OS ®?
- What if I don't have the proper version of Palm OS ® on my handheld device?
- How do I configure the network settings on my handheld device?
- How do I run the ICQ application on my handheld device?


### What are the requirements for ICQ for the Palm OS ®?

In order to run the new ICQ for the Palm OS ® you will need the following:

- A handheld computing device that runs the Palm OS ® 3.1 or greater. If you have a lesser version of the Operating System, visit the manufacturer corporate web site of your particular device for possible upgrades.
- An attachable or built-in modem.
- The ICQ for the Palm OS ® Ver. 2.1 Beta file from the ICQ Download page.
- An ISP account and a wireless network provider account (required only for system connection over wireless network). Some wireless service providers furnish both services. Check for local availability.
- An ICQ # and password.

Back To Top

### How do I register ICQ for the Palm OS ®

You don't. However, you must have an ICQ# before using ICQ for the Palm OS ®. If you don't have an ICQ#, you can register one by visiting the ICQ Download Center first

Once you have an ICQ user #, you can download the ICQ for the Palm OS ®. After the download has completed, HotSync the file to handheld device and you will be ready to use the application.

In the event that you forgot your password, you can visit the ICQ Password Retrieval Service.

**Note:** You will need to configure the network settings of your handheld device before you can use ICQ.

Back To Top

### What if I don't have the proper version of Palm OS ® on my device?

If you do not know the version of your Palm OS ®, consult your handheld device user manual to help you find it. If you have a lesser version than is necessary to run ICQ for the Palm OS ®, visit the Palm web site for possible system upgrades.

Back To Top

### How do I configure the network settings on my handheld device?

Check with your internet service provider for the correct settings of your network configuration. For more assistance on where to find these settings on your handheld device, please consult the product user manual

Back To Top

### How do I run the ICQ application on my handheld device?

After uploading the ICQ.prc application to your handheld device through the HotSync feature, the ICQ Flower icon will appear on the main screen.
Tap on the icon to start the ICQ application and be enter to the Login screen.

The Login screen will ask you to choose from an ICQ # from a pull-down menu. The menu is initially empty and you will have to setup the list. Tap SETUP to enter the setup menu where you can enter up to 7 ICQ #'s. You have the option to have your password saved on your device or prompt you to enter it each time you login.

**What's Next**
- SMS Center
- ICQ2Go!
- Email Center
- Telephony Center
- PDA Center
- Unified Messaging Center
- Your 6 ICQ Addresses

**Join ICQ Communities**
- Message Boards
- Chat Rooms
- Chat Requests
- IrCQ-Net Chat
- Interest Groups
- NEW
- User Lists
- ICQ WebFront
- ICQ Rings
- Game Partners
- Meet People

What's This?

**Help Center**
Trouble? Get ICQ Help Here

6:13-cv-02959-JMC Date Filed 09/27/17 Entry Number 146-2 Page 153 of 419

On the ICQ login screen, Tap SETUP, then ADD to set up your ICQ number and password on the device

- SETUP - you will be able to edit and add up to 7 ICQ user #'s, with the option to auto-save your password.
- CONNECT - connect to the ICQ network.

Back To Top

Ba Ne

[Important Notice of Terms of Service]

ICQ.com | What is ICQ | Download ICQ | ICQ Tutorials | Help | Site Map | Search | ICQmail | ICQ Meeting Place

User Feedback & Comments | ICQ Community | ICQ Sitecreators | SMS Center

Copyright ©1998-2002 ICQ Inc. All Rights Reserved

# PDA Center - ICQ for the Palm OS® - Exchanging Messages


1. What do I see in the message session dialog box?
2. How do I send messages?
3. How do I send a SMS message?
4. How can I add graphic expressions to my messages?
5. How do I receive messages?


### What do I see in the message session dialog box?

You will arrive at the message dialog box shown above when you initiate either an ICQ or SMS message. From this screen, you can create a message, through your own text or preset messages, and use graphical emotions for emphasis. After authoring the message, you have the option of choosing to send the message to either the user's ICQ number or SMS phone (if applicable), or both.

**To choose from the selection of Preset messages:**

1. Tap **Preset**, located in the middle of the Message dialog screen.
2. Choose from the list of presets and tap the one you wish to add to your message.
3. Follow the directions for sending an instant or SMS message below.

**Note:** If you wish to create more presets, please consult your device or Palm OS ® user manual.

Back To Top

### How do I send an ICQ message?

To send a message:

1. Double-tap on the user you want to send a message, or highlight the user and tap the ICQ Message icon.
2. Type the message in the blank field at the bottom of the Message screen and tap **ICQ** to send the message. You may also send the message simultaneously to the user's SMS account by tapping **Both**, if it is shown.

Back To Top

### How do I send a SMS message?

To send a SMS message:

1. Tap once on the **SMS** icon next to the user you wish to message, or highlight the user and tap the SMS Message icon.

   **Note:** If have not already input an SMS for the user, you will be prompted to enter one.

2. Tap the blank field at the bottom of the message screen to enter your message and tap SMS to send the message. You may also send the message simultaneously to the user's ICQ number by tapping **Both**.

Back To Top

### How can I add graphical expressions to my messages?

To add graphical expressions:

1. From the Message dialog screen, tap the "smiley face" located in the middle of the screen.
2. Choose from the list of facial expressions that you wish to add to your message.
3. Follow the directions for sending a ICQ or SMS message above.

Back To Top

**What's Next**
• SMS Center
• ICQ2Go!
• Email Center
• Telephony Center
• PDA Center
• Unified Messaging Center
• Your 6 ICQ Addresses

**Join ICQ Communities**
Message Boards
Chat Rooms
Chat Requests
IrCQ-Net Chat
Interest Groups
NEW
User Lists
ICQ WebFront
ICQ Rings
Game Partners
Meet People
What's This?

**Help Center**
Trouble? Get ICQ Help Here

**How do I receive messages?**

You will be notified of incoming messages by a flashy "flower" icon in the upper right-hand corner of the screen, and by a flashy "message" icon next to the user's nickname.
To retrieve the message, simply double-tap the icon to bring up the message dialog screen.

ICQ for the Palm OS ® will only be able to receive messages and not other events, such as Contacts, URL's and Files.
You can, however, still message your entire Contact List to their ICQ account or their SMS-capable phone.

Back To Top

Ba Ne

[Important Notice of Terms of Service]

ICQ.com | What is ICQ | Download ICQ | ICQ Tutorials | Help | Site Map | Search | ICQmail | ICQ Meeting Place

User Feedback & Comments | ICQ Community | ICQ Sitecreators | SMS Center

Copyright ©1998-2002 ICQ Inc. All Rights Reserved

PDAapps

NEW VeriChat™ - VeriChat is the ultimate in mobile instant messaging solutions. VeriChat works with your always-on connection to give you a always-on presence on the Chat networks. That is, you don't have to be in the VeriChat application for you to chat with your buddies. They can still see you as online and can send you messages, and you can receive them, and reply to them.

Tre

Not just that, it also has been designed to permit unified messaging, i.e., you can be logged onto Yahoo and Microsoft Messenger at the same time and can be talking to your Pals on either one at the same time.

Currently this product is in Beta, and if you would like to participate in this Beta, please fill this form. Please note that your filling the form doesn't guarantee participation in the Beta program. We are looking for the right mix of people to test the UI/functionality of this application, and will not be able to accomodate all.

PDAapps




NEW VeriChat™ - VeriChat™ is an Unified Instant Messaging (IM) application for SmartPhones. VeriChat™ works with your persistent (GPRS/CDMA 1xRTT) or CSD wireless data connection to give you an always-on presence on the Yahoo!, MSN & AOL chat networks. You don't have to be in the VeriChat™ application for you to chat with your buddies. They always see you as online and can send you messages, and you can receive and reply to them. You can be logged onto Yahoo, Microsoft Messenger and AOL IM at the same time and can be talking to your buddies on either of these networks simultaneously.

Key Features in VeriChat™

- Unified messaging support for Yahoo!, AOL Instant Messenger & MSN Instant Messenger
- Works with all PalmOS based SmartPhones (that have a data connection - circuit-switch data or high-speed data) including the Treo 180, Treo 270, Treo 300, Samsung I330, Kyocera 7135, VisorPhone, etc.
- Will also work with your Palm PDA if it has an Internet connection and a paging address. You can use a Wireless phone via IR (infra-red) or BlueTooth for the PDA's internet connectivity, i.e., a Tungsten-T or a Treo 90 coupled via blue-tooth with a Ericsson T68. You can also use your Palm coupled to a CDPD modem and your alphanumeric pager.
- Familiar Graphical icons for each protocol
- Chat simultaneously with your buddies using one or any combination of IM protocols
- "Always On" on the messaging networks: Your buddies will see you as online even when you are not in the VeriChat™ application
- Specially customized for the Treo's Keyboard and Jog dial; you can avoid using the stylus altogether if you wish to
- Easy setup; the installation wizard will guide you through the configuration
- Small memory footprint, takes less than 81KB of RAM (compare to AIM's 400KB+)

Try VeriChat™ for free today!

Usage and other support information for VeriChat™ can be found here.

PDAapps

# Download area

| WINDOWS and other OS | | |
|---|---|---|
| LANGUAGE | DOWNLOAD | SIZE |
| English | VeriChat™ v1.02 | 40kb |

Mac users

To open the Zip file on your Mac, please download and install the FREE Stuffit Expander software.

Windows users

Some files are compressed in ZIP format. You will need to download Winzip, PkZip or the FREE Info-Zip to unpack them before installation.

Usage Information for VeriChat™

**Send an instant message**

To initiate a chat session, do one of the following:

- double-click the contact
- select using the up-down arrow keys/rocker and hit enter or use the jog dial select button
- select the contact, and then select the Chat button.

This will take you to the chat window where you can have a conversation.

**Receive an instant message**

An instant message can be received irrespective of whether you are inside VeriChat™ or not. If you have an active chat session, the IM will appear in that session, else it will show up as a popup.

You can reply to this IM, by either using quick reply in the popup or by going to the chat session.

**Adding/Removing Contacts**

You can add a contact, by selecting "Add Contact" from the Messaging menu. After selecting that option, you will receive a popup, where you can select the protocol for which you want to add the contact, and the contact ID.

To remove a contact, select the contact on the contact list, and select "Remove Contact" from the Messaging menu.

**Blocking/Unblocking Contacts**

You can block/unblock a contact, by selecting the contact, and selecting "Block Contact"/"Unblock Contact" from the Messaging menu. This option currently works only with an MSN ID.

**Signing On/Off services**

If you have selecting "Automatically Signon", then you will be signed on as soon as you launch VeriChat™. Otherwise, you can select what all services you want to Sign In, on the first screen. If you are on the Main Screen, and want to sign into a service, you can do so by clicking on the Icon at the top right corner of your screen.

To signoff from a service, select the corresponding signoff button from the Messaging menu or select "signoff all accounts".

**Contact Properties**

You can look at the properties of your Contact by selecting the Contact, and then selecting "Contact Properties" from the Messaging menu.

**File Transfer**

This is currently not supported. Support for File Transfer is coming soon.

**Setting Status**

You can set your current status in the service where you are signed in by clicking its icon on the top right corner of your screen.

**Sending e-mail/offline messages**

If your Contact is offline, then you can either choose to send him/her an email or you can send an offline message. Sending offline messages is only allowed in Yahoo or AOL Instant Messenger.

For sending E-mail, you need an application configured on your device as a default e-mail handler. Currently, this is known to work with Treo Mail, and VersaMail.

**Showing/Hiding Tabs**

You have the option of collapsing/expanding your online/offline contact list. To do so, click on the triangle on the top left of the list.

PDAapps

VeriChat™

- Overview
- System requirements
- Free trial

Buy now Free Trial




NEW VeriChat™ - VeriChat™ is an Unified Instant Messaging (IM) application for SmartPhones. VeriChat™ works with your persistent (GPRS/CDMA 1xRTT) or CSD wireless data connection to give you an always-on presence on the Yahoo!, MSN & AOL chat networks. You don't have to be in the VeriChat™ application for you to chat with your buddies. They always see you as online and can send you messages, and you can receive and reply to them. You can be logged onto Yahoo, Microsoft Messenger and AOL IM at the same time and can be talking to your buddies on either of these networks simultaneously.

Key Features in VeriChat™

- Unified messaging support for Yahoo!, AOL Instant Messenger & MSN Instant Messenger
- Works with all PalmOS based SmartPhones (that have a data connection - circuit-switch data or high-speed data) including the Treo 180, Treo 270, Treo 300, Samsung I330, Kyocera 7135, VisorPhone, etc.
- Will also work with your Palm PDA if it has an Internet connection and a paging address. You can use a Wireless phone via IR (infra-red) or BlueTooth for the PDA's internet connectivity, i.e., a Tungsten-T or a Treo 90 coupled via blue-tooth with a Ericsson T68. You can also use your Palm coupled to a CDPD modem and your alphanumeric pager.
- Familiar Graphical icons for each protocol
- Chat simultaneously with your buddies using one or any combination of IM protocols
- "Always On" on the messaging networks: Your buddies will see you as online even when you are not in the VeriChat™ application
- Specially customized for the Treo's Keyboard and Jog dial; you can avoid using the stylus altogether if you wish to
- Easy setup; the installation wizard will guide you through the configuration
- Small memory footprint, takes less than 81KB of RAM (compare to AIM's 400KB+)

Try VeriChat™ for free today!

Usage and other support information for VeriChat™ can be found here.

HOME | CORPORATE | PRODUCTS | SUPPORT




VeriChat™ - VeriChat™ is an Unified Instant Messaging (IM) application for SmartPhones. VeriChat™ works with your persistent (GPRS/CDMA 1xRTT) or CSD wireless data connection to give you an always-on presence on the Yahoo!, MSN & AOL chat networks. You don't have to be in the VeriChat™ application for you to chat with your buddies. They always see you as online and can send you messages, and you can receive and reply to them. You can be logged onto Yahoo, Microsoft Messenger and AOL IM at the same time and can be talking to your buddies on either of these networks simultaneously.

Key Features in VeriChat™

- Unified messaging support for Yahoo!, AOL Instant Messenger & MSN Instant Messenger
- Works with all PalmOS based SmartPhones (that have a data connection - circuit-switch data or high-speed data) including the Treo 180, Treo 270, Treo 300, Samsung I330, Kyocera 7135, VisorPhone, etc.
- Will also work with your Palm PDA if it has an Internet connection and a paging address. You can use a Wireless phone via IR (infra-red) or BlueTooth for the PDA's internet connectivity, i.e., a Tungsten-T or a Treo 90 coupled via blue-tooth with a Ericsson T68. You can also use your Palm coupled to a CDPD modem and your alphanumeric pager.
- Familiar Graphical icons for each protocol
- Chat simultaneously with your buddies using one or any combination of IM protocols
- "Always On" on the messaging networks: Your buddies will see you as online even when you are not in the VeriChat™ application
- Specially customized for the Treo's Keyboard and Jog dial; you can avoid using the stylus altogether if you wish to
- Easy setup; the installation wizard will guide you through the configuration
- Small memory footprint, takes less than 81KB of RAM (compare to AIM's 400KB+)

Try VeriChat™ for free today!

Usage and other support information for VeriChat™ can be found here.

6:13-cv-02959-JMC Date Filed 03/27/17 Entry Number 146-2 Page 162 of 419

## System Requirements for VeriChat

VeriChat™ - Palm Version

- Any Palm device with a network connection
  - Works with all Palm OS based SmartPhones (that have a data connection - circuit-switch data or high-speed data) including the Treo 180, Treo 270, Treo 300, Samsung I330, Kyocera 7135, VisorPhone, etc.
  - Will also work with PalmOS PDAs that use phone via IR (infra-red) or BlueTooth for their internet connectivity e.g., a Tungsten-T or a Treo 90 coupled via blue-tooth with a Ericsson T68
  - You can also use VeriChat with your Palm device that has a CDPD modem in combination with your alphanumeric pager.
- One or more of an active (free) Instant Messaging Account
  - Yahoo! Account
  - MSN Messenger Account
  - AOL Instant Messenger Account
- You will need to know the text messaging e-mail address of your mobile device and must subscribe to the text messaging service from your wireless service provider.
  This e-mail address is typically like "your-phone-num@wireless-phone-carrier-domain" e.g., 4085551212@messaging.sprintpcs.com. If you are using a pager, you will need to use one that has an email address.

Usage Information for VeriChat™

**Send an instant message**

To initiate a chat session, do one of the following:

- double-click the contact
- select using the up-down arrow keys/rocker and hit enter or use the jog dial select button
- select the contact, and then select the Chat button.

This will take you to the chat window where you can have a conversation.

**Receive an instant message**

An instant message can be received irrespective of whether you are inside VeriChat™ or not. If you have an active chat session, the IM will appear in that session, else it will show up as a popup.

You can reply to this IM, by either using quick reply in the popup or by going to the chat session.

**Adding/Removing Contacts**

You can add a contact, by selecting "Add Contact" from the Messaging menu. After selecting that option, you will receive a popup, where you can select the protocol for which you want to add the contact, and the contact ID.

To remove a contact, select the contact on the contact list, and select "Remove Contact" from the Messaging menu.

**Blocking/Unblocking Contacts**

You can block/unblock a contact, by selecting the contact, and selecting "Block Contact"/"Unblock Contact" from the Messaging menu. This option currently works only with an MSN ID.

**Signing On/Off services**

If you have selecting "Automatically Signon", then you will be signed on as soon as you launch VeriChat™. Otherwise, you can select what all services you want to Sign In, on the first screen. If you are on the Main Screen, and want to sign into a service, you can do so by clicking on the Icon at the top right corner of your screen.

To signoff from a service, select the corresponding signoff button from the Messaging menu or select "signoff all accounts".

**Contact Properties**

You can look at the properties of your Contact by selecting the Contact, and then selecting "Contact Properties" from the Messaging menu.

**File Transfer**

This is currently not supported. Support for File Transfer is coming soon.

**Setting Status**

You can set your current status in the service where you are signed in by clicking its icon on the top right corner of your screen.

**Sending e-mail/offline messages**

If your Contact is offline, then you can either choose to send him/her an email or you can send an offline message. Sending offline messages is only allowed in Yahoo or AOL Instant Messenger.

For sending E-mail, you need an application configured on your device as a default e-mail handler. Currently, this is known to work with Treo Mail, and VersaMail.

**Showing/Hiding Tabs**

You have the option of collapsing/expanding your online/offline contact list. To do so, click on the triangle on the top left of the list.

HOME | CORPORATE | PRODUCTS | SUPPORT

home | Store | Products | Software | Support | solutions | community | developers | company

UNITED STATES

< Home < Products < Handhelds

$499 USD

## Products

- Handhelds
- Accessories
- Solutions
- Compare & Select
- Where to Buy
- Promotions

Search

Products

go

OVERVIEW | SPECS | IN THE BOX | CUSTOMIZE | REVIEWS




Stay productive in the office, at your favorite HotSpot, or at home with the Tungsten™ C handheld – Palm's most powerful handheld ever.

### POWER-PACKED

So much power, you'll get work done faster – thanks to the 400MHz Intel processor with XScale technology. Palm OS® 5. Built-in keyboard, Web browser and auto-push push email software.

### WI-FI

Get connected at home, at the office, or in the growing list of hotel, cafe, and airport HotSpots[1] with super-fast Wi-Fi (802.11b) technology– increasing your productivity when and where you need it most.

### MEGA MEMORY

All the memory you need to stay productive. With 64MB RAM[2], store more data and run more applications than ever before – handling your business and personal information with ease.

### ULTRA-SHARP COLOR

Palm's leading-edge 320x320 Transflective TFT color screen – displays your documents and photos with vibrant, ultra-sharp clarity.

### OFFICE MOBILITY

Slip your office into your pocket. Create and edit important Word, Excel and Windows-compatible PowerPoint files on the go - and send them as attachments[3] from wherever you have Wi-Fi access[1].

### CUSTOMIZABLE

**Built-in Wi-Fi**

Wirelessly access the Internet and your email within range of a Wireless 802.11b Local Area Network (WLAN) access point. It's fast and 128-bit security keeps your data safe.

Tap in from a nearby HotSpot.

Set up a secure VPN to access your corporate network.

**Build a Wireless Network at Home**

Save on the Linksys components you'll want.

**MS Word, Excel and PowerPoint On The Go**

With Documents To Go software, it's easier to create and edit Microsoft Office files on a Palm handheld than on a Pocket PC.

Turn your handheld into your dream machine by adding optional peripherals like a full-size keyboard or digital camera. Add any of the thousands of software applications, from expense trackers and financial calculators to travel guides and games (sold separately).

Product Datasheet (PDF: 612KB / 2 pages)

1 May require additional service plan and/or equipment, sold separately. Rates may vary.

2 51MB actual storage capacity.

3 Attachment support based on proper VersaMail set up. VersaMail synchronized mail –Windows only, PowerPoint compatibility – Windows only.

© Copyright 2003 Palm, Inc. All rights reserved. | Legal | Palm Worldwide | Contact Us | Search | Affiliate Program

$499 USD





## WHAT'S INCLUDED

Tungsten C Box

IN THE BOX
- Tungsten™ C Handheld
- Stylus
- Flip Cover
- USB HotSync® Cradle
- Power Supply
- Desktop Installation CD with PDF-file Users Manuals
- Software Essentials CD
- Read This First
- Wi-Fi Getting Started Guide
- Palm Accessories Catalog

INSTALLATION CD
- Palm Desktop Software 4.1 for Windows, which includes:
  - Palm™ Quick Install for easy transfer of Palm OS® applications, photos, and more from your computer to your handheld.
  - Palm Photos, Note Pad, Voice Memo, and Expense Palm Desktop plug-ins.
- Palm Desktop Software 4.0 for Mac
- Chapura PocketMirror 3.1, for synchronization with Microsoft Outlook (Windows Only).
- Installed when user performs first HotSync® operation:
  -DataViz Documents To Go 5
  -Palm Photos Conduits



ON THE HANDHELD
- Address Book
- Calculator
- Card Info
- Date Book
- HotSync
- Memo Pad
- Note Pad
- Preferences
- To Do List
- World Clock
- VersaMail 2.5
- PalmSource Web Browser 2.0
- Palm Photos 1.0
- DataViz Documents To Go, Pro Edition 5.003
- PPTP VPN client by Mergic
- Enhanced Security with Built-in Encryption and Password Masking Options.
- Installed on first HotSync® operation to RAM:
  -Quick Tour for device overview, keyboard, and 5-way navigator.

## SOFTWARE ESSENTIALS CD

PRODUCTIVITY
- Adobe® Acrobat® Reader® for Palm OS
- Copytalk
- Infinity Softworks powerOne Personal Calculator
- WorldMate
- Voice Memo by Palm
- Printboy Printing Software by Bachmann

COMMUNICATIONS
- AOL for Palm OS (Internet download link)
- AvantGo for Palm OS (Internet download link)
- Colligo Meeting for WLAN (Internet download link)

ENTERTAINMENT
- Solitare by Handmark
- Kinoma Player
- Kinoma Producer
- Palm Reader

ENTERPRISE
- Web links to:
  -Third-party security, deployment and manageability applications (sold separately).




WorldMate
Weather Forecasts from The Weather Channel, multi-zone clocks, time calculator, currencies/sizes/measurments converter, international codes, alarm clock.




Colligo Meeting
Colligo Meeting is a group calendaring and scheduling solution for Wi-Fi (802.11b) Palm Powered™ handhelds.




Kinoma Player
Watch full-motion video right on your handheld. Play files from your internal device memory or from removable expansion cards.

© Copyright 2003 Palm, Inc. All rights reserved. | Legal | Palm Worldwide | Contact Us | Search | Affiliate Program

$499 USD



## PRODUCT FEATURES



1 65,000 Transflective Color Display NEW!
2 Web
3 Email
4 5-Way Navigator
5 Address Book
6 Date Book
7 Integrated Thumb-Size Keyboard
8 Rechargeable Battery
9 Embedded Antenna for Integrated Wi-Fi (802.11b) NEW!
10 Headset Jack (2.5mm)
11 Palm™ Expansion Slot
12 Palm™ Universal Connector
13 Infrared Port
14 Stylus
15 Speaker (in back)

Product Datasheet
(PDF: 612KB / 2 pages)

## SPECIFICATIONS

| | |
|---|---|
| Size and Weight | 4.8" x 3.07" x .65"; 6.3 oz. |
| Memory | 64MB (51MB actual storage capacity) |
| Operating System | Palm OS® 5.2.1 |
| Processor | 400MHz Intel® PXA255 Processor with Intel® XScale Technology |
| Screen | 16-bit, 320x320 transflective TFT color display supports more than 65,000 colors. |
| Battery | 1500mAh Rechargeable Lithium Ion/Polymer |
| Palm Expansion Slot | Add extra memory, content like a travel card, or a card module like a digital camera (sold separately). |
| Palm Universal Connector | Add hardware like a portable keyboard or a battery pack (sold separately). |
| Built-in Keyboard | Quickly type and respond to emails, easily enter information. |
| 5-way Navigator Button | Access information with just one hand. |

SUPPORTED DESKTOP SYSTEMS AND REQUIREMENTS

PC running Windows 98/NT 4.0/2000/Me/XP (Windows NT, 2000 and XP require admin rights to install. Windows NT and systems without USB ports, require the Palm HotSync® Cradle-Serial, SKU P10828U, sold separately)

Or Mac OS X, version 10.1.2 or higher.

REMOTE ACCESS REQUIREMENTS (HOTSPOTS):

Service plans sold separately. Check with your wireless provider for availability or find out more by running the

| | |
|---|---|
| Mobile Radio | Wi-Fi Certified 802.11b Radio |
| Hands-free Headset Jack | Accepts Palm Tungsten W and C Hands-free Headset for audio playback (sold separately), 2.5mm connector. |
| Notification | Vibration, Audio, LED Notification |

HotSpot Service link from the Software Essentials CD.

© Copyright 2003 Palm, Inc. All rights reserved. | Legal | Palm Worldwide | Contact Us | Search | Affiliate Program


TUNGSTEN C
BUSINESS SOLUTIONS
palm
CRITICAL WORK=DONE
Click any image above to enlarge.
Close X

# Press Release



## Multimedia News Release: New Palm Tungsten C Handheld Delivers Uncompromising Wireless Power and Speed on Corporate Campuses

Integrated Wi-Fi, Built-in Keyboard and the Most Memory and Power of Any Palm Branded Device Offer On-Site Professionals Fast Data Access

MILPITAS, Calif., April 23 /PRNewswire-FirstCall/ -- For campus-based professionals on the move all day, managing meetings and interacting with data for quick decision-making, Palm, Inc. (Nasdaq: PALM) today introduced its most powerful handheld computer with built-in high-speed wireless connectivity -- the Palm(TM) Tungsten(TM) C handheld. As Wi-Fi hotspots become increasingly commonplace in airports, hotels, offices, hospitals and universities across the nation, Tungsten C handheld users can gain fast wireless access to the Internet, email, messaging, large applications and other corporate data while traveling or anywhere within their business' Wi-Fi-enabled network.(1)

To view the Multimedia News Release, complete with video and images, go to: http://www.prnewswire.com/mnr/palm/10757/

The Tungsten C handheld debuts several innovations in design and technology to address what campus networkers want most in a handheld. It is Palm's first device to ship with integrated Wi-Fi, or 802.11b, for wireless campus connectivity. It offers 64MB(2) of memory to manage data-intensive applications; 400MHz of ARM processing power to drastically reduce wait times for almost any query or application; a 320 x 320 transflective TFT display (Palm's sharpest screen to date for indoor and outdoor viewing); and integrated, full-featured business applications, such as VersaMail(TM) 2.5 for email, and DataViz(R) Documents To Go(R) for efficiently managing Microsoft Word, Excel and PowerPoint compatible documents.

"The Palm Tungsten C handheld arms mobile professionals on Wi-Fi campuses and via hotspots with constant access to their most important data," said Todd Bradley, president and chief executive officer of Palm Solutions Group. "Mobile professionals, educators, doctors, government officials, emergency workers, line-of-business and IT managers alike can go about their work while away from their desktops and never miss an important piece of information."

Businesses can implement a wide range of mobile wireless solutions that take advantage of the Tungsten C handheld's power and speed. For instance, with integration with IBM's WebSphere Everyplace Access platform, the Tungsten C handheld can provide mobile access to a wide range of enterprise data and applications, as well as personal productivity applications and Lotus Instant Messaging.

"Users are increasingly requiring access to applications on the Palm platform based on open standards technology aimed at helping enterprises gain fast, secure and reliable mobile access to data through Wi-Fi networked locations," said Adel Al-Saleh, general manager, IBM Wireless e-Business Solutions.

High-speed Networking

Wi-Fi networked locations are appearing in hotels, such as the Four Seasons, Hilton and Marriott; airports, such as Boston, Chicago, Dallas, Denver, Los Angeles, San Francisco, San Jose and Tampa; and restaurants and cafes, such as The Armani Cafe in Boston, Starbucks and McDonalds.(1) This shift in the networking landscape enables users of the Tungsten C handheld with integrated 802.11b to process and distribute information at high speeds that are critical for work and productivity.

The Tungsten C handheld's high-speed networking capabilities are powered by a 400MHz processor, the fastest processor available today for handhelds. With 64MB of memory, this handheld provides the most memory available for any Palm OS(R) based device, representing a technology breakthrough by Palm Solutions Group. Palm handheld users now can run more applications and store more data than ever before on a Palm Powered(TM) device -- including emails with attachments, pictures, video clips, voice memos and games. An internal rechargeable 1500mAh battery provides a full work day of consistent Wi-Fi connectivity, or a full work week of normal handheld use.(3)

Software

Running on Palm OS 5.2.1, the Palm Tungsten C handheld is the first Palm branded device to integrate natively full-featured business applications such as DataViz Documents To Go Professional Edition for Word, Excel and PowerPoint compatible document handling; the proxyless web browser by PalmSource, Inc. that supports HTML, JavaScript and other Internet standards; and Palm Photo View 1.0. The Tungsten C handheld delivers additional software features, such as color themes; on-screen writing;

and Graffiti(R) 2, Palm's new and more intuitive handwriting-recognition software.

The Tungsten C handheld also natively integrates VersaMail 2.5, the latest offering in the line of Palm personal email software applications. Supporting up to eight personal and/or corporate email accounts, VersaMail 2.5 features capabilities such as auto retrieve, which lets users set their devices to automatically wake up and check for new email, as well as new viewing preferences such as multiline view, support for basic HTML mail and expanded font support. Additional enhanced functionality enables Tungsten C handheld users to wirelessly download and view the text of Microsoft Word documents, JPG images, ZIP files and HTML email attachments.

The Tungsten C handheld comes with Chapura PocketMirror 3.1 for synchronization with Microsoft Outlook (Windows only) and is bundled with 10 productivity, communication and entertainment applications, including printing software that allows corporate users to access their Wi-Fi networks and print directly to their network printers. Additional links from the Tungsten C Essentials CD provide shortcuts to applications from AOL, AvantGo and more VPN solutions. A complete list and description of applications is available at http://www.palm.com/products/handhelds/tungsten-c/inthebox.html .

Security

For mobile and small- or home-office professionals who need behind-the-firewall access to their networks, the Tungsten C handheld ships with a built-in PPTP (point-to-point tunneling protocol) virtual private network (VPN) from Mergic. This solution enables individuals to securely check email, browse the web or company intranet and wirelessly synchronize with their desktop to back up information and manage email.

Additional new security features include application-level encryption and new power-on password capabilities. A 128-bit encryption technology enables users to choose which applications they want encrypted. Password-character blocking keeps bystanders from seeing on-screen passwords. Scheduled and/or regularly timed lockouts protect data when the device isn't in use.

Design and Expansion

A sleek silver device weighing 5.82 oz. (6.3 oz. with stylus), the Tungsten C handheld features many of the key innovations introduced with the new Tungsten line of products, including 5-way, one-handed navigation; an integrated QWERTY thumb keyboard; and a 15mm speaker for application audio playback. Individuals can customize and extend the capabilities of the Tungsten C handheld with Palm's dual-expansion technology, which includes the Palm Expansion Slot for SD Cards, SDIO and MultiMediaCard media (postage-stamp-sized cards that allow users to access important information without sacrificing valuable memory space), and the Palm Universal Connector for hardware add-ons. Palm's dual-expansion technology enables users to add new software, business applications or memory; attach peripherals, such as a keyboard, camera, or a Microsoft PowerPoint presenter such as Margi Presenter-to-Go; and back up their handhelds on-the-go with the 64MB Palm Backup Card.

Accessories

Palm also introduced a range of accessories for the Tungsten C handheld, including the following (all prices are estimated U.S. street price):

```
   -- Power To Go -- A clip-on battery pack that recharges the Tungsten C
      handheld and other models while the user continues to work. Additional
      Power To Go battery packs can be hot-swapped for extended,
      uninterrupted use. Power To Go extends working time by a full recharge
      for most Palm handhelds, and up to two recharges with some models.
      Available in May for $99.95.
   -- 64MB Backup Card Plus -- A Palm branded SD Card that provides more
      flexibility to securely back up and restore handheld data. Scheduled to
      be available later this month for $59.95.
```

The complete range of accessories for the Palm Tungsten C handheld, including expansion cards, cases and covers, can be found at http://store.palm.com/accessories .

Pricing and Availability

The Palm Tungsten C handheld is $499 (estimated U.S. street price) and is scheduled to be available May 5 worldwide and online at The Palm Store ( http://store.palm.com ).

About Palm, Inc.

Information about Palm, Inc. is available at http://www.palm.com/aboutpalm .

Broadcast Video and Other Palm Materials

Palm uses The NewsMarket (www.thenewsmarket.com), a web-based news and video archive, to distribute broadcast-standard video and other materials. Please register on www.thenewsmarket.com to browse and preview an extensive content library and order footage directly from your desktop. Registration and ordering on the site is free.

(1) Wireless access may require a subscription, sold separately.
(2) Actual free memory is 51MB.
(3) Battery life will vary based on usage.

NOTE: Palm OS is a registered trademark and Palm Powered is a trademark of PalmSource, Inc., a subsidiary of Palm, Inc. Graffiti is a registered trademark and Palm, Tungsten and VersaMail are trademarks of Palm, Inc. Other brands may be trademarks of their respective owners.

SOURCE Palm, Inc.

more press releases: 2003 | 2002 | 2001 | 2000 | 1999 | 1998 | 1997

**Get the news sooner!**
**Sign-up now for the palmOne News Alert Service.**

© Copyright 2004 palmOne, Inc. All rights reserved. | Legal Notices
Privacy Policy | palmOne Worldwide | Contact palmOne | Search | Affiliate Program | Developers | About palmOne, Inc.

CASIO the unexpected extra
USA
Log In | Order Status | How To Buy | Specials
PERSONAL | BUSINESS | EDUCATION | MY ACCOUNT
Search GO Advanced Search
SHOPPING CART
No. of Items 0
TOTAL $0.00
Cart | Check Out
PRODUCTS
Casio4Business
Click here to become an authorized reseller.

**CASIO SUPPORT LINE**
**800-962-2746**

**ORDER BY PHONE**
**U.S. RESIDENTS**
**800-836-8580**

**CANADIAN RESIDENTS**
**800-370-9083 ext. 242**

# Press Room

## Press Releases

### CASIO introduces the new Cassiopeia FIVA MPC-701 series of pen tablet computers for vertical market applications

Contact: Scott Nelson
Casio, Inc.
973-361-5400, ext. 1665

**Fast Low Power Consumption Transmeta CPU with dual battery pack for long operation**
**Transflective LCD Model for Clear Outdoor Display**
**Transmissive LCD Model for Indoor Use**




**DOVER, NJ, September 24, 2002** –Casio, Inc. today announced the CASSIOPEIA FIVA MPC-701 Series of Pen Tablet Computers for vertical market applications that can be used in a wide range of environments both indoors and out.

- Transflective TFT LCD ( MPC-701M30E): To be released in September 2002
- Transmissive TFT LCD ( MPC-701M50E): To be released in December 2002

The CASSIOPEIA FIVA MPC-701 Series is equipped with features that permit reliable operation in varied environments. Equipped with a transflective TFT LCD and enjoying the benefits of both reflective and transmissive LCDs, the MPC-701M30E has an easy to read display by using external light without a backlight in a bright environment, or by using its built-in backlight when it is needed.

Both models permit extended, continuous operation by the use of a low power consuming, high performance Transmeta CPU, Crusoe™ (TM5800) and a dual battery pack.

With the IPx2-compliant water splash resistance, the Pen Tablet Computer can be operated in many environments.

Some examples of potential markets and applications for this series are:

- On-site electronic documents for maintenance, on site construction progress control
- Graphic order entry terminals in retail stores
- Accident reporting and damage estimation in the field
- Presentation and consultation by sales representatives at client sites
- Delivery control and product promotion at customer sites

The lineup consists of two models enabling customers to select the model suitable for them:

- MPC-701M30E is equipped with a transflective TFT LCD, which provides easy use outdoors
- Built in backlight for indoors. Using a photo-sensor for detecting the amount of ambient light available, the backlight can be automatically activated.
- MPC-701M50E incorporates a transmissive TFT LCD, which gives the best visibility indoors

## CASSIOPEIA FIVA MPC-701 FEATURES

- Long operation is enabled by use of a low power consuming, high performance CPU, Crusoe™ (TM5800), to suppress heating of the main body. In addition, high compatibility is assured for x86 processor programs.
- This product can be used for ten hours maximum (operating time varies depending on use) with the low power consuming CPU running on the dual battery pack.
- This product is equipped with a hot-swap function that allows the batteries to be changed with the power on. This function helps improve work efficiency, as the batteries can be changed without interrupting your work.
- The hand-writing recognition tool can be used to efficiently input the latest information as soon as it is obtained at the site. In addition, the product has an independent numeric key pad with backlit keys, allowing the user to input numerical data even in total darkness.
- The thin and compact body of 1-inch/26-mm in thickness weighs only about 3.1 lbs/1,400g. The IPx2 compliant* water splash proof capability allows use without worry, even outdoors or in places exposed to water leakage.
- *IPx2: No harmful influences shall be caused by water splash falling at angles ranging from vertical to 15 degrees.
- Multi interfaces come standard, without the need for any port replicator or docking station. A LAN port compatible with 100Base-TX, a PC card (Type II) slot, a CF card (Type II) slot, and a V.90/K56flex-compliant modem are integrated. A wireless LAN card and a data communications card for cellular phones (optional and sold separately), can also be used permitting connections with different networks. Outstanding expandability is possible by using the integrated USB (Ver.2.0×1, Ver1.1×1) port, an infrared communications port and a port for output to an external display.
- Windows® 2000 Professional for high reliability and security is installed. An abundance of software is available for Windows 2000.

## *CASSIOPEIA FIVA MPC-701 SPECIFICATIONS*

| Model | | MPC-701M30E | MPC-701M50E |
|---|---|---|---|
| OS | | Microsoft®Windows®2000 Professional SP2 English Version | |
| CPU | | Transmeta® Crusoe™ processor TM5800 800MHz | |
| Memory | Main memory (standard) | 128MB (DDR-SDRAM) | |
| | Memory (maximum) | Maximum 384MB (128MB+256MB SO-DIMM option memory) | |
| Display | Integrated | 8.4-inch transflective TFT color LCD SVGA (800x600) full color | 8.4-inch transmissive TFT color LCD SVGA (800x600) full color |
| | Output to optional display | 800x600 dots, 65,536 colors | |
| Input | Key | Numeric keys, function keys, power key | |
| | Pointing device | Analog resistant-film touch panel and stylus | |
| HDD | | 20GB shock-mounted (see note 1) | |
| Interface | USB | Ver. 2.0 x 1 Ver. 1.1 x 1 | |
| | PC card slot | Type II x 1 slot (Card Bus compatible) 3.3V/5.0V | |
| | CF card slot | Type II x 1 slot 3.3V/5.0V | |
| | Communication port | Modem port/RJ11 connector | |

| | | |
|---|---|---|
| | LAN | RJ connector x 1 (100BASE-TX/10BASE-T) |
| | Earphone | Stereo earphone x 1 (stereo) |
| | Microphone input | Microphone x 1 (monaural) |
| | Video | Analog RGB x 1 |
| | IrDA | IrDA Ver. 1.1 (maximum 4Mbps) |
| | Speaker | Monaural |
| | Modem | V.90 K56flex®data 56Kbps/FAX14.4Kbps (see note 2) |
| Security | | Password at power ON |
| Dimensions | | 9.7"(W) x 8.7"(D) x 1"(H) /247(W) x 221(D) x 26(H) mm (approx.) |
| Weight | | 3.1 Lbs./1,400 g (approx.) |
| Environment | Temperature | 0 to 40°C / 32°F to 104°F |
| | Humidity | 30 to 80 %RH (no condensation) |
| Power | Battery | Lithium-ion battery x 2pcs |
| | AC adaptor | Output 16VDC, 3.75A Input 100 to 240VAC 1.2 to 0.6A 50/60Hz |

Notes:
1. 5GB of 20GB is reserved by the system for backup area.
2. The integrated modem is compliant with respective regulatory standards of FCC Part68, IC-CS03 and TBR21.
3. The specifications in the table above are current as of September 2002, and may change without any advance notice.

**Options available**

| Model | Description |
|---|---|
| MPC-142CDD2 | CD-ROM drive |
| MPC-240FDD | FDD |
| MPC-252RAM | Expansion memory board (64MB) |
| MPC-253RAM | Expansion memory board (128MB) |
| MPC-754RAM | Expansion memory board (256MB) |
| AD-S60160A-E | AC adaptor (Output 16VDC, 3.75A Input 100 to 240VAC 1.2 to 0.6A 50/60Hz) |
| MPC-710ST | Stand |
| MPC-720CS | Battery holder |
| MPC-730PS5 | Screen protector (5 per pack) |
| MPC-770CHG | Dual battery charger |
| MPC-773BAT | Lithium-ion battery pack |
| MPC-780CAR-E | Car adaptor |

Casio, Inc., Dover, N.J., is the U.S. subsidiary of Casio Computer Co., Ltd., Tokyo, Japan. Casio, Inc., markets calculators, business organizers, handheld personal computers, keyboards, digital cameras, portable color TVs, timepieces (Wrist Technology), cash registers and other consumer electronic products. Casio, the unexpected extra – for more information visit our web site at www.casio.com.

Casio is a registered trademark of Casio Computer Co., Ltd. CASSIOPEIA is a trademark of Casio Computer Co., Ltd. "The unexpected extra" is a trademark of Casio, Inc.

*Microsoft, Windows and Windows logos are registered trademarks of Microsoft Corporation in the United States and other counties.*

*Crusoe is a trademark of Transmeta Corporation.*

*K56flex is a trademark of Lucent Technologies Inc. and Rockwell International Corp.*

*Other company names and product names described here are registered trademarks or trademarks of entities.*

* * *

©Copyright Casio, Inc. 2000

CASIO | USA

Login | Order Status | How to buy | Specials | world.casio.com | CASIO Global Site

www.casio.com

HOME | PRODUCTS | SUPPORT | BUSINESS | corporate | EDUCATION

CASIO Search GO

Products
- Calculators
- Cameras
- Cash Registers
- Clocks
- Music Instruments
- Label Printers
- Personal PCs
  - Pocket Managers
  - Pocket PCs
  - Corporate Devices
  - Pocket Viewers
  - Sub-Notebooks
- Dictionary
- Portable TVs
- Watches
- Accessories
- Software

Press Room
Product Archive

ORDER BY PHONE
U.S. RESIDENTS
800-836-8580

CANADIAN RESIDENTS
800-370-9083 ext. 242

Personal PCs: Sub-Notebooks: Pen Tablet:

# MPC-701 Pen Tablet

PRODUCT INFO
- Introduction
- Technical Specs

| PRODUCT | FEATURES | PRICE | PURCHASE |
|---|---|---|---|
| MPC-701M50E | | $3,599.00 | N/A ONLINE |
| MPC-701M30E | | $3,599.00 | N/A ONLINE |



Pen Tablet

View Larger

## Introduction

### A powerful Pen Tablet for vertical market applications, indoor or out!

The new Casio MPC-701 Pen Note Pad/Tablet PC is your mobile application solution for:

- Electronic document reference
- P.O.S./Graphic order entry terminal
- Accident reporting and damage estimation
- Sales presentations
- Delivery and inventory control
- Financial/Trading applications
- Many more uses




**Ths new business oriented Pen Tablet PC comes with the latest features and technology;**

**Manufactured to withstand business environments**

- The Shock absorbing mechanism protects the built-in HDD and other components from damage.
- The Water splash resistance with IPx2 level makes it possible for operation outside

**Dual batteries system allows for long uninterrupted operation**

- Dual batteries system provides power for over 8 hours*
- The Hot Swap feature allows continuous use of the PC while changing a run down battery.

**The vivid display and automatic controlled backlight for the display and the numeric keyboard make it possible to use under direct sunlight or in the total darkness.**

- 8.4-inch (800 x 600 dots) VE**-Transflective TFT color LCD with automatic backlight controlled by any illumination sensor provides the est visibility in its class of Pen Tablet PCs under direct sunlight or in the total darkness.
- The key-backlight with automatic ON/OFF control lights up each numeric key allowing operation in total darkness.

**Industry standard interfaces for expandability and flexibility**

- Integrated industry standard interfaces and a wide range of options are available

allowing expandability and flexibility as your business applications varies

Some examples of potential markets and applications for this series are:

· On-site electronic documents for maintenance, on site construction progress control
· Graphic order entry terminals in retail stores
· Accident reporting and damage estimation in the field
· Presentation and consultation by sales representatives at client sites
· Delivery control and product promotion at customer sites

*The duration may vary depending on the surrounding temperature and humidity. **VE; Visible Everywhere

CASIO, INC.

©Copyright Casio, Inc. 2002 | Copyright | Privacy Policy

CASIO Search
GO
Products
Calculators
Cameras
Cash Registers
Clocks
Music Instruments
Label Printers
Personal PCs
Pocket Managers
Pocket PCs
Corporate Devices
Pocket Viewers
Sub-Notebooks
Dictionary
Portable TVs
Watches
Accessories
Software
Press Room
Product Archive

ORDER BY PHONE
U.S. RESIDENTS
800-836-8580

CANADIAN RESIDENTS
800-370-9083 ext. 242

Personal PCs: Sub-Notebooks: Pen Tablet:

# MPC-701 Pen Tablet

PRODUCT INFO
Introduction
Technical Specs

| PRODUCT | FEATURES | PRICE | PURCHASE |
|---|---|---|---|
| MPC-701M50E | | $3,599.00 | N/A ONLINE |
| MPC-701M30E | | $3,599.00 | N/A ONLINE |



Pen Tablet

View Larger

## Technical Specs

### General Guide




### Specifications for Models MPC-701M30E and MPC-701M50E

| | |
|---|---|
| Model no. | MPC-701M30E/50E |
| OS | Microsoft® Windows® 2000 Professional SP2 English Version |
| CPU | Transmeta Crusoe® processor TM5800 800MHz |

| | | |
|---|---|---|
| Memory | Main Memory (standard) | 128 MB |
| | Memory (maximum) | Maximum 384 MB (128MB + 256MB SO-DIMM optional memory) |
| Display | Integrated | MPC-701M30E - 8.4-inch VE-transflective TFT color LCD SVGA (800 x 600) full color |
| | Integrated | MPC-701M50E - 8.4-inch TFT backlit color LCD SVGA (800 x 600) full color |
| | Output to optional display | 800x600 dots, 65,536 colors |
| Input | Key | Numeric keys, functions keys, power key |
| | Pointing Device | Analog resitant-film touch panel and stylus |
| HDD | | 20GB shock-mounted* |
| Interface | USB | Ver. 2.0 x 1 Ver. 1.1 x 1 |
| | PC card slot | Type II x 1 slot (Card Bus compatible) 3.3V/5.0V |
| | CF card slot | Type II x 1 slot 3.3V/5.0V |
| | Communication port | Modem port/RJ11 connector |
| | LAN | RJ connector x 1 (100BASE-TX/10BASE-T) |
| | Earphone | Stereo earphone x 1 (stereo) |
| | Microphone input | Microphone x 1 (monaural) |
| | Video | Analog RGB x 1 |
| | IrDA | IrDA ver. 1.1 (maximum 4 Mbps) |
| | Speaker | Monaural |
| | Modem | V.90 K56flex®data 56Kbps/FAX 14.4 Kbps |
| Security | | Password at power ON |
| Dimensions | | 9.7" (W) x 8.75"(D) x 1"(H) (approx.) |
| Weight | | 4.23lbs (approx.) with 2 batteries |
| Environment | Temperature | 0 to 40° C |
| | Humidity | 30 to 80% RH (no condensation) |
| Power | Battery | Lithium-ion battery x 2pcs |
| | AC adaptor | Output 16VDC, 3.75A Input 100 to 240 VAC 1.2~0.6A 50/60Hz |

* 5GB of 20GB is reserved by the system for backup area.
**the integrated Modem is complaint with respective regulatory standards of FCC Part68, IC-CS03 and TBR21.

**Options**

| CD-ROM Drive | FDD | Expansion Memory Board | | | AC Adaptor |
|---|---|---|---|---|---|
| MPC-142CDD2 | MPC-240FDD | MPC-252RAM (64 MB) | MPC-253RAM (128 MB) | MPC-754RAM (256 MB) | AD-S60160A-E |

| Stand | Battery holder | Screen protector | Dual battery charger | Battery pack | Car adaptor |
|---|---|---|---|---|---|
| MPC-710ST | MPC-720CS | MPC-730PS5 (5 pcs per pak | MPC-770CHG | MPC-773BAT Lithium-Ion battery | MPC-780CAR-E |

Accessories come as standard; Battery holder x 1 pc, Stylus x 2 pcs, Lithium-ion battery (MPC-773BAT) x 2pcs, Screen protector x 1 pc, Neck strap x 1 pc, Modular cable x 1 pc, User's guide x 1 PC, Recovery CD-ROM x 1 pc, Windows 2000 Professional SP2 Usermanual x 1pc.

CASIO, CASSIOPEIA and the CASSIOPEIA logo are registered trademarks of CASIO computer Co., Ltd. in Japan. Microsoft, Windows and MSN are registered trademarks of Microsoft Corporation in the USA.
Transmeta, Crusoe and the Cruseoe logo are either trademarks or registered trademarks of Transmeta Corporation in the USA and/or other countries.
K56 flex is a trademark of Lucent Technologies Inc. in the USA. Endergy Star is a US registered mark.

CASIO, INC.

©Copyright Casio, Inc. 2002 | Copyright | Privacy Policy

CASIO | USA

Login | Order Status | How to buy | Specials | world.casio.com | CASIO Global Site

www.casio.com

HOME | PRODUCTS | SUPPORT | BUSINESS | corporate | EDUCATION

CASIO Search

GO

Products
- Calculators
- Cameras
- Cash Registers
- Clocks
- Music Instruments
- Label Printers
- Personal PCs
  - Pocket Managers
  - Pocket PCs
  - Corporate Devices
  - Pocket Viewers
  - Sub-Notebooks
- Dictionary
- Portable TVs
- Watches
- Accessories
- Software

Press Room

Product Archive

ORDER BY PHONE
U.S. RESIDENTS
800-836-8580

CANADIAN RESIDENTS
800-370-9083 ext. 242

Personal PCs: Sub-Notebooks: Pen Tablet:

# MPC-701 Pen Tablet

PRODUCT INFO
- Introduction
- Technical Specs



View Larger

| PRODUCT | FEATURES | PRICE | PURCHASE |
|---|---|---|---|
| MPC-701M50E | | $3,599.00 | N/A ONLINE |
| MPC-701M30E | | $3,599.00 | N/A ONLINE |

Pen Tablet

## Introduction

### A powerful Pen Tablet for vertical market applications, indoor or out!

The new Casio MPC-701 Pen Note Pad/Tablet PC is your mobile application solution for:

- Electronic document reference
- P.O.S./Graphic order entry terminal
- Accident reporting and damage estimation
- Sales presentations
- Delivery and inventory control
- Financial/Trading applications
- Many more uses




**Ths new business oriented Pen Tablet PC comes with the latest features and technology;**

**Manufactured to withstand business environments**

- The Shock absorbing mechanism protects the built-in HDD and other components from damage.
- The Water splash resistance with IPx2 level makes it possible for operation outside

**Dual batteries system allows for long uninterrupted operation**

- Dual batteries system provides power for over 8 hours*
- The Hot Swap feature allows continuous use of the PC while changing a run down battery.

**The vivid display and automatic controlled backlight for the display and the numeric keyboard make it possible to use under direct sunlight or in the total darkness.**

- 8.4-inch (800 x 600 dots) VE**-Transflective TFT color LCD with automatic backlight controlled by any illumination sensor provides the est visibility in its class of Pen Tablet PCs under direct sunlight or in the total darkness.
- The key-backlight with automatic ON/OFF control lights up each numeric key allowing operation in total darkness.

**Industry standard interfaces for expandability and flexibility**

- Integrated industry standard interfaces and a wide range of options are available

allowing expandability and flexibility as your business applications varies

Some examples of potential markets and applications for this series are:

· On-site electronic documents for maintenance, on site construction progress control
· Graphic order entry terminals in retail stores
· Accident reporting and damage estimation in the field
· Presentation and consultation by sales representatives at client sites
· Delivery control and product promotion at customer sites

*The duration may vary depending on the surrounding temperature and humidity. **VE; Visible Everywhere

CASIO, INC.

©Copyright Casio, Inc. 2002

Copyright | Privacy Policy

6:13-cv-02959-JMC Date Filed 03/27/17 Entry Number 146-2 Page 184 of 419


# imov Messenger(tm) Users Guide

Copyright 2003 mov Software
http://www.movsoftware.com
February 13, 2003

## Table of Contents

# imov Messenger(tm) Users Guide

Table of Contents
1 Introduction
2 Installation
3 Operation
4 Setup Wizard
5 Managing Your Contacts
5.1 The Roster
5.2 Adding a Contact
5.3 Removing a Contact
6 Messaging
7 Setup Options
7.1 Notifications
7.2 Services
7.3 Proxy Server
7.4 Miscellaneous
8 Keeping Your Communications Secure
9 Voice over IP (VoIP) Support
10 Microsoft Outlook™ Contact Integration
11 Sending Text with QuickPhrase™
12 News Headlines
13 Troubleshooting
14 Appendix A
14.1 QuickPhrase™ File Format
14.2 Registry Entries

# 1 Introduction

Welcome to the world of Universal Mobile Messaging! imov Messenger(tm) provides a secure, easy to use messaging client for your Windows CE device. Some of the features that are included in imov Messenger(tm) are:

- Interoperability with proprietary messaging systems such as Microsoft Instant Messenger, America Online Instant Messenger, ICQ, Yahoo! Instant Messenger, and other messaging standards such as SMS.
- Encrypted communications using 128 bit Secure Socket Layer (SSL)
- Offline message queuing

imov Messenger(tm) works on all newer Windows CE devices, including all devices with Windows CE 2.11, 3.0, or HPC/2000, all PocketPC's and all Microsoft Smartphones.

# 2 Installation

For Smartphones:
Smartphone installs are done directly on the device. To install imov Messenger(tm) on your Smartphone, download the .CAB setup file onto your Smartphone and installation will automatically start.

For all other Windows CE devices:
imov Messenger(tm) must be installed from your desktop PC. To correctly install the software, first connect your Windows CE device to your PC using ActiveSync. Next, double click the setup.exe installation program to install imov Messenger(tm).

# 3 Operation

The imov Messenger(tm) software can be launched by selecting the imov Messenger(tm) item from the Start menu. On Handheld PC devices, a shortcut is also available on the desktop.

Once the software is launched the first time you will see the imov Messenger(tm) Setup Wizard.

# 4 Setup Wizard

The Setup Wizard allows you to quickly configure imov Messenger(tm) on your device.

The Wizard will first ask you to specify which third party Instant Messaging services you wish to you use with imov Messenger(tm). imov Messenger(tm) will use this information to allow you to communicate with other services such as MSN Instant Messenger, AOL Instant Messenger, Yahoo! Messenger, ICQ and others. Please note that not all Jabber servers support connections to third party Instant Messaging services. To find out if your Jabber server does, ask your Network Administrator or visit http://www.jabberview.com. Once you have specified the services you wish to use, click the "Next" button to continue.

The Wizard will next ask you to specify a Jabber server and an account to use for your connection. If you know which Jabber server you wish to use, type the name of the server in the "Server:" edit control. If you do not have the name of a Jabber server, you can use "jabber.org" or "jabber.com" as a server. To find other servers, visit http://www.jabberview.com using your web browser.

If you have an account already setup on that server, type in the username and password in the "Username:" and "Password:" edit controls. If you do not have an account on the server, or wish to setup a new account, type in the username and password you wish to use for the new account and click the "Create New Account" checkbox. Once this is done, click the "Next" button.

Now, for each service you selected in the previous step (MSN Instant Messenger, AOL Instant Messenger, etc) a dialog box will appear asking you to configure your settings for that service. For each service you will be asked to supply a username and password.

# 5 Managing Your Contacts

## 5.1 The Roster




**Figure 1 - PocketPC Roster**




**Figure 2 - Smartphone Roster**

The roster window allows you to manage your contacts. Each contact is part of a group. There are three previously defined groups: “Active Chats”, “Contacts” and “Services”. The “Active Chats” group lists all the chats that you currently have open. The “Contacts” group is the default group for all your defined contacts; all contacts that you add to your roster will belong to this group by default. The “Services” group will contain a listing of all the services that a server supports, once you are connected to a server.

You can choose to view only the online contacts via the “Only Online Contacts” menu item in the “View” menu. When this option is selected, only contacts that are currently logged in are displayed in the roster. This feature is only available to imov Messenger(tm) Enterprise users.

## 5.2 Adding a Contact




You can add a contact to your roster by clicking on the “Add” button at the bottom of the contact window. You will then be led through a series of steps. You will first be asked which service (MSN Instant Messenger, AOL Instant Messenger, Jabber, etc) the contact is using. You will also need to specify which group in your roster you wish to add your contact to. By default the “Contact” group is selected, but you can select from additional group via the combo box, or by typing in a new group name. In addition you will be asked to provide a nickname for this user. This nickname will be used as the name the contact appears as in your roster. Once you have specified this information, click the “OK” button.

Depending on which service you specified in the previous step, you will be asked to provide an address for your contact. For MSN Messenger the address is typically the email address of the contact. For other services, such as Yahoo! Messenger you will just need to supply a single username. Once you add all this information, click the “OK” button and the user should appear on your roster.

### *5.3 Removing a Contact*

You can remove an existing contact from your roster by selecting the contacts nickname in the roster, and clicking the “Remove” button.

## 6 Messaging




**Figure 3 - Messaging on the PocketPC**



**Figure 4 - Messaging on the Smartphone**

You can send a message to a contact by either selecting the contact in your roster and clicking the “Chat” button, or by double clicking on the contact. Once this is done, a chat window will open up. The chat window consists of an upper panel that displays the chat test, and a lower input panel where you can enter your text.

By entering the message text you wish to send to your selected contact in the input panel and either clicking the send button, or hitting the “Control” and “Enter” keys, you will send the text to the contact.

If a network connection is not available, the message will be queued locally and will be sent once a network connection becomes available. If a message is locally queued, it will be displayed with a “[q]” string after your nickname in the chat window. For example:

**Fred says[q]: This is a locally queued message.**

The local queue will be cleared if you exit the imov Messenger(tm) application.

Additionally, if a contact is currently not available and you send a message to them, the message will be queued by the server for delivery as soon as the contact becomes available.

# 7 Setup Options

You can change various setup options of imov Messenger(tm) via the “Menu->Setup” menu item. When this option is chosen, a Setup dialog box will appear.

## *7.1 Notifications*

You can specify how you want to be notified of certain actions via the “Notifications” checkboxes. The following options are supported across all Windows CE devices:

**Play Sounds**

**When User Comes Online –** Causes an alarm to sound when any users in your contact list come online.
**On First Message –** Causes an alarm to sound when a user sends you an initial message.
**On Remaining Messages –** Causes an alarm to sound when a user sends you any message.

## *7.2 Services*

imov Messenger(tm) supports many of the popular Instant Messaging services such as AOL Instant Messenger (sm), Microsoft Instant Messenger ™, Yahoo Instant Messenger ™, and ICQ ™. Support for additional services are planned for future releases. In order to use any of these services, you will need to have to already have an account on the service provide account information for each service. Account information can either be specified when the Setup Wizard runs, or can be specified for each service individually in the “Setup” dialog box by selecting the service you wish to use in the “Service:” combo box and clicking the “Setup” button. You will then be presented with a dialog box that will ask you to specify account information for that particular service. In most cases, you will need to specify a username and password for the service.

## *7.3 Proxy Server*

If you are behind a firewall, or have any reason to use a proxy server on your network, you can specify information about the server via the “Menu->Setup->Advanced” dialog box. imov Messenger(tm) supports SOCKS5 servers only, please check with your Network Administrator if you are not certain if your proxy server is SOCKS5 compliant.

To use the proxy server connection, click the “Use Proxy Server” checkbox and specify the name or IP of your proxy server, and the username and password of your proxy account. Most proxy servers run on port 1080, but if you need to specify an alternate port you can enter the port information in the “Port:” edit control.

## *7.4 Miscellaneous*

Additional options exist in the “Setup” dialog box that allows you to specify advanced features such as encrypted connections and time stamped messages. Some options may not be available for certain Windows CE devices. Some options are only available with the Enterprise Edition of imov Messenger(tm).

- **Encryption –** Utilizes a SSL connection to the Jabber server. The selected server must be configured to handle SSL connections.
- **Popup Notifications (PocketPC2002 devices only) –** Causes a popup window to appear whenever a new message is received or a contact comes online.
- **Auto Login –** Causes imov Messenger(tm) to login to the Jabber server when imov Messenger(tm) starts up and a connection is available. If imov Messenger(tm) becomes disconnected from the server for some reason, it will also attempt to automatically reconnect if this option is available.
- **Timestamp (Enterprise Edition only) –** Adds a timestamp to all received and sent messages.
- **Logging (Enterprise Edition only) –** Allows all received and sent messages to be logged to a local text file. Log files are stored in the root directory of the device and are named with the following format: "imov Messenger(tm)_log[time and date].html"
- **Authentication (Enterprise Edition only) –** Allows SASL authentication to be used to authenticate the connection to the Jabber server.
- **Password Encryption (Enterprise Edition only, also requires a device running Windows CE3.0 or greater which includes all PocketPC's, HPC/2000 and SmartPhone devices) –** All passwords to the services and the Jabber server will be converted via the Microsoft Encryption Services before being saved in the registry.

## 8 Keeping Your Communications Secure

imov Messenger(tm) offers many features that keep your communications safe to use in a corporate environment or over the Internet. Both the basic and Enterprise versions of the client support Secure Socket Layer (SSL) connections. SSL connections requires that all information sent between a client and a server to be encrypted by the sending software and decrypted by the receiving software, thus providing a high degree of confidentiality. Confidentiality is important for both parties to any private transaction. In addition, all data sent over an encrypted SSL connection is protected with a mechanism for detecting tampering--that is, for automatically determining whether the data has been altered in transit. imov Messenger(tm) uses RSA encryption for all of its SSL connections. To use the SSL feature, make sure that the "Use Encryption" checkbox is checked in the Setup dialog box. Once a connection is made to the server, a secure connection will be indicated if the Encryption status icon, which looks like a lock, will be highlighted in the status bar.

In addition to SSL, using the Enterprise Edition gives you SASL authentication capabilities. The SASL protocol ensures that the user connecting to the server is authentic, and does not require that a plaintext password be sent from the client to the server.

The Enterprise Edition also adds the ability to save the passwords to all your services (AIM™, MSN Instant Messenger™, Yahoo! Chat ™, etc) are saved in an encrypted state in the registry of your device. Encryption capabilities are provided by the Microsoft Encryption Services.

## 9 Voice over IP (VoIP) Support

Voice over IP support can be quickly added to your device by installing the iFon™ application by TABLETMedia. To initiate a VoIP connection to a contact in your contact list, simply select that contact and choose the "Menu->Call User Using iFon" menu item. iFon will immediately launch and connect to the remote user. If the remote user is not running imov Messenger(tm), you will be prompted to provide the IP address of the remote user. Otherwise the VoIP call will be made automatically. Please note this requires that the remote user have compatible VoIP software installed on their device as well. This feature is only available to imov Messenger(tm) Enterprise users.

## 10 Microsoft Outlook™ Contact Integration



imov Messenger(tm) integrates with all your contacts on your device and allows you to quickly contact a user by selecting the contact in your Microsoft Outlook Contact™ application and selecting "IM with imov Messenger(tm)" from the resulting popup menu item. When this action is performed, a chat window will appear for that contact. You can then message the contact as described in the "Messaging" section of this document. For this to work correctly you must put the Jabber ID (e.g. movsoftware@jabber.org) of the contact in the "Email3:" field of the contact information in Microsoft Outlook Contact ™. This feature is only available to imov Messenger(tm) Enterprise users.

## 11 Sending Text with QuickPhrase™




**Figure 5 - QuickPhrase(tm) on the PocketPC**



**Figure 6 - QuickPhrase(tm) on the Smartphone**

The QuickPhrase™ technology contained within imov Messenger(tm) gives you the ability to quickly compose and send text to users via a graphical interface. QuickPhrase™ works by presenting a user with sequences of phrases that can be selected to rapidly build entire sentences. This allows you to quickly send responses to a contact where a keyboard interface is not available or practical – such as a PocketPC device.

## 12 News Headlines

imov Messenger(tm) supports the RDF Site Summary standard for content distribution.

## 13 Troubleshooting

I cannot login to my Jabber server.
*First make sure that you have a valid connection to the Internet by using Internet Explorer to visit a web address. Also make sure that you have specified a valid server name and that you have a valid account on the server or the "Create New Account" checkbox is specified in the Jabber Service setup window. You can run the "Setup Wizard" via the "Setup->Run Setup Wizard" option to set this. You may also need to check to make sure that you are not behind a firewall that prevents direct connections to the Internet. Ask you Network Administrator for details about you network. If you are behind a firewall you may need to specify a Proxy Connection. See the "Proxy Connection" section in this document for details on how to do this.*

I cannot connect to the AOL Instant Messenger(sm), ICQ ™, Microsoft Messenger ™, etc service(s).
*First make sure that you have specified the correct account information for the service. You will need to have a valid account on the service before you can use them in imov Messenger(tm). See the "Services" section in this document on information on how to setup individual third party services for use with imov Messenger(tm). Also, frequently third-party services are blocked from use or not supported by the Jabber server you are using. You may need to visit [http://www.jabberview.com](http://www.jabberview.com) to see which Jabber servers are currently running which third party services.*

# 14 Appendix A

## 14.1QuickPhrase™ File Format

The QuickPhrase™ data file is located in the \WINDOWS directory of your device. It is in XML format and can be edited using any ASCII or XML editor. The file consists of multiple <QuickPhrase> elements, each that describe a single phrase that the user can select. Included in the element description are a unique id of the element, a true/false attribute to indicate if it is a “root” phrase or not, a text attribute that contains the phrase text, and a list of <rphraseids> that list all the phrase identifiers of all the phrases that can follow that phrase.

The DTD of the QuickPhrase™ file is described below:

```
<!DOCTYPE QuickPhrase [
<!ELEMENT phrasetext (#PCDATA)>
<!ATTRIBUTE phraseid (#PCDATA)>
<!ATTRIBUTE root (#PCDATA)>
<!ELEMENT rphraseids (phraseid)>
<!ELEMENT phraseid (#PCDATA)>
]>
```

## 14.2Registry Entries

The following registry entries are available to modify the behavior of your client. Please note that modifying these values incorrectly may cause your client to stop functioning.

All registry entries are contained in HKEY_LOCAL_MACHINE\Software\mov Software\JabberCE.

| Key | Type | Valid Values/ Default | Purpose |
|---|---|---|---|
| ENTERKEY SENDS | DWORD | 0 or 1<br>0 | 0 = Ctrl+Enter key sends message in chat windows<br>1 = Enter key sends message in chat windows |
| PRIORITY | DWORD | 0-65535<br>10000 | Defines the priority of this client. Priority determines which instance of a Jabber client will receive messages first. Higher priority clients receive messages first. |
| KEEPALIVE PERIOD | DWORD | 0-10000000<br>50000 | Number of milliseconds between sending keep-alive packets to the server |
| CHECK CONNECTION PERIOD | DWORD | 0-10000000<br>50000 | Number of milliseconds between detection of network |

| | | | |
|---|---|---|---|
| | | | connection status |
| SOUND ENTER | STRING | Path to .wav file<br>\WINDOWS\alarm1.wav | Sound (.WAV) file that is played when a contact logs on |
| SOUND EXIT | STRING | Path to .wav file<br>\WINDOWS\alarm2.wav | Sound (.WAV) file that is played when a contact logs off |
| SOUND FIRSTMESSAGE | STRING | Path to .wav file<br>\WINDOWS\alarm3.wav | Sound (.WAV) file that is played when a contact sends you an initial message |
| SOUND MESSAGE | STRING | Path to .wav file<br>\WINDOWS\alarm3.wav | Sound (.WAV) file that is played when a contact sends you additional messages |
| DEBUG MODE | DWORD | 0 or 1<br>0 | 1=XML and debug data is logged to \Windows \debuglog.xml file and log window<br>0=Debug info not generated |

imov

The latest version of imov Messenger(tm) Enterprise is 1.05ee. You can check which version you have installed via the Help->About menu item.

If you do not have the latest version, and you wish to have the latest version of imov Messenger(tm) Enterprise emailed to you, please complete the following short form:

| | |
|---|---|
| Your Registration Email Address (required): | * |
| Device Type (required:) | PocketPC2002 * |
| Your Order Number (optional): | |
| Your Full Name (optional): | |

Submit Reset

Copyright 2003 mov Software

imov(tm)
Universal Mobile Messenger

Search for
Go

Home

Products

Developers

Contact

News

White Papers

Universal Instant Messaging for the Microsoft Smartphone(tm)

Access the world of mobile instant messaging with imov Messenger(tm) for the Microsoft Smartphone(tm)! With imov Messenger(tm) and any compatible Microsoft Smartphone device, you can keep in touch with your corporate instant messaging server anywhere!




In addition, imov Messenger(tm) allows you to communicate with most commercial instant messaging systems, such as Microsoft Instant Messenger(tm), Yahoo! Messenger(tm), America Online Instant Messenger(tm) and ICQ(tm).




With imov Messenger(tm), all of your message are secured with 128 bit SSL technology and SASL authentication! Full emoticon and logging support are also included.




With built-in QuickPhrase support, you can compose and send entire sentences using just your thumb! QuickPhrase allows you to quickly build sentences by selecting and concatenating multiple phrases.




Keep informed by having news headlines or corporate messages pushed to your Smartphone device. imov Messenger(tm) supports the RSS newsfeed standard.

Buy imov Messenger(tm) Enterprise Edition for the Microsoft Smartphone from Handango(tm)!

What is imov Messenger(tm)?

imov Messenger(tm) is a Windows CE client for the Jabber instant messaging system. The Jabber platform is expected to be the dominant instant messaging system in the near future.

imov Messenger(tm) is based on open standards and is fully interoperable with proprietary instant messaging systems as well as the open Jabber server platform.

What does imov Messenger(tm) offer me?

imov Messenger(tm) gives you the ability to instantly communicate with family and friends using the Internet. The Jabber platform's extensibility allows imov Messenger(tm) to be compatible with multiple messaging systems. imov Messenger(tm) also provides significant enhancements over proprietary systems, including the ability to send messages to offline users (the user will receive the messages the next time they connect) and compose and send messages even when you are offline (messages will be automatically sent when a network connection becomes available)!

Which Messaging Systems is imov Messenger(tm) compatible with?

With imov Messenger(tm) you can communicate with anyone who uses any of these systems:

- AOL Instant Messenger(sm)
- MSN Instant Messenger(tm)
- Yahoo! Messenger(tm)
- ICQ(tm)
- Jabber(tm)

Which devices does imov Messenger(tm) run on?

imov Messenger(tm) is compatible with most Windows CE devices, including all Pocket PC's and Handheld PC's, and Smartphones based on Windows CE 3.0 or greater.

imov Messenger(tm) for Smartphones works with devices from the following manufacturers:

©2003 mov Software Corporation. All rights reserved.

Universal Mobile Messenger

Search for

Go

[Home](#)

[Products](#)

[Developers](#)

[Contact](#)

[News](#)

[White Papers](#)

imov Messenger(tm) Enterprise

Enterprise Strength Universal Instant Messaging for Windows CE

| Feature | Basic Version | Enterprise Version |
|---|---|---|
| Chat | ✓ | ✓ |
| Encrypted communications | ✓ | ✓ |
| AIM, ICQ, MSN Messenger, Yahoo! support | ✓ | ✓ |
| Wireless capable | ✓ | ✓ |
| Offline message queing | ✓ | ✓ |
| Seamless offline/online operation | ✓ | ✓ |
| SOCKS5 Proxy | ✓ | ✓ |
| Unlimited upgrades to new versions | ✓ | ✓ |
| New version notification | ✓ | ✓ |
| Email technical support | | ✓ |
| Advertising free | | ✓ |
| Encrypted password storage | | ✓ |
| SASL authentication | | ✓ |
| Client side logging | | ✓ |
| User settable fonts | | ✓ |
| Microsoft Smartphone support | | ✓ |
| iFon(tm) VoIP support* | | ✓ |

* Requires iFon(tm) application from [TABLETMedia](#)

Buy It! Handango [Buy imov Messenger(tm) Enterprise Edition for the PocketPC2002](#) from Handango(tm)!

Buy It! Handango [Buy imov Messenger(tm) Enterprise Edition for the PocketPC](#) from Handango(tm)!

Buy It! Handango [Buy imov Messenger(tm) Enterprise Edition for the HPC/2000](#) from Handango(tm)!

Buy imov Messenger(tm) Enterprise Edition for the HPC Professional from Handango(tm)!

Buy imov Messenger(tm) Enterprise Edition for the Microsoft Smartphone from Handango(tm)!

Already have imov Messenger(tm) Enterprise Edition but don't have the latest version? Click here to upgrade for free!

What is imov Messenger(tm)?

imov Messenger(tm) is a Windows CE client for the Jabber instant messaging system. The Jabber platform is expected to be the dominant instant messaging system in the near future.

imov Messenger(tm) is based on open standards and is fully interoperable with proprietary instant messaging systems as well as the open Jabber server platform.

What does imov Messenger(tm) offer me?

imov Messenger(tm) gives you the ability to instantly communicate with family and friends using the Internet. The Jabber platform's extensibility allows imov Messenger(tm) to be compatible with multiple messaging systems. imov Messenger(tm) also provides significant enhancements over proprietary systems, including the ability to send messages to offline users (the user will receive the messages the next time they connect) and compose and send messages even when you are offline (messages will be automatically sent when a network connection becomes available)!

Which Messaging Systems is imov Messenger(tm) compatible with?

With imov Messenger(tm) you can communicate with anyone who uses any of these systems:

- AOL Instant Messenger(sm)
- MSN Instant Messenger(tm)
- Yahoo! Messenger(tm)
- ICQ(tm)
- Jabber (tm)

Which devices does imov Messenger(tm) run on?

imov Messenger(tm) is compatible with most Windows CE devices, including all Pocket PC's and Handheld PC's based on Windows CE 3.0 or greater.

©2003 mov Software Corporation. All rights reserved.

Universal Mobile Messenger

Search for

Go

[Home](#)

[Products](#)

[Developers](#)

[Contact](#)

[News](#)

[White Papers](#)

Universal Instant Messaging for Windows CE




- Communicate with AOL, ICQ, MSN Messenger, Yahoo! Chat users!
- Easy setup and use
- Wireless capable
- Encrypted communications (SSL) support
- Support for most Windows CE devices-including the PocketPC and [Microsoft Windows Powered Smartphones(tm)](#)!
- Automatic new version notifications
- Offline message queuing
- SOCKS5 proxy server support
- Seamless offline/online operation
- Free!

- Additional Enterprise features available from [imov Messenger(tm) Enterprise Edition!](#)




NEW Interested in Enterprise Strength Universal Instant Messaging? [Check out imov Messenger(tm) Enterprise Edition!](#)

[Download imov Messenger(tm) Basic v1.07e for all Pocket PC2002 Devices!](#)
[Download imov Messenger(tm) Basic v1.07e for all HPC/2000 Devices!](#)
[Download imov Messenger(tm) Basic v1.07e for all HPC Professional Devices!](#)
[Download imov Messenger(tm) Basic v1.07e for all other PocketPC Devices!](#)
[Get imov Messenger(tm) for your Microsoft Windows Powered Smartphone!](#)

[View the imov Messenger(tm) Users Manual](#)

What is imov Messenger(tm)?

imov Messenger(tm) is a Windows CE client for the [Jabber](#) instant messaging system. The Jabber platform is expected to be the dominant instant messaging system in the near future.

imov Messenger(tm) is based on open standards and is fully interoperable with proprietary instant messaging systems as well as the open Jabber server platform. There are two versions of imov Messenger(tm): the "basic" version and the "Enterprise" version. For an explanation of the differences between the two versions, please click here.

To see how you can deploy imov Messenger(tm) in your mobile environment, please read the “Jabber for Mobile Users” white paper.

What does imov Messenger(tm) offer me?

imov Messenger(tm) gives you the ability to instantly communicate with family and friends using the Internet. The Jabber platform's extensibility allows imov Messenger(tm) to be compatible with multiple messaging systems. imov Messenger(tm) also provides significant enhancements over proprietary systems, including the ability to send messages to offline users (the user will receive the messages the next time they connect) and compose and send messages even when you are offline (messages will be automatically sent when a network connection becomes available)!

imov Messenger(tm) Enterprise offers additional enterprise level features. For an explanation of those features, please visit the imov Messenger(tm) Enterprise product page.

Which Messaging Systems is imov Messenger(tm) compatible with?

With imov Messenger(tm) you can communicate with anyone who uses any of these systems:

- AOL Instant Messenger(sm)
- MSN Instant Messenger(tm)
- Yahoo! Messenger(tm)
- ICQ(tm)
- Jabber (tm)

Which devices does imov Messenger(tm) run on?

imov Messenger(tm) is compatible with most Windows CE devices, including all Pocket PC's and Handheld PC's based on Windows CE 3.0 or greater and all Microsoft Windows Powered Smartphones(tm).

©2003 mov Software Corporation. All rights reserved.




**Price and Availability**
• Laptop range (USD $1000-1500)
• Forecast Q4 2002; check back late summer for order information

**Processor and Memory**
• 300 MHz Pentium-class National Geode
• 256 MB of SDRAM

**Storage**
• 5, 10 or 20 GB hard disk drive

**Display**
• 4.0" 640 x 480 TFT (18-bit color) VGA LCD with touch screen and backlight

**Expansion and Connectivity**
• USB port
• PCMCIA / PC Card Type II slot
• Secure Digital / MMC slot
• Infrared Port
• High-density docking connector

**Audio**
• Stereo headphone jack
• Mono earbud with microphone jack
• Internal speaker

**User Interface**
• 56-key QWERTY keyboard
• Touch screen
• Thumb-operated joystick with left and right mouse buttons
• Two user-definable action keys

**Battery and Power**
• Internal lithium-ion rechargeable battery; 4 hours under normal usage
• Power adapter port

**Dock**
• Hi-res VGA port for external monitors or projectors
• Serial / RS232 port
• Additional USB port
• Audio line in jack
• Audio line out jack
• Battery charging

**Dimensions and Weight**
• 5.9" x 4.0" x 1.1" (150mm x 102mm x 28mm)
• 20 oz (567g) including battery

Download the Tiqit eightythree brochure (33.0 kb)

© 2000-2002 Tiqit Computers, Inc.



**1. When will it be available?**

The eightythree is ready to be produced right now. All of its parts are currently available and it has been fully tested. Tiqit is actively working to make arrangements for mass production and availability as soon as possible.

**2. How much will it cost?**

No price has been set. The cost to end users will be in the laptop range ($1,000-1,500 U.S. dollars).

**3. How and why was the eightythree developed?**

Tiqit developed the eightythree partly because it recognized that existing hardware did not meet the needs of the mobile enterprise and partly because others thought that something like the eightythree could not be built. eightythree was created only after Tiqit's engineers overcame some significant problems associated with putting the power of a PC in the form factor of a handheld. Significantly, these challenges were solved using readily available if cutting edge parts.

**4. How does wireless computing work on the eightythree?**

The eightythree is configured to accept 802.11 and other wireless technologies, and again, has the same wireless functionality as any currently available laptop. The continuing slow adoption of wireless infrastructure, however, means that its wireless capability is no better or worse than that of other devices on the market – except insofar as it can rely on either of the two competing standards, while many other machines use one or the other.

**5. What is the difference between the eightythree and other mobile computing devices?**

For starters, the eightythree is the first computer you can use while walking that has the software and hardware compatibility of a Windows/Linux/UNIX PC. The eightythree incorporates all the applications you would find on a laptop or PDA including voice communication, e-mail, web access, PIM, enterprise applications and the ability to download attachments. It is the size of a large PDA, has laptop-quality screen resolution, an SMS keyboard, a finger-operated micro joystick with mouse buttons, a cardbus PC card slot to support all standard wireless modems, a USB port, and a Secure Digital (SD) slot.

**6. Why would I choose the eightythree over a laptop?**

Mostly if you needed a powerful device that was truly mobile – that you would not need to find a table to use. The eightythree has the same screen resolution quality as a laptop, as well as a touch screen, an SMS keyboard, a finger-operated micro joystick with mouse buttons, a cardbus PC card slot to support all standard wireless modems, a USB port, and a Secure Digital (SD) slot. This is all within a device that is the size of a large PDA, therefore offering additional portability that a laptop fails to provide.

**7. Does it really have the power of a laptop?**

Almost anything you can do on a laptop/PC, you can do on the eightythree, including connecting with other standard devices – from digital cameras, to projectors, to bar code scanners, to docking stations.

**8. How is this any different from the Palm 7 or any other fancy handheld?**

The eightythree is not a "fancy" handheld. It actually has the software compatibility of a Windows/Linux/UNIX PC. It is fully compatible with any application or operating system that users need. This is not true for Palm 7 or other similar devices.

**9. Why the name "eightythree?"**

Several reasons – the most concrete of which is that on the periodic table of elements, element number 83 has the highest atomic number of any non-radioactive element (it's Bismuth). The point being, that the eightythree is at the nexus of compactness, power, and practicality. Move outside of that threshold and you are "radioactive," that is, not providing the best solution – like so many of the other handheld devices being

developed out there.

**10. How long did it take to develop the eightythree?**

We have been working to develop new mobile x86-based computers since March 2000. A first generation eightythree was completed by August 2001, and the second has just been unveiled.

**11. What problems did you encounter developing the eightythree?**

Mainly, the difficulties associated with packing more power and functionality into a handheld form factor: heat dissipation, screen resolution, battery life, etc. Notably, all those issues were solved using readily available parts.

**12. I love Tiqit's products. How do I purchase stock in Tiqit Computers?**

Although we appreciate your interest, Tiqit Computers is currently a privately held corporation and does not offer stock to the public.

---

© 2000-2002 Tiqit Computers, Inc.

TIQIT

Home | About Us | eightythree | Matchbox PC | News & Events | Contact Us

eightythree

- Overview
- Specifications
- > Gallery
- FAQ
- First Generation












**Higher resolution images** suitable for printing are available.

**Photography by Adam Tow**

© 2000-2002 Tiqit Computers, Inc.



**Overview**

Tiqit Computers has created what conventional wisdom in the computing industry considered impossible with today's technology - a handheld computer that functions as a desktop PC and can be used while walking: the eightythree. Combining the portability of a handheld device with the compatibility of a Windows PC, the eightythree immediately meets the full needs of enterprise customers. It runs any enterprise standard operating system (OS) - Windows, Linux or UNIX - which lets users employ the same software and applications, including industry-specific packages and custom-designed software, that reside on their desktop PCs. The end result is a more mobile and efficient enterprise with reduced IT costs and simplified administration.

**Handhelds in the Enterprise**

The creation and advancement of PDAs and wireless solutions began the process of liberating the enterprise. From remote locations workers are able to achieve more, and do so more efficiently. However, unlike PCs and laptops, for which there are industry standard hardware and software options, the handheld market is still tricky for enterprises to navigate. Currently companies can choose from a range of handheld devices using different operating systems, including Palm OS and Pocket PC. The hardware industry has also introduced a variety of alternate mobile products such as web pads, internet appliances and tablet PCs, though these have not met with the same adoption as handhelds.

When used in concert with laptop PCs, the latest PDAs provide enterprise professionals with greater mobility than they previously experienced. E-mail is answerable by RIM/Blackberry and Palm 7; versions of Excel spreadsheets can run on Pocket PC. However, no current handheld can truly replace a laptop and act as a full stand-alone solution for various reasons. E.g.:

- Increasingly, e-mail messages are more than plain text, and current devices cannot open all attachments with ease.
- Pocket PC can only run slimmed down versions of programs like Excel, which means many application features like macros won't work.

For the enterprise user, however, the single greatest drawback to current handheld technology is the incompatibility of handheld OS's with the vast majority of the existing enterprise software applications.This problem is further compounded by companies' need to depend on custom-designed software, which requires extensive expense and effort to adapt for use on a handheld – so that units which retail for hundreds of dollars can end up costing companies thousands in terms of IT costs. This disconnect limits PDA functionality for enterprise users. The bottom line: even when augmented with wireless modem capabilities, handhelds cannot really meet many of the routine demands an enterprise user places on a PC or a laptop.

The limitations of PDAs for mobile computing and enterprise use have largely been regarded as a software issue. Microsoft launched an ad campaign titled, "software matters." Oracle has positioned itself as a 'one-stop shop' for enterprise needs.[1] However, industry analysts predict the future of enterprise solutions lies with the systems that support collaborative inter-enterprise activity.

Ultimately, today's enterprise users are forced to compromise the functionality they need by working with devices never built for such purposes. Only a minimal subset of features on the device are employed, and enterprise users must divide their tasks between a handheld and laptop. The combination of incompatible software, multiple operating systems, and restricted handheld capability limits the mobile enterprise from the outset.

**A Word on Laptops**

Laptops are getting ever smaller and ever lighter, a process which helps offset the software/IT issues still unsolved by handhelds. It is easier than ever before for enterprise workers to carry machines around that are loaded with legacy software applications, have high-resolution screens and can open attachments and access e-mail remotely and wirelessly. Still, there is one common enterprise demand as yet unmet by even the

smallest laptop: it cannot truly be used while walking – and when frequent movement is called for, it is far less easy to deal with a laptop than with a handheld-sized device. For workers in hospitals, factories, or for those in the field, such as claims processors, the handheld form factor is clearly superior – and yet remains less functional than a laptop. The only existing proposed solution to this problem is the Webpad, or Tablet PC – but the device has remained hampered by handwriting-recognition and other problems, and it too is still significantly larger than a handheld.

**Enterprise Demand for Mobile Computing**

While growth in the PDA space initially occurred in the individual consumer market, business and enterprise use of handhelds is growing and is expected to increase. In 2000, $2.3 billion was spent on the PDA market, with 8.9 million units shipped. Analysts predict 2005 will bring $6.6 billion in spending with 39 million units shipped.[2] The same Aberdeen Group report predicts the "PDA market will grow at 30% CAGR (Compound Annual Growth Rate), fueled chiefly by enterprise purchases," presenting an opportunity for "enterprise-focused suppliers to assume a leadership role in the PDA marketplace as more enterprises look to deploy handheld computing solutions."[3]

**The eightythree Solution**

The industry has largely regarded handheld computing capability as a software issue. That is, it has accepted dual-form-factor enterprise mobility: there will be laptops and there will be PDA-based handhelds, and it is modifications in software that will bridge the gap. The major problems with this are that PC applications have such a tremendous head start, and most handheld applications aren't designed for the enterprise. The bottom line is: PDAs cannot run all the applications the enterprise requires and laptops lack the full mobility of a handheld.

Part of the reason for this software orientation is the extreme engineering problems involved in building a handheld that has the functionality of a desktop PC: screen resolution, processing power, battery life, heat dissipation, etc. Until now, these have been insurmountable challenges.

Tiqit, however, realized that if these technical challenges could be met, then a massive, still-untapped need in the enterprise for true mobile computing could be addressed. So Tiqit designers opted to re-examine the insurmountable and approached the issue as a hardware problem, setting out to build a PDA with the functionality of a PC that would solve enterprise needs now.

The goal was not a concept device – this unit had to be powerful, practical and producible right away. Tiqit also designed its device specifically for the enterprise, incorporating features and functionality that would add value to companies and their workers: e.g., multiple standard-use ports, multiple OS capability, good battery life, etc. Using cutting-edge but available components, the eightythree was created. The result is the first handheld mobile computing device that has the full power of an x86 PC and can be used while walking.

How eightythree benefits the enterprise is clear. Workers gain increased mobility and function with a single device, and companies can dramatically reduce their total cost of ownership (TCO). Possessing the storage capacity and processing power to drive the extension of many software services to areas formerly unreachable, the eightythree also has the flexibility to take advantage of all the software and hardware extensions available in the mainstream PC market. Moving an existing industry application onto the eightythree is no different from installing that software on a desktop or a laptop.

The eightythree meets the mobile needs of enterprise customers and moves ahead of the competition. Tiqit has created a product that opens up an entirely new growth market, and Tiqit's patent-pending technology and significant time-to-market advantage make the time right for immediate production.

[1] Aberdeen Group, "SAP: The Once and Future King" June 29, 2001

[2] PDAs in the Enterprise: Analyzing Supplier Viability by Isaac Ro, David Wright and Chris Fletcher; Sept 19, 2001. AberdeenGroup

[3] Ibid

© 2000-2002 Tiqit Computers, Inc.

Contact: Michael Clarke
(650) 802-8171 ext. 8
eightythree@tiqit.com

Download

# TIQIT EIGHTYTHREE TO MAKE U.S. DEBUT

***- Handheld Windows XP PC begins "hands-on" tour -***

**Redwood City, Calif. – May 13, 2002 –** Tiqit Computers announced that it is giving mobile technology users, media, and analysts the opportunity to have a hands-on demonstration of fully-functioning pre-production models of the "eightythree" during its United States tour, beginning May 14-16 at the Planet PDA technology show in Boston. The eightythree is the first handheld PC capable of running Windows XP or any other desktop operating system. It debuted in March at CeBIT 2002 in Hannover, Germany. Tiqit estimates the eightythree will be available for purchase in Q4, 2002 at a price comparable to a laptop computer.

Tiqit's eightythree handheld computer is unique in its ability to run desktop operating systems such as Windows XP (or 2000/ME/98), Linux or UNIX. Because of this, the Tiqit eightythree can utilize a much larger and more powerful range of application software than any other handheld in existence. Software development time and expense for customized mobile enterprise applications is reduced or eliminated entirely. Corporations can save money and increase reliability of a mobile deployment by consolidating handheld and desktop operating systems and software into a single platform. They can also reduce capital expenditures by having fewer separate computing devices per employee and lower the Total Cost of Ownership (TCO) for these devices by virtue of the simplified IT support.

"The eightythree is the logical next step in the evolution of the mobile PC," said Ian Blasch, CEO, Tiqit Computers. "It was designed to give mobile workers a handheld device that could run desktop corporate software in the field, such as office applications, field force automation, or Enterprise Resource Planning. Since it is a full PC running Windows XP and not an ordinary handheld, the eightythree frees the mobile enterprise from the need for a wireless carrier and middleware server to access databases or run full-fledged applications on a handheld device."

Tiqit is demonstrating the eightythree at several locations around the US in the coming months. Some major upcoming appearances are: May 14-16 at the Planet PDA technology show in Boston; May 19-22 at Go Mobile in Naples, Florida; and May 18-21 in New York City. More details about the eightythree's tour schedule can be found on the company's web site, www.tiqit.com.

The eightythree's CPU is the National Semiconductor Geode SC2200 system-on-a-chip (SoC) at 300 MHz. This is coupled with 256 MB of RAM and a 10 GB hard drive. The 4" high-resolution TFT screen allows for viewing the complete Windows desktop in full color. While running any Windows OS, the eightythree easily handles all the software applications typically used on a laptop PC, including Microsoft Office, Outlook e-mail with the ability to view attachments such as PDF files, full Internet Explorer web browsing with plug-ins, digital audio and video playback, and other enterprise applications.

"National's Geode processor is ideally suited for a handheld product such as Tiqit's eightythree, where cost, size, heat and battery life are all important considerations," said Jeff Waters, Director of the Consumer Access Business Unit at National Semiconductor. "Tiqit Computers has shown exceptional innovation and technical execution with their design, and we look forward to supporting the eightythree through mass production."

At only 19 ounces and a mere 5.9" long by 4" wide by 1.1" thick, eightythree is far more portable than laptop PCs that run the same software. However, unlike a laptop PC, the eightythree can also be used while standing and walking, as a result of its handheld form factor and user interface. For input, the eightythree has a thumb keyboard, a touchstick mouse with left and right mouse buttons, and a touchscreen with natural handwriting recognition. The unit's high-density lithium-ion battery allows more than four hours of constant use.

"Our goal was to engineer a practical and useful handheld device that incorporates all of the power, flexibility and features of a standard laptop PC, but in a much smaller size," said Henry Berg, President, Tiqit Computers. "A great deal of design effort went into the physical user interface, as well as into optimizing the eightythree's connectivity and expandability for the usage profile of the enterprise worker. As time and technology advances, Tiqit's x86-based handheld designs will only continue to get smaller, lighter, and more powerful."

The eightythree has several standard interfaces for connectivity and expansion, including: a 16/32-bit PCMCIA (Cardbus) Type II PC Card slot (for wireless networking), a Secure Digital (SD) slot, a USB connector, stereo headphones, and mono earbud with microphone. The eightythree's multi-function high-density connector allows connections to a variety of external devices via customizable adapters: high-resolution video output for driving digital projectors or external monitors, RS232-serial, an additional USB port, and stereo line in and line out.

**Tiqit - Tiny ubiQuitous Technology – Computers is a highly-focused design firm dedicated to developing a new class of x86-based handheld computers that meet today's enterprise mobile**

**computing needs. As such, Tiqit is not selling the eightythree directly, but is currently seeking an OEM partnership for branding and mass production of the device. Tiqit has significant experience in the field of handheld x86 devices, having built and tested a previous generation of the eightythree from August 2000 to August 2001. The company's first product, the Matchbox PC, is recognized by the Guinness Book of World Records as the world's smallest webserver. http://www.tiqit.com. Tiqit may be contacted by phone to arrange a demonstration or request more information, at (650) 802-8171 extension 8, or by email at eightythree@tiqit.com.**

---

© 2000-2002 Tiqit Computers, Inc.

Contact: Michael Clarke
(650) 802-8171 ext. 8
eightythree@tiqit.com

# FIRST HANDHELD COMPUTER THAT RUNS WINDOWS, LINUX OR UNIX OPERATING SYSTEM TO BE UNVEILED AT CeBIT BY TIQIT COMPUTERS

***- eightythree Has The Full Power Of A Desktop,
But Can Be Used While Walking –***

**Redwood City, Calif. - March 07, 2002** – eightythree, the first computer you can use while walking that combines the portability of a handheld with the functionality and software compatibility of a Windows/Linux/UNIX PC, will be unveiled at the opening of CeBIT next week by Tiqit Computers. Previously considered impossible to engineer, let alone mass-produce, the eightythree is not a concept product. Instead, Tiqit has built a fully functioning x86 handheld device out of cutting-edge but available parts, designed specifically for enterprise use and immediate production. CeBIT, the world's largest telecommunications and IT conference, will be held in Hannover, Germany from March 13 - 20.

eightythree offers clear benefits to the enterprise community. Workers gain increased mobility and function with a device that allows them to depend on a single operating system, and companies can dramatically reduce their total cost of ownership. Possessing the storage capacity and processing power to enable the extension of many software services to areas formerly unreachable, the eightythree also has the flexibility of using all of the software and hardware extensions currently available in the mainstream PC market.

"This product will greatly accelerate adoption and use of handhelds in the enterprise," said Ian Blasch, CEO, Tiqit Computers. "It uses standard operating systems – Windows XP, Linux or UNIX – and is compatible with all associated applications, including legacy software. Almost anything you can do on a laptop or PC, you can do on eightythree – only it is smaller and more mobile."

"Mobile workers like claims adjusters, salespeople, factory personnel or medical professionals could immediately benefit from having the power of a desktop that fits in their hands," continued Henry Berg, President, Tiqit Computers. "It is supremely compatible as a hardware device – it has all the standard ports, an SMS keyboard and the best resolution screen on the market, not to mention good battery life."

The eightythree form factor is 5.4" long, 4"wide, 1.1" thin and weighs just 20 ounces. It is the size of a large PDA, has laptop-quality screen resolution, SMS keyboard, thumb-operated micro joystick with mouse buttons, touchscreen, a cardbus PC card slot to support all standard wireless modems, a USB port, a Secure Digital (SD) slot and internal speaker. Therefore, it connects with other standard devices, from digital cameras to bar code scanners to docking stations. On the software end, it incorporates all the applications you would find on a laptop or PDA, including voice communication, e-mail, web access, PIM, enterprise applications and the ability to download attachments.

In terms of components, eightythree's CPU is the National Semiconductor Geode, 266-300 MHz, RAM is 128MB or 256MB, and there is a 10GB hard drive. The screen is a 4" 640X480 TFT (18-bit color) with touchscreen and backlight. The external monitor displays up to 1280x1024 at 75Hz, 1024x768 at 85Hz. eightythree is powered by an internal lithium ion rechargeable battery.

Tiqit - Tiny ubiQuitous Technology – Computers is dedicated to developing a new class of x86-based handheld computers that meet today's enterprise mobile computing needs. From existing parts, Tiqit created the world's first fully operational handheld PC, the eightythree (patent pending), which gives workers the power to use company applications and legacy software in a truly mobile platform that can support a full Windows, Linux or UNIX OS. Tiqit built and tested the first generation of the eightythree from August 2000 to August 2001. The company's first product, the Matchbox PC, is recognized by the Guinness Book of World Records as the world's smallest webserver.

© 2000-2002 Tiqit Computers, Inc.

TIQIT

Home About Us eightythree Matchbox PC News & Events Contact Us

News & Events

Press Releases

May 13, 2002

March 7, 2002

News Articles

> Tour Schedule



October 21-24, 2002
**Microsoft Windows Embedded DevCon**
The Venetian Resort Hotel - Las Vegas, NV
This developer's conference is primarily focused on the latest embedded technologies through numerous breakout sessions and hands-on labs.

October 21, 2002
**Pocket PC Summit**
"The Tiqit eightythree Handheld PC and the Future of Handheld Computing" presentation at 3:00 pm
The Renaissance Hotel - Hollywood, CA
In this conference presentation, Tiqit Computers explores the benefits of building a handheld computer that supports desktop operating systems and software. The Pocket PC Summit is the first trade show and conference dedicated exclusively to the Pocket PC.

October 5-6, 2002
**GadgetFEST**
The Tech Museum of Innovation - San Jose, CA
As part of the museum's grand reopening weekend, GadgetFEST features the latest consumer gadgets, medical devices, and new products coming down the R&D highway.

October 1, 2002
**Microsoft Windows Embedded Technical Seminar**
Microsoft Silicon Valley Conference Center - Mountain View, CA
Microsoft presents the newest innovations in the embedded world. The seminar consists of technical demonstrations with partner exhibitions.

September 12-13, 2002
**The Council on Licensure, Enforcement and Regulation (CLEAR)**
Bally's Hotel - Las Vegas, NV
CLEAR's annual conference offers a wide variety of sessions designed to meet the needs of all licensing community members, including board members, administrators, enforcement and investigative staff.

September 10, 2002
**Interop Conference at COMDEX Atlanta**
"The Quest for the Ideal Mobile Communicator" session within the eMobility track at 3:30 pm
Georgia World Congress Center - Atlanta, GA
Ian Blasch, CEO of Tiqit Computers, speaks in a popular eMobility session that explores the latest in mobile communications products. COMDEX Atlanta 2002 is the East Coast's premier technology event that delivers educational conferences and technology demonstrations to IT professionals.

September 8-10, 2002
**The 2nd National Semiconductor Executive Summit**
"Powering Mobile Information"
The Ritz-Carlton - Laguna Niguel Dana Point, CA

June 27, 2002
**KGO Newstalk AM810 - Ronn Owens Radio Show**
San Francisco Bay Area
Original airdate: June 27, 2002 at 9 am - 12 pm PST
Gadget guru Ron Rosberg discusses the Tiqit eightythree. With a half-million devoted listeners, Ronn Owens hosts a highly rated morning talk show in Northern California.

June 5, 2002
**TechTV - The Screen Savers**
"See the World's Smallest PC"

Original airdate: June 5 at 7 pm EST
Vaughan Pratt and Henry Berg of Tiqit Computers visit the show to demonstrate Tiqit's product, the eightythree, a 19-ounce Windows XP computer you can hold in your hand. TechTV is the only 24-hour cable television network dedicated to showcasing the impact technology has on our everyday lives and the world at large.

May 19-22, 2002
**Go Mobile Spring**
Registry Resort - Naples, FL
Sponsored by Mobile Insights, Go Mobile focuses entirely on the mobile and wireless industry.

May 18-21, 2002
**Compact-Impact presented by TKNY**
New York, NY
The Tiqit eightythree was selected for the Best of Compact-Impact Products. Compact-Impact showcases the latest in urban lifestyle technology.

May 14-16, 2002
**Planet PDA**
Seaport Hotel & Boston World Trade Center - Boston, MA
The U.S. debut of the Tiqit eightythree at Planet PDA 2002 - the 2nd Global Summit on Enterprise & Custom Volume Handheld Computing Solutions.

May 13-16, 2002
**O'Reilly Emerging Technology Conference**
Westin Santa Clara - Santa Clara, CA

April 30-May 2, 2002
**Fire Dept. Instructors Conference (FDIC) West**
Sacramento Convention Center - Sacramento, CA
The Tiqit eightythree was on exhibit with the Redwood City Fire Dept. FDIC is the premier fire and emergency service conference and trade show.

April 4, 2002
**SDForum Wireless and Security SIGs**
Openwave Systems - Redwood City, CA
A Tiqit presentation followed by a hands-on demonstration of the Tiqit eightythree. The non-profit Software Development Forum (SDForum) is the premier Silicon Valley organization connecting software professionals, entrepreneurs, venture capitalists, industry experts and major technology companies.

March 13-20, 2002
**CeBIT**
Hannover Exhibition Center - Hannover, Germany
The World Premiere of the Tiqit eightythree at CeBIT. CeBIT is the world's largest and most influential information and communications technology tradeshow. The 7-day expo attracts nearly 800,000 attendees from 100 countries, and showcases almost 8,000 exhibitors from 63 countries.

---

© 2000-2002 Tiqit Computers, Inc.

Products - Wireless - 802.11b - model MA401

# 802.11b Wireless PC Card

Demo

Pricing and Availability

datasheet PDF

Support

Places to Buy

Are you ready to
Configure your network?

key features

- Wireless connectivity at 11 Mbps
- Reliable, 802.11b standards-based networking
- 128-bit WEP encryption security
- Supports Win95/98/Me/NT/2000
- 5 year limited warranty

NETGEAR's MA401 802.11b Wireless PC Card gives you total freedom: it allows you to stay continuously connected to your Local Area Network without any wires. Roam freely throughout your office from one access point to another and continue to send and receive e-mail and use other network resources, such as files and printers, at 11 Mbps speed. Quickly and effortlessly network your employees, including those in remotely located offices in your building, minus the time and expense of Ethernet cabling. Standards-based 802.11b technology and 128-bit Wired Equivalent Privacy (WEP) encryption provide your network with the highest level of reliability and privacy. Designed for PCs running Windows 95, 98, Me, NT, and 2000, the MA401 performs with a wide range of wireless Internet services available in airports and hotels, and supports the vast majority of notebook PCs.

ADEPT
Provides continuous access to corporate resources and e-mail, and lets you share your cable/DSL connection: all at a high-speed 11 Mbps.

SECURE
Includes 40-bit and 128-bit WEP encryption to afford your wireless network the maximum level of privacy.

EASYGOING
Has Plug and Play support for Windows 95/98/Me/NT/2000 operating systems and is compatible with the vast majority of notebook PCs.

DEPENDABLE
Developed with reliable 802.11b standards-based technology and comes with a 5-year limited warranty.

Technical Specifications

| | | |
|---|---|---|
| Radio Data Rate | 1, 2, 5.5, 11 Mbps (Auto rate capable) | |
| Frequency | 2.4 GHz to 2.5 GHz Direct Sequence Spread Spectrum (DSSS) | |
| Range | outdoor environment | indoor environment |
| | 1 Mbps - 1650 ft (503 m) | 1 Mbps - 500 ft (152 m) |
| | 2 Mbps - 1320 ft (402 m) | 2 Mbps - 400 ft (122 m) |
| | 5.5 Mbps - 1155 ft (352 m) | 5.5 Mbps - 270 ft (82 m) |
| | 11 Mbps - 835 ft (255 m) | 11 Mbps - 175 ft (53 m) |
| Encryption | 40- bit (64- bit) WEP encryption<br>128- bit WEP encryption | |
| Maximum Computers/ network | Limited by the amount of packets generated by each node;<br>typically 30 to 70 | |
| Bus interface | PCMCIA Type II PC Card | |

| | |
|---|---|
| Drivers | Microsoft Windows 95B, 98, NT, 2000, Millennium |
| Dimensions | L: 85 mm (3.3 in)<br>W: 54 mm (2.1 in)<br>H: 5 mm (0.2 in) |
| Weight | 43.4 g (1.6oz) |
| Status LEDs | Wireless Activity |
| Power Adapter | 5Vdc, 1.0A (customized power plug for individual countries) |
| Environmental Specifications | Operating temperature: 0 to 55°C<br>Operating humidity: 10 to 90%, noncondensing |
| Electromagnetic Compliance | FCC Part 15 Class B |
| Warranty Limited | 5- year warranty |



Copyright © 1998-2002 NETGEAR™ | Contact Us | NETGEAR Home

Select Product

Ultra-easy and affordable Internet Sharing and Networking solutions for your home and office

Products - Wireless - 802.11b - model MA401

Model MA401
802.11b Wireless PC Card

# 802.11b Wireless PC Card

Learn

Buy

Are you ready to
Configure your network?

## Key features

Wireless connectivity at 11 Mbps
Reliable, 802.11b standards-based networking
128-bit WEP encryption security
Supports Win95/98/Me/NT/2000
5 year limited warranty

Home | About | Products | Where to Buy | Support | News & Events | Partners | Configure Your Network USA/Canada

Copyright © 1998-2002 NETGEAR™ | Contact Us | NETGEAR Home

# AOL Instant Messenger

AIM Home
Get AIM
International
Community
Feedback
Help / FAQs
AIM Wireless

## Get AIM for Windows CE

**Updated 20 September 00**

**Free AOL Instant Messenger (AIM) for Windows CE/Pocket PC - Available Now!**

**AOL Instant Messenger (sm) v2.0 for Windows CE/Pocket PC - GET IT NOW** (5.63 MB)
**New Users Click Here!**

### All New AOL Instant Messenger for Windows CE/Pocket PC




AIM for Windows CE/Pocket PC makes it easy for busy people to connect instantly with friends and family no matter where they are. With the new AIM 2.0 for Windows CE/Pocket PC you can use AIM wherever you are to:

- Send instant messages wherever you are.
- Customize the appearance of your messages.
- Communicate with multiple people simultaneously.
- Access your personal buddy list from anywhere.
- Get news headlines and stock quotes.
- Show others how you really feel with smileys.

Current AIM Users Click Here!

**GET IT NOW!**

New Users Click Here!

**REGISTER!**







### What You Need

Installation and use of AOL Instant Messenger for Windows CE/Pocket PC is similar to the desktop AIM.

All you need to get started is:

- A Windows CE or Pocket PC running Windows CE OS 2.11 or above or Pocket PC
- A Compact Flash modem, LAN Card, or cell phone connection to your Windows CE or Pocket PC device
- An Internet account

Windows CE 2.0 users will need to download AIM 1.0 for Windows CE. Click Here to get AIM 1.0 for Windows CE.

## Easy Download

Downloading and installing AIM for Windows CE/Pocket PC is easy. Just download the aim.exe file to your desktop PC. Double-click on the file, follow the instructions, and it will automatically install AIM on your device during the next ActiveSync session.

GET IT NOW! (5.63 MB)

AOL members can access e-mail with the AOL Mail 1.0 for Windows CE/Pocket PC. Click here for more information.

## Get Help Using AIM for Windows CE/Pocket PC

- Download Instructions
- Questions & Answers
- Forgot Your Password?
- AOL Anywhere

© 2001 America Online, Inc. All rights reserved. Legal Notices | Privacy Policy

TechSmith® Products > Camtasia | SnagIt | DubIt | Developer Tools

BUY NOW! | REGISTER | UPGRADES | SUPPORT | SEARCH | DEUTSCH

www.techsmith.com > Default.asp

- Downloads
- Buy Now
- Free Trials
- Press Room
- Partners & Programs
- Community
- About TechSmith
- Contact Us

# Capture!

*From Your Screen To The World.*

- Looking for a way to capture images off of a web site or a desktop application?
- Want to create game shots of your favorite DirectX games?
- Want to create a tutorial of proprietary software to train your staff?
- Need to add voice to your AVI's?

TechSmith's capture tools let you grab, edit, and transform images, text, video and voice. Getting started is as easy as pressing a hotkey.

TechSmith's Developer Tools include toolkits and tips that make it easy to add screen capture and recording to Windows applications for training, technical support, desktop monitoring, documentation, and much more.

**Capture the moment!**

Announcing SnagIt 6.0.2!

TechSmith SnagIt

**Capture the action!**

Announcing Camtasia 3.0.1!

TechSmith Camtasia

Example Videos

TSCC Codec Download

**Add and edit voice!**

TechSmith DubIt

Tell Me More

**For Developers:**

TechSmith Camtasia Screen Recorder SDK

Tell Me More

Certified for Window

Designe for Window Media

QuickTime

RealNetw Logo



Become an International Distributor

### Latest News

March 28 Check out the latest Features of the Week:
SnagIt -- Text Capture
Camtasia -- AVI Codec Comparison

March 19 SnagIt Deployed at 2,000 Federal, State and Local Government Organizations including U.S. Justice Department, Census Bureau, FBI, Federal Reserve Board, Patent & Trademark Office and Postal Service.
Complete Story

View a complete Archive of TechSmith news and awards .

**Send this page to a friend!**

TechSmith Home | Mailing List

Web site questions and comments to TechSmith webmaster

Copyright 1995-2002 TechSmith Corporation. All Rights Reserved.
TechSmith, SnagIt, Camtasia and Foray are registered trademarks of TechSmith Corporation.
DubIt and the Camtasia Screen Recorder SDK are trademarks of TechSmith Corporation.

Last updated 26Mar2002 by JLK

[Register now](#)
[Get more information](#)
[Log in](#)

# Welcome to Hubbub

Hubbub on a PC

**Hubbub is similar to an instant messenger, but it's more about feeling connected to your buddies all the time, even when you're not interacting. It makes use of sounds to let you hear people in the background so you know when someone is there.** Here are three things that make it different from what you may have seen before.

## 1 Hear a Tune And Know Who's There

Everyone chooses a **Sound ID** (a few notes from a song) that is like their name. Here's one from the song The Entertainer (click the note to play it): Each time someone becomes *active* on their computer, you hear their Sound ID (unless you turn it off). That might remind you of something you wanted to ask them, or maybe it'll just make you feel more connected to them.

## 2 Send Sound Instant Messages

Sound Instant Messages are short strings of notes that have meaning, like these (click to hear them): So once you learn the sounds, you can get a message and not even have to look up -- you know who it's from and what they're saying. And you can respond with one click or tap.

**Hubbub on a PC**

Hubbub on a Palm

## 3 Stay Connected When You Move Around

Hubbub runs on a PC and wireless Palm*. **You can be logged into Hubbub from as many places as you want at the same time.** As soon as you become active on a new machine, **messages "follow you" there** -- without logging in each time. Plus, everyone can see where you are (unless you don't want them to).

* Hubbub runs on a Palm V or III with a Minstrel modem, like the kind you get from [Omnisky](#).

So... **Hubbub is about staying connected to people and feeling part of a group, whether you're interacting or not.** There are other features to help you get a sense of other people's comings and goings, and to help you stay closely in sync when you are in a conversation. So even if you work from home, you'll feel part of the group, and even when you're away from home, you'll feel connected to your family and friends.

**Hubbub on a Palm**

One last thing... **Hubbub is a research prototype, not a fully supported product.** We are releasing it to learn more about its use among a broader community outside AT&T. We encourage you to try it and give feedback.

Ready to give it a try? [Register now.](#)
Want more info? [Read more.](#)
Already a Hubbub user? [Log in.](#)

AT&T

Sign up for Hubbub

Hubbub on a Palm

**Hubbub on a Palm**

Hubbub on a PC

**Hubbub on a PC**

# Information

Hubbub is an instant messenger that runs on your PC and your Palm V or III with a wireless modem. The following are the requirements for running Hubbub and its main features.

## Requirements

Note: You do *not* have to have both the PC and Palm versions. You can run either one or both.

- Palm Hubbub:
  - Palm V, Vx, III, or IIIx, or the Kyocera Smartphone.
  - Minstrel wireless modem for the Palms, such as that sold by Omnisky.
- PC Hubbub:
  - PC running Windows 95, 98, 2000, or NT
  - Any sound card

## Features

- Awareness
  - You can see and hear when each "bub" logs in or becomes active on a computer after being idle for more than 5 minutes.
  - You can identify by sound *who* has become active. Each bub has a "Sound ID" or song rif that is like their name. (You choose one when you sign up.) Each time a bub becomes active, their Sound ID plays, so you can tell who became active without looking. A footer also appears so you can see who it was, if you don't recognize the Sound ID.
  - You can see how actively each bub is using their computer within the last 15 seconds, so you know if they're really there.
  - You can see how long each bub has been active or idle and from what location.
  - You can type a custom message to indicate to others where you are.
  - When exchanging text messages with someone, you can see if they are typing, focused, or not focused in that window.
- Sound and text messages
  - Hubbub has 14 "Sound Instant Messages" that are short sequences of notes with meaning. You can send someone a sound message to say "hi" and you can integrate them into your text messages. The messages are: Hi, Bye, Talk?, Busy, Ready, Yes, No, OK, Cool, LOL (Laugh Out Loud), Bummer, Thanks, No Problem, and BRB (Be Right Back).
  - Like all instant messengers, you can send each other text messages that appear instantly on the other person's screen
  - Sound and text messages are preceded by the person's Sound ID, so you know who's sending you the message. (But only if they haven't just sent you a message.)
- Access anywhere
  - You can run Hubbub in as many places as you like. No need to log out of another location or log in to each new location. Just start it up and forget about it.
  - When someone sends you a message, it "finds" you on whatever device you're using. And you can just send a message to someone without worry about which location they're at.
  - Palm device always indicates the strength of your connection to the Internet, so if you leave a coverage area, you'll know right away
  - There is a mechanism to boost reliability of messages even if you or your conversation partner has a weak connection to the Internet.
  - On the Palm, you can send email wirelessly to bubs who are offline.
- Sound control

- You can Mute all of Hubbub or just "activity sounds" (the sounds that play when each person becomes active on a computer.
- You can turn on and off "activity sounds" for each bub, so you choose whose sounds you want to hear.

- Privacy control
  - You can decide who gets to list you as a bub in their Hubbub, and you can remove yourself from their list. In Hubbub, bub membership is symmetric, so if you have me, I have you. If you remove me, you're removed from my list. So no one can send you messages or observe you if you don't approve, even if you once gave them permission.
  - You can block any bub's access to information about your activity level and/or your location. So you can let someone send you messages, but not know where you are. And you can change your mind at any time.

- Easy to use
  - Hubbub was designed from the ground up to be simple to use. It was tested under real use conditions for many months and revised repeatedly to fix usability problems, all before it was released. Still, there is always room for improvement, so:
  - Hubbub has a built-in feedback mechanism. You can send us email from within Hubbub. The Help menu has a Send Feedback item that will send mail to us with your message. Please use it!

## Caveats

Hubbub is a research prototype, not a fully supported product. We are releasing it to learn more about its use among a broader community outside AT&T. We encourage you to try it and give feedback. If you encounter bugs or usability problems or have suggestions for features, please send us a note at hubbub@uidesigns.com. Occasionally we may send out upgrades that address these problems.

Also, please note that all activity on Hubbub is being logged for research purposes only. We may develop aggregate statistics on usage (e.g. how many users logged on per day, how many messages were sent per day, the number of users per country), which we may share with potential partners. However, we will never share any data that could identify you with anyone outside the Research division of AT&T Labs. We may select anonymous quotes for research papers only, again without revealing your identity.

Ready to give it a try? Sign up now.
Need still more information? Drop us a line at hubbub@uidesigns.com.

COMPUSA.com WHERE AMERICA BUYS TECHNOLOGY
MY ACCOUNT: LOG ON | CREATE | ORDER STATUS | TERMS AND CONDITIONS
You have 0 item(s) in your Subtotal: $0.00 View Cart
Search

Apple
Accessories
Computers
Digital Cameras
Electronics
Gaming
Monitors
Movies
Networking
Notebooks
PDAs
Printers
Software
Scanners
Upgrades
All Categories

Business Sales
Build Your Own
Premiere Buys
HP Printer Supplies
Game Fixx
Clearance
Auctions
Download Store
Showcases
Rebates

Training
Tech Services
Repairs
Upgrades
Installation
Service Plans
IT Staffing

E-Mail Offers
Find out about our hottest offers first!
Join Today!
Click Here!

VERIFIED by VISA learn more

Home » PDAs

## Pocket PC e740



| | |
|---|---|
| Manufacturer: | Toshiba |
| Mfg Part #: | **PA3170U-3P05** |
| Product Number: | 293711 |
| **In-Store Price:** | **$599.99** |
| | Add to cart to see price. |
| **Internet Price:** | ~~**$599.99**~~ |
| Usually Ships In: | 48 Hours |
| **Buy Online:** | ADD TO CART |
| **Find In-Store:** | Zip Code |

View Larger Image

Printable version
Email a friend

**-Extended Service Plans-**
Check the boxes of the items you wish to add to your purchase and then click 'Add To Cart'.

- 1 Year Carry-In/Replacement, PDA
Price: $69.99 More info
- 2 Year Carry-In/Replacement, PDA
Price: $99.99 More info

Everything you need for your PDA... Click here for accessories

INFORMATION

**(Based on manufacturer's information)**

**Committed to Mobile Productivity!**

Packaged in a sleek, silver design, the Toshiba Pocket PC e740 answers the call from the mobile users who desire a PDA that keeps them moving forward. With integrated wireless connectivity, dual expansion slots, and a suite of productivity accessories, the Toshiba Pocket PC e740 is mobile computing at its finest.

Featuring:

- With integrated Wi-Fi (IEEE 802.11b) wireless connectivity, the Toshiba Pocket PC e740 powered by Microsoft® Windows® offers the flexibility you need to easily check e-mail, view files from the company network and surf the Web without the hassle of cords or cables.
- Astonishing performance right in your hand, the Toshiba Pocket PC e740 includes built-in Secure Digital™ and CompactFlash™ II expansion slots, perfect for adding additional memory, Bluetooth™ connectivity and GPS capabilities, and an optional high capacity battery for working on multimedia applications or listening to your favorite MP3 files while on a long flight.
- With quick synchronization of e-mail, data files and contact information, the Toshiba Pocket PC e740 is the ultimate handheld device to quickly access vital data while in a business meeting or on a long road trip.
- A sleek and lightweight presentation tool, the Toshiba Pocket PC e740 features an optional Expansion Pack for easy connectivity to a projector or monitor.
- The Toshiba Pocket PC e740 illustrates Toshiba's commitment to develop mobile productivity devices with feature-rich applications and wireless connectivity

for work and play anytime, anywhere.

This model includes a built-in microphone and a built-in speaker.

| | |
|---|---|
| Processor: | Intel® XScale 400MHz |
| Operating System: | Microsoft® Pocket PC 2002 |
| Input Method: | Stylus<br>Touchscreen |
| Installed Memory: | 64 MB |
| Installed ROM: | 32 MB |
| Display Resolution: | 240 x 320 |
| Backlit Display: | Yes |
| Color Depth: | 65,536 Colors (16-bit) |
| Connectors: | (1) Serial - Infrared (IrDA-SIR)<br>Audio - Headphone Out (1/8" Mini)<br>WiFi IEEE 802.11b |
| Slots: | (1) CompactFlash Card<br>Secure Digital (SD) |
| Power Options: | Rechargeable Battery |
| Included Software: | • Pocket Word<br>• Pocket Excel<br>• Pocket Outlook®<br>• Pocket Internet Explorer<br>• Microsoft® Reader 2.0 for Pocket PC<br>• Microsoft® Windows® Media Player 8 for Pocket PC<br>• File Explorer<br>• MSN Messenger<br>• Microsoft® Transcriber<br>• Microsoft® Active Sync 3.5<br>• Microsoft® Outlook 2002<br>• Adobe Acrobat® Reader® for Pocket PC |
| In the Box: | • Toshiba Pocket PC e740<br>• USB Cradle<br>• 10W AC Adapter<br>• 1 Stylus<br>• Soft Slip Case<br>• Quick Start Card<br>• Warranty Card |
| Height: | 0.6 in |
| Width: | 3.1 in |
| Depth: | 4.9 in |
| Weight: | 6.1 oz |
| Limited Warranty: | 1 Year (12 Months) |

Pricing and availability information is up-to-date as of 8/4/2002 8:40:54 AM. Listed prices are national prices, and actual retail prices may vary by market. Products are sold on a first come, first serve basis.










**Home** | **Ad Specials** | **Locations** | **Shops** | **Customer Service** | **All Categories** | **Careers** | **Site Map**
Have questions about an online order? Call 1-800-653-3831

We accept the **CompUSA Consumer Credit Card**, as well as Visa, Mastercard, Discover, American Express, and Diners Club. Copyright© 2002 CompUSA Management Company, All Rights Reserved. CompUSA is a registered service mark of CompUSA Management Company. Your use of this site is subject to these **Terms & Conditions**, and please read our **Privacy Statement**.

BELKIN

CONNECTING PEOPLE WITH TECHNOLOGY

Search: GO

Home View Cart Join / Log-In Track Your Order Advanced Search

Main

Select a different language

## F8Q1503 Driver

Description: Original Driver

**Release Date:** 6/28/2002

**Files:**

| Filename: | Size: |
|---|---|
| F8Q1503.EXE | 162.5 k |

**What's Inside Technical Publications**

- Home
- Consumer Systems
- Mobile Computing
- Scanners
- Wireless
- Special Operating Instructions
- Guestbook
- Comments
- Downloading Instructions

**Survey**
How do you rate the quality of Symbol´s Technical Manuals?

- Excellent
- Good
- Average
- Fair
- Poor

Submit

For additional comments fill out the Comments form.

View previous survey results.

# PPT 2800 Mobile Computer Manuals

2800

Get Info NOW

Links & more

- Data Sheet
- Graphics Library
- Get Acrobat Reader

## Pocket PC 2000

PPT 2800 Series Quick Reference Guide
*(Part Number: 72-52773-01 Rev. A)*
Quick Reference Guide for the PPT 2800 Series of mobile computers.
*(Download Size: 633 kB)*

PPT 2800 Series Quick Reference Guide Addendum
*(Part Number: 72-54658-01-01 Rev. A)*
This addendum describes WAN functionality for the PPT 2800 Quick Reference Guide part number 72-52773-01.
*(Download Size: 60 kB)*

PPT 2800 Product Reference Guide
*(Part Number: 72-50931-02 Rev. A)*
Product Reference Guide for the PPT 2800 Series of mobile computers.
*(Download Size: 3.0 MB)*

## Pocket PC 2002

PPT 2800 Series Quick Reference Guide for Pocket PC 2002
*(Part Number: 72-54893-01 Rev. B, December 2001)*
Quick Reference Guide for the PPT 2800 Series of mobile computers running the Pocket PC 20002 operating system.
*(Download Size: 633 kB)*

PPT 2800  Product Reference Guide for Pocket PC 2002
*(Part Number: 72-54894-02 Rev. A)*
Product Reference Guide for the PPT 2800 Series of mobile computers running the Pocket PC 20002 operating system.
*(Download Size: 3.0 MB)*

## Cradles

CRD 2X00-1000S Single Slot Serial/Charging Cradle Quick Reference Guide
*(Part Number 70-37807-02 Rev. C, November 2001)*
Quick Reference Guide for the CRD 2x00-1000S Single Slot Serial/Charging Cradle.
*(Download Size: 536 kB)*

CRD 2X00-1000M Single Slot Modem Cradle Quick Reference Guide

Case 6:13-cv-02959-JMC Date Filed 03/27/17 Entry Number 146-2 Page 229 of 419

*(Part Number 72-53313-01 Rev. A, July 2002)*
Quick Reference Guide for the CRD 2x00-1000M Single Slot Modem Cradle.
*(Download Size: 996 kB)*

CRD 2X00-4000S Four Slot Serial/Charging Cradle Quick Reference Guide
*(Part Number 72-53927-01 Rev. A, April 2002)*
Quick Reference Guide for the CRD 2x00-4000S Four Slot Serial/Chraging Cradle.
*(Download Size: 361 kB)*

CHX700-4000C Four Slot Charging Cradle Quick Reference Guide
*(Part Number 72-50367-01 Rev. B, March 2001)*
Quick Reference Guide for the CHX700-4000C Four Slot Chraging Cradle.
*(Download Size: 200 kB)*

CRD 2700-4000E Cradle Quick Reference Guide
*(Part Number 72-50357-01 Rev. A, January 2001)*
Quick Reference Guide for the 4-Slot Ethernet Cradle.
*(Download Size: 310 kB)*

VCD 1700 / 2700 Series Vehicle Cradle Quick Reference Guide
*(Part Number 72-42033-02 Rev. A, February 2001)*
Quick Reference Guide for the VCD 1700 / 2700 Vehicle Cradle.
*(Download Size: 265 kB)*

**Accesories**

MSR 3000 Magnetic Stripe Reader Quick Reference Guide
*(Part Number 72-38392-01 Rev. C, August 2001)*
Quick Reference Guide for MSR 3000 Magnetic Stripe Reader.
*(Download Size: 193 kB)*

MDM 3006 Modem Module Quick Reference Guide
*(Part Number 72-55338-02 Rev. A, July 2002)*
Quick Reference Guide for MDM 3006 Modem Module.
*(Download Size: 260 kB)*

TRG 3000 Trigger Handle Quick Reference Guide
*(Part Number 72-51422-01 Rev. B, October 2001)*
Quick Reference Guide for TRG 3000 Trigger Handle.
*(Download Size: 320 kB)*

VCA 3000 Auto Charger
*(Part Number 72-51938-01 Rev. A, April 2001)*
Quick Reference Guide for the VCA Charging Adapter.
*(Download Size: 200 kB)*

Keypad Module
*(Part Number 72-54733-01 Rev. A, October 2001)*
Quick Reference Guide for the Keypad Module.
*(Download Size: 317 kB)*

**Development Guides**

G18 GSM/GPRS Modem AT Command Set
*(Part Number 72E-57474-01 Rev. A, May 2002)*
AT Comamnd Set guide for the PPT 2800 terminal with a G18 GSM/GPRS modem.
*(Download Size: 1.6 MB)*

Send to a FRIEND


©2002 Symbol Technologies All Rights Reserved. Legal Privacy





## T302 - SnapNType

Using the SnapNType keyboard, you can write e-mails, notes and enter data into your iPAQ anytin anywhere! It is small, light and compact allowing yo to put it in your pocket. You can use it anywhere yo go; whether it be on the street, on a train, in a meeting, at a conference or lecture. The SnapNType is a truely portable keyboard for mobile professionals and students. With its flexible and compact design, no longer you need to find a flat surface before you type!



- Snaps on quickly and easily
- Fits your iPAQ handheld with or without expansion sleeves
- Feature buttons with tactile feedback and sized for quick thumb typing
- DC jack to charge your iPAQ while keyboard is connected
- Auto enable/disable ensuring maximum software compatibility
- Includes primary application and unique FaceBoard button
- No batteries required



Charge your iPAQ while using SnapNType.




Unique extended keyboard, the FaceBoard, for easy typing of extra symbols and e-mail smiley patterns!

COMPATIBLE WITH

iPAQ H3800 series

- H3835
- H3850
- H3870
- H3875

Download

T302 Software and Manual

Sell Sheet

Download T302 Sell Sheet

BACK

Field Software Products

Home

**Printing Utilities**
- PIEprint **NEW**
- PrintPocketCE
- PocketPixPrint
- PocketShot
- PocketClipPrint

+ + + + +

PrinterCE SDK for Software Developers

**Special Topics**
- Supported Printers
- Bluetooth Printing
- Network Printing

**Arcade Games**
- SockOut
- MazeCraze

**Contact Info**

# PocketShot

## A Screen Print Utility for the Pocket PC & Windows CE

***Now Prints in Color!!*** Version 1.6 Available See What's New

| | |
|---|---|
| **$14.95 - Buy Me Now!**<br><br>Download & install PocketShot for your device. When you make your purchase at "Buy Me Now" you will receive a Registration Code that permanently unlocks the evaluation mode.<br><br>Printers Supported by PocketShot | **Download Now...**<br>**Use Free for 30-days**<br>Version 1.6<br><br>**Download for Pocket PC**<br><br>Download for PsPC v2.11<br><br>Download for H/PC Pro and H/PC 2000 |
| <br><br><br>*We use PocketShot for all our Pocket PC screen grabs... We've tried several utilities, but this one's the best for ease of use and beautiful results.*<br>*DingBat - HandHeaven Review* | *PocketShot for Pocket PC is one of the most easy-to-use programs that I have ever encountered. Rating: Excellent!!*<br>*TUCOWS Review*<br><br>*I find PocketShot to be a utility that I will be using almost every day...*<br>*Rating: 5 of 5 Smileys!* *PocketPCMinds* |

**Free Upgrade to PocketShot v1.6:** If you purchased a previous version of PocketShot, you can upgrade to this latest version for free. Simply click on the Download link (above right) for your device, download the installer, and run it from your desktop to install the newest version. If you have any difficulties, please uninstall PocketShot from your device (Start menu -> Settings -> System Tab -> Remove Programs -> select "FieldSoftware PocketShot" and tap the "Remove" button then "Yes". Now try installing the new version again.

*Questions or problems? Email to techsupport@fieldsoftware.com*

### What is PocketShot?

PocketShot captures and prints out full-color snapshots of the Pocket PC or Windows CE display. Screen shots can be saved as BMP image files and printed to a wide variety of infrared and serial printers (click here for list of printers supported).

### Using PocketShot:

- Run PocketShot_Install.exe from your desktop to install to your device.
- On your device, select Start->Programs and tap on PocketShot. This takes you to the “Activation” dialog box.
- **Press any launch button to select** –You can select one of the PocketPC’s hardware buttons to be used to snap a screen shot. Press the actual button you wish to select for use. For HPC/Pro, you will not select a launch button but will instead tap on the camera icon in the traybar.
- **OK** – Hides PocketShot until you press the selected launch button or taskbar icon (see “Snapping a ScreenShot” below).
- **Quit** – Quits PocketShot and restores all hardware buttons to the normal state.

- An alternative way to activate PocketShot is to start PocketShot a second time from the Start menu… if PocketShot is already running it will snap a screen shot just as if you pressed an activation button.







**Snapping a Screen Shot:** When you press the selected launch button or tap on the camera icon in the traybar, PocketShot snaps a screen shot and displays the main PocketShot dialog box.

- On the right side of the window is a small representation of the screen shot that was snapped and is ready to be printed and/or saved.
- **Save as BMP to:** Check this to save the screen shot as a BMP file. The text box contains the filename to be used. Note: if you leave the checkbox checked, PocketShot will increment the filename and save a new copy of the screen shot each time.
- **Print:** Click on to print the screen snapshot when "Go" is pressed.
- **Print Size:** Select the size of the screen shot to be printed… 100% will print out approximately the same size as your PocketPC screen.
- **Go:** Begins printing process (unless you selected "Don't Print") and saves the screen shot as a BMP file if you checked "Save as BMP".
- **Options:** Brings up the "Activation" dialog box (see above) to let you review and change the activation button.
- **Quit:** Quits PocketShot and restores hardware buttons to normal state

**Printing Process:** When you press Go with a Print Size selected, you will see the **Printer Selection** dialog box (see below):

- **Quit:** Quits PocketShot and restores hardware buttons to normal state
- Select your printer and other options.
- **Start Printing** begins the printing process. If you are printing via the Infrared port, make sure your PocketPC's Infrared port is lined up with your printer's infrared port.
- **More Settings** brings up a dialog box with a variety of seldom needed printer settings you can change (see below)
- **Cancel Printing** bypasses the printing process and returns to PocketShot's "hiding" state – waiting for you to press the launch button again.

Network Printing on Pocket PC 2002

What Do The Printer Options Do?







**Printers Supported by PocketShot**

Developers: Interested in adding printing support to your Pocket PC programs? Check out FieldSoftware's *PrinterCE* ActiveX printing technology for PocketPC and Windows CE - available for C++, MFC/CE and eVB applications here!

**What's Inside Mobile Computers**
- Key-Based Computers
- Pen/Touch Computers
- Palm OS® Home
- Pocket PC
- Windows CE
- Wearable
- Scanning/Computing
- Stationary and Vehicle
- Mount Terminals
- Printers
- Accessories

## PPT 2800 Series Portable Pen Terminal



Buy NOW
Send to a FRIEND
Get Info NOW

Links & more
- Contact Symbol
- Acrobat® version
  - English
  - América Latina
  - Brazilian Portuguese
  - Chinese
  - Deutsch
  - Español
  - European English
  - Français
  - Italiano
  - Get Acrobat Reader
- Graphics Library
- Manuals
- SDK
- What is Pocket PC?
- Compare Pocket PC and Competitors
- What´s New
- Press Releases
- PC Magazine Product Review
- Microsoft/Symbol Alliance
- Trade Shows and Events

### A Pocket PC Device with Maximum Performance and Ruggedness

The PPT 2800 Series, a member of the newest family of Pocket PC-based terminals from Symbol Technologies, combines the strengths of the Pocket PC platform with productivity-enhancing features that include bar code scanning and real-time wireless communication options. Designed with today's mobile worker in mind, the rugged PPT 2800 Series is a productivity tool for business professionals, enabling the Power of Pocket PC to perform where and when it's needed.

### Simple, Reliable and Powerful

The Pocket PC platform offers a simple, fast user interface, extensive Internet browsing capabilities, and powerful overall performance, and the PPT 2800 Series transforms business activities, extending this familiar Windows-based platform from the traditional desktop setting to virtually anywhere. Symbol's rigorous quality requirements impart drop, sealing and temperature specifications that are unmatched by other Pocket PC devices. The rugged durability achieved allows the PPT 2800 to withstand the wear and tear of everyday use in any business environment, from the office to the warehouse.

With its fully integrated bar code scanning, Wireless Local Area Network (WLAN) or Wireless Wide Area Network (WWAN) communication and Pocket PC functionality, the PPT 2800 Series provides a complete, easy-to-use data management solution in a single device. Conveniently placed scan triggers and the ergonomic design of the PPT 2800 enable simple one-handed data capture operation, and a high resolution 1/4 VGA display with responsive touch-screen technology further enhance the product's ease of use.

The PPT 2800 Series utilizes the Intel® StrongARM SA 1110 processor, running at 206 MHz and comes with the processing power and memory capacity to meet any data or application need. It is fully compatible with 32-bit application development tools from Microsoft and third parties, and provides the standard PIM software and synchronization capabilities of the Pocket PC platform. An application-programming interface (API) from Symbol makes it simple to integrate bar code data capture and wireless communication into new or existing applications.

### Mobility Improves Performance

The rugged, feature-rich PPT 2800 product family helps increase productivity and efficiency in a host of industries. Warehouse personnel easily record inventory levels as shipments flow in and out. Service professionals can offer curbside check-in at hotels and more efficient table service at restaurants. Physicians and caregivers can access current patient records from anywhere in the hospital, while school administrators, teachers and staff can retrieve and update student records from anywhere on campus. The PPT 2800 can do it all, right down to mobilizing price checking and inventory tasks in retail environments as well as package tracking throughout the shipping pipeline. From field service and sales force automation to route accounting or office management, the PPT 2800 provides an ideal solution for mobile applications.

To find out how your business can benefit from Symbol's innovative products, contact any of the convenient locations listed on the back panel or visit us at www.symbol.com/mobile.

| Features | Benefits |
|---|---|
| Microsoft Pocket PC platform | Portable convenience and a familiar, flexible computing platform |
| Rugged construction–sealed to IP54 standards with 4 ft./1.2m drop to concrete | Operates in harsh environments |
| WLAN or WWAN communication | Anytime, anywhere information access |
| Symbol's miniature scan engine | High-performance scanning even in bright light |
| 64 MB RAM, 32 MB ROM | Ample memory capacity for data or program storage |
| 1/4 VGA display | Large, easy-to-read display |
| Rechargeable lithium-ion battery | Maximum usage between charges |
| IrDA port | Enables data transfer to peripherals such as printers |
| Supports foreign languages | The flexibility required to support applications worldwide |

## PPT 2800 Specification Highlights

| Physical Characteristics | |
|---|---|
| Dimensions: | 7" L x 3.625" W x 1" H/177.8 mm L x 92 mm W x 25.4 mm D |
| Weight (including battery): | 11.7 oz/333 gm (Batch Version)<br>12.9 oz/367 gm (Wireless Version) |
| Drop Specification: | 4 ft / 1.2 m to concrete |
| Display: | 1/4 VGA resolution (320 x 240 pixels) with 16-level grayscale, optional 64k color |
| Battery: | 1550 mAh rechargeable lithium-ion |
| Environmental Sealing: | IP54 (windblown dust and rain) |
| Operating Temperature: | -4° to 122° F/-20° to 50° C (or better depending upon the application) |
| Humidity: | 5% to 90% RH non-condensing |
| Electrostatic Discharge (ESD): | 8 kVdc air; 4 kVdc contact |
| **Performance Characteristics** | |
| CPU: | Intel SA 1110 @ 206 MHz Processor |
| Operating System: | Microsoft Pocket PC 2002 |
| Memory | 64 MB RAM/32 MB ROM |
| Application Development: | Fully compatible with Microsoft SDK for Pocket PCs, Symbol SDK available to support bar code scanning from http://devzone.symbol.com |
| Communications: | IrDA 1.1 |
| **Wireless Data Communications** | |
| Wireless Local Area Network: | Standards-based Spectrum24 IEEE 802.11 or 802.11b |
| Data Rate: | 2 Mbps and 11 Mpbs |
| Frequency Range: | Country dependent: typically 2.4-2.5 Ghz |
| Output Power: | 500 mW U.S.; 100 mW international |
| Antenna: | Internal |
| Wireless Wide Area Network | Optional CDPD, GSM or GPRS Network Connectivity |
| Antenna: | Internal (WLAN), External (WWAN) |

| Peripherals and Accessories | |
|---|---|
| Cradles: | 1 slot serial charge cradle; 4 slot Ethernet charge cradle; Vehicle cradle, 4-Slot serial cradle |
| Communication and Charging Cables: | DEX cable; auto-charge cable; serial/charge cable; printer cables |
| Magnetic Stripe Reader (MSR): | Snap-on serial connection swipe reader attachment |
| Keypad: | Snap-on serial connection 35-key keypad |
| Trigger handle: | Snap-on serial connection pistol-grip scan trigger |
| 4-Slot Universal Battery Charger (UBC): | Simultaneous charge of 1-4 batteries; requires adapters for PDT 8100 batteries |
| Other Accessories: | Snap-on land line modem; carrying case |

| Regulatory | |
|---|---|
| Electrical Safety: | Certified to UL1950, CSA C22.2 No. 950, EN60950/IEC950 |
| EMI/RFI: | FCC Part 15 Class B, ICES-003 Class B, European Union EMC Directive, Australian SMA |
| Laser Safety: | CDRH Class II, IEC Class 2 |
| Hazardous Locations: | Certified to UL 913 and CAN/CSA C22.2 no. 157 for use in Class I, Division 2, Groups A, B, C, D. |

codelogo

Specifications are subject to change without notice.

All product and company names are trademarks, service marks or registered trademarks of their respective owners.

For system, product or services availability and specific information within your country, please contact your local Symbol Technologies office or Business Partner.

Part No. PP28 Printed in USA 05/02 ©2002 Symbol Technologies, Inc.

Symbol is an ISO 9001 and ISO 9002 UKAS, RVC, and RAB Registered company, as scope definitions apply.

Send to a FRIEND


©2002 Symbol Technologies All Rights Reserved. Legal Privacy

Wi-Fi Alliance
press release

## Wi-Fi Certified Products Rocket To Over 500 In Four Months

*Wi-Fi Certification Attracts New Companies and Product Categories*

**Mountain View , CA , November 18, 2002** - The Wi-Fi Alliance announced today that 142 additional Wi-Fi products have received certification in the past four months. Since testing began in March of 2002, 509 Wi-Fi product certifications have been awarded to 98 Wi-Fi Alliance member companies. This four-month period saw the addition of 15 new companies seeking Wi-Fi certification for their products for a total of 98 companies offering Wi-Fi CERTIFIED products.

“Wi-Fi certifications continue to set an impressive pace with a forty percent increase over the prior period,” said WECA chairman Dennis Eaton. “During this period we have also seen a fifteen percent increase in the number of companies offering Wi-Fi CERTIFIED products. It is becoming increasingly clear that customers want a good user experience and Wi-Fi CERTIFIED products help them get that. This is driving the companies to certify products,” continued Eaton.

“Looking at the numbers a little closer reveals some very interesting trends. First, two new categories of Wi-Fi CERTIFIED products have emerged – Wi-Fi Cable modems and Wi-Fi DSL modems. We are also seeing the certification rate of mPCI cards (cards that go inside laptops and PDAs) increase and PC cards decline slightly. As more laptops are shipped with Wi-Fi built in, mPCI cards take over their share of the market. In addition, Wi-Fi Compact Flash card certifications are increasing as Wi-Fi is used in smaller devices,” Eaton added.

Products awarded the Wi-Fi logo have undergone strict, rigorous, and independent testing at one of four labs in Tokyo , Japan ; San Jose , California ; Winnersh , UK or Taipei , Taiwan . Testing usually takes two to four days per product to complete. The Wi-Fi interoperability certification program has become the international standard for providing high-quality interoperability testing for 802.11-based products.

**Companies with Wi-Fi CERTIFIED products include:**

2Wire
- 2Wire HomePortal 1000CW Residential Gateway
- 2Wire HomePortal 1500W Residential Gateway
- 2Wire HomePortal 1500CW Residential Gateway
- 2Wire HomePortal 1600CW Residential Gateway
- 2Wire HomePortal 1600W Residential Gateway
- 2Wire HomePortal 2000CW Residential Gateway
- 2Wire HomePortal 2000W Residential Gateway
- 2Wire HomePortal 100W Residential Gateway
- 2Wire HomePortal 1000W

3Com
- 3Com 11 Mbps Wireless LAN PC Card with XJACK Antenna
- 3Com 11 Mbps Wireless LAN Access Point 6000
- 3Com AirConnect 11Mbps Wireless LAN Access Point
- 3Com AirConnect 11Mbps Wireless LAN Access Point 2.0

Fujitsu
- Fujitsu Wireless Access Point Model# FMWT-501
- Wireless LAN Card, Model No. FMV-JW181
- Mini PCI module model# MBH7WL01-M
- FMV-DESKPOWER C9/200WLT
- FMV-DESKPOWER CE9/120WLT
- FMV-DESKPOWER M9/160N
- FMV-DESKPOWER M9/1909T
- FMV-DESKPOWER M9/190N
- FMV-DESKPOWER C9/160N
- FMV-6800MG/WL
- FMV-BIBLO LOOX T9/80M
- FMV-BIBLO MG9/850M
- Fujitsu PCI Card (FMV-W182)
- Fujitsu Wireless PC Card model# FMV-JW182
- Fujitsu Wireless CF-card Model# FLX-LN1
- Fujitsu FMV-273LS/WL
- Fujitsu FMV-273LS2/WL
- Fujitsu FMV-6100MG2
- Fujitsu FMV-610MG2
- Fujitsu FMV-665MC2
- Fujitsu FMV-7000NA2
- Fujitsu FMV-7160MR2
- Fujitsu LifeBook B2610
- Fujitsu LifeBook E7010

MiTAC International Corporation
- Mitac Wireless PC Card “Hermis” Model #LBP01
- Mitac MiniPCI Module Model# 4111-4240-0001

Mitsumi Electric Co.
- Mitsumi Wireless Station model# Wavit11 / DWL-J006

MMC Technology, Inc.
- MMC Access Point Model # MW-1000AP
- MMC Wireless PC Card model# MW-2000PCM
- MMC Access Point model# ADSL Combo / MW-3000AP
- MMC PCMCIA Card Model# MW-1000PCM
- MMC Compact Flash Card Model# MW-1000CF
- Wireless LAN Access Point Model# MW-1200AP

Motorola
- Motorola Access Point Model# SBG1000

NEC
- NEC Access Point Model# 336-0106697
- NEC Access Point S / Model# 336-010732

- 3Com AirConnect 11Mbps Wireless LAN PC Card
- 3Com AirConnect 11Mbps Wireless LAN PC Card 2.0
- 3Com AirConnect 11Mbps Wireless LAN PCI Card
- 3Com Home Wireless Gateway
- 3Com Access Point AP-8000 (3CRWE80096A)
- 3COM OfficeConnect Wireless Cable/DSL Gateway Model 3CRWE51196
- 3COM PC Card Model# 3CRSHPW196
- 3COM PC Card Model# 3CRSHPW696
- 3COM OfficeConnect Access Point 2000 Model # 3CRWE20096A
- 3COM Wireless Ethernet Bridge AP Model# 3CRWE83096A
- 3COM PC Card Model# 3CRWE62092B
- 3Com Wireless LAN PCI Adapter Model# 3CRDW696
- 3COM Wireless LAN USB Adapter Model# 3CRSHEW696

AboCom Systems, Inc.
- 802.11b wireless LAN and V.90 Modem MiniPCI Module Model# WMB1000
- AboCom 802.11b wireless LAN PC Card Model# WB1500
- AboCom 802.11b wireless LAN USB Adapter Model# WUB1500

Accton
- Accton Cheetah Wireless PCMCIA Card model# WN3301F Serials
- Accton Cheetah Wireless USB Adapter model# WN3501C Serials
- Accton Wireless Residential Gateway model# WG3004
- Accton Wireless Residential Gateway model# WG3004B
- Accton (Eumitcom) PC Card Model#WL11000-1
- Accton (Eumitcom) PCI card Model# WL11000P

Acrowave Systems
- Acrowave PCMCIA, Acrowave AWL-1100C
- Acrowave Station Card, PCI Model# AWL-1100P
- Access Point Model# AAP-1100E
- AcroLAN USB model# AWL-1100U
- Acrowave AcroLAN AP Model# AAP-3100AR

Actiontec
- Actiontec 802.11 Wireless LAN PC Card
- Access Point Model# 802 AI
- PC Card Model# 802 CI2
- USB Station Model# 802 UI3
- PCI Station Card Model 802P125
- Wireless Cable/DSL Router Access Point Model# R3010(S) UW
- Actiontec PC Card Model# 802 C13

- Fujitsu LifeBook E7110
- Fujitsu LifeBook S6010
- LifeBook B-2566
- LifeBook P2046
- Lifebook S-5586
- Lifebook P1035
- Fujitsu FMV-BIBLO LOOX T86AN
- Fujitsu FMV-BIBLO MG10AM
- Fujitsu FMV-BIBLO MR16A
- Fujitsu FMV-BIBLO MR16AH
- Fujitsu FMV-BIBLO LOOX S73A
- Fujitsu FMV-BIBLO LOOX T86A
- Fujitsu LifeBook C2010
- Fujitsu LifeBook C2111
- Fujitsu LifeBook P1110
- Fujitsu LifeBook P2110
- Fujitsu Access Point Model# FMWBR-102
- Fujitsu Family Network Station Access Point Model# FMFNS-101
- Fujitsu MiniPCI Module / MBH7WL01-S (Module)
- Fujitsu FMV-BIBLO_MG12B/M
- Fujitsu FMV-6120MG3
- Fujitsu FMV-612MG3
- Fujitsu FMV-BIBLO_MG12B
- Fujitsu FMV-DESKPOWER CE17WA
- Fujitsu Lifebook S6110
- Fujitsu Stylistic ST 4100P

Galtronics
- Galtronics Pear Series 100 Access Point PCB Module # 60-30001-03 (module)

Gateway
- Gateway MiniPCI Model# 6001931
- Gateway Solo 9550 Notebook PC
- Gateway Solo 1200 Notebook PC
- Gateway Solo 5350 Notebook PC
- Gateway MiniPCI model#6002201
- Gateway 200 Notebook
- Gateway 400 Notebook
- Gateway 450 Notebook
- Gateway 600 Notebook
- Gateway MiniPCI Module Model# 9901265

Gemtek-Systems Inc.
- PC Card Model WL-311F(2.5)
- Gemtek Access Point model# WX-2211A
- Gemtek USB Adapter model#WL-382F

Global Sun Technology
- Global Sun Access Point model# GL2411RT
- Global Sun PC Card model# GL2411-V1-A
- Global Sun USB Card model# GL2411-MU-AI
- Global Sun Wireless Access Point Model GL2411AP

Hewlett-Packard
- Hewlett-Packard Wireless USB Station Model# P1980A
- Hewlett-Packard Wireless LAN Module (802UI)
- Hewlett-Packard Wireless LAN Mini-PCI Card (802MIP)
- HP 802.11b Wireless PC Card Model#F2136B
- PC Card J6062-60001 (Module)

- NEC Wireless LAN Card Model # 136-277158
- Wireless PC Card Model PC-WL/11C
- MiniPCI Part# 853-910563 (Module)
- NEC USB Station Device Wireless LAN USB BOX/Part# 536-010004
- NEC Access Point model# 536-010033
- NEC MiniPCI Module# 853-910804-001-A
- NEC Mini PCI Module # 853-910563-002-A
- NEC MinIPCI Module Model# WIS-FAL01 (54.03007.001)

NETGEAR
- NETGEAR 802.11b Wireless PC Card / MA401
- Access Point Model# ME102
- USB Adapter Model# MA101
- Netgear Access Point Model# FM114P

NextComm
- NextComm Wireless PC Card, Mirror, Model# 700-0002
- Nextcomm Rainbow PC Card Model# R7010-CB

NIIGATA CANOTEC CO. INC.
- Niigata Canotec Wireless Ethernet Station model# NetHawk RF-110E

Nokia
- Nokia A032 WLAN Access Point
- Nokia C110 Wireless LAN Card
- Nokia C111 Wireless LAN Card
- Access Point Model MW1122 ADSL/WLAN Gateway
- Nokia D211 Multimode Card
- Nokia D311 Multimode Card
- Nokia A036 WLAN Access Point

Nova Technology
- Wireless PC Card Model NETESS-1100
- NOVA ADSL Wireless Access Point model# NETESS 9100

NTT Corporation
- NTT-ME MN 128 SS-LAN Card11
- NTT EAST /NTT WEST Access Point Model# WL1154-AP

OTC Wireless
- OTC AIREZY-2411-BTM
- OTC AVCW-100 Wireless Access Point
- OTC AVCW-109 Wireless Access Point
- OTC AVCW-200 Wireless Station
- OTC AVCW-209 Wireless Station
- OTC AVCW-215 Wireless Station
- OTC AVCW-115 Wireless Access Point
- OTC AirEZY-2411-BT LAN Card

Philips
- IEEE 802.11b/V92 MiniPCI Combo Model Manteca
- Wireless PC Card Model MonteRio

Planex Communications Inc.
- Planex PCMCIA Card Model # GW-NS11H
- Planex USB Adapter Model# GW-US11S
- Planex Compact Flash Adapter Model# GW-CF11H

Proxim

ADMtek Incorporated
- ADMtek MiniPCI Cardbus NIC Model# ADM8211

Agere Systems
- ORINOCO PC Card-Gold

Allied Telesis K.K.
- Allied Telesis Access Point Model# CentreCOM WR110P

Ambit
- Ambit Station Card, LAN-Express Model# T60L198
- Wireless Access Point Model T60H278
- Ambit MiniPCI Wireless LAN+V.90 Module Combo Card Model # T60H300
- Ambit Adapter model# T60H519
- Ambit MiniPCI Card Model# T60H424 (Module)
- Ambit MiniPCI Module Model# AIR-MPI / U58H01
- Ambit Wireless LAN Card Model# K-12-Card
- Ambit Access Point Model# K10L022
- Ambit Access Point Model# K12-AP
- Ambit USB Adapter Model#K12-USB

Apple
- AirPort Base Station
- Apple AirPort Client Card

ARESCOM
- Access Point Model# Net DSL 1700 Series/ND1760
- AresGate Series/AG 1000 PRO
- AresGate Series/AG 1000
- Arescom Aresgate 2000 Series Model# AG2000 Part # AG2000/2000S
- Aresgate 2500 Series Model#AG2500 Part# AG2560/2561

Askey
- Askey 11Mbps Wireless LAN PC Card Model# WLC010
- Access Point RTW010
- Access Point Model RTW020
- Wireless LAN USB Model# WLL013
- Askey PC Card model# WLC030
- Askey Access Point model#RTW030
- Askey MiniPCI Module Model# WLL030m
- Askey USB Adapter Model# WLL013
- Askey Access Point Model# RTA300W
- Askey PC Card Model # WLC020
- Askey Access Point / Router Model# RTW026

ASUSTeK Computer
- Asustek Access Point model# Space Link WL-300
- Asustek PC Card model# Space Link WL-100
- ASUSTEK SpaceLink CF-Card Model# WL-110CF
- ASUS Spacelink Access Point Model# WL-500

Atheros Communications
- J6062A HP Wireless Print Server WP100
- HP/Compaq Access Point Model# WL410
- HP/Compaq Access Point Model# WL510
- HP/Compaq Wireless PC Card Model# WL110
- HP/Compaq Wireless PCI Card Model# WL210
- HP/Compaq Wireless USB Adapter WL215
- HP/Compaq WL100 11Mbps Wireless LAN PC Card
- HP/Compaq WL200 11Mbps Wireless LAN PCI Card
- HP/Compaq WL300 11Mbps Wireless LAN Software Access Point
- HP/Compaq WL400 11Mbps Wireless LAN Hardware Access Point
- HP/Compaq 802.11b Multiport Module
- HP/Compaq iPAQ 11Mbps Wireless PC Card
- HP/Compaq Access Point, iPAQ Connection Point model#CP-2W
- HP/Compaq Wireless LAN MultiPort USB Adapter Model # W200
- HP/Compaq iPAQ PC Wireless Card Core Engine 802.11b Model# U98H015
- HP Access Point model# F2135C
- HP Station Module Part# 5185-3843 (ASD)
- HP Station Module Part# 5185-3896 (ASD)
- Hewlett-Packard Enterprise Access Point Model #WL520
- HP Wireless 802.11b Mini-PCI Module Model# T60-H570

Hitachi, Ltd.
- Hitachi Wireless CF Card Model# NPD-WL1 (Module)
- Hitachi Wireless CF Card Model #NPD-10JWL
- Hitachi Wireless PDA Model# NPD-20JWL

Hitron Technologies Inc.
- Access Point model#BWG-3511

I-O DATA Device, Inc.
- I-O Data PC Card Model# WN-B11 / PCMH
- I-O Data PCI Card Model# WN-B11/PCIH
- I-O Data USB Adapter Model# WN-B11/USBS

IBM
- Access Point Model# 9085
- IBM High Rate Wireless LAN Gateway
- IBM Wireless Station Model# 26P8030
- IBM High Rate Wireless LAN PC Card -12D4
- IBM Access Point AP500
- IBM PC Card Model 128
- IBM ThinkPad 802.11b Wireless LAN Mini-PCI Adapter with 56K Modem
- IBM High Rate Wireless LAN Gateway Model# 22P6401

Intel
- Intel PRO/Wireless 2011 LAN Access Point
- Intel® PRO/Wireless 2011 LAN PC Card
- Intel® Wireless Gateway
- Intel/Xircom APWE1100 Series Access Points
- Intel/Xircom CWE1100 Series CreditCard Adapters
- Harmony 802.11 PC Card Model# 8432
- ORINOCO AP-1000 Access Point
- ORINOCO AP-500 Access Point
- ORINOCO WavePOINT-II Access Point
- ORINOCO USB Client
- ORINOCO RG-1000 Residential Gateway
- ORINOCO RG-1100 Residential Gateway
- ORINOCO AP-2000 Access Point
- ORINOCO B-2000 Broadband Gateway
- ORINOCO AP-200 Access Point

Psion Teklogix
- Psion Teklogix Access Point Model Wireless Gateway 9150

Quanta Computer
- Quanta Model# MiniPCI Wireless LAN Card/WMI

Realtek Semiconductor
- Realtek RTL8180 11M WLAN NIC adapter-1 / RTL8180-NIC1
- Realtek RTL8180 11M WLAN NIC adapter-2 / RTL8180-NIC2

RFTNC Company
- PC Card Model# RF-Link 1100N
- RFTNC Access point model #RF-Combo11A

RIFCOM
- PCMCIA Card Model# RWP301B

Samsung Electro-Mechanics
- Samsung SWL-2000N 11Mbps Wireless LAN PC Card
- Samsung SWL-2000P 11Mbps Wireless LAN PCI Card
- Samsung MagicLAN Model# SWL-2100N (PCMCIA Card)
- Samsung MagicLAN Model# SWL-2100U (USB Device)
- Access Point Model SWL-3300AP
- Samsung Access Point model# SWL-6000 AP
- Samsung MagicLAN Cardbus PC Card Model# SWL-2300N
- Samsung MagicLAN CompactFlash Card Model# SWL-2200C
- Samsung MagicLAN PDA Embedding Module # SWL-2220C
- Samsung MagicLAN USB Stick Model# SWL-2200U
- Samsung PDA Nexio S160

SEIKO EPSON Corporation
- Seiko PC Card Part # 207311

SENAO INTERNATIONAL CO. LTD.
- Senao PC Card model# SL-2511 CD
- Senao Router / Access Point model# SL-2511SR
- Senao USB Adapter Model# SL-2511UB

Sharp Labs of America
- Sharp PC Card model# CE-WC02
- Sharp Access Point model# CE-WA02
- Sharp 802.11b MiniPCI Card Model# CE-WL03
- Sharp Mini-PCI model# CE-WL01
- Sharp PCMCIA Card Model# AN-WC-11B

- Atheros AR5001X CardBus Reference Design Board / AR5BCB-00022A
- Atheros Dual Slot Access Point Model# AR5001

Atmel Corporation
- Atmel PCMCIA Station Card Model# AT76C502

Avaya
- Avaya Wireless AP-I Access Point
- Avaya Wireless AP-II Access Point
- Avaya Wireless PC Card - Silver
- Avaya Wireless USB PC - Silver
- Avaya Wireless PC Card - Gold
- Avaya Wireless USB PC Card - Gold
- Avaya Wireless AP-3 Access Point
- Avaya Wireless Client Card CC-11b

Benq Corporation
- Benq Wireless LAN Access Point Module 55.33701.002AP
- Benq Wireless LAN PC Card Model# AWL100
- Benq Wireless LAN Router (Access Point) Model# AWL700
- Benq Wireless LAN USB Adapter Model# AWL300
- Benq Wireless Access Point AWR 770

Binatone
- Binatone PC Card Model# Airlink+ /WL1000
- Binatone Access Point Model# WL1100

Broadcom Corporation
- Broadcom MiniPCI Adapter Model # BCM94301MP
- Broadcom 802.11b Wireless Router Model# BCM4710AP
- Broadcom Cardbus Adapter Model# BCM94301CB

BroMax
- Bromax Station Card Model# BWE200-IF
- Bromax Access Point model# WA300
- Bromax Wireless Station Card Model # WPC11
- Bromax PC Card Model# D311

C&S Microwave Co., Ltd.
- C&S Microwave AP model# CSAP-0211

CC&C Technologies, Inc.
- CC&C PCMCIA Card model# WL-1100
- CC&C Access Point Model# WA2204
- CC&C USB Dongle model# WL-1200

Chou Chin Industrial Co., Ltd.
- Chou Chin LAN PCMCIA Card Model # PWL210
- Chou Chin LAN USB Adapter Model # PWL220

Cirrus Logic
- Bodega Whitecap ™2 Platform

- Intel® AnyPoint™ Wireless II Network USB Model
- Intel® AnyPoint™ Wireless II Network PC Card
- Intel PRO/Wireless 2011B LAN 3A MiniPCI Adapter Model# M3AWEB-8-NA
- Intel® PRO/Wireless LAN Access Point
- Intel PRO/Wireless 2011B LAN PC Card
- Intel PRO/Wireless 2011B LAN USB (Module)
- Intel PRO/Wireless 2011B LAN PCI Adapter Model WPC12011B
- Intel Pro/Wireless 2011B Compact Flash Adapter
- Intel AnyPoint Wireless Gateway Model #1400
- Intel Denville AnyPoint DSL Gateway AP Model# 4400
- Intel Wireless Gateway II Model# AP1210
- Intel AnyPoint Wireless II USB Adapter Model# AP320
- Intel AnyPoint Wireless Network II PCMCIA Card Model# AP321

Intermec
- Intermec 2101 Universal Office Access Point
- Intermec Access Point Model# 2100
- Intermec Access Point Model# 2102
- Intermec Station Card Radio Model 2126, Silver Card, PC Card Type II Integrated
- Intermec Wireless PC Card WL11000-1-5V
- Intermec Access Point Model# WA21
- Intermec Access Point Model# WA22

Intersil
- Intersil PRISM IIÒ Station Card, Model HWB3163-04-Ref-Rev B5
- No Wires Needed 11Mbps Wireless LAN PC Card
- No Wires Needed 11Mbps Wireless LAN Enterprise Access Point
- Prism III MiniPCI Module model# 37200M
- Prism III PCMCIA Card model#3710P
- Prism III USB Adapter model# 3710U

Inventec @ppliances
- Inventec Access Point #AP-201
- Inventec PC Card Model# CP-108

IP ONE
- IP ONE Access Point Model# Airgate 2000
- IP ONE Access Point Model# AirGate 2500N
- IP ONE PC Card model# AirGate 2000N
- IP ONE USB Adapter Model# AirGate2000U

Kyocera Corporation
- Kyocera PC Card Model # KY-LC-WL100
- Kyocera Access Point Model # KY-BR-WL100
- Kyocera PCMCIA Card Model# KY-LC-WL300
- Kyocera Compact Flash Card Model # KY-CF-WL100
- Kyocera IB-22 Internal Print Server (Module #104393)
- Kyocera Access Point Model# KY-BR-WL200

- Sharp MiniPCI Module Model# CE-WL02

Siemens
- Siemens PC Card Model# I-Gate 11M PC Card / V4411-Z9-X1
- Siemens PC Card Model# I-Gate 11M PCI / V4411-Z11-X1
- Access Point I-GATE 11M I/LAN/S3129-K212-A

SMC Networks
- Access Point Model SMC2655W
- SMC PC Card Model# SMC2635W

Sony
- Wireless LAN PC Card PCWA-C100
- MiniPCI Card, Model PCG-Series MiniPCI Card
- PC Card, Model PCWA-C150
- Sony PCG-Series MiniPCI Card # 1761564
- Sony AP Model# PCWA-A220
- Sony PC Card Model# PEGA-WL100

Symbol Technologies
- Spectrum24Ò High Rate 11 Mbps Access Point
- Spectrum24Ò High Rate 11 Mbps Wireless LAN PC Card
- Spectrum24Ò Access Point Model# AP4121
- Spectrum24Ò High Rate 11Mbps Wireless LAN Adaptor Model# LA4121
- AP Model AP-4131
- PC Card Model LA-4131-1020-WW
- Wireless Networker ™, CompactFlash ™ Wireless LAN Adapter, LA-4137

TECOM CO., LTD.
- Tecom Wireless ADSL Modem / Router Model# AW100x

Texas Instruments
- Texas Instruments Access Point Model# TNETWA-100-APEVM
- Texas Instruments Cardbus Model# TNETW1100-CBEVM

Thomson Multimedia
- Thomson-Alcatel Access Point SpeedTouch 570
- Thomson Multimedia Access Point Module # ST570 R2.0/M (3EC 18683 FDAA)
- Thomson Multimedia Access Point Module # ST570 R2.0/M(3EC 18683 EDAA)
- Thomson Multimedia Access Point # ST570 R2.0
- Thomson Multimedia Access Point # ST570 R2.0 (3EC 18883 EDAA)

TOKO
- Wireless LAN PC Card Model# TMW1008
- Access Point model# TMW1003

Toshiba
- Toshiba Wireless LAN mini-PCI Card / PA3070U-1MPC
- Toshiba Wireless LAN PC Card / PA3064U-1PCC
- Wireless Access Point WBG-1000
- Toshiba MiniPCI Model#PA3171U-1MPC
- Toshiba Wireless Broadband Gateway

Cisco Systems
- Cisco Aironet 340 Series PCI Card
- Cisco Aironet 340 Series Access Point
- Cisco Aironet 340 Series Wireless PC Card
- Cisco Aironet 350 Series Access Point
- Cisco Aironet 350 Series PC Card
- Cisco Aironet 350 Series PCI Card
- Cisco Access Point# AIR-BR350
- Cisco-Aironet 350 Series Mini-PCI (MPI 350) client Adapter
- Cisco Access Point Model# AIR-AP1220B
- Cisco Access Point Model# AIR-AP1120B

Colubris Networks
- Colubris Access Point CN3000
- Colubris Access Point CN1054
- Colubris Access Point CN1050
- Colubris Access Point CN1000
- Colubris Access Point CN100

Corega K.K.
- Corega PCMCIA Card Model# PCCL-11
- Corega Wireless LAN USB Stick-11
- Corega Access Point Model# APL-11
- Corega Access Point Model# BAR WL
- Corega PC Card Model# CG-WLPCCB11
- Corega Wireless LAN USB-11mini / CG-WLUSB11MN

CREWAVE Co., Ltd.
- Crewave Access Point model# CW-1100AP
- Crewave PC Card model# CW-1100

D-Link Systems
- D-Link Wireless PC Card Model# DWL-650 (Module)
- D-Link Access Point DWL-1000AP
- D-Link Wireless PCI DWL-500
- D-Link Access Point Model # DI-713P
- D-Link USB Station model#DWL-120
- D-Link Access Point model# DWL-900AP
- D-Link Wireless PC Card Model# DWL-660
- D-Link PC Card Model# DWL-650+
- D-Link PCI Card Model#DWL-520+
- D-Link Router Model# DI-614+
- D-Link Access Point Model# DWL-900AP+
- D-Link USB Adapter Model# DWL-120 rev. E1

Dell
- Dell TrueMobile 1150 Series PC Card
- Dell TrueMobile 1150 Series Mini-PCI Card
- Dell TrueMobile 1150 Series AP-1000
- Dell Wireless Base Station Model AP1170
- Access Point Model# Dell True Mobile AP1170 / 1K445
- Dell TrueMobile 1180 Wireless USB Adapter
- Dell TrueMobile (module) 1180

LANCOM Systems GmbH
- Lancom (Elsa) AirLancer MC-11 (Station Card)
- Lancom (Elsa) Wireless IL-11 (Access Point)

Lantech Advance Corporation
- Lantech PCMCIA Card Model# 8800-510
- Lantech PCMCIA Card Model # 512
- Lantech PCMCIA Card Model # 8800-511
- Lantech WLAN Access Point Model# 8800-710

LG CNS
- PC Card Model LW1100N
- Wireless PCI Card Model#LW1100P
- LG GoldStream Access Point Model# LW1100AP
- LG Electronics Access Point Model# LW2100AP

Linksys Group
- Linksys Wireless PC Card Model WPC11
- Linksys Wireless Access Point Model WAP11
- Linksys Station Card Model WPC11 V2.5
- Wireless USB Adapter WUSB11
- Linksys Etherfast Wireless Access Point Router Model BEFW11S4
- Linksys PCI Card Model# WMP11
- Linksys Etherfast Wireless Access Point Model WAP11
- Linksys Wireless USB Adapter Model WUSB11 ver.2.5
- PC Card Model WPC11 v3.0
- Linksys Wireless USB Adapter model# WUSB11 v.2.6
- Linksys Etherfast Wireless Access Point Router BEFW11S4 ver.2
- Linksys USB Adapter Model# WUSB12
- Linksys WAP51AB Access Point
- Linksys Wireless Ethernet Bridge Model# WET11
- Linksys PCI Card Model# WMP11 V2.7
- Linksys Access Point Model# WAP11 Ver.2.2
- Linksys Etherfast Wireless Access Point Router Model# BEFW11S4 ver.3

Melco Inc. (Buffalo)
- AirStation Access Point WLA-L11
- AirStation Access Point WLAR-L11
- AirStation Wireless LAN Card WLI-PCM-L11
- AirStation Wireless LAN Card WLI-PCM-L11G
- AirStation Access Point WLAR-L11G-L
- AirStation Access Point WLA-L11G
- AirStation Access Point WLAR-128
- AirStation Access Point WLAR-L11-M
- AirStation Access Point WLAR-L11-S
- AirStation Access Point WLAR-L11-L
- AirStation Access Point WLAR-128G
- Wireless USB Model# WLI-USB-L11G
- AirStation Wireless LAN Card WLI-PCM-L11GP (Module ID # 100886)
- AirStation Access Point Model# WLAR-8000ACG
- AirStation PC Card Model# WLI-CF-S11G

model#WBG-1200
- Toshiba CF Card Model# PA3190U-1ETC
- Toshiba DOCSIS Wireless Cable Modem Gateway Model # PCX5000
- Toshiba Wireless Router Center Access Point Model# WRC-1000

TROY Wireless
- Etherwind Wireless Print Service
- Wireless PC Card Model Ethersync
- Access Point model# TROY EtherPortal

Universal Scientific Industrial
- LAN PCI Card Part# 111200
- USI 802.11b WLAN CF Card Model# 114100

Wistron NeWeb
- Acer Access Point, Warplink 2412
- Acer IEEE 802.11b WLAN PC Card Model # Warplink 2411

YAMAHA CORPORATION
- Yamaha Access Point Model#RTW65b (module)
- Yamaha Access Point Model#RTW65i

Z-Com
- ZCom LANEscape Wireless Station Card Model# XI-300
- Model# XI-825 Compact Flash Card
- Wireless Access Point Model XI-1000
- Z-Com Wireless Access Point Model#XI-1250
- Z-Com Access Point SOHO Router model# XI-2200
- Z-Com Wireless LAN PC Card model# XI-305B
- Z-Com Wireless Mini USB Adapter model# XI-725

ZyXEL Communications Corporation
- ZyXEL ZyAIR LAN Access Point Model# B-1000
- ZyXEL ZyAIR LAN Gateway w/ 4-port switch Model# B-2000
- ZyXEL ZyAIR LAN PC Card Model# B-100

Internal 802.11b MiniPCI Card
- Dell TrueMobile Wireless Broadband Router Access Point Model# 1184

Delta Networks
- Delta PCMCIA Station Card LM-WP100RA

EMTAC
- Emtac 11Mbps WLAN PC Card A2424
- Emtac Wireless Access Point Model# A2588

Enterasys Networks
- RoamAbout 802.11b DS High Rate PC Card
- RoamAbout Access Point 2000
- Access Point, RoamAbout R2 Access Platform / RBTR2-A

Epson America
- Epsonet 802.11b Wireless Module

Ericsson Radio Systems
- Ericsson WLAN Access Point Model # AD08

FineDigital Inc.
- Finedigital Access Point model# FineLAN 1000B

- Melco Access Point Model# WLA-S11GK
- Melco Access Point Model # WLMR-L11G-WR
- Melco Access Point Model# WBR-B11

Microsoft
- Microsoft Broadband Networking Wireless Base Station / MN-500
- Microsoft Broadband Networking Wireless Notebook Adapter / MN-520
- Microsoft Broadband Networking Wireless USB Adapter / MN-510

**See Wi-Fi at COMDEX**

Wi-Fi wireless LANs will be on display at COMDEX (Booth 3160), November 18-22, in Las Vegas, Nevada.

**About the Wi-Fi Alliance**

The Wi-Fi Alliance is a nonprofit organization formed in 1999 to certify interoperability of Wi-Fi IEEE 802.11 products and to promote them as the global, wireless LAN standard across all market segments. Wi-Fi Alliance has instituted a test suite that defines how member products are tested to certify that they are interoperable with other Wi-Fi CERTIFIED products. These tests are conducted at an independent laboratory. Membership in Wi-Fi Alliance is open to all companies that support the 802.11 family of standards. Wi-Fi Alliance now comprises over 190 members that offer over 500 Wi-Fi CERTIFIED products from the world's leading companies. For more information, please visit www.wi-fi.org.

C. Brian Grimm
Wave Communications
for the Wi-Fi Alliance
910.686.0870
briang@wavecoms.com

© 2002 Wi-Fi Alliance | Site Map

• HOME • SITE MAP • SEARCH: GO

News Press Releases

• SOLUTIONS • PRODUCTS • SERVICES • HOW TO BUY • PARTNER • NEWS • ABOUT • CONTACT

Releases by Category:

- Solutions:
  - Retail General Merchandise
  - Retail Food and Drug
  - Logistics
  - Manufacturing
  - Healthcare
  - Education
  - Government
  - Hospitality
- Products:
  - Bar Code Scanners
  - PDF417 Products (2D)
  - Mobile Computing
  - Pocket PC
  - PalmOS®
  - Windows® CE
  - Wireless LANs
  - Consumer Systems
  - RFID
  - OEM
  - Software
- Services
- Financial
- Financial -Quarterly Results
- Agreements
- Trade Shows and Events
- International Press Releases
- Other Press Releases
- Miscellaneous Press Releases

## Symbol Ships the World's First Wi-Fi™ Certified 802.11b Compact Flash Wireless LAN Adapter

Send to a FRIEND

Get Info NOW

Links & more

- Wireless Networker™
- Graphics Library
- Wireless Networker™ Home
- ScanSource

### The Symbol Wireless Networker™ Brings 11Mbps Wireless Internet to Popular Pocket PCs and Notebook Computers

HOLTSVILLE, N.Y. -- Oct. 1, 2001 -- Symbol Technologies, Inc. today announced that its Wireless Networker™ - the first Wi-Fi™ certified wireless CompactFlash™ adapter for Microsoft Windows Powered Pocket PCs and notebook PCs - is now available through popular online consumer technology E-tailers and ScanSource, Symbol's largest distributor.

Symbol is the first company to ever receive Wi-Fi certification for an 802.11b wireless LAN adapter in the "Type I" CompactFlash form factor. Wireless Networker interoperability with multiple Wi-Fi vendors gives mobile professionals around the globe flexibility to wirelessly connect to the Internet, from the home, office, or public locations. Pocket PC users can enjoy fast wireless connectivity to surf the Internet, read and send email, access networks and data base information, send instant messages and remotely synchronize with networked PCs for file transfer to their small hand held device.

ScanSource will be distributing Wireless Networker and has aligned the following E-tailers where consumers can now purchase the product:

CDW
Insight Direct
MicroWarehouse
Mobile Planet
PC Connection

"We are pleased Symbol is delivering Wi-Fi wireless connectivity for the Pocket PC user community in the CompactFlash form factor", said Andy Haon, director of product planning for the Mobility Division at Microsoft Corp. "The significantly small CF form factor of Symbol's Wireless Networker will benefit Pocket PC customers and provides a unique solution for high speed wireless LAN networking. Pocket PC customers will now be able to take advantage of Wi-Fi products, like the Wireless Networker, for their wireless Internet needs at home, in the office or on the road."

In Europe, the product will be initially available from Symbol's UK based distributor, A2000 Distribution.

### Mobile or Portable Device Compatibility

The Wireless Networker supports Pocket PCs with CompactFlash Type I/II slots, with ongoing software development to support notebook and ultra portable PCs based on the Windows operating system. Specific Pocket PCs include: Compaq iPAQ 3000 series with CF Jacket accessory, or PC Card Jacket Accessory and a CF-to-PC Card adapter; HP Jornada 520, 540, 560, and 720 series, and Casio CASSIOPEIA E-125. Specific PCs will include Windows 95, Windows 98, Windows Millennium Edition, and Windows 2000-based notebook or ultra-portable PCs with a CF-to-PC card adapter when no CF slot is present. For Wireless Networker software driver updates and notices, please go to: www.symbol.com/wirelessflash

### Symbol's Advanced Mobility Features

The Symbol Wireless Networker deploys advanced power management. The product uses Power Save Polling (PSP) to extend battery life by allowing the radio to idle when not active. In addition, to prevent accidental battery drain, the Suspend on WLAN feature allows Pocket PCs to automatically turn off the Wireless Networker based on screen activity when data is not being transmitted. The Symbol product also includes very user-friendly set-up menu and performance monitoring features.

Symbol's Compact Flash wireless LAN adapter offers fast wireless connectivity and high performance with data rates up to 11 Mbps, with automatic rate scaling to 5.5, 2 and 1 Mbps, to maximize range connectivity, which goes up to 300 feet/91 meters in a standard office environment. The Wireless Networker also ships with advanced security mechanisms and supports 40 and 128 bit WEP encryption, with ongoing firmware development to support Kerberos Version 5.0 when used with Symbol's Spectrum24® High Rate wireless LAN infrastructure.

The Wireless Networker is now available with an MSRP of US$179.00.

Symbol Technologies, Inc. is an authorized licensee of the CompactFlash™ trademark. Other product or service names mentioned herein are the trademarks of their respective owners.

**About Symbol Technologies**

Symbol Technologies, Inc. (NYSE:SBL), founded in 1975, is a global leader in secure mobile information systems that integrate application-specific hand-held computers with wireless networks for data and voice and bar code data capture. Symbol products and services increase productivity and reduce costs for the world's leading retailers, logistics and transportation companies, government agencies, manufacturers and providers of healthcare, hospitality and security. More information is available at www.symbol.com and +1.800.722.6234 or +1.631.738.2400.

## For press information:

**Symbol Technologies, Inc.**
Doug Picker: picker@symbol.com
+1.631.738.4699

**Symbol Technologies, Inc., Wireless LAN Systems:**
Mark J. Ferrone: mferrone@sj.symbol.com
+1.408.528.2749

**Symbol Technologies Europe, Middle East, Africa:**
Helen Rigby: helen.rigby@uk.symbol.com
+44 118 945 7000

**Golin/Harris**
Chaim Haas
+1.212.309.0643

## For financial information:

**Symbol Technologies, Inc.**
Nancy Tully
+1.631.738.5050

Send to a FRIEND


©2002 Symbol Technologies All Rights Reserved. Legal Privacy

JobGeek
Tech jobs only
Upgrade your career! All tech and no junk.
Search Jobs
Post your resume!

Tech certificates and degrees:
• Computer Science
• IT Training
• A+ Certification
• Networking
... and more.
IT Education info

Group Training:
Have trainers come to your company and train you in groups:
• Operating Systems
• Datebases
• Networking
... and more.

# Multi-client, always-on chat for Palm smartphones

*posted 8:05am EST Tue Dec 31 2002* - submitted by Thomas

## NEWS

PDAapps has just released a multi-client instant messenger app for Palm handhelds. The application works best with smartphones and always-on Internet connections, like GPRS or CDMA 1xRTT. According to the company, your "buddies" can see you as online whenever you like, without the program running, and your Palm will even receive messages and launch VeriChat automatically. VeriChat does also work with plain old PDAs with Internet connections via Bluetooth or IrDA. VeriChat is available as a free, 15-day trial, and will soon be available for purchase. No pricing information is yet available. Check VeriChat out at PDAapps.com. PalmInfocenter reports: "PDAapps Releases Unified IM Client."

## USER COMMENTS 3 comment(s)

**Woot** (11:40am EST Tue Dec 31 2002)
!! - ***by Philip***

**Voice** (3:54pm EST Tue Dec 31 2002)
Chat. - ***by tech***

**Looks good** (5:10pm EST Tue Dec 31 2002)
But it's quite expensive...

I don't have to pay for any of the other IM clients, so why should I pay $50 or $25+$20/yr for this?
***- by Chameleon***

**Post your comment**

**Subject:**

**Comment:**

**Name:**

Submit

Comments are limited to 2000 characters, and are posted immediately. If comments are posted that are outside of the Comment Guidelines, they may be deleted. Comments do not represent the views of Geek.com. If you feel that the comment system is being abused, please let us know at admin@ugeek.com.

**Back to Main Page**



http://view.atdmt.cor

Page cannot be c

See view.atdmt.com robot

**Geek.com's 20 Latest**
MAIN: RIAA.org defaced for 7th time
MAIN: Sony puts weight behind TV as entertainment hub
MAIN: MS settles California class-action lawsuit
MAIN: Dell uses inmates to recycle computer equipment
MAIN: MS drops .NET name from upcoming products
CHIP: SIS technologies moves into mainstream graphics
CHIP: The U.S. Government might legislate nanotechnology
CHIP: Pentium 4 chips stolen at Heathrow Airport
CHIP: Robots are learning to see better
CHIP: Angstrom Microsystems advertises Opteron system
CHIP: More Banias, Centrino, Pentium-M info
CHIP: Dueling chip conferences set dates
GAME: Splinter Cell coming to PS2 and GameCube
GAME: Xbox Live hits quarter of a million mark
MAC: Apple pulling away from Microsoft?
MAC: Mac OS X: A disruptive technology
PDA: Grafitti 2 based on Jot handwriting system
PDA: Handspring to license RIM E-mail
PDA: SanDisk announces CF/SD and WiFi dual function cards
PDA: SyChip's WLAN6060SD becoming popular

**Other Top Headlines**

6:13-cv-02959-JMC Date Filed 03/27/17 Entry Number 146-2 Page 248 of 419

Group Training

Price $earch

Batteries
Cables
Cases
CD Drives
Computers
CPUs
Digital Cameras
DVD Drives
Flash Memory
Floppy Drives
Game Controllers
Hard Drives
Keyboards
Laptops
Media
Memory
Mice
Microphones
MP3 Players
Modems
Monitors
Motherboards
Network Cards
Notebooks
OSs
PDAs - Top PDAs
Power Supplies
Printers
Processors
Projectors
Scanners
Sound Cards
Speakers
Tape Drives
Video Cards
UPSs
Wireless

Get Prices:

Search

What's New | Advertise | Search | Privacy | Shopping

© 1996-2002 Geek.com - All rights reserved.

- Home
- About Us
- Articles
- Buy/Sell Palmtops
- Columns
- Discussion Forum
- Live Chat
- News
- pocketnow Gear
- Reviews
- Skins Library
- Software Library
- Store
- Tips

Advertisement




Advertise Here

Review Center

# *The Cadillac of Pocket PCs (1/4)*

## Hewlett Packard's iPAQ 5450 Pocket PC

*December 28 , 2002*

Review by: Derek Snyder, Chief Executive Officer (contributions by: Russ Smith, Senior News Editor)

INTRODUCTION

The HP iPAQ 5450 is, by most measures, an evolutionary product. It bears the same form-factor and sleeve expansion slot as all of its predecessors in the Compaq iPAQ line. It bears the SD slot and cradle connector of the 3800 series with the SDIO enhancements of the 3900 series. It bears the same vivid transflective display as the 3900 series but with a graphics accellerator to speed the operation. It has the built-in BlueTooth radio of the 3870 and 3970 with a greatly improved BlueTooth Manager. It adds a built-in WiFi radio with a WiFi Manager as well. It also adds a biometric fingerprint reader to enhance security and a removable/replaceable battery for the first time in iPAQ history. When taken individually, the various changes and enhancements may actually seem minor, but, when taken as whole, they provide the 5400 user with a vastly improved experience over earlier models. I'll take you on a detailed, guided tour of the hardware and software that comes with the 5450 iPAQ.

Keeping that all in mind, we've come to expect a lot from this 4th incarnation of a proud line. Let's see if this iPAQ measures up.

WHAT'S HOT

Looking at this Pocket PC, you come to realize just how many features are packed in. Although it is still quite trim when compared to previous Pocket PC designs, you can really begin to tell that this unit is feature packed when picking it up. It seems to be the heaviest Pocket PC we've seen thus far.

Let's talk size. Let's do some comparisons with this versus other Pocket PCs.

| Device (no cover) | Size (inches) | Weight (grams \| ounces) |
|---|---|---|
| HP iPAQ 5450 | 5.43" x 3.30" x 0.63" | 206 \| 7.26 |
| Compaq iPAQ 39xx | 5.28" x 3.30" x 0.63" | 184 \| 6.49 |
| Toshiba e740 | 4.90" x 3.10" x 0.60" | 190 \| 6.70 |
| Toshiba e310 | 4.90" x 3.10" x 0.40" | 138 \| 4.90 |
| Toshiba e570 Series | 4.90" x 3.00" x 0.70" | 181 \| 6.40 |
| HP Jornada 560 Series | 5.20" x 3.01" x 0.68" | 173 \| 6.10 |

BOX CONTENTS

This iPAQ comes boxed with all the same accessories that we've seen in previous models. You've got the cradle, manuals, ac adaptor, style pack slip case, software, and extra stylus.

The USB/Serial cradle has undergone a slight facelift but still keeps the same usability.

Like always, the cradle features both USB and serial connections, a must for anyone running older Windows NT operating systems that don't support USB.



The AC Adaptor also comes with a built in adaptor dongle so that you can connect AC power directly to the iPAQ without need of the cradle.



In the cradle, the iPAQ 5450 still looks fairly neat and trim, but is beginning to look more and more like a Nintendo Gameboy every day.

THE DEVICE
Check out the iPAQ 5450.



When looking at its side, the device appears to be rather thin.



From the back.

6:13-cv-02959-JMC Date Filed 03/27/17 Entry Number 146-2 Page 252 of 419

In this shot, you can see the access panel for the newly added removable battery. Very nice addition!



All in all, the iPAQ still feels good in the hand. The curves make it seem smaller than it actually is.



Thanks to the built-in WiFi and Bluetooth, carrying the device alone may be all that you need.

From left to right: The headphone jack, microphone, sync/ac input interface, and the hard reset

hole.

On the left-hand side of the unit you will now find a volume up and down control, very useful for Windows Media Player. Putting these buttons on the outside of the case leads me to believe that a Phone Edition iPAQ is not very far off at all.




Now back onto the front. The round buttons make for simple and clean lines, complimenting the rest of the device. The joypad, although small, is extremely easy to use, and exhibits very smooth movement while using it. I like this joypad much better compared to previous incarnations, it doesn't seem to stick nearly as much. Application buttons include (by default): Contacts, Calendar, Inbox, and iTask (the bundled task switcher). You may also notice that this section of the iPAQ has a microphone which further supports the spectulation that this may be a soon-to-be Phone Edition device.

The top of the iPAQ has a varitible cluster of lights. Lights flash for everything from bluetooth and WiFi activity to Calendar reminders.



After removing a dummy card, we were able to use the industry standard SD card slot. Like its brother, the 3900 series, this iPAQ sports a fully featured SD I/O slot. Also on top you will notice the WiFI antenna. Although some may find this an annoyance, we've found that it gives us range comparable to that of a full-fledged PCMCIA WiFi card.



As always, the stylus can be easily be removed with a simple push.

6:13-cv-02959-JMC Date Filed 03/27/17 Entry Number 146-2 Page 255 of 419

PICTORIALLY - HP iPAQ 5450 versus Compaq iPAQ 3970 & HP iPAQ 1910

Most of you are probably wondering how this device measures up when compared to other Pocket PCs. For the purposes of this review, we matched the iPAQ 5450 up against two other Pocket PCs; its predecessor, the Compaq iPAQ 3970, and its super slim brother, the HP iPAQ 1910.



Side-by-side, you can see that the iPAQ 5450 keeps the 3970's larger display.

From top to bottom: iPAQ 1910, iPAQ 5450, iPAQ 3970.



6:13-cv-02959-JMC Date Filed 03/27/17 Entry Number 146-2 Page 256 of 419

And on the right...

Notice the new completely black top of the iPAQ 5450.



And finally from the bottom...

All in all, I find the design of the iPAQ 5450 to be reasonably elegant. However, if you want this iPAQ to actual fit in your pocket, you may need to look elsewhere. Between its weight and its price tag, it is probably better to bring it along in a bag. Next, let's go deeper into the functionality of this device. Read on!

Continue On: General Discussion . . .

Back to pocketnow.com | Discuss this Review

Home | About Us | Articles | Careers | Columns | Discuss | Gear | HelpDesk | News | Reviews | Site Store

ã 2002 DirectCE, Incorporated - All rights reserved
Privacy Policy

DealTime

Official Gadgeteer Hands On Review: ***HP iPAQ 5455 Pocket PC***
by Judie Hughes and Julie Strietelmeier
Last date revised: 12/30/2002

***Product Requirements:***
Device:
Windows PC 98, 2000, ME, XP or later

Judie's comments are in **Black**, *Julie's are in **Blue** and italicized*

It seems like only yesterday that I got my first Compaq iPAQ 3650. It was a gift from Julie, and it marked a milestone in my PDA user experience. At the time, the 3650 was easily the most futuristic, most expandable, and most exciting PDA available...and it quickly became my "daily driver".

*Actually, believe it or not, it's been about 2.5yrs ago since the first iPAQ was introduced. I do remember it well as I plunked down my hard earned cash for one of the first available units. It marked the beginning of the Pocket PC drive towards smaller, thinner, sexier devices. I know I loved it!  But it wasn't without it's deficiencies...*

Granted, there were some areas that definitely could have used improvement. For starters, there was a **serious** lack of storage. Since the iPAQ only came with 16MB of Flash ROM and 32MB RAM, it was almost a given that even a recreational user would need to add more memory. To do this, you had to purchase an expansion sleeve that would accommodate whatever memory format you wanted to use - as long as it was Compact Flash or PCMCIA. Eventually, sleeves came out with dual PCMCIA and dual compact flash slots so that you could not only add additional memory but even additional peripherals such as modems and GPS modules. Obviously, these sleeves could add quite a bit of bulk to what was normally a svelte device, but the added functionality made all of us loyal iPAQ users giddy. To combat the sleeve-size issue, George Mosquera and Whitney LuBean came up with slimmed-down custom versions of the memory card sleeves, and many of us jumped at the chance to own their handiwork.

*iPAQ accessories were and continue to be the best selling Pocket PC accessories on the market. People can't get enough of the latest cases, sleeves, and iPAQ specific doodads. I have my share of those products, including the original SilverSlider which I continue to use it with my newer (even the 5455) models.*

If the truth be told, many of us easily spent what a *nicely* appointed laptop computer would have cost while outfitting our iPAQs. I, for one, definitely let it get out of hand - but my argument was that I was prepared for any scenario that could possibly come up when I was carrying my iPAQ (or, "iPAQzilla" as my baby was called). With the right sleeve, I could listen to 5GB worth of MP3s, put on a power-point presentation, or heck - even use my iPAQ as a phone! This was pretty heady stuff, never mind though that when I had these sleeves attached to my iPAQ it became a virtual brick - weighing almost a **pound** - which by any stretch of the imagination definitely took the "Pocket" out of Pocket PC!

*Isn't that always the case? Accessorizing begets hernia? Hey, that's what gear bags are for right? :o) A gadgeteer is always prepared. Or at least that's what I always tell myself when I drag along a CF sleeve, a Stowaway keyboard, Ethernet CF card, CF modem, leather case, various CF memory cards filled with games, MP3s etc, Symbol WiFi CF card, etc, etc, etc...*

Of course, there were times when I chose not to carry all the additional bulk. I just wanted to take my "nekkid"  iPAQ along to consult my schedule, contacts, read an eBook, or play a game. This was when it really hit me that the 32MB RAM was too limiting. Fortunately, Mack Baggette of Times2Tech was offering 64MB memory upgrades. Of course, once you have a taste of something good, it's never enough: you have to have more. That's why when he came out with his 128MB memory upgrade I jumped all over it. Being able to load MP3s, programs and eBooks on my iPAQ without the additional bulk of a sleeve gave me even more reason to love my PDA...but there was still something missing.

*Yup, an actual memory card slot like everyone else had...*

The introduction of the 3800 series in Fall 2001 was a big deal for almost all iPAQ owners, myself included. Not only did Compaq give their popular PDA a facelift - they remained true to its loyal users by designing the 3800 so that it could still fit

all of the expansion sleeves that we had bought in legion. Compaq also scored points by including 32MB of Flash ROM, 64MB RAM, and a handy new feature called the iPAQ File Store that allowed you to use the extra ROM (6.59MBs worth) that the PPC OS didn't use for storing programs and files. But of course, the best feature was that Compaq had finally integrated a memory slot into the iPAQ's design. Granted - it wasn't a Compact Flash slot like I would have liked, but an SD/MMC slot which was, and still is, better than nothing.

*At the time, SD memory cards were very expensive when compared to CF cards of the same capacity. I for one was not happy that Compaq went with SD cards for their new PDA model. But as before, the iPAQ Pocket PC was always a little bit ahead of its time... Today SD cards, while still more expensive than CF, are approaching the level of pricing that makes them attainable to everyone.*

Sometime during this last year I got disillusioned with my iPAQ, mainly because of its size when various sleeves were added and also because I was ready for something **new**. So, the love affair was put on hiatus...indefinitely.

I dabbled with other PDAs, both of the Palm and Pocket PC variety, looking for one that would capture my heart like the iPAQ once had. Truth be told, I had pretty much given up on the iPAQ. In fact, when the 3900 series came out I didn't even buy one, even though I heard such positive hype about it's beautiful screen - the iPAQ just didn't excite me any longer.

*I felt the same way. The 3900 series was just a small blip on my PDA lust meter. It seemed as if Compaq had forgotten their prime directive to go where no PDA had gone before. Yes, there was the new transflective display, and yes there was a version with built-in Bluetooth. While both of those features were somewhat enticing, they were not exciting enough for me to actually buy one.*

Now here we are a year later, and once again the iPAQ has gone through another metamorphosis. The Compaq marquee has given way to that of Hewlett-Packard, and the model number has jumped substantially. We are no longer in the 3000 series, we have entered the era of the 5400 series. Even though it has gone through yet another facelift, this iPAQ is still able to fit the expansion sleeves that date back to the earliest models. Memory has been improved (in some ways), yet again: There is now 48MB of Flash ROM which allows for an incredible **21.71MB** of free space in the iPAQ File Store utility, but RAM has stayed the same with 64MB. The 5400 also offers expanded functionality with the addition of not only Bluetooth (first introduced in the 3870) but also built-in WiFi, allowing all of us that have access to 802.11b networks to hook right up without the bulk of a sleeve. There is built-in biometric security allowing us to keep our information protected - yet quickly accessible with just the swipe of a finger. To top things off, there is a removable battery allowing a user to hot-swap batteries without losing data when the charge gets low. **Finally**, an iPAQ that could once again capture my imagination. It was offering all of the above in a package that was basically the same size and form factor as my original iPAQ back in the day. **Amazing**!

Impulsively, I ordered one and in the back of my mind I was hopeful. I wanted to fall in love with an iPAQ again, and it sounded like the 5400 might actually be worthy of my affection. I placed an order with Mobile Planet, as they were the only company that could give a "soon-enough" date for delivery. Not caring whether I wound up with a 5450 or 5455 (essentially the same model - the 5455 just includes a trial edition of PeaceMaker Pro), I placed the order and settled in for the wait.

*The 5400 seemed like feature overload. It was the Swiss Army knife of PDAs! But with all of those incredible features, came an equally incredible price tag! $700 for a PDA?! That's totally insane! Of course, I had to have one too and ordered one about 12hrs after Judie did! Ha!*

A few days later FedEx rang my doorbell.

*I had to wait a couple days longer...*

Excitement was rampant when I took it the iPAQ 5455 of the box. While I don't have any set ritual when I receive a new PDA like Julie does, there is a certain feeling I get that **only** comes when I am looking at a new PDA with a style and feature list that catches my imagination and believe me, the 5455 that I received easily achieved that.



*Yes, I'll admit that I'm a freak... I will not 'play' with a new PDA until its batteries have been fully charged in its cradle. If it powers on as soon as I plug it in, I quickly turn it off and wait in anticipation as its charger LED blinks at me. It's a luck thing. Just like a baseball player might not wash his socks before a game for fear that it might somehow change the outcome of the game... I feel like it's bad luck to use a PDA before it is ready. Unfortunately, I think I may need to change my ritual as it did not work out for me on this occasion <pout>*

In all honesty, I was so ready to love this PDA that I was all set to make it my "daily driver" even as I was charging it for the first time - before having actually used it. I was already switching all of my programs and files over to it as it sat in the cradle charging - in fact, I resurrected the "iPAQzilla" name and assigned it to the 5455. Heck, I had just dropped $700 and change on this new iPAQ, and I was expecting it to live up to the hype! I pulled out my long idle Silver Slider 5 and put a new plastic swing cover on it - since my old one had scratches and cracks from age. I inserted a custom stylus in the silo, and I waited for my newly dubbed iPAQzilla to charge - eager to start using it.

*Since I hadn't used an iPAQ in awhile, I searched through my drawers looking for leather cases that might work with this new version. I also pulled out all the sleeves and accessories that I would need to carry with me in my gear bag as I made the 5400 my main PDA (at least through the 2 week review period).*

What we will recount here has happened in the last couple weeks and consists of our own personal experiences. Although Julie's and my experiences with our 5455s may have been slightly different from each others, I suspect that every person that has bought a 5400 in the last month will recognize different things that have happened to us, both good and bad.

Has the 5400 lived up to our expectations? Do we love the convenience of WiFi and Bluetooth without an additional sleeve? Are we loving the convenience of keeping our data secure through the use of biometrics? Read on...

*Let's start as always with the hardware specs...*

## Hardware Specifications

Operating System: Microsoft Pocket PC 2002
Processor: 400MHz Intel XScale
Memory: 64 MB RAM, 48 MB ROM
Display Type: 16 bit, 64K color, 240 x 320, .24mm Dot Pitch, 3.8" diagonal / 96mm, Transflective TFT liquid crystal display
Expansion: SD Memory Slot (Supports SD/MMC, SDIO type standard), Optional expansion packs
Wireless Connectivity: Built in Bluetooth (1.1 compliant) and 802.11b
Audio: 3.5mm Stereo Mini Jack
Security: Biometric fingerprint reader
Battery: lithium-polymer removable/rechargeable 1250 mAh
Dimensions: (H x W x D): 5.20 x 3.32 x 0.62 in (133 x 84.2 x 15.9 mm)
Weight: 7.26 oz (206 g)

Along with the iPAQ itself, in the box you will also find a removable 1250mAh battery, an AC Adapter, a cradle that has the dual (serial and USB) connection ports we first saw with the 3800 series, a slip on charging adapter (so that you can use the

charger without the cradle), a CD that includes Active-sync 3.5 (which is odd since you can download 3.6 from Microsoft's Pocket PC site), Outlook XP, additional software, and the iPAQ manual. There are also beaucoup reading materials covering everything from the integrated WiFi to the integrated Biometrics. I am not ashamed to say that I stopped and read the pamphlets. I wanted to make sure I got everything set up correctly.

*I hate reading manuals! And as a result, hadn't even cracked them open until last night. I finally needed help with a WiFi and Bluetooth problem. Unfortunately, the manuals didn't help... More on that later.*

Hey - I hate reading manuals too! It's almost a point of pride that I seldom do...but biometrics is too new for me to be able to "fake it 'til I make it."

*Style-wise, there's no question that the 5400 is an iPAQ. Of course, the logo silk-screened on the front is now an HP instead of Compaq...*

Yes, this took me a little while to get used to.

*This new unit retains the same body shape as the original model which as mentioned above, allows it to be compatible with all expansion sleeves that have been released thus far.*



[Left to right: 3600, 3800 and 5400]

So it would appear that HP is honoring the promise Compaq made last year (I believe) that they would keep the form factor of the iPAQs as such so that the sleeves could be used for the next 5 years...or was it generations. I honestly can't remember...but hey - at least they are honoring it! :0)

*The silver finish appears to be identical in look and feel to my 3800. Actually, there are really only three main major visible differences between the 5400 and 38/3900 models. The antenna nub at the top, the D-pad / biometric scanner, and the removable battery on the backside.*

*Although the 5400 is very similar to the 38/3900, those of you that are upgrading from these older iPAQs, will not be happy to find out that your PDA case is probably no longer compatible with your new iPAQ.*

Well, unless you were using a slip-cover case like the Avoglio, that is...





[Top to bottom: 5400, 3800, 3600]

*Besides the obvious addition of the antenna nub, there's the new hardware button arrangement to deal with. Luckily, the 5400 comes with the same plastic sleeve / screen cover case that the 38/3900 comes with. At least it will tide you over until your favorite case manufacturer releases a 5400 series specific case.*

Just remember that the included cover-paq will not protect your PDA from falls. It also leaves the black plastic "hump" at the top of the iPAQ exposed. I found out with my 3850 that this plastic is easily scratched...which brings me to the fact that the cover-paq itself left a nice set of light scratches or "grooves" on either side of my iPAQ in the first couple days I had it. If you decide to use yours, might I suggest that you rub its inner edges with a fine-grit sandpaper first - just to make sure that your iPAQ doesn't get abused.

*The 5455 is very solid. It's actually a little heavier (0.7 oz) than the 3800. It feels good in my hand and has absolutely no creaking or cracking when you squeeze the sides. Shaking it yields just a very slight rattling of the stylus in the silo.*

The weight of the 5455 does not bother me in the least. Since it feels long and thin without a sleeve, it appeals to me that it has a bit of heft to it.

*At the top of the unit you have the black 'hat' that houses the WiFi antenna, IR port, SD slot, stylus silo, speaker grill, and status LEDs and power button. Wow, there's a lot going on up there! The antenna is a short stub that sticks out of the top of the PDA by about 3/8th of an inch. Just enough to make all your slipper style cases incompatible. We'll go into greater detail about WiFi, Bluetooth, and the IR port features later.*

The antenna will be the first thing that people notice when you pull your new iPAQ out. I have had a couple people ask me if it was a phone...which makes me wonder if that might be next.

*The 5400 stylus is amazingly enough, exactly the same was the 38/3900 versions! Yay!*

This is good news for those of us that like to use an after-market stylus. :0)

*The speaker volume loudness on the 5455 as compared to the 3800 is not as loud. I was very surprised when listening to the same MP3 song on both unit side by side, that the 3800 sounded quite a bit better. Clearer and definitely much louder. That doesn't mean that the 5455 is quiet, it just isn't as loud. It is still loud enough (for at least me), to be used as an alarm clock, or to alert me to a meeting even when I'm in the next room (in a quiet environment).*

Listening to MP3s through any PDA's speaker is never high on my list of priorities - simply because music never sounds that great when you do it that way. Of course, there are some PDAs that make the experience more enjoyable than others. In the case of the 5455, there are a couple features that make it better than some. First of all, there is the iPAQ Audio application

that allows you to adjust the Bass and Amp settings.

Then there is the way that you can adjust the media players volume with the up/down rocker on the side of the iPAQ. While I will warn you now that there will be a short rant directed at the rocker a little bit later in this review - the rocker **is** handy when you want to adjust the volume setting while listening to MP3s. Of course, the same thing can be accomplished by tapping the on-screen volume slider or by assigning buttons under **tools/settings/buttons**.

With all of that said, the sound produced by the iPAQ's little speaker is adequate for most personal listening in an environment that isn't too noisy.

*For those times when you do not want your alarms to disturb others, the 5455 also has a vibrate feature.*

I would be interested in knowing how many people actually use this feature...

*The 5400 sure has its share of status LEDs! Below the power button is the alarm / charger LED. For alarms, it blinks green. While charging it blinks amber, and when fully charged glows a steady amber. On the left side is the WiFi status LED which flashes green while connected and amber when not connected by powered on. Below it is the Bluetooth status LED. It blinks blue while connected and glows a steady blue when powered on but not connected.*

*Also located on the front of the PDA are the four hardware application buttons, Dpad and fingerprint scanner. The voice recorder button still exists on the top left edge of the unit. But, it's morphed into a rocker style button that when pressed in, activates the recorder, and rocked up and down, changes the volume level. All of these buttons have great tactile feedback. You definitely know when you've pressed one correctly. Well, all except the Dpad (directional pad, joypad, navigation pad, or whatever you like to call it).*




The joypad (ironically named, if anything ever was) is probably one of the biggest disappointments that I had, hardware-wise, with the 5455. I am not a big gamer, so the fact that it is only a 5-way (up/down/right/left/in) was not upsetting to me. My problem stems from the fact that the joypad, at least on **my** 5455, is **hard** and **unresponsive**. Reading eBooks would be so much better if this thing would loosen up! I have read 3 or 4 Peanut novels in the weeks since I received my iPAQ, and I keep expecting the joypad to get with the program. Unfortunately, it hasn't happened yet, and it can take 2 or 3 clicks before a page will turn like it is supposed to.

*You have absolutely no argument from me. I also hate the Dpad! I actually thought mine was broken as I could never get it to page down. I finally realized that I had to really be forceful with it to get it to work. If I have to press buttons twice to see a result, it pretty much irritates the crap out of me. I don't have much patience with problems like these when I've paid $700 for a device. It really had me wishing for the original iPAQ Dpad... or even the 38/3900 style pad which I never really liked all that well!*

I wonder if that is something that could be fixed with a patch? I ask that because we went through something similar with an earlier iPAQ, and a software patch took care of the problem. I hope it's that simple to fix...

In any case, the substandard joypad has me longing for the responsive pad on my Tungsten | T, which is not a good feeling when you just dropped this kind of money on anything...which brings me to my rocker rant.

<rant>Why, why, why did HP not make it possible to map the up/down rocker button to anything other than volume? If they were going to make such a **lame** joypad, then at the very least they could have given us a map-able rocker button! I would be more than happy to use the rocker for flipping eBook pages or going between applications, had that option been available to me! But **nooooo**....</rant>

*I didn't even realize that the rocker could adjust the volume until just the other day. I happened to be testing the rocker while I had an MP3 playing thru headphones (that were not on my head at the time). I pressed the rocker up and down and didn't see any results on the media player volume selector. You can press the rocker as much as you want, but it will never change the selector. Even when you exit out and come back in to Media Player... It changes the volume level, just not the visible indicator for it.*

That seems like a software oversight to me.

*Directly below the Dpad is a thin 'bar'. This bar is the fingerprint scanner that can be used instead or in addition to a regular password for securing the data on your PDA.*

The finger swipe mechanism that conceals the biometrics was a little bit surprising to me. Realize that my only prior experience with biometrics has consisted of giving a full thumbprint on a black touch-screen at the DMV, while getting my driver's license renewed. Therefore, the little sliver that you are supposed to glide your finger across was a pleasant surprise. Starting at the joypad, you just swipe your finger in a downward motion, which creates a really nifty thermal imprint of your fingerprint.




*It actually reads the temperature differences between the ridges of your print. As it does so, it displays your print on the screen. There is a bit of training required before you can start using it. You have the ability to 'enroll' all 10 of your fingers if you so desire. Training the scanner to recognize your prints is easy enough. It prompts you to swipe whichever finger you are training a number of times before it is enrolled. Once you have your prints on file, you can start using the reader. It's very cool... when it works, and was a big hit at my day job. Everyone wanted to see it in action. I set things up so that I was prompted for a print or a PIN # every time I powered on the PDA.*







I did mine the same way, because even though the biometrics seemed to be working perfectly, the idea that if I entered an improper swipe 7 times (the number I set it for) would cause my iPAQ to hard rest just scared me. I liked the idea of having the four digit PIN# for a backup.

*At first it worked fine for me... even when my hands were cold. But then, time after time it would fail or require me to try 2, 3, even 4 times to get it to fully read my print and recognize a match. As a result I got impatient and would often ended up tapping in my PIN number instead of using the scanner.*

The same thing happened to me **-** but I noticed it even more after I switched from using a simple four digit PIN to the better encrypted, nine digit long, complicated, upper/lower case with numeric and punctuation password that I decided to try out.

*I've come to the conclusion that at least for myself, that a fingerprint scanner is a feature I could care less about. It's nifty, but I don't need it. I'd MUCH rather have a better Dpad any day!* Ditto!

The screen on the 5455 is truly remarkable. It is **beautiful**, bright, and with the exception of the single dead pixel in the middle of my screen, very clear. I do not have any dust whatsoever in my screen. For those of you that have been with iPAQ from the beginning, I know you will appreciate that.


[Left to right: 3800 iPAQ on full bright, 5455 iPAQ full bright]

*I agree! It's gorgeous and big (3.8 diagonal)! Definitely the best color PDA screen available to date! My screen is free of dead pixels and dust... I'm not sure how it compares to the 3900, but it makes the 3800 look very dim and anemic. I usually run my Pocket PCs on the full bore brightness setting. With the 5455, I run it on half bright, and it's still quite a bit brighter*

6:13-cv-02959-JMC Date Filed 03/27/17 Entry Number 146-2 Page 266 of 419

*than my 3800 at full bright! The colors are vivid, making the screen very comfortable to view for long periods of time.*

There is just one thing missing, in regards to the beautiful screen: **higher resolution**. I am the first to admit that I was spoiled by the 320x480 resolution on my CLIÉ, and the 320x320 on my Tungsten | T is nothing to sneeze at either. I think that it is about time that Pocket PC offered 320x420. Instead, it offers 320x240, which is in a word**: Pitiful**! Pocket PC **-** we deserve better by now!

*I can live with 320 x 240... What I want is a rotate option! Why can't we rotate the screen when we want too? It would make some applications so much nicer... for example Pocket Excel, Pocket IE, Pocket Word.... heck, practically every application could benefit from this feature!*

Yes, I agree **-** rotation would be great...hey, how about better resolution **coupled with** rotation? That would be a dream come true!

*The bottom of the 5455 is pretty much the same as the earlier iPAQs except that the microphone and earphone connector is now located in that area.*

Is this a hint that the next version might be a phone? I just had to throw that in there, since we have been asking that with every version's revisions since the 3600. ;0)

*The back of the PDA now has a removable battery pack. This is a great new addition as you can buy a spare battery and / or a higher capacity pack.*



One of the immediately obvious benefits of getting this particular iPAQ is knowing that you can switch out the included battery when it gets low with a battery of either the same or a larger charge. You can replace your low battery with either another standard 1240 mAh Slim battery or a whopping 2480 mAh Extended battery. Both easily snap onto the rear of the iPAQ to extend battery life.

I did a test to see what kind of battery life I could expect when playing MP3s (backlight off). As you can see, I got almost 6 hours, which is respectable.




Wireless is another story of course. Both Julie and I got just under 2 hours using WiFi constantly. You would definitely need the extended battery if constant WiFi access was important to you.

The cradle is very similar to the one that came with the 3800 series. Of course, there is a HP logo in its center which is a major change, but otherwise, the styling is similar. You can still detach the power cord from the cradle and use the iPAQ with it's included power adapter on the go. You can also store up to two styli in the holes on the front of the cradle.



*A new feature of the 5455 is the ability to charge the PDA via USB. That means you can disconnect the power from the cradle and still charge the batteries. The only gotcha is that it appears that the batteries only charge when the PDA is turned off... at least that is the only time that the charger LED flashes.*

*This iPAQ is the first Pocket PC to have both WiFi and Bluetooth built in. This is great because you don't need any extra peripherals to get these features. It's not great because it really drains your battery quickly. Setup with WiFi wasn't that difficult, I was surfing the web from my couch after a few minutes of configuring. Surfing isn't super fast, but it's useable. It really depends on your internet connection. Judie and I did a few tests to compare our speeds on our desktops and via WiFi. You can see the results below.*

| | iBIZ review | Waterfield Bag review | Jabra Headsets review |
|---|---|---|---|
| **Direcway Satellite / Desktop PC** | 4 seconds | 7 seconds | 5 seconds |
| **Direcway Satellite / WiFi iPAQ** | 50 seconds | 78 seconds | 37 seconds |
| **Verizon DSL / Notebook PC** | 3 seconds | 5 seconds | 2 seconds |
| **Verizon DSL / WiFi iPAQ** | 24 seconds | 38 seconds | 26 seconds |

*I tried to get ActiveSync to work with WiFi and had no luck. I am able to initiate the sync on the Pocket PC, it pops up on my*

*desktop PC, but they never actually get connected. They just sit there trying to connect forever. I'm not sure what is wrong, but I tried about everything I could think of.*

At least you got your desktop to try...mine just basically sat there and laughed in my face. :0(









*As for Bluetooth, I had even less luck getting it to work. I have a Mitsumi USB Bluetooth adapter on my PC. It has allowed me to hotsync just fine with my Tungsten T, but I can't get it to work with the 5455. I can pair the devices and that's all... As a result, we were unable to test the Bluetooth features. Neither Judie or myself have a Bluetooth mobile phone...*










I did get my 5455 to recognize my Tungsten | T...but obviously I couldn't do much else with the incompatible OSs.

*What about overall system speed? Truthfully, the 5455 feels no faster to me than my 3800. You still get pausing between apps loading, pausing between screen taps, etc. There's still that Pocket PC lag that we all experience.*

Exactly! We all bought into the hype that XScale devices were going to be faster and better...but guess what? My Pocket PC Phone Edition seems to be just as fast opening applications as the 5455 is, and it is definitely not an XScale device.

*Let's face it, Pocket PCs still are not as snappy as a Palm device. Yeah, it's apples and oranges, but it's true. The user experience on my Tungsten T is that I have no lags between regular operations. It always feels to be running at the same speed. On a Pocket PC, it can be snappy one minute and then dog slow the next...*

Nowhere is this more evident than opening up a new book in PalmReader. On my Palm, it is instantaneous, but even on my

6:13-cv-02959-JMC Date Filed 03/27/17 Entry Number 146-2 Page 269 of 419

5455 I still have to look at a formatting bar...<sigh>

On to the software....

## Software Specifications:

**Software Included in ROM:**
Pocket Outlook **-** This is your PIM (Personal Information Manager) Suite of applications. You get Contacts, Calendar, Tasks, Notes, and Inbox. All of these applications will sync directly to Outlook on your desktop PC. Inbox can now sync multiple folders!

Pocket Internet Explorer **-** Web browser.

Pocket Word **-** View and edit Word documents.

Pocket Excel **-** View and edit Excel documents.

Microsoft Reader 2.0 for Pocket PC **-** Read electronic books.

Windows Media Player 8 for Pocket PC **-** Listen to digital music and watch movies.

MSN Messenger **-** Instant Messaging client just like the one on your desktop.







Microsoft Transcriber **-** Handwriting recognition input method. This is now part of the ROM instead of an optional installation.

Block Recognizer **-** Graffiti clone input method. If you have a Palm OS PDA and know Graffiti, then you'll be right at home with this input method.




Terminal Services Client **-** With the terminal services client a Pocket PC user can access Windows Terminal Servers and run

6:13-cv-02959-JMC Date Filed 03/27/17 Entry Number 146-2 Page 270 of 419

Windows applications. It only works with Windows Terminal Servers, which run on NT 4 servers and Windows 2000. It does not work with 95, 98, or ME.

Spellchecker - Available for use in Word, and Inbox. Unfortunately, it's not available in the Notes application.

Voice Recorder, Calculator, Solitaire

iPAQ File Store - Similar to the HP 565's Safe Store, the iPAQ File Store gives you a 21.71MB of nonvolatile ROM space where you can store files or applications. The benefit of this block of memory is that even after a hard reset, the programs and files will still be stored in this area and will be ready to use. File Store basically shows up as an extra drive.




Backlight Adjuster - 32 different incremental variations, from **off** to **super-duper bright**!




iTask - Cool little Launcher application that is associated with the bottom right hotkey, it allows you to switch between open applications. You can also close applications and access frequently needed features such as the brightness controls and other settings.




Self-Test - Rudimentary system test application for sound, screen, reading/writing of files, Infrared, LED, ROM checksum, and key press.




Power Setting - Same as previous version, but now there is an actual percentage showing, in addition to the bar graph. In addition to the main battery, the status of the internal backup battery is shown.




Backup Utility - This utility will allow you to backup, or restore from backup, all the data in the file system to a storage card

or the iPAQ file store area. You can choose which files to backup, and you can choose where to store them.









iPAQ Image Viewer - Image viewer, slideshow program.




Nevo - A nifty remote control program that you can train to work with just about any audio/visual component out there. If you can't make it work with the given codes, don't sweat it - you can train it directly from the soon to be obsolete remote control. *It works great and I was able to control my TV from up to 15ft away.*




**Optional Software to install (included on disk):**
Outlook 2000 - Desktop PIM.

ActiveSync 3.5 (note: There is a newer version available online) - Syncing software.

Microsoft Money for the Pocket PC - Keep your financial accounts organized and synced with the desktop version.

Macromedia® Flash™ Player - You can enjoy Macromedia Flash animations, cartoons, and even games right from your PDA.

There are also quite a few trial versions of software like the following:

Avaya™ IP Softphone for Pocket PC (demo) - Use your WiFi network to access your phone and all its features.

Running Voice IP (demo) - Voice-over-IP (VoIP) application that enables real-time voice communication between computers using an active Internet connection.

VTGO (demo) - Another IP phone application.

...and more!

*So, Judie and I spent $700 of our own money to buy the latest and greatest Pocket PC. Are we happy with our purchases? Ummmmmmm, let me think...................... **NO**!*

Definitely not! :0(

*Ok, that might sound a little harsh, but that's the way I personally feel at the moment. I was all set to hop from my Tungsten T to the 5455, but that won't be happening now for a variety of reasons. These are my reasons, Judie's may or may not be different.* With that in mind, I will just comment and add to Julie's:

*1. I don't need Bluetooth.* I don't need it, either. One of these days, Sprint PCS will offer a Bluetooth phone - when that happens, my attitude will most likely change.
*2. I don't care that much about WiFi on my Pocket PC. If I want to surf while sitting in front of the TV, I'll just use my Fuji notebook. It has a much bigger screen and a full keyboard.* I like having the WiFi, and I think it is a nifty feature if you work somewhere that has access points or if you have an access point in your home. The battery drain is serious when using WiFi - but if you need it, it's great to have it without needing an additional sleeve..
*3. I really don't need fingerprint scanning security on my PDA.* I think every one needs to protect their data. Even if you aren't keeping state secrets on there, and being able to swipe a finger is an ideal way to keep your data locked up. I just wish my scanner would work even 75% of the time! Whether it's because my hands are too cold, or because the software on my 5455 is buggy - it just doesn't work reliably enough for me to use the scanner regularly. Bummer.
*4. The 5455 isn't any faster than the 3800 that I already have.* Ditto!

*5. The Dpad sucks!* Definite Ditto...and since you can't remap the toggle button, the joypad is as good as it gets for navigation!
*6. It's $700, which is almost half the price I paid for my Fuji notebook.* This is the worst thing of all! By the time I add a case, any sleeves, peripherals, or any other upgrades to this thing - it will be on the far side of $1000. Jeez - I mean, I think it is time to **stop the madness**! Has inflation gotten so out of hand that we are willing to accept this? Is our economy so great that this is just a drop in the bucket to most PDA users? Okay, maybe I wouldn't be so upset if everything worked as advertised...but at least on my 5455, it doesn't. I am out $700 and I am bummed about it!

One last thing I would like to mention is that twice (in 2 weeks), my WiFi has stopped working for no reason at all. I have tried resetting, removing the battery, everything I could think of - and then finally broken down and done a hard reset. The confusing thing is that it is **not** the fault of aftermarket software that I had installed. How do I know this? Because I stopped and did a full backup each time it quit working, then I did the hard reset, and then I did a full restore from the saved backup - and **both** times the WiFi worked perfectly afterwards! This is simply **frustrating**.

*I've not had this happen to me. WiFi has pretty much worked flawlessly (although a bit slow for my liking) for me.*

Julie also forgot to mention how she found her iPAQ dead on the 21st of this month. Quoting her diary entry: *"My 5455 was DEAD this morning! I woke up, tried to turn it on and wasn't successful. I pressed the reset button and still nothing. So I thought maybe the battery had died during the night, so I put it in the charger. The charge light would not come on. I tried pluging the AC in directly thru the small adapter dongle thing, nothing happened. I took the battery off the back, put it back on, nothing. Finally I tried a hard reset per Judie's suggestion. This time when I pressed the reset switch, I saw the screen flash for a split second before turning black again. I placed it in the cradle and the screen came on and it started syncing and charging."*

*I think the best features of the 5455 are the display, replaceable battery and the large file store.*

I agree. And to that, I would have to add the availability of a large amount of aftermarket peripherals that are specific to the iPAQ line.

*But at the moment I can't justify the purchase on those features alone. I'm actually going to post mine on eBay right after this review is posted.*

I am going to keep mine, mainly so I can do accessory reviews with it. I am also holding out hope that after I send it in to HP, they will fix my dead pixel, release a software patch that fixes my main problems, and then perhaps I will be able to enjoy my iPAQzilla again...until then, I suppose I will go back to my Tungsten| T.

*That's what I've done. The T|T is back on top for me. At least for now...*

***Price:*** $699.99
Includes one year basic warranty

***Pros:***
Built-in WiFi
Built-in Bluetooth
Awesome display!
Larger file store than previous models

***Cons:***
Fingerprint scanner is finicky
Memory errors when trying to turn on Bluetooth and /or WiFi
Not significantly faster than previous model

Let me know your comments on the HP iPAQ 5455 Pocket PC, and read what others have to say.
Back to Main Page.

6:13-cv-02959-JMC Date Filed 03/27/17 Entry Number 146-2 Page 275 of 419

pdabuyersguide

## HP iPAQ 5450 Pocket PC 2002 with 400 MHz XScale processor

—by Lisa Gade, Editor in Chief, posted Jan. 2003

HP iPAQ 5450 and cradle

Introduced in December, 2002, and widely available in Jan. 2003, the iPAQ 5450 is HP's new flagship Pocket PC. It isn't cheap at $699, but HP has given us a couple of significant new features for our money. In fact, the 5450 is priced at $50 less than the iPAQ 3970 was at introduction in the Summer of 2002, while adding built-in WiFi, an improved Bluetooth interface and a biometric finger scanner. Interestingly, the 5450 and 3970 are similarly priced at the moment, which is confusing since the 5450 is newer and has more features! Which should you choose? Read on!

### What's New?

The 5450 ostensibly seems similar to the 3970, but there are some nifty new features under the hood. You'll notice a small nub antenna on the top of the PDA, and that's the WiFi antenna. Yes, you no longer need to add a CF sleeve and CF WiFi card to use WiFi (802.11b) with your iPAQ. In case you do want to use sleeves, the 5450 still works with existing iPAQ sleeves.

The d-pad (directional pad) is now a small round button rather than the large oval button used on previous iPAQs. Why? Because a fingerprint scanner is built into the d-pad area and resides just below the d-pad. This isn't a great d-pad for games, alas.

As you've now guessed, the 5450 offers biometric fingerprint scanning for security. It's a thermal reader that can store images of several fingers. If you use this feature, you can lock your iPAQ so only a swipe from one of your fingers will unlock it.

Finally, the 5450 has a removable battery. You can swap a new one in whenever power's running low, or simply replace a tired battery easily. It's nice to see more manufacturers adding this feature.

### What's the Same?

Just as with the iPAQ 3900 series, you get a lovely transflective display that's one of the best out there. The 400 MHz XScale processor, 64 megs of RAM, 48 megs of ROM and basic software are also the same as the 3900 series (the 3950 has 32 megs of ROM, while the 3970 has 48). Like the 3970, the 5450 has built-in Bluetooth, though the interface has been greatly improved on the 5450.

The 5450 can use existing expansion sleeves as well as accessories made for the iPAQ 3800 and 3900 series. I've used my old cradle, charger and even a Stowaway keyboard without a problem. The new cradle retains the dual USB and serial connectors found in the 3900 series cradle.

### Screen, Sound, and Gaming

Transflective displays are absolutely gorgeous, and the iPAQ 5450, 3900 series and 1910's are some of the best. Transflective screens reflects ambient light to illuminate the screen (for outdoor viewability and power savings) and has backlighting. How different is it compared to older technology reflective screen PDAs like the Toshiba e740? Hugely different! Reflective screen PDAs look milky and lack the color saturation and true blacks of transflective displays. Colors are also more accurate.

**Get the iPAQ 5455 from Amazon.com for $699 ($650 after Amazon rebate)!**

Buy from amazon.com

**5450 vs. 5455 Series Models:**
They're the same. HP uses two different numbers: one for corporate channel sales (5450) and 5455 for retail sales channels.

back of iPAQ 5450

*The back of the 5450. The door covers the user-swappable battery. The black nub at the top houses the WiFi antenna.*

**Questions? Comments? Post them in our Discussion Forum!**

Sound is typical iPAQ: as loud and good sounding as it gets on a Pocket PC. Some folks have said they think it's quieter than previous iPAQs, but it seems just as loud to me. In fact, iPAQs have the loudest speaker of any Pocket PC. I've had to shout over it in the office!

Gaming. . . well, er, if you're a gamer, this d-pad will likely drive you nuts. Since HP targets the unit at corporate buyers, they make no claims about the 5450's gaming perfection. The d-pad is too small and stiff. You'll find it difficult to press the d-pad hard enough to register your desired movements consistently while gaming. Then the extra presses will register and goodness knows where your spaceship or character will end up. The screen also requires a harder touch, so you'll have to use more pressure with the stylus than with previous iPAQs. Most popular games do run on the 5450, but graphically intensive games (we're not talking about board games) run slowly and drop frames. Perhaps the MediaQ accelerated graphics chip in the 5450 isn't yet well supported.

Despite it's business-like software bundle, it does come with two cool games, including a motorbike racing game developed exclusively for the 5450. It's called Pocket TT, and it's a stunning 3D racing game that even supports multiplayer over TCP/IP. While Pocket TT is probably the best looking 3D driving game I've ever seen on a Pocket PC, the in-game controls makes it a bit hard to maneuver your motorcycle. Bust'em, the ever-popular and sweet-looking breakout style game is also included on the CD. For some reason, Bust'em doesn't run smoothly on the 5450 however.

### Battery Life

Battery life depends on your wireless usage. If you don't turn on the wireless features, you should get an average of 2.5 to 3 hours actual usage per charge. The 3900 series has longer battery life, and in fact has a 1400 mA battery, while the 5450's has a 1250 mA battery. But hey, you can swap a new battery in, and that's a great consolation prize. When using WiFi, I got about 1.5 to 1.75 hours per charge. Bluetooth requires less power than WiFi, so you should see about 1.75 to 2 hours per charge when using Bluetooth.

Of course, runtime varies depending on what you do with the PDA. If you're into high drain activities like gaming, watching videos and playing MP3s with the screen on, you'll get less time per charge than if you use it for PIM activities and document editing.

Like the 3900 series, you'll get a battery control applet. You can set the "Standby" time (essentially how low you're willing to let the battery get before it gives you warnings and shuts down to preserve the contents of memory). So if you generally put it in the cradle each day or at night when you get home, you can set a low standby time since you know it'll be charged frequently. This can significantly increase runtimes.

### Compatibility

The sleeve connector and serial port have remained the same as the iPAQ 3800/3900 series PDAs. I've tried the Compaq expansion sleeves, which work fine. Note: You do NOT need to install the drivers for the CompactFlash Expansion Pack Plus or PC Card Expansion Pack Plus, they are included in the 5400 series operating system. All Compaq branded accessories should work without a problem. While the 5450 cradle has an HP logo, it seems to otherwise be the same as the 3800/3900 series cradle. It can also use the same charger and sync cables as the 3800/3900 series iPAQs. The popular Stowaway keyboard also works fine.

I've thrown just about every popular software title on this thing and so far everything runs without a problem other than many popular highly graphical games like Bust'em, EverQuest and Intersellar Flames, which at times run slowly or drop frames. Games from Hexacto and Zio run fine though.

The Sierra Wireless AirCard 555 that worked well with the iPAQ 3800 series worked only for voice but not for data connections, just as with the iPAQ 3900 series. There's a simple workaround that allows you to make data connections which we've posted in our discussion forum here. Hopefully Sierra Wireless will release a new driver, so you don't have to tweak the settings yourself!

### You've Been Fingerprinted!

The 5450 is the first PDA to offer built-in biometric security. What does biometric mean? It measures or scans a part of your body that is unique (fingerprints, retina scan), and uses that image to identify you. While you might forget your password, your fingerprints should stay the same for life. Take a look at the screen on the right-- it shows part of the fingerprint training process. You can "enroll" more than one finger, and in fact your finger plus someone else's if you plan to share the iPAQ. The software has you swipe your finger until it gets 8 successful images of the print. After this, it should hopefully recognize you when you swipe your finger. The iPAQ uses a thermal reader, but no matter how cold my fingers got (and they get amazingly cold) accuracy wasn't effected.

Do you have to use biometric security? No, it's optional. You can run your iPAQ with no security, with fingerprint, PIN, fingerprint or PIN, fingerprint and PIN, strong alphanumeric password, fingerprint or password, and finally fingerprint and password. You can set it to require a password after 0 minutes, 5, 15, 30, 90 minutes, all the way up to 24 hours. How well does it work? Let me say that you should not use fingerprint alone (opt for fingerprint and PIN or fingerprint and password), because there are times when your best buddy won't recognize your fingertips. Sometimes it recognized a finger after only 1 scan, and that means only a momentary delay before you get to use your PDA. On other occasions I had to swipe 6 times, or resort to entering my PIN. You can specify the number of failed attempts before the iPAQ offers you the option to keep on trying or hard reset (yikes- erase!) your PDA. It works, but it's less than perfect.




*Above: training the iPAQ to recognize your*

Why does the iPAQ have biometric fingerprint scanning? Because it's marketed toward corporate types, and one of the major headaches IT decision makers face is the security

6:18-cv-02959-JMC Date Filed 03/27/17 Entry Number 146-2 Page 277 of 419

of data on company PDAs. PDAs are small and easily lost, dropped or left behind on the train seat. This means that company data can easily fall into the wrong hands. Most users hate passwords and significant delays in getting to the data on their device. HP tried to find a solution that didn't depend on users remembering their password, or worse yet, writing their password on a post-it note taped to the back of the PDA. When the fingerprint technology works, it also doesn't cause an annoying delay that would otherwise drive the user to turn off security, hence driving the IT department nuts.

*fingerprint.*

screen shot

### Bluetooth

Bluetooth has gotten downright friendly by today's standards. The new interface is wizard based, and it walks you through connecting to a variety of devices, from your ActiveSync partner (if you have a USB Bluetooth adapter installed on your PC), to headsets. This is the direction that Bluetooth interfaces need to move toward. Just as with WiFi, some folks had problems with having to do a soft reset to turn on their Bluetooth radios on occasion, due to out of memory errors. After 1 week, I haven't encountered this problem yet. The Bluetooth version is 1.1. I ActiveSync-ed wirelessly, then transferred files to a Dell Axim X5 which had a Belkin Bluetooth CF card.

### Nevo: A/V Remote Control software plus enhanced IR

It used to be if you wanted to control your home entertainment components with your PDA from a decent distance, you had to get a Sony Clié. Not any more! You'll get an A/V remote control program called Nevo (the same company that does much of the world's remote control software). Nevo first debuted on the iPAQ 3900 series. This is more than just software: if you've ever tried shareware A/V remote control software on Pocket PCs, you've probably noticed that the range isn't very good (who wants to get up and stand within 5 feet of her TV to change channels?). Compaq beefed up the IR power to what they call consumer grade for the 3900 series and that continues with the 5450. You'll be able to use your iPAQ to control your TV, DVD, Stereo and etc. from your couch, even if you have a large living room. You can set up more than one room as well, telling Nevo you want to control the living room TV, VCR and etc or the bedroom A/V gear. Nevo has a friendly and unique user interface that won't take long to master. Setup is easy, you can select your A/V by brand, do a few tests and you're done. An amazing number of brands are included! More brands and models can be downloaded from www.mynevo.com. If you're a remote guru, you can add your remote by its code as well.

*Above: The new Bluetooth interface is much friendlier.*

### Software Bundle

As expected with high end Compaq and HP PDAs, the 5450 comes with a very generous software bundle, albeit with a corporate focus-- i.e.: 4 different Voice over IP apps, presentation software, conferencing software and even Check Point VPN secure client. You'll get the usual Pocket PC Premium Edition Apps: Microsoft Pocket Office suite including Pocket Word, Excel, Internet Explorer, Reader, and Outlook. Also, Terminal Services, MSN Instant Messenger for Pocket PC, MS Reader and Voice Recorder as well as handwriting recognition. 3rd party software includes: full versions of MARGI Presenter-to-Go and MARGI Mirror (for viewing and giving PowerPoint presentations, Avaya IP Softphone for voice over IP via WiFi), Check Point VPN client, Flash 5, Bust'em, RealOne Player, and Jeode Java runtime. 3rd party demos include Pocket Watch World Clock, Peacemaker Pro and Running Voice IP.

### Benchmarks

We've run benchmarks using VOBenchmark from Virtual Office Systems. I've compared the iPAQ 3835, iPAQ 3970 and the 5450. I've also tested for dropped frames in Pocket MVP (formerly Pocket DivX), and results were not as good as the 3970, but not notably bad. Perhaps when there's more support for the new MediaQ graphics chip the numbers will be as excellent as the 0 dropped frames for the 3970. Note that in raw benchmarks, the MediaQ graphics chip gives very good results, though in real world use you probably won't see improved application speeds. **Higher numbers are better (shown in bold).**

| Test | Compaq iPAQ 3835 ROM 1.15 (StrongARM) | 5450 (XScale) | iPAQ 3970 (XScale) |
|---|---|---|---|
| CPU Floating Point | 8.05 | 12.64 | **12.66** |
| CPU Integer | 15.53 | 26.86 | **26.95** |
| Graphics Bitmap BitBlt | 8.2 | **56.30** | 26.42 |
| Graphics Bitmap StretchBlt | 0.55 | **17.71** | 0.79 |
| Graphics Filled Elipse | 0.54 | **2.34** | 0.51 |
| Graphics Filled Rectangle | 0.56 | **6.50** | 2.10 |
| Graphics Filled Round Rect. | 0.52 | **1.70** | 0.50 |
| Memory Allocation | 8.71 | **11.71** | 11.16 |
| Memory Fill | 0.54 | 0.91 | **0.95** |
| Memory Move | **0.86** | 0.37 | 0.37 |

6:13-cv-02959-JMC Date Filed 03/27/17 Entry Number 146-2 Page 278 of 419

| | | | |
|---|---|---|---|
| Text | 2.40 | 4.45 | 3.24 |
| SD Storage Cards | 128 meg SanDisk and SimpleTech were used | 128 meg SanDisk and SimpleTech were used | 128 meg SanDisk and SimpleTech were used |
| LRR/LRW | 0.04/0.02 | 0.64/0.18 | 0.50/0.24 |
| LSR/LSW | 0.04/0.01 | 1.13/0.19 | 0.84/0.35 |
| SRR/SRW | 60.10/0.84 | 123.32/1.64 | 166.32/0.84 |
| SSR/SSW | 1.29/0.51 | 22.57/3.40 | 21.71/10.27 |

Conclusion

It has a gorgeous screen, more features than my car and the price is a bit lower than the top of the line 3900 series when it came out. As an iPAQ 3970 owner, do I lust after this 5450 and want to auction off my 3970? No. While I do use WiFi and love the idea of using it sans sleeve and CF card, that isn't enough to sell me. I'm security-minded and thus expected to really love the biometric fingerprint reader. I'd be thrilled if I no longer had to whip out a stylus and peck out my password to use my iPAQ. However, the fingerprint scanner isn't always that consistent, and about 40% of the time, I gave up trying and resorted to stylus and PIN instead of swiping until the iPAQ and I got it right. The battery life is noticeably shorter than the 3970 (with WiFi turned off for fair comparison, and standby time set down to 36 hours just as on my 3970). However, it is great to finally have a user-replaceable battery. The 5450 seems slower than the 3970 and even the older StrongARM 3835, though it benchmarks well. I often see noticeable delays switching between apps and opening menus, which is unexpected. This is probably because of the number of drivers and support apps running to drive the WiFi radio, Bluetooth radio, fingerprint scanner and sleeves. Some folks have improved their 5450's speed by removing the software driver for sleeves (don't do this if you DO use sleeves!) and quitting all wireless apps when not using them. I generally ran with wireless apps off and removed from the system tray, and the 5450 often seemed a hair sluggish. Perhaps I should blame all this on my 3970: if it wasn't so darned speedy, stable, reliable and able to outrun most other Pocket PCs on a charge, I'd probably be more impressed with the 5450. So the iPAQ 5450 is not by any means a bad unit, it just hasn't surpassed my 3970 or even equaled in when it comes to a few things I really care about: speed, stability, battery runtime per charge and game-friendliness. If you want a high end iPAQ but you're on a tight budget and don't need Bluetooth or built-in WiFi, consider the iPAQ 3955, which is now heavily discounted at Amazon.

Pro: The built-in WiFi is a winner, with strong signal and a full compliment of configurations settings. Bluetooth has gotten an interface facelift, and has gotten friendlier compared to the older iPAQs. The battery is user-replaceable-- yay! The screen, as with other recent iPAQs, is perfection. Cons: In actual use, the 5450 seems a tad slow compared to other Pocket PC 2002 PDAs running 400 MHz processors, including the iPAQ 3900 series. Many games don't run smoothly. The d-pad is hard to use because it's too small and requires too much pressure. The biometric scanner isn't consistent enough.

Suggested list price **$699**

The 5450 and 5455 have different model numbers because HP uses different model numbers to track sales in consumer vs. business channels. Both come with a cover pack iPAQ case, cradle with both USB and serial connectors, charger, one battery, an extra stylus, software CD and manuals.

**Specs:**

Display: transflective TFT color LCD, 65,536 colors, Screen Size Diag: 3.8", Resolution: 240 x 320.

Battery Lithium Ion rechargeable. Battery is user replaceable.1250mA.

Performance: Intel XScale 400 MHz processor. 48MB Flash ROM with 22 megs available in FileStore for your use, 64 MB built-in RAM.

**Size:** 5.23" (not including antenna nub) x 3.3" x .6". Weight Approximately 7.26 oz.

Audio: Built in speaker, mic and stereo headphone jack. Voice Recorder and Windows Pocket Media Player 8.5 included for your MP3 pleasure.

Software: Pocket PC 2002 Premium operating system. Microsoft Pocket Office suite including Pocket Word, Excel, Internet Explorer, and Outlook. Also, Terminal Services, MSN Instant Messenger for Pocket PC, MS Reader and Voice Recorder as well as handwriting recognition.3rd party software: Avaya IP Softphone, Cisco CallManager (voice over IP) MARGI Presenter-to-Go, Callex Pocket PC with ETPlayer Voicemail, Flash 5, Bust'em (arcade game), Pocket TT (3D racing game), RealOne Player, Jeode Java runtime, Acrobat Reader, Nevo A/V remote control, and several additional trial/demo programs. ActiveSync 3.5 and Outlook 2000 for PCs included.

Expansion: 1 SD (Secure Digital) slot, 4 bit data bus, supporting SDIO.

**Back to PDA Buyer's Guide Home** **Questions? Comments? Post them in our Discussion Forum!**

## Symbol Wireless Lan Named 2002 Mobile & Wireless Technology Product Of Year By *Network Computing*



**Symbol Spectrum24 High Rate Wireless LAN Platform and Wireless Networker Garner Publication's 'Well Connected' Awards**

HOLTSVILLE, NY, May 14, 2002 – At NetWorld+Interop Las Vegas 2002, Symbol Technologies, Inc. NYSE: SBL was awarded three 2002 Well-Connected Awards by the editors of CMP Media LLC's Network Computing.

The Symbol Spectrum24® High Rate Wireless LAN product line was awarded both Wireless LAN Platform and Well-Connected Mobile & Wireless Technology Product of the Year while the Symbol Wireless Networker CompactFlash™ card was named Best New Wireless LAN Product. These products were chosen over products from other wireless LAN (WLAN) vendors for their delivery of true enterprise-class mobility solutions.

"The Well-Connected Awards are earned by products, technologies and services that have withstood testing by our editors over an enterprise and in real world environments – they have proved to be essential in meeting business initiatives," said Fritz Nelson, *Network Computing* publisher "When a product receives a Well-Connected Award, it is an important endorsement – it is the top in its category and carries through with its promise of excellence."

Winners of the Network Computing Well-Connected Awards were announced at the technology industry tradeshow Las Vegas; winners and finalists are featured in the May 13 issue of *Network Computing*, *Network Computing Online* at http://www.networkcomputing.com and also on http://www.nwcwellconnected.com.

"Given the quality of the competition, Symbol is pleased to receive these accolades from *Network Computing*'s information technology professionals – critical IT networking industry observers who represent the customer community," said Ray Martino, Vice President of Wireless Network Products, Symbol Technologies. "We enable our customers to deploy wireless networking for end-user mobility to improve the way their business gets done. Not only do we deliver wireless access points, we also give our customers the critical tools they need to get the most business value from this technology – wireless NICs, mobile computing devices with integrated WLAN and bar coding capabilities, a wireless network management system, a portfolio of wireless security mechanisms and professional services support."



The Symbol Spectrum24 High Rate Wireless LAN infrastructure delivers the speed, advanced performance and intelligent technology essential to successfully provide today's fast-paced workforce with instant, untethered access to vital network resources – a top productivity and communications priority for enterprises worldwide. Symbol's Spectrum24 High Rate Wireless LAN provides instant, real-time access to network resources and information while enabling a whole new set of diverse, dynamic applications in a variety of vertical markets, such as retail, transportation and logistics, healthcare, hospitality, education, manufacturing, government and public space environments.

When introduced last October, the Symbol Wireless Networker CompactFlash 802.11b NIC was the first Wi-Fi™ certified wireless CompactFlash adapter for Microsoft Windows powered Pocket PCs and notebook PCs. The Symbol Wireless Networker brings 11 Mbps wireless Internet connectivity to popular Pocket PCs and notebook computers.

**About Network Computing**

*Network Computing* is published by CMP Media LLC. From emerging companies to service providers, Network Computing defines the core issues facing people who manage technology in business – analyzing the critical decision points in purchasing the products, technologies and services that achieve corporate initiatives. Twice a month 220,000 IT professionals turn to Network Computing to get the information they need to make the right purchase decisions.

**About Symbol Technologies**

Symbol Technologies, Inc. (NYSE:SBL), founded in 1975, is a global leader in secure mobile information systems that integrate application-specific hand-held computers with wireless networks for data and voice and bar code data capture. Symbol products and services increase productivity and reduce costs for the world's leading retailers, logistics and transportation companies, government agencies, manufacturers and providers of healthcare, hospitality and security. More information is available at www.symbol.com and +1.800.722.6234 or +1.631.738.2400.

## For press information:

**Symbol Technologies, Inc.**
Doug Picker: picker@symbol.com
+1.631.738.4699

**Symbol Technologies, Inc., Wireless LAN Systems:**
Mark J. Ferrone: mferrone@sj.symbol.com
+1.408.528.2749

**Symbol Technologies Europe, Middle East, Africa:**
Helen Rigby: helen.rigby@uk.symbol.com
+44 118 945 7000

**Golin/Harris**
Chaim Haas
+1.212.309.0643

## For financial information:

**Symbol Technologies, Inc.**
Nancy Tully
+1.631.738.5050

Send to a FRIEND


©2003 Symbol Technologies All Rights Reserved. Legal Privacy

802.11 PLANET
The Source for Wi-Fi Business and Technology

Search go
Search internet.com

News | Reviews | Insights | Tutorials | HotSpots | Forums | Events | Products | Glossary | About

internet.com

Essential 802.11 Research
Now Available!
802.11 Wireless LAN Security: Usage Expectations, & Strategies for the Future
More Research

Subscribe Now!
802.11-Planet.com's Weekly Newsletter
html * text
your-email-address
go
More Free Newsletters

802.11 Glossary
Find an 802.11 Term
find

802 is a registered trademark of the Institute of Electrical and Electronic Engineers, Inc. ( IEEE ). 802.11 Planet is not affiliated with the IEEE

internet.com wirelesss
• 80211 HotSpots
• allNetDevices
• Pocket PC Wire
• M-CommerceTimes
• Palm Boulevard
• PDAStreet
• Psion Place
• ThinkMobile
• Visor Village
• Pocket PC City
• WirelessAdWatch
• WirelessAuthority

internet.commerce
Be a Commerce Partner
Register Domains
Anti-Virus Software
Software Store
Find a Web Host
Find a Consultant
Free Barter Account
Get Proposal Templates
Monitor Availability
Internet Jobs
Free Search Traffic

Tutorials

# Assigning 802.11b Access Point Channels

**By Jim Geier**

802.11 PLANET WORLD TOUR
• Tokyo, Japan, March 14, 2003
• Boston, MA, June 25-27, 2003
• Sydney, Australia, September 18-19, 2003
• Munich, Germany, September 29-30, 2003
• Santa Clara, CA, December 9-11, 2003

After completing a RF site survey, you'll have a good idea of the number and location of access points necessary to provide adequate coverage and performance for users. Before installing the access points, however, be sure to determine what channel frequencies you plan to use. This will ensure that users will be able to roam throughout the facility and have the performance that they need.

RELATED ARTICLES
Troubleshooting Your 802.11 WLAN
Site Survey Tools Simplify 802.11 Deployments
Minimizing 802.11 Interference Issues

**802.11b channel basics**

Direct communication between an 802.11 radio card and an access point occurs over a common channel frequency. You set the channel in the access point, and the radio card automatically tunes its transceiver to the frequency of the access point having the strongest signal. The radio card then continues with association and communications with the chosen access point.

To support roaming, the radio card periodically scans all access points and reassociates with the access point having the strongest signal (if the current access point signal amplitude is below a specific threshold). As a design rule, access points within range of each other should be set to channel frequencies with minimal overlap. Otherwise, you'll find that roaming doesn't work well, and performance will degrade because of interference between access points.

What channels are available? The 802.11b standard defines a total of 14 frequency channels. The FCC allows channels 1 through 11 within the U.S.; whereas, most of Europe can use channels 1 through 13. In Japan, you have only one choice: channel 14.

An important concept to note regarding channel assignments is that the channel actually represents the center frequency that the transceiver within the radio and access point uses (e.g., 2.412 GHz for channel 1 and 2.417 GHz for channel 2). There is only 5 MHz separation between the center frequencies, and an 802.11b signal occupies approximately 30 MHz of the frequency spectrum. The signal falls within about 15 MHz of each side of the center frequency. As a result, an 802.11b signal overlaps with several adjacent channel frequencies. This leaves you with only three channels (channels 1, 6, and 11 for the U.S.) that you can use without causing interference between access points.

**Channel assignment tips**

To effectively assign access point channels, start by properly planning the location of access points. It's important to have enough access points to provide adequate signal coverage throughout the facility, but don't overdo it. Make sure that access points are far enough apart so that you'll be able to assign non-overlapping channels (i.e., 1, 6, and 11 in the U.S.) to access points that are within range of each other. As a result, it's crucial to perform a RF site survey before assigning access point channels.

Your life will be easy for smaller networks. For wireless LANs with only one access point, just set the access point to any one of the channels. In fact, the default setting shipped by the vendor will work fine in most cases. If there are two or three access points, assign any combination of channels 1, 6, and 11. This keeps the signals far enough apart in the RF spectrum to avoid problems.

For wireless LANs having greater than three access points, do some up-front planning. With single floor facilities, the access points will be spread relatively far apart, making channel assignment relatively straightforward. You can easily use a drawing to identify the position of your access points in relation to each other and assign each access point a channel. The key with larger networks is to make certain channels are assigned in a way that minimizes the overlap of signals. Just ensure that all access points within range of each other, about 300 feet or so apart, are set to channels that don't overlap (i.e., 1, 6 and 11).

If access points will be located on multiple floors, then you'll have the more difficult task of thinking three-dimensionally. You can approach this problem the same way as the single floor application, but take into consideration access points on adjacent floors. Radio waves will go through the floor and ceilings, so access points located near each other on different floors need to be set to non-overlapping channels also.

The most difficult channel assignment problem is when a different company next door has a wireless LAN. When sharing a building with other occupants, consider getting to know your neighbors and plan the use of access point channels together. If it's not possible to coexist with other 802.11b wireless LANs, then you may have a good reason to base your network on 802.11a.

Stay tuned! Next time, we'll discuss public wireless LAN technologies.

*Author Biography: Geier provides independent consulting services to companies developing and deploying wireless networks. He is the author of the book, Wireless LANs (2nd Edition), and regularly instructs workshops on wireless LANs.*

February 11, 2002

| RELATED ARTICLES |
|---|
| [Troubleshooting Your 802.11 WLAN](#) |
| [Site Survey Tools Simplify 802.11 Deployments](#) |
| [Minimizing 802.11 Interference Issues](#) |

Email this article to a colleague

Go to a printable version of this story

Copyright 2003 Jupitermedia Corporation All Rights Reserved.
Legal Notices, �Licensing, Reprints, & Permissions, �Privacy Policy.

6:13-cv-02959-JMC Date Filed 03/27/17 Entry Number 146-2 Page 283 of 419

http://www.internet.com



VeriSign Secure Site Click to verify

business partner
hp invent

BBBOnLine Reliability Program

palm ResellerPro

Mobile Solutions Partner Program

## Snap-N-Type Mini-Keyboard for iPaq 3800, 3900 and 5400 series



Quantity in Basket: *none*
Code: **CP-SNT38**
Price: **$39.95**

Shipping Weight: **1.00** pounds
**Availability:**24 available for immediate delivery.

Quantity: 1 Add To Basket

## T302 - SnapNType

Using the SnapNType keyboard, you can write e-mails, notes and enter data into your iPAQ anytime anywhere! It is small, light and compact allowing you to put it in your pocket. You can use it anywhere you go; whether it be on the street, on a train, in a meeting, at a conference or lecture. The SnapNType is a truely portable keyboard for mobile professionals and students. With its flexible and compact design, no longer you need to find a flat surface before you type!

- Snaps on quickly and easily
- Fits your iPAQ handheld with or without expansion sleeves
- Feature buttons with tactile feedback and sized for quick thumb typing
- DC jack to charge your iPAQ while keyboard is connected
- Auto enable/disable ensuring maximum software compatibility
- Includes primary application and unique FaceBoard button
- No batteries required

6:13-cv-02959-JMC Date Filed 03/27/17 Entry Number 146-2 Page 285 of 419

Charge your iPAQ while using SnapNType.

Unique extended keyboard, the FaceBoard, for easy typing of extra symbols and e-mail smiley patterns!

**Office Hours: 10:00am - 5:00pm CST - 1-877-844-3282**

CryptInfo | Payoff Plus! | Valence | PocketTunes | VIEW CART

[Description](#) | [Download](#) | [Buy](#) | [User Guide](#) | [FAQ](#) | [Skins](#) | [History](#) | [Press](#)

# Pocket Tunes 1.8.4

**MP3 Player for Palm Tungsten T, C, and Zire 71**

[English](#) | [Deutsch](#)




Featured skin!

Pocket Tunes turns your Palm OS 5 device into a portable audio player! Play compressed audio files (MP3 or Ogg Vorbis) or uncompressed WAV files from a flash memory card.




**Announcement:** Palm has released an audio patch for the Tungsten T that greatly improves the sound quality. Download it here: [http://www.palm.com/support/downloads/palmaudio.html](http://www.palm.com/support/downloads/palmaudio.html)

- ***NEW!*** **Palm Zire 71 support**
  Pocket Tunes now supports Palm's latest PalmOS 5 handhelds.

- ***NEW!*** **MP3 Support**
  Pocket Tunes 1.4 adds built-in MP3 support.

DOWNLOAD | BUY IT NOW

- ***FAST*** **ARM-Native MP3 and Ogg Vorbis decoding.**
  Pocket Tunes can decode any MP3 or Ogg Vorbis file in real time without any skips or delays.

- **Background playback.**
  Play your tunes while running almost any other Palm application.

- **Pocket Tunes Console.**
  Control your audio playback from within any application.

- **Screen Blanking.**
  Pocket Tunes turns off your screen while playing to conserve battery power.
- **Graphic Equalizer**
  Fine tune your listening experience!
- **Full Skin Support.**
  The PocketTunes player screen is completely customizable, allowing you to adjust the display to fit your mood. Visit www.pocket-tunes.com/skins
- **High Resolution.**
  The default skin (and many others) take full advantage of high-resolution displays with 16-bit graphics.
- **WAV File Playing.**
  Play most uncompressed WAV files.
- **Five-Way Navigator.**
  Use the Five-Way navigator control to play, pause, adjust the volume, or skip to another song.
- **Play Lists.**
  Create custom play lists to organize your music.
- **Shuffle and Repeat.**
  Toggle the shuffle and repeat buttons to change the order your songs are played.
- **Volume and Balance.**
  Adjust the volume and balance as the song is playing.
- **Seek Bar.**
  Quickly seek to any position in a song by sliding the seek bar.

**Requirements**

- PalmOS 5.0 or later.
- Palm Zire 71, Tungsten T, or Tungsten C device. *
- A memory expansion card.
- 320KB memory available on Palm. (Memory requirements may vary depending in the skin chosen.)

* (Pocket Tunes may work on other PalmOS 5 devices, but they have not been fully tested. If you see any problems or wish to report success with additional devices, please email support@pocket-tunes.com . Note that Sony handhelds are not supported at this time due to Sony's decision not to support the standard audio API. They have not released sufficient information to play audio on their devices.)

**Download or Buy it Now**

DOWNLOAD You will get a free 15-day trial of Pocket Tunes.

BUY IT NOW For just **$9.95**, you will get a free upgrade to the next major version (when available) and free technical support for one year.

**Join the Discussion Group**

YAHOO! Groups Get tips and tricks for using Pocket Tunes, ask questions, and

Join Now! discuss Pocket Tunes on our Yahoo-powered forum. Click on the button on the left to sign up.

Copyright (c) 1999-2003 NormSoft, Inc. All rights reserved.

6:13-cv-02959-JMO Date Filed 03/27/17 Entry Number 146-2 Page 289 of 419





click image for larger view

Belkin online price **$19.99**
Buy from a Belkin Reseller
Locate a Belkin Reseller near you
Add To Cart
Email a friend about this product
Manuals




## SnapNTYPE KEYBOARD FOR iPAQ H3800/H3900/H5400 Series

Part # F8Q1503

The latest PDA innovation from Belkin, the SnapNType PDA Keyboard, simply snaps into place on the bottom of your handheld. It positions perfectly for thumb-typing. Designed with the mobile professional in mind, the SnapNType is more convenient than a flat board and compact enough to take anywhere.

### Advantages

- Snaps on quickly and easily
- Fits Compaq iPAQ H3800 series handheld
- Features buttons sized for quick thumb typing, with tactile feedback
- Offers primary application and unique Face Board button for special symbols
- Works with most pocket PC word processing applications
- Comes with a Belkin 3-Year Warranty

UPC: 7-22868-42175-8

©2000-2003 Belkin Corporation. All Rights Reserved.
Privacy Statement | Terms and Conditions

Mobile Bag & Device EXTREME LIMIT

# Gadgeteer Hands On Review : Palm Tungsten|C

by Judie Hughes
Date: 04/29/2003

Let us know your comments on this review and read what others have to say.

***Product Requirements:***
**PC** running Windows 98/NT 4.0/2000/Me/XP (Windows NT, 2000 and XP require admin rights to install. Windows NT and systems without USB ports, require the Palm HotSync® Cradle-Serial, SKU P10828U, sold separately) Or **Mac** OS X, version 10.1.2 or higher.

It wasn't that long ago that Julie and I were sitting huddled around a conference table in a side-room at COMDEX. On the table before us were laid out the new Palm PDAs and their various accessories. At the time, Palm was heavily promoting their Tungsten|T and Tungsten|W models. Julie and I both already owned Ts, but had never had the opportunity to check out the Ws "live." As we perused the W, we were both impressed with its form factor and features, but there were a couple of issues that kept us from being completely gung-ho about the device: mainly that it used the previous operating system (Palm OS 4.1.1, when 5.0 was already out) and then there was the fact that it used a wireless service that neither of us could get reliable 24/7 access to.

**Palm Tungsten|T and Tungsten|W**

Fast forward half a year, and once again Palm has just announced their new devices: the Zire 71 and the Tungsten|C. It doesn't take much of an imagination to see the physical similarities between the Tungsten|W and the Tungsten|C; but once you get under the hood of the new C, you almost immediately realize that this is a whole new breed of Palm. The bar has been raised, and the game just got more interesting. Gone are the issues that made the W a doubtful choice (for me, anyway). and in their place are a set of features that sure look good on paper...



### Hardware Specifications:

**Size and Weight :** 4.8" x 3.07" x .65"; 6.3 oz.
**Memory:** 64MB (51MB actual storage capacity)
**Operating System :** Palm OS® 5.2.1
**Processor:** 400MHz Intel® PXA255 Processor with Intel® XScale Technology
**Screen:** 16-bit, 320x320 transflective TFT color display supports more than 65,000 colors
**Battery:** 1500mAh Rechargeable Lithium Ion/Polymer
**Expansion Slot:** SD/MMC, SDIO Accessories, Palm Universal Connector
**Built-in Keyboard:** Quickly type and respond to emails, easily enter information
**5-way Navigator Button:** Access information with just one hand
**Mobile Radio:** WiFi Certified 802.11b Radio
**Hands-free Headset Jack:** Accepts Palm Tungsten W and C Hands-free Headset for audio playback, 2.5mm connector, mono
**Notification:** Vibration, Audio, LED Notification

Opening the Tungsten|C box was a sense of déjà vu. The C appears to be the exact same form factor as the W, but without the nubby antenna. Here is an overview of the C's physical specifications, taken from the Palm site.




1 **65,000 Transflective Color Display**
2 **Web**
3 **Email**
4 **5-Way Navigator**
5 **Address Book**
6 **Date Book**
7 **Integrated Thumb-Size Keyboard**
8 **Rechargeable Battery**
9 **Embedded Antenna for Integrated WiFi (802.11b)**
10 **Headset Jack (2.5mm)**
11 **Palm™ Expansion Slot**
12 **Palm™ Universal Connector**

13 **Infrared Port**
14 **Stylus**
15 **Speaker** (in back)

### Inside the box:



I was actually quite surprised when I saw the Tungsten|C's box. It is relatively tiny compared to the boxes most PDAs appear in these days. Inside were the following: Tungsten|C handheld, Stylus, Flip Cover, USB HotSync Cradle, Desktop Installation CD with PDF-file Users Manuals, Palm installation & Software Essentials CD, and various "Read this first" type pamphlets.

### The Tungsten|C:

I have been using the metal bodied Tungsten|T for months now, so I have become accustomed to using a PDA with a bit of heft to it. With that in mind, I was almost slightly disappointed when I removed the C from it's box and felt its plastic body for the first time. Even though the C feels very solid and substantial, and even though it actually weighs a couple tenths of an ounce more than the T, it just **seems** lighter to me. Of course, for many that will be a good thing (I know that I can be weird sometimes about things like that).

Just for a size comparison, here is the Tungsten|C shown with a Tungsten|T, Sony CLIÉ NR70V, and because it also has built in 802.11b **-** I am including the HP iPAQ 5455 in the lineup.



**Tungsten|C, Tungsten|T, NR70V, iPAQ 5455**

Stacked up, the C is the second smallest of this group...



**NR70V, iPAQ 5455, Tungsten|C, Tungsten|T**

Perhaps the most telling example of the C's size, is the fact that it is roughly the same length as the incredibly compact Tungsten|T, when the T's graffiti slider is open...

With that in mind, I believe that the Tungsten|C should easily escape being labeled a brick. While it isn't the smallest PDA out there, it is certainly one of the more compact. When in my hand, it feels comfortable, easily graspable, and perhaps as an added bonus - the power button is where my left pinky finger naturally falls - making it easy to hold the C and flick it on or off. My right hand is then free to push buttons, work the nav-pad, or tap on the screen.

When I squeeze the case, applying Julie's famous test, there is a slight creaking sound, although there is not much if any actual "give.".

Here are some views of the Tungsten|C...

This is the Tungsten|C's left side, showing the slots that attach the flip-cover.

This cover is a reinforced vinyl that mainly serves as a screen and button protector. It will be perfect for people that want something with the absolute thinnest form factor - but for those that need more than the merest screen protection, a better case will need to be on your shopping list.



One thing worth mentioning about my experience with the flip cover is that I have found that during the course of the day it will pop out of the silo's top. Since I am a little bit obsessive, I find

that I am constantly checking to make sure that it is where it is supposed to be.

Even with what can be viewed as faults and limitations, it is still nice to have a cover, though, and I like the way it lies flat against the back of PDA



This is the right side of the C, showing the silo which holds the new metal stylus.



Unfortunately, you'll notice that the top of the stylus unscrews - revealing the dreaded reset pin. This is, in my opinion, a step backwards for Palm. I was so impressed with the way that this unnecessary step was removed in the Tungsten|T, by including a large enough reset hole that could accept the tip of the stylus. I realize that this is a little thing for most - but when you do as many resets as I do, it can be incredibly annoying.




The top of the Tungsten|C reveals the SD/MMC/SDIO slot in the middle. The translucent area above it is the LED status light that glows a bright green when charging or as an alarm goes off. On the right is the 2.5mm mono headset jack and on the left is the Infrared port. Obviously, if you were holding the PDA up facing you (instead of it lying on its back, as in this picture), these sides would be reversed.

The bottom area of the C is quite feature packed, including a thumb keyboard, the reconfigurable Date Book, Address Book, email and Web buttons, as well as the five-way center nav-pad.

This nav-pad is virtually identical to the Tungsten|T, but it is about 75% of the size. This doesn't make a big difference for navigating, but it did make a huge difference when I would try to tap the center to return to the home (launcher) page. I quickly found myself using the home button, instead.




Because there is no graffiti area on the screen, there are instead dedicated buttons to activate control, menu, home, and shortcuts.

The blue button that you can see to the left, is a type of "shift" button that allows you to type the smaller characters (in blue) that appear on each button.

Pushing the large middle button labeled "Symbol" will either put a space in between what you are typing, or when pushed in conjunction with the previously mentioned blue shift button, a soft keyboard will appear on the screen with a variety of common (and not so common) symbols from which to chose.

The buttons on the keyboard are made of hard plastic, and while they have a good tactile feedback, I can't help but wish they had been composed of hard rubber instead. They feel a tad slippery when you are "typing," and I think that rubber might have provided a better grip.




Using the thumb keyboard is quite easy, as it is laid out in a QWERTY pattern that everyone is familiar with. Even though there is a shift key, making capital letters is as simple as holding down the button after you type a letter. All numbers and common pronunciations are accessible by hitting the blue shift key. It takes a little while to get used to the system, but once you get it down, you will most likely amaze yourself with your typing speed.

For the record, I much prefer this keyboard over the one on my Sony CLIÉ NR70V.



The screen on the Tungsten|C is easily the most beautiful that I have seen on any PDA to date. I thought my Tungsten|T was bright, crisp, and colorful...but this one just blows it away. In fact, it makes my T look washed out and ugly. :0(

Even on its **lowest** setting, the C is still brighter than my T...<sigh>

The only gotcha is that the bottom of the Tungsten|C's screen has the same four little dark spots like the Sony CLIÉ NR70V shows. It is a small tradeoff for the brilliant screen though, believe me.

The Tungsten|C has a 1500mAh battery, which is exactly the same as the one in the T. I am not sure if the C's processor is just that much more efficient, or what the deal is exactly, but the battery on the C seems to last much longer than the battery on my T. Even with the WiFi running, and the backlight on medium bright, I got over an hour's usage before the battery showed any movement. Amazing!

Before I forget to mention it, the 400MHz Processor is blazing fast...I am talking virtually no waiting whatsoever, for any reason. If someone tells you they can't think of any good reason for a Palm to have such a fast processor, then just tell them this: **it does because it can**. What this means for you is that you will never see an hourglass or little clock thing mocking you as you wait for it to open an application, do a sum, or whatever. The only program I have had to wait on is Bookworm, one of my favorite Astraware games. This is a graphics heavy game with a huge dictionary that it has to sort through. Needless to say, it has cut the load time to at least half of what I am used to waiting with my Tungsten|T.

Back to WiFi for just a moment, this is as good a time as any to talk about how impressively **easy** this feature was to set up and use. There is a wizard that you follow, and before you know it any and all possible WiFi connections will be located and accessible.









I am honestly not sure exactly how this button manages to make the WiFi conserve power, but I kept it on all the time and my battery life never seemed to suffer, so it must be a good thing. ;0)




While we are on the subject, I have to admit that I was a little bit surprised that there was no flashing light to announce when the WiFi was on. I even went so far as to wonder if perhaps when I exited from a screen the WiFi might be shutting itself off. With a little help from Michael A. Waldron, one of Julie's extremely knowledgeable contacts, I learned of a simple way to tell immediately if I was connected or not. Check it out - all you have to do is hit the Command button, and you'll see that there are some new additions to the tool-bar. The first snapshot shows my WiFi is not on, and the second shows it on with a strong signal.




The WiFi range seems to be about as good as the range on my Fujitsu Lifebook 2110 laptop **-** I can be two rooms away (15 **-** 20 feet) from my wireless point, and still get a good signal. I can sit outside my back door (20 ft) and also receive a signal, but I can't sit in my living room (35ft) and surf with either device. Neither device has an external antenna, and my old house (1920s) has extremely well insulated walls, so perhaps that is why I don't get a better range. I have to tell you, the WiFi feature is one of the coolest things I have ever had on a Palm. Sure, surfing on my Palm will never be at the top of my "Best things in life..." list, but there is something awesome about being able to get your e-mail when you are away from your desk **-** or in an airport or coffee shop. It is **too cool** to be able to check the weather, watch an eBay auction, get a stock quote, or any number of other things you can do wirelessly. Next to the screen, this is a feature I am going to **sorely** miss when I have to return this unit to Palm.

Here is a sight I had never thought I would see...sure, I had hoped for it, but I still never really thought I would get it: 51MB of available storage space on my Palm **-** without having to send it off to a third party memory specialist.

There are going to be those that get upset that the box says 64MB and you only **really** get 51, but here is my take on the issue: If this were a Pocket PC device and it said 64MB, you would only really have 32MB for storage, since the device would need 32MB to run the programs. With the Palm, you actually get all 51MB to store **and** run your programs, so you really are coming out ahead. If that doesn't make sense to you, post a comment at the end of this review and I will explain it further.




The Tungsten|C's cradle is very similar in form to the universal cradle that was included with the Tungsten|T, with one difference: The power cord now has it's own slot on the rear (instead of tying in with the USB line). I would have gotten halfway excited about this change had there been a way other than through the universal connector on the bottom of the C to keep it charged. A separate AC port built into the C would have been a great way to take the power cord along on trips for charging without syncing...

**SOFTWARE:**

The Palm Desktop Software 4.1 for Windows installation CD includes the following:

- Palm™ Quick Install for easy transfer of Palm OS® applications, photos, and more from your computer to your handheld.




- Palm Photos - a simple program for viewing downloaded pictures on your handheld.






- Voice Memo - this is an application where you get hosed unless you buy the optional headset. There is no external voice memo button on the outside of the Tungsten|C (like there is on the Tungsten|T), instead, you have to use the button on the mono headset. This appears to be the same headset that the Tungsten|W uses, but I have not had any luck in finding a link to purchase one.



- Expense Palm Desktop plug-ins




- Palm Desktop Software 4.0 for Mac

-Infinity Softworks powerOne Personal Calculator - a multi featured calculator that makes the regularly included one seem quite anemic.



- Chapura PocketMirror 3.1, for synchronization with Microsoft Outlook (Windows Only)

-Printboy Printing Software by Bachmann - printing program that allows you to connect to various printers via WiFi, Bluetooth, and Infrared

-Adobe® Acrobat® Reader® for Palm OS

-Copytalk - Allows you to get and send email by talking on your mobile phone. Allows you to hear email, then compose a reply. Also allows you to dictate notes on Palm handheld.

-WorldMate - this is a must-have application - especially if you have a wireless enabled PDA. You can set your PDA's clock to an atomic clock, get up to the minute weather forecasts for all around the world, and it even includes a money converter, unit converter, area codes, and world-wide size conversions. If your PDA isn't wireless, you can get the same info when you sync...










Installed when user performs first HotSync® operation:
-DataViz Documents To Go 5

-Palm Photos Conduits

-VersaMail 2.5







-PalmSource Web Browser 2.0




-Palm Photos 1.0

-DataViz Documents to Go Pro Edition 5.003

-PPTP VPN client by Mergic - Includes a wizard to get you up and running in no time...









-Colligo Meeting for WLAN (Internet download link) -

-AOL for Palm OS (Internet download link)

-AvantGo for Palm OS (Internet download link)

-Solitaire by Handmark -Solitaire coming from the factory on a Palm PDA...oh the irony!



-Kinoma Player and Kinoma Producer - watch and produce movies for your Palm

-Palm Reader - my personal favorite for reading eBooks

Included on the Handheld are the usual standard Palm built-ins, including:

-Address book

-Calculator

-Card Info - gives information about the card inserted in the expansion slot.




-Date Book

-HotSync

-Memo Pad

- Note Pad - for creating handwritten notes on the fly. You can attach an alarm to these notes, so they are very handy for upcoming To-Dos.



-Preferences - This is a newer, more user friendly version from the last. Easy to figure out, navigate, and specially set up for the new WiFi/Communication capabilities of the Tungsten|C. Cool new color themes are included in this newest OS, as well as the ability to write directly on the screen (completely necessary with the Tungsten|C).









-To Do List

-World Clock




-Enhanced Security with Built-in Encryption and Password Masking Options

-Installed on first HotSync® operation to RAM:
-Quick Tour for device overview, keyboard, and 5-way navigator.

### Conclusion:

There are plenty of things about the new Tungsten|C that I like: the fantastic processor speed, the expanded memory, the built-in WiFi, the gorgeous screen, and yes - even the built in keyboard. If I didn't already have the Tungsten|T, you had better believe I would be ordering one for myself. It does have some "gotchas," but as long as you are informed when you make your purchase, you won't be in for any surprises...




I like to listen to MP3's on my PDA. I don't want to carry a separate device for that purpose. If you are the same type of person, then while the Tungsten|C won't totally disappoint you, it may let you down a bit. There is no software included in the box to enable it to play music. With the built in mono speaker and the mono headset jack being just a 2.5mm size, you might think that music on this PDA is an impossibility. Well, it's not. You can either download the Real Player for free, or get my favorite, Pocket Tunes. Even though the sound isn't great - it is better than nothing (or as we say here in West Texas, mejor que nada)

As I mentioned before, you can't use the voice recorder without the additional headset. I honestly think that this is something that should have been included in the box, and I will never understand why it wasn't. If you are someone that doesn't really need voice memo capability, then this will be a non-issue to you.

I have been reading our bulletin boards here at The Gadgeteer for years, and I have found it interesting how passionate people can be when they are talking about what they want or don't want in a PDA. Sometimes, I think that most people must feel that the big companies either don't listen or don't care about what we desire in our "perfect PDA." But the fact of the

matter is that there is no company out there that will build a consumer PDA to order. PDAs have to be built according to surveys, demographics, and price points that people in certain groups are willing to pay. Users have to be wooed by the options offered by a particular brand or operating system, and there is absolutely **no way** that any one PDA will **ever** please everybody. That's why there are so many different models, offered by so many different companies, and why there are several different operating systems available to chose from: It is all about meeting different people's needs.

With that said, I can honestly say that if **you** want the fastest processor ever available on a Palm, if **you** want WiFi, if **you** want a built in keyboard, if **you** want 51MB of built in RAM, and if **you** want the most brilliant screen that has ever been offered on a PDA, then **you** can't go wrong with the Tungsten|C.

***Price:*** $499
Tungsten|C Accessories are also available

***Pros:***
The most beautiful screen on any PDA, ever!
WiFi access without too much bulk or battery drain
51MB of built in, usable RAM
Fantastic processor speed - virtually no waiting!
Built in QWERTY thumb keyboard
Extensive third-party software included on disc

***Cons:***
Mono speaker and mono headset jack
Headset jack is 2.5mm - perfect for mono voice/phone - but not perfect for stereo earbuds
Can't use voice recorder without optional headset
All the new desktop software appears to only support Windows PCs and not Macs

Let us know your comments on this review and read what others have to say.

Back to Main Page.

The Handango Champion Awards were created to recognize outstanding mobile software applications and developers. Over several weeks, hundreds of software developers and enthusiasts voted to determine the finalists. An independent panel of industry experts will select the winners.

Awards will be presented for Category Excellence in the Palm OS, Pocket PC, Symbian OS, Java, Windows Powered Smartphone and Linux platforms. Winners will be announced on July 24, 2003. Read the press release.

Congratulations to all the finalists!

Winners Announced July 24, 2003



## PALM OS

### Best Productivity Application

- Aileron Personal Access
- DateBk5
- Ultrasoft Money

### Best Game

- Bejeweled
- Monopoly
- Billiards

### Best Business Application

- Quickoffice Premier
- SmartList To Go
- XTNDConnect

### Best Lifestyle Application

- Diet & Exercise Assistant
- SplashPhoto
- SilverScreen

### Best Medical Application

- 5MCC 2003
- PocketLingo Medical
- PatientKeeper Personal

### Best Education Application

- DictionaryToGo
- PocketLingo Thesaurus - Roget's II
- MyBible with NIV Bible

### Best Travel Application

- Time Place
- Rand McNally StreetFinder
- WorldMate

## POCKET PC

### Best Productivity Application

- Pocket Informant
- Agenda Fusion
- Battery Pack 2003

### Best Game

- Age of Empires
- ChessGenius
- Lemonade Tycoon

### Best Business Application

- Pocket SlideShow
- Trans/ACT
- Pocket Controller-Professional

### Best Lifestyle Application

- CodeWallet Pro
- Animated Today
- AOL 2.0

### Best Medical Application

- DrDrugs
- Pocket Diet Tracker
- Medical Dictionary

### Best Education Application

- DictionaryToGo
- Pocket Earth
- Pocket Stars

### Best Travel Application

- CityTime
- Pocket Streets
- WorldMate

## SYMBIAN

### Best Productivity Application

- Handy Essentials
- Stacker
- BugMe!

## J2ME

### Best Productivity Application

- MyStuff
- WebViewer
- mobileSafe

## EMERGING

(Windows Powered Smartphone, Linux)

### Best Productivity Application

- IA SIM Manager (Smartphone)
- ALL-locations GPRS Traffic Counter (Smartphone)
- InforManager (Linux)

### Best Game

- Interstellar Flames
- Chess
- 3D MotoRacer

### Best Business Application

- Mastersoft Money for P800
- MobiPassword (P800)
- Remote Control

### Best Lifestyle Application

- IntelliGolf for P800
- MP3Go
- MyBody Suite

### Best Education Application

- Answer Please Unit Converter for P800
- Pdf+ (Nokia Communicator)
- Dictionaries for Nokia Communicator

### Best Travel Application

- WorldMate for P800
- Fuel Manager for P800
- RoutePlanner

### Best Game

- MotoGP
- Stuntman EPISODE 1
- PopSolitaire

### Best Business Application

- MidCast for Motorola T720
- EzMoney
- BlinkNews

### Best Education Application

- LangToLang Dictionaries
- Pocket Quotes
- Run Reader Series

### Best Travel Application

- EmailViewer
- ActiveViewer
- Racing Fever

### Best Game

- Merriam-Webster Word Game Pack (Linux)
- Strategic Assault (Linux)
- Tennis Addict (Smartphone)

### Best Business Application

- WinConnect Z (Linux)
- RepliGo (Smartphone)
- eWallet (Smartphone)

### Best Lifestyle Application

- IA Album (Smartphone)
- imov Messenger (Smartphone)
- tkcKapital (Linux)

### Best Education Application

- Speed Reader Plus (Smartphone)
- ClassMate (Linux)
- Lextionary (Smartphone)

### Best Travel Application

- ZGPS (Linux)
- Travel Dictionary (Smartphone)
- TraveLog (Linux)

# PPCW.Net
Where Mobility meets Wireless





## PHOTO PREVIEW: Got the new HP iPAQ H5450 for review at PPCW.Net [UPDATE]

Posted by Arne Hess @ 22 Nov 2002 at 22:29 CET under Reviews.



Today I had a meeting with HP and I got a brand new HP iPAQ H5450 for reviewing on PPCW.Net.
The H5450 is a pretty interesting device as for me as it includes most of my favorite communication technologies like W-LAN 802.11b and for sure Bluetooth and together with the Compaq Wireless Pack it includes all possible network connections: PAN (Personal Area Network = Bluetooth), LAN (Local Area Network = 802.11b) and WAN (Wide Area Network = GSM/GPRS).
Because I need some days now to play with the H5450 to be able to write my review, I decided to upload the first pictures as a Picture Preview only. Enjoy!

Cheers ~ Arne

UPDATE: Added additional photos.

What's in the Box?




The Shape










Arne Hess says: *@Sherwin: Sure the card works with your iPAQ H3970! Not a big deal at all and the...*

REVIEW: Microsoft Portrai...
Dave says: *It kills my battery...*

SECOND: SMART Philippines...
honey says: *im in new york and im using T-mobile, i wanna buy that smart phone you have,is it...*

PPCW.Net Discussions

PPCW.Net on the Go

Wireless and XML

PPCW.Net www.ppcw.net

XML RSS-Newsfeed

Mazingo

MAZINGO PPCW.Net - Lite

MAZINGO PPCW.Net - Full

AvantGo

AvantGo










Inside the Device





The H3870 compared with the H5450











Use your existing Accessories







Related Links : [More Information]

Comment Pages: 1 2 3 4 >>

Comment

Posted by James on 23 Nov 2002 at 00:00 CET

Excellent pictures!
Can't wait to see a review of this potencially excellent unit, thanks for your time and effort

Comment

Posted by Anonymous on 23 Nov 2002 at 00:00 CET

Yes, I agree with James - excellent pictures as always on PPCW.NET! The best and most useful photos of Pocket PCs on the net!
Thanks for uploading and looking forwad your review!!!

Comment

Posted by Marco Palma on 23 Nov 2002 at 00:00 CET

...how can i have one h5450 for my rewiew on www.zanellato.net?
Very good photos...excellent!!!!

Comment

Posted by Linda on 24 Nov 2002 at 00:00 CET

Last Saturday, just I was about to purchase my first pda---a 3975 iPaq---the pda specialist at the local CompUSA generously tipped me that info was then available on the H5450, and I can hardly wait! Do you know when it will be on the market??? )

Comment

Posted by Richard Jackson on 24 Nov 2002 at 00:00 CET

Hi Arne Acording to the HP website the h5450 won't work with the Compaq wireless pack. I see you have it connected in one of the photo's have you tried it yet ?

Comment

Posted by Manuel Fischer on 24 Nov 2002 at 00:00 CET

Hi,

good pictures, but I miss a picture from the backside with _attached_ batterie. All reviews and pictures I have seen now miss this one...

AM I right that the capacity of the batterie is not printed on the label anymore? The first reviews I see has a capacity of 1350 mAh printed on (manufactured in denmark), now it is gone and we get really not a 1350 but a 1250 mAh batterie?

Regards,
Manuel

Comment

6:13-cv-02939-JMC Date Filed 03/27/17 Entry Number 146-2 Page 314 of 419

Posted by Arne Hess on 24 Nov 2002 at 00:00 CET

@Linda: The price wasn't given to me as well as not the final release date. However, you can expect the availability still within this year for the US market. The price seems to be something around - according all the rumors on the web - US$ 800,00.

@Richard Jackson: Yes, your are unfortunately right... :( The Wireless Pack seems not to work. It install but I can not launch it while it works perfect with my other iPAQs. It's the latest one cause I got a replacement on Friday too because the first one I had (Operator test sample only) died.
I've addressed this to HP and hope to get an update soon! It's a fact I can't accept!

@Manuel Fischer: Good point, I've updated the pictures now with some new one. No you should be satisfied. Thanks for that point!
Beside this you are right, the new - final used - battery will be a 1250 mAh battery "only". I'm starting with the battery tests from tomorrow. However, there will be a 2500 mAh battery available but I'm not sure if it will double the size as well which would mean you can't use any Extension Packs anymore. Will try to figure it out also!

Cheers ~ Arne

Comment

Posted by Terence on 24 Nov 2002 at 00:00 CET

I'd like to confirm what communications protocol are available as standard. I heard 802.11b + bluetooth. Is GSM & GPRS also included or do you need to add something like I do on my current iPAQ?

Comment

Posted by Andreas on 25 Nov 2002 at 00:00 CET

Hi Arne, I saw a Plus and Minus sign on where the record button is placed. Would it be possible to use the Record button on the side for Page Up/Page down Function?

Comment

Posted by Arne Hess on 25 Nov 2002 at 00:00 CET

@Terence: No, with the H5450 only W-LAN/802.11b and Bluetooth is included. No GSM, no GPRS. You need to use additional stuff like a GSM/GPRS CF/PC-Card or hopefully the Wireless Pack will be supported anytime too.

@Andreas: No, the plus/minus is for volume only. The is no option to assign page up/down to the buttons - unfortunately.

Cheers ~ Arne

Comment Pages: 1 2 3 4 >>

Submit a new comment

Name:

6:13-cv-02939-JMC Date Filed 03/27/17 Entry Number 146-2 Page 315 of 419

E-mail/HTTP:

Your comment:

Remember Me

Add Comment

Copyright (c) 1998 - 2003 | Advertise with PPCW.Net | Online: 9 users

PPCW.Net Latest Stories

Welcome back! You last visited on 01 Jan 1970 @ 01:00.

10 new Stories since your last visit :
UTILITY: SyncData OutboxBuddy for Smartphone 2002 released

COOPERATION: SD Card with built-in File and Internet Explorer planned

HOME SCREEN: Analog Clock Plug-in for Smartphone 2002

LAUNCH: Is T-Mobile USA working on a "xda II"?

TEST DRIVE: Day 7 - Is Windows Mobile 2003 worth the upgrade?

SERVICE: Amazing O2 Germany xda Customer Care

THOUGHT: How much Smart Phone do you need?

PUBLIC BETA: Fizz Software mcTraveller for Smartphone 2002

DELAYS: Power Outages and No Internet Connection

REVIEW: Sunnysoft World off-line for Smartphone 2002

PPCW.Net Affiliate Shops

PPCW.Net Latest Comments

REVIEW: Sunnysoft World o...
DubWireless says: *Hi Rodel, the email order receipt/confirmation I received after ordering, there was a...*

PPCW.Net i-Mate: Your Sma...
Arne Hess says: *@Michael J: No, Sprint PCS isn't supported with the PPCW.Net i-Mate because it's...*

TEST DRIVE: Day 7 - Is Wi...
Paul says: *Yeah, unless your OEM supports an upgrade path, your are out of luck. This is a...*

TEST DRIVE: Day 7 - Is Wi...

## REVIEW: TT Tech SnapNType T302 keyboard for iPAQ H3800

Posted by Arne Hess @ 12 Jun 2002 at 19:08 CET under Reviews.



Thanks to TT Tech I got its latest Pocket PC keyboard, the T302 SnapNType for the Compaq iPAQ H3800 series, which I've used now for several days. So it was with me on my latest journey to Italy as well as on my couch when I read my eMails and surf the web wireless.

In general, the T302 keyboard is identical with the T301 keyboard for the Compaq iPAQ H3600/3700 series which I've already reviewed last year.

Using the SnapNType keyboard, you can write e-mails, notes and enter data into your iPAQ anytime anywhere! It is small, light and compact allowing you to put it in your pocket. You can use it anywhere you go; whether it be on the street, on a train, in a meeting, at a conference or lecture. The SnapNType is a truly portable keyboard for mobile professionals and students. With its flexible and compact design, no longer you need to find a flat surface before you type.

### Features

- Snaps on quickly and easily
- Fits your iPAQ handheld with or without expansion sleeves
- Feature buttons with tactile feedback and sized for quick thumb typing
- DC jack to charge your iPAQ while keyboard is connected
- Auto enable/disable ensuring maximum software compatibility
- Includes primary application and unique FaceBoard button
- No batteries required

### Package Contents

- SnapNType keyboard
- Driver disk incl. PDF manual
- Printed quick manual

### Functionality

While the previous version for the H3600 series worked best (only) with jackets only, the H3800 SnapNType version works with or without a jacket now. TT Tech added the same clip-functionality like Compaq used on its cradles which means that it slides back if you attach an iPAQ with a jacket. Because of this, also all jackets works again fine with the keyboard, from the protection jacket to the Wireless Pack but also 3rd party jackets like the Silver Slider fits.

Tapping the keys on the previous version SnapNType was a little bit hard, I didn't recognized a real pressure point and it seems

Arne Hess says: *@Scott: Please check here for Microsoft's FAQ regarding upgrading to Windows Mobile...*

TEST DRIVE: Day 7 - Is Wi...
Scott says: *Looks good. How do you upgrade? Where is the download...*

PPCW.Net Discussions

PPCW.Net on the Go

Wireless and XML

Mazingo

AvantGo

that TT Tech uses a different rubber now. Typing the keys now feels even better than before and entering texts is even faster.

Also included on the driver disk is TT Tech's "FaceBoard", for easy entering of extra symbols and e-mail smiley patterns! This is very useful as it speeds up entering texts. Now you can also configure the Faceboard and ad your own symbols and smileys.

The FaceBoard is also added to the Input options that you can use it also if your SnapNType isn't clipped-on.

The T302 also includes a power jack which lets you charge your iPAQ while you are using the SnapNType without using the normally required power adapter.

Compared to the previous version (right) the size doesn't changed

But now the SnapNType works also without a jacket (left)

Left you see the power-plug which is new at the T302 series

Final Conclusion

I've used the SnapNType T302 for several days now, specially for creating SMS messages but as well for eMail, MSN Messenger and web and I like it more than the previous version. The keys works better and softer and this is important for a fast input. For sure the SnapNType isn't a foldable keyboard and therefore you are more limited entering log texts but for this quick SMS or Messenger messages it works great and it's always with me right now Also that it allows me to be used together with the charger is a big advantage now which is really necessary for me.
I'm sure, if you use your iPAQ for SMS and Messenger too, you will like the T302 too as it really helps you to enter your texts faster and convenient!

The TT Tech SnapNType is available from different stores in the US, Europe and Asia and costs approximately 39,95 US$

Cheers ~ Arne

Related Links : [Buy Here] [More Information]

Submit a new comment

Name:

E-mail/HTTP:

Your comment:

Remember Me

Add Comment

Copyright (c) 1998 - 2003 | Advertise with PPCW.Net | Online: 62 users

https://web.archive.org/web/20030317114039/http://www.aim.com/wireless/pdfs/attws/AIM_WAP_ERICSSON-T68I_attws.pdf

# Using AIM® Service on the Ericsson T68i

AT&T Wireless

ERICSSON




AOL® Instant Messenger™

AOL Anywhere

# Using AIM® Service on the Ericsson T68i

## Table of Contents


- **Getting Started** .......... 4
  - Phone basics .......... 4
  - Start the AOL Instant Messenger service .......... 5
- **Signing On and Off** .......... 6
  - Sign On to the AIM service .......... 6
  - About the main AIM screen .......... 6
  - Sign off the AIM service .......... 8
- **Using the Buddy List Feature On Your Phone** .......... 9
  - About the Mobile Device group .......... 9
  - About the Mobile Device icon .......... 9
  - Add screen names to your Buddy List .......... 10
  - Update the Buddy List .......... 10
  - Delete screen names from your Buddy List .......... 10
- **Having Conversations** .......... 11
  - Send a new message .......... 11
  - Compose a Message .......... 11
  - Receive a new message .......... 12
  - Reply to a message .......... 12
  - Manage conversations .......... 13
  - View your messages .......... 13
  - Reject messages .......... 13
  - End a conversation .......... 13
- **Rejecting Messages** .......... 14
  - Reject messages from an AIM user in your Buddy List .......... 14
  - Accept messages from a rejected AIM user .......... 14
- **Setting Alerts** .......... 15
  - Set buddy alerts .......... 15
  - Set message alerts .......... 15
  - Disable alerts .......... 15
- **Changing Your Password** .......... 16
- **Using T9 Text Input to Type Messages** .......... 17
  - How T9 Text Input works .......... 17
  - Enter letters using T9 Text Input .......... 17
  - Add words to the T9 dictionary .......... 17
  - Change input modes while entering text .......... 18
  - Turn off T9 Text Input .......... 18
  - Use Multi-tap Text Input .......... 19

*© Copyright 2002 by America Online, Inc. All Rights Reserved.*

*AOL, AIM, Buddy List, T9 and the AOL triangle design are registered trademarks of America Online, Inc. Instant Messenger is a trademark of America Online, Inc.*

*T9 Text Input is licensed under one or more of the following: U.S. Pat. Nos. 5,818,437, 5,953,541, 5,187,480, 5,945,928, and 6,011,554, and 6,307,548; Australian Pat. No. 727539; Canadian Pat. No. 1,331,057; United Kingdom Pat. No. 2238414B; Hong Kong Standard Pat. No. HK0940329; Republic of Singapore Pat. No. 51383; Euro.Pat. No. 0 842 463 (96927260.8) DE/DK, FI, FR, IT,NL,PT.ES,SE,GB; Republic of Korea Pat. Nos. KR201211B1 and KR226206B1; and additional patents are pending worldwide.*

# Getting Started

Use this user guide to learn how to send and receive instant messages using the AOL® Instant Messenger service from your Ericsson T68i phone.

Here's what you need:

- **An AIM-compatible screen name.** This can be an AOL, CompuServe 2000®, Netscape®, or AIM screen name. If you have a screen name, you are ready to begin.

  If you do not have an AIM-compatible screen name, browse to http://www.aol.com/aim and get one now.

- **An Ericsson T68i phone.** This guide describes how to use the AIM service with the Ericsson T68i phone.

- **mMode service from AT&T Wireless.**

## Phone basics

Before starting to use the AIM service with your Ericsson T68i phone, review the following steps for selecting links and entering text. You can learn more about using your phone by reviewing your phone's User guide.

### Selecting links on your phone

For the Ericsson T68i phone, complete the following steps to select and open wireless Web links:

1. Navigate to the link you want by using the blue joystick.




*Select links to access the options you want to use.*

2. Press **Yes**.

   Alternatively, if the link is numbered, you can press the number for the link on your keypad. You will see an animation in the top right of the phone screen. This indicates that information is transmitting—wait for this animation to stop before pressing any keys or selecting other links.

### Entering text on your phone

For the Ericsson T68i phone, complete the following steps to enter text from your phone—for example, entering your screen name and writing instant messages:

1. Navigate to the option you want (for example, **Screen Name<>** or **Msg: <>**) by using the blue joystick.
2. Press **Yes**. A text window opens.
3. Enter the text. For more information on typing on your phone, see "Using T9 Text Input to Type Messages" on page 17.
4. When you're done entering text, press **Yes**. You'll see the text entered in the appropriate field on your phone.

## Start the AOL Instant Messenger service

To start the AOL Instant Messenger service, complete the following steps:

1. Start mMode by pressing and holding the blue joystick to the left.
2. Select **Message Center**.
3. Select **AIM**. The AOL Instant Messenger screen displays.




Select any of the following links:

- Select **Sign On** to sign on to the AIM service.
- Select **About** for Help.
- Select **mMode** to return to mMode menu.

4. Sign on to the AIM service using your screen name and password. See "Sign On to the AIM service" **on page 6** for more information.

# Signing On and Off

Before you can sign on, you must have an AIM-compatible screen name. Signing on to the AIM service will affect any other AIM session that you may have started using the same screen name. For instance:

- You can sign on to both the AOL and AIM services with the same screen name. However, any messages you receive will be displayed by the AOL desktop service.
- When using the AIM service or AIM Express service, signing on to one device will sign you off a session on another device. For example, if you use the AIM service on your computer, and then sign on with the same screen name on your phone, the AIM session on your computer will be signed off.

## Sign On to the AIM service

To sign on to the AIM service, complete the following steps:

1. From the AOL Instant Messenger screen, select **Sign On**.
2. Select **Screen Name<>** and enter your screen name. The screen name is not case-sensitive.
3. Select **Password<>** and enter your password. Your password is case-sensitive, so make sure to use the appropriate mode while typing.
4. Select **OK**.

   The AIM service does not save your name and password, but the Web browser may save the screen name and password until you turn off the phone.

   When you connect to the AIM service, the main AIM screen displays. If you are signing on for the first time from your phone, you'll get a message saying that the AIM service is creating a *Mobile Device group* in your Buddy List feature. This Mobile Device group contains up to 30 screen names for you to use from your phone. For more information on using the Mobile Device group and the Buddy List feature, see "Using the Buddy List Feature On Your Phone" **on page 9**.

## About the main AIM screen

After you sign on, the main AIM screen displays your current conversations, and the online and offline screen names from your Buddy List feature, and you can access a menu of options for using the service. This screen is updated every time you sign on, update the lists, or refresh the browser.




*The main AIM screen shows your active conversations, and your online and offline buddies.*

**Note:** If you use the AIM service on your computer, your entire Buddy List feature is not downloaded to your phone. Instead, the first time you sign on to the AIM service from your phone, a Mobile Device group is created and 30 screen names from your Buddy List feature are moved into this group. Think of the Mobile Device group as your Buddy List feature that you use from your phone.

For more information, see "Using the Buddy List Feature On Your Phone" **on page 9**.

## Conversations List

The Conversations list displays your current AIM conversations. This list is empty when you first sign on, but will show a list of your active conversations as soon as you update the list, or send or receive a message. An asterisk (*) next to a screen name indicates that you have a new message from that buddy.

Select a screen name in this list, and then select **View Conversation** to see new messages or to send new messages to the screen name.

## Online Buddies List

The Online Buddies list shows the screen names from your Buddy List feature that are signed on to the AIM service. Select a screen name in this list, and then select **Start Conversation** to send this person a message.

## Offline Buddies List

When a buddy goes offline, the screen name moves to the Offline Buddies list the next time you get new messages or update the list.

When you add a screen name to your Buddy List feature, it is initially displayed at the end of the Offline Buddies list. To update the list, select **Get New/Update List** from the AIM Menu.

## Screen name symbols

On the main AIM screen, the screen names are displayed in a bulleted list using a period (.) as the default symbol. Any symbols next to the screen names in the Conversations, the Online Buddies, and the Offline Buddies lists indicate their status.

* **New Message**. A new message has been received from this screen name.

! **Alert**. You will be notified when this screen name signs on.

= **Away**. This screen name is Away and unavailable for messages.

? **Uncertain**. This screen name may be offline.

X **Rejected**. You have declined messages from this screen name.

### AIM Menu

The AIM Menu appears as a link on the main AIM screen. Use this menu to access options such as getting new messages, adding new screen names to your Buddy List, or changing your status. If you have a screen name selected on the main AIM screen (before you select the AIM Menu), these menu options may change to be targeted to actions that you can perform on that specific screen name.




*Use the AIM Menu to access options like Add Buddy, Send Message to a Buddy, or Update Buddy List.*

## Sign off the AIM service

Once you have signed on, the AIM service remains active—even if the browser is not being used or the phone is turned off—until you select **Sign off** from the AIM Menu, or if the AIM service automatically terminates your session after 26 hours of inactivity. In this way, you can continue to receive messages while performing other activities with the phone.

When you are done using the AIM service, it is best to sign off so other AIM users know you are offline. If you do not sign off, your screen name continues to appear as being online to other AIM users.

To sign off, complete the following steps:

1. From the main AIM screen, select **AIM Menu**.
2. Select **Sign off**.
3. At the confirmation message, select **Yes**. When you sign off the AIM service, all current conversations are ended.

---

**Note:** Be sure to turn off your phone to prevent others from using your screen name. Even if you have signed off the AIM service, your screen name and password may remain active on the phone, providing access to your AIM service if anyone else uses your phone.

# Using the Buddy List Feature On Your Phone




If you use the AIM or AOL service on your desktop computer, you know that the Buddy List feature is a window that displays the AOL Instant Messenger screen names for your friends, family members, and co-workers.

Regardless of how you access the AIM service, your Buddy List is available to you. For example, you can access your Buddy List from a variety of products, including the AOL desktop application, the AIM service for your computer, the AIM Express service on the Web, and on wireless devices, such as wireless phones and PDAs. With the Buddy List, you can maintain groups of friends, family, co-workers, and others to communicate with anytime, anywhere. Whenever these buddies sign on, their screen names appear as active in your Buddy List window, allowing you to communicate with them instantly.

On your Ericsson T68i phone, the **Online Buddies** and **Offline Buddies** lists on the main AIM screen display the status for your AIM buddies. Your Online Buddies and Offline Buddies lists are updated every time you sign on, update the list, or refresh the browser. The symbols preceding a screen name indicate the screen name's status. For a description of these symbols, see "Screen name symbols" **on page 7**.

## About the Mobile Device group

On your computer, groups are used to organize the screen names in your Buddy List feature; for example, Friends, Family, and Co-Workers are the default groups in the Buddy List window.

When you use the AIM service with a wireless phone, a special category called the *Mobile Device group* is created in the Buddy List you access from your computer. This group is created the first time you sign on to the AIM service from your phone. This Mobile Device group can hold up to 30 screen names for you to use when instant messaging from your phone.

Just as you group the screen names in your Buddy List feature into categories like Buddies, Family, or Co-Workers, the Mobile Device group is a group for your screen names that you converse with when you're on a phone or other wireless device.

## About the Mobile Device icon

When you connect to the AIM service from your phone, anyone who is using AIM version 4.8.2646 or higher, or AOL version 7.0 or later, will see a Mobile Device icon appear next to your screen name both in their Buddy List window and in the Instant Messaging window.

The Mobile Device icon lets others know that you are viewing and writing messages using a wireless phone. Your friends will then understand that it may take you longer to type messages, or that your messages may be shorter and use more shorthand language or abbreviations.

### Disabling the Mobile Device icon

If you are an AOL member and you do not want the Mobile Device icon to appear, you can disable it from the AOL 7.0 Buddy List window. Click **Setup**, **Preferences**, and then in the Buddy List tab uncheck the box labeled **"Allow other members to see that I am using a mobile device."**

If you are using the AIM desktop client version 4.8.2591 or higher, select **MyAIM**, **Edit Options**, and then **Edit Preferences**. Then, select the Privacy category and uncheck the box labeled **"Allow other members to see that I am using a mobile device."**

## Add screen names to your Buddy List

To add a screen name to the Buddy List, complete the following steps:

1. From the main AIM screen, select **AIM Menu**.
2. Select **Add Buddy**.
3. Enter the screen name and select **Yes**.

---

**Note:** The AIM service ignores spaces in screen names. Therefore, when you are typing a screen name that is a compound word such as "SpaceCadet" or "iscreamdog" using T9 Text Input, just press the RIGHT ARROW to insert a space between the words instead of compounding the word. The screen name will display as "Space Cadet" or "i scream dog." The AIM service will ignore the spaces and interpret the screen name correctly.

## Update the Buddy List

After you add a name to your list, the list displays the new name at the end of the Offline Buddies list. Select **AIM Menu** and then **Get New/Update List** to display the screen name's current status.

## Delete screen names from your Buddy List

To delete a screen name from the Buddy List, complete the following steps:

1. From the main AIM screen, select the screen name and then select **Delete Buddy**.
2. At the confirmation message, select **Erase** to delete the screen name, or select **Cancel** to cancel the process and return to the main AIM screen.

---

**Note:** If there is an open conversation with the screen name that you selected to delete, you may have to end the conversation before you are able to delete the buddy. To end the conversation, select the screen name in the Conversations list, and then select **End Conversation**.

# Having Conversations

While signed on to the AIM service you can easily switch between messaging, talking, and performing other activities with your phone. To make a phone call or use other functions of the phone, exit the Web browser as documented for your phone—you'll stay signed on to the AIM service. To return to the AIM session, just navigate to the AIM option under Message Center.

## Send a new message

When you first sign on to the AIM service, there are no active conversations. You can send new messages to screen names in your Online Buddies list or to any AIM screen name.

For tips on writing messages from your phone, see "Compose a Message" **on page 11**.

For help entering text on your phone, see "Entering text on your phone" **on page 4** and "Using T9 Text Input to Type Messages" **on page 17**.

### Sending messages to an online buddy

To send a message to an online buddy, complete the following steps:

1. Select the screen name and then select **Start Conversation**.
2. Select **Msg: <>** and type your message.
3. Select **Send**.

   Your message is saved under the screen name and indicated by the "<" character.
4. You can type another message, or select **Quick Reply** to use a predefined message. To return to the main AIM screen, select **Buddy List**.

### Sending messages to any AIM screen name

Complete the following steps to send messages to AIM users who are not saved in your Buddy List feature:

1. From the main AIM screen, select **AIM Menu**, and then select **Send Msg to ...** .
2. Select **Screen Name: <>**.
3. Enter the screen name and select **OK**.
4. Select **Msg: <>** and type your message.
5. Select **Send**.

   Your message is saved under the screen name and indicated by the "<" character.
6. You can type another message, or select **Quick Reply** to use a predefined message. To return to the main AIM screen, select **Buddy List**.

## Compose a Message

Your friend's screen name is shown at the beginning of the conversation. There are two ways that you can enter messages:

- Type your message using the phone's keypad
- Use Quick Replies

### Typing messages using the phone's keypad

Select **Msg:<>** to begin typing a message. The available text input modes include:

- Multi-tap (usually indicated as abc/ABC)
- T9 Text Input
- Symbols (usually indicated as SYM)
- Numbers (usually indicated as 123)

Select the appropriate input mode before you start typing. Most phones default to the multi-tap mode. For typing text messages, T9 Text Input is twice as fast as multi-tapping. To correct errors, press the **Clear** key.

For information on using T9 Text Input, see "Using T9 Text Input to Type Messages" **on page 17**.

### Using Quick Replies

Quick Replies are a collection of smileys, greetings and common phrases that you can use to coordinate activities with other people. Use this feature to easily send messages with minimal typing. After you select a Quick Reply, you can add additional text to the message.

To use a Quick Reply, complete the following steps:

1. Create a new message or reply to a message sent to you.
2. Select **Quick Reply.**
3. Select the type of Quick Reply you want. The Quick Reply options include smileys, simple greetings, and common phrases used to coordinate activities with other people.

   After you choose a Quick Reply, if you want to continue typing additional text, select **Msg: <>** and enter the rest or your message.
4. When your message is ready, select **Send**. If you chose a Smiley, your friends using the AIM service on a phone see the emoticon exactly as you typed it; any friends using the AIM service on the desktop will see the graphic for the smiley you selected.

## Receive a new message

When you receive a new instant message, you'll be alerted with a message, and a tone or vibration (as defined for your phone). Select **Proceed**, and then on the next screen select **Load** to display the updated Conversations list in the main AIM screen.

When you receive a message from someone who is not saved in your Buddy List feature, you are first asked to **Accept** or **Reject** this message. If you reject the message, all further messages from this user will be declined until you send them a message or re-accept them.

If you receive a new message alert while typing another message, press the 'No' key to finish composing your message. Then, after you've sent your message, select **AIM Menu** and then **Get New/Update Msgs** to see the new instant message.

## Reply to a message

To reply to an instant message, complete the following steps:

1. Select the screen name in the Conversations list, and then select **View Conversation**.
2. Either select **Msg: <>** to type a message, or select **Quick Reply**.

   See "Using Quick Replies" **on page 12** for information on using Quick Replies.
3. Enter the message and select **Send**.

   Your message is saved on the Previous Messages screen when you send or receive the next message or otherwise update the conversation.

## Manage conversations

Each time you send a message or update a conversation, the AIM service displays any new messages you have received. From the Message screen:

- If there are no new messages since the last time you updated the conversation, "No new messages in this conv." displays.
- If there are previous messages in the conversation, select **Previous Msgs** to display them.
- If there are new messages from other screen names, scroll to **Other new messages** to display the Conversations list.

You can type a response or select **Quick Reply** to use smileys, simple greetings, and common phrases.

If you receive a new message alert while typing another message, press the **No** key to finish writing your message. Then, after you've sent your message, select **Get New/Update Msgs** from the AIM Menu to see the new instant message.

## View your messages

The New Message screen includes the **Previous Messages** link. Select this link to display the Previous Messages screen. This screen displays as much of the preceding conversation as possible in the available screen memory. Use the navigation keys to scroll through the screen.

To return to the Message screen, select **Latest msgs**. To get new messages in the conversation, select **Get New Messages**.

### Viewing other new messages

When you have several conversations going at once, select **Other new msgs** to update and display the main AIM screen.

The asterisk (*) indicates which screen names have sent you new messages.

## Reject messages

To reject messages from a screen name in your Buddy List, complete the following steps:

1. Select the screen name on the main AIM screen.
2. Select **Reject Msgs from**.
3. At the confirmation message, select **Reject** to reject all messages from this screen name until you sign off the AIM service, or **Cancel** to return to the main AIM screen.

If you receive a message from someone who is not saved in your Buddy List, you are first asked to **Accept** or **Reject** this message. Select **Reject** to decline all further messages from this screen name until you send them a message or re-accept them.

See "Rejecting Messages" **on page 14** for more information about rejecting messages from AIM users.

## End a conversation

To end a conversation, select **End Conversation** from either the Message screen or from the AIM Menu. This clears all previous messages in the conversation and updates the screen name's status.

# Rejecting Messages

The AIM service lets you control who can contact you. You can choose to decline further messages from a screen name during the current session. The user will be able to send you messages again the next time you sign on.

You can also use the AOL, AIM, or AIM Express service on your computer to permanently block the screen name from sending you messages on any AIM service you are using.

A rejected buddy will be displayed with an **X** next to their screen name in the Online Buddies or Offline Buddies list on your phone. A blocked screen name will never be displayed as an Online Buddy on your phone.

## Reject messages from an AIM user in your Buddy List

Complete the following steps to prevent someone in your Buddy List from contacting you by rejecting messages from that user:

1. Select the screen name on the main AIM screen.
2. Select **Reject Msgs from**.
3. Select **Reject** to reject all messages from the screen name, or select **Cancel** to cancel the procedure.

   After the user is rejected, an **X** appears next to their screen name in the Buddy List.

## Accept messages from a rejected AIM user

After a user has been rejected, you can accept them and begin to receive their messages again by completing the following steps:

1. Select the screen name on the main AIM screen.
2. Select **Accept Msgs from.**
3. Select **Yes** to begin accepting messages from the screen name, or select **Cancel** to cancel the procedure.

   The screen name's status is updated in the main AIM screen.

---

**Note:** A rejected screen name is automatically re-accepted when you send them a new message.

# Setting Alerts

You can set alerts so that you receive a message when a particular buddy comes online. The type of alert you receive depends on your phone and its settings. The alert expires when your friend comes online or when you sign off the AIM service.

The type of alert you receive depends on your phone's alert settings—the alert could be an audio tone and/or vibration. These alerts must be enabled using the setup options for the phone. They cannot be changed using the AIM service. The AIM service only takes advantage of their availability on the phone. See your phone's user guide for more information on setting alerts.

## Set buddy alerts

To get notified when a friend, family member, or co-worker signs on, complete the following steps:

1. Select the screen name on the main AIM screen.
2. Select **Set Alert**.
3. At the Confirmation message, select **Yes** to set the alert, or **No** to cancel the action.

After the alert is set, when the screen name comes online, the AIM service generates an alert and lists the screen name in the Conversations list.

Alerts are set separately for each screen name in your Buddy List feature, and you can temporarily disable all alerts by changing your status to "Away."

## Set message alerts

When you receive a new instant message, you'll be alerted with a message, and a tone and/or vibration (as defined for your phone). Select **Proceed**, and then on the next screen select **Load** to display the updated Conversations list in the main AIM screen.

To display the new message, select it in the Conversations list. If you are composing a message when this alert arrives, press the **No** key to prevent losing what you've typed. Then, select **AIM Menu** and **Get New/Update Msgs** to see the new instant message. If you are displaying the conversation when this alert arrives, the new message may appear under **Previous Msgs**.

## Disable alerts

When you change your status to "Away (Do Not Disturb)," these alerts are temporarily disabled and other AIM users will see an "Away" icon next to your name in their list of available buddies. If they send you a message, they will receive a message that you are currently unavailable. When your status is "Away," you still receive all messages that are sent to you.

To change your status to Away, complete the following steps:

1. From the main AIM screen, select **AIM Menu**.
2. Select **AIM Options**.
3. Select **Set My Status To Away**.
4. At the Confirmation message, select **OK** to change your status.

# Changing Your Password

You are able to change the password associated with the screen name from your wireless device, even if the screen name is shared with an AOL account or other AIM clients. Changing this password affects all AIM logins with the same screen name.

If you change the password for your screen name using your phone, the new password will immediately work with the AIM and AIM Express service. The new password will not work with your AOL account, which will still require your old password—you have to separately change the saved password for the AOL service on your computer.

---

**Note:** The following procedure is provided for your convenience. However, it is not recommended that you change your password from your phone in order to avoid potential problems signing on to the AOL service and other versions of the AIM service.

To change your AIM password using your phone, complete the following steps:

1. From the main AIM screen, select **AIM Menu**.
2. Select **AIM Options.**
3. Select **Change Password**.
4. Type your current password, and then re-type the new password to confirm.
5. Select **OK**.
6. The AIM service displays a message to confirm that your password has changed. Select **OK** to continue.

# Using T9 Text Input to Type Messages

T9 Text Input is a predictive text input method and a quicker way to write text. For typing messages, T9 Text Input is twice as fast as multi-tapping, and is the easiest way to type text using the limited keypad on a wireless phone.

- Just one key press per letter with no multi-tapping
- Extensive word database including proper names
- Ability to add words to the T9 Text Input database
- Available in many languages
- Full punctuation and symbol capabilities

## How T9 Text Input works

By using the letters grouped on each of the phone keys and a highly compressed database, T9 software requires just one key press per letter, and quickly recognizes the most commonly used word of a key sequence.




For example, to enter the word "how," you can spell out the word by pressing only three keys, 4-6-9. T9 Text Input knows that the most commonly used word with that numeric sequence is "how." If more than one word shares the same numeric sequence, T9 software provides the most commonly used word, with the ability to scroll to the next most commonly used word by pressing the **0** key.

## Enter letters using T9 Text Input

From any text entry field (for example, if you are entering your screen name or writing a new instant message), complete the following steps:

1. Use one key press per letter. For example, if you want to write the word "Hello", you would press the **4**, **3**, **5**, **5**, **6** keys.
2. A word displays. If the word shown is the one you want:
   - Press the **1** key to accept the word and add a space.

   If the word shown is not the one you want:
   - Press the **0** key repeatedly to view alternative words. Accept a word and add a space by pressing the **1** key.

   If you do not find the word you want by pressing the **0** key:
   - Add the word to the T9 dictionary by following the procedures below.

## Add words to the T9 dictionary

On the Ericsson T68i phone, you can also add words to the T9 user dictionary by completing the following steps:

1. Press the **Options** key to go to a list of options.
2. Select **Edit Word**. A text field displays where you can edit the word.
3. Delete the entire word by pressing the **Clear** key, or delete one letter at a time by press-ing and holding the joystick to the right, and then the **Clear** key repeatedly.
4. Write the new word using multi-tap text input and press **Yes**.

The word is added to the dictionary. The next time you press the same key sequence using T9 Text Input, the word you added to the dictionary will appear as one of the alternative words.

**Tip:** Save your screen name and password in the T9 dictionary for quicker re-entry. Note that the AIM service ignores spaces in screen names. When you are typing a screen name that is a compound word such as "SpaceCadet" or "iscreamdog" using T9 Text Input, just press the space key to insert a space between words instead of compounding the word. The AIM service will ignore the spaces and interpret the screen name correctly.

## Change input modes while entering text

While writing a message or other text, you can easily change between the T9, multi-tap, numbers, and symbols text entry modes.

The current text entry mode will display when you first open a text window. To change it, complete the following steps:

1. Press the **Options** key to go to a list of options.
2. Do one of the following:
   - Select **Add symbol** to choose from a list of symbols to add to your message. Choose the symbol you want and press **Yes**.
   - Select **Language** to change between the T9, Multi-tap, and Numbers text entry modes. Choose **US English** (for T9), **abc** (for multi-tap), or **123** (for Numbers).
3. Continue composing your message, repeat steps 1 and 2 to change modes again, or press **Yes** when you are satisfied with your message.

## Turn off T9 Text Input

If you want, you can turn off T9 Text Input by completing the following steps:

1. From the main phone screen, select **Settings**.
2. Select **Language**
3. Select **T9 input**.
4. Select **Off**.

## Use Multi-tap Text Input

Unlike T9 Text Input, where you only enter one key press per letter, multi-tapping requires multiple key presses per letter (for example, press the **6** key three times to get the letter "o").

To enter the letter "s", for example, press the **7** key four times; to enter the letter "x", press the **9** key twice. Don't be afraid to experiment. To correct errors, press the **Clear** key. If successive letters employ the same key, pause a moment or two until the cursor moves to the right.

For example, to type "hello," you press the following keys:

- **4-4** for "h"
- **3-3** for "e"
- **5-5-5** for "l"
- **5-5-5** for "l"
- **6-6-6** for "o"

To enter a number, you must first cycle through all the letters represented by a key. For example, pressing the **2**-key four times will display the number "2."

For basic symbols such as a period, keep pressing the **1** key until the symbol you want is displayed.

https://web.archive.org/web/20030317060135/http://www.aim.com/wireless/pdfs/attws/AIM_WAP_NOKIA-8390_attws.pdf

# Using AIM® Service on the Nokia 8390

AT&T Wireless

NOKIA



AOL® Instant Messenger™

AOL Anywhere

# Using AIM® Service on the Nokia 8390

## Table of Contents


- **Getting Started** ........ 4
  - Phone basics ........ 4
  - Start the AOL Instant Messenger service ........ 5
- **Signing On and Off** ........ 6
  - Sign On to the AIM service ........ 6
  - About the main AIM screen ........ 6
  - Sign off the AIM service ........ 8
- **Using the Buddy List Feature On Your Phone** ........ 9
  - About the Mobile Device group ........ 9
  - About the Mobile Device icon ........ 9
  - Add screen names to your Buddy List ........ 10
  - Update the Buddy List ........ 10
  - Delete screen names from your Buddy List ........ 10
- **Having Conversations** ........ 11
  - Send a new message ........ 11
  - Compose a Message ........ 11
  - Receive a new message ........ 12
  - Reply to a message ........ 12
  - Manage conversations ........ 13
  - View your messages ........ 13
  - Reject messages ........ 13
  - End a conversation ........ 13
- **Rejecting Messages** ........ 14
  - Reject messages from an AIM user in your Buddy List ........ 14
  - Accept messages from a rejected AIM user ........ 14
- **Setting Alerts** ........ 15
  - Set buddy alerts ........ 15
  - Set message alerts ........ 15
  - Disable alerts ........ 15
- **Changing Your Password** ........ 16
- **Using Predictive Text Input to Type Messages** ........ 17
  - How Predictive Text Input works ........ 17
  - Enter letters using Predictive Text Input ........ 17
  - Adding words to the Predictive Text dictionary ........ 17
  - Turn off Predictive Text Input ........ 18
  - Use Traditional Text Input ........ 18

*© Copyright 2002 by America Online, Inc. All Rights Reserved.*

*AOL, AIM, Buddy List, T9 and the AOL triangle design are registered trademarks of America Online, Inc. Instant Messenger is a trademark of America Online, Inc.*

*T9 Text Input is licensed under one or more of the following: U.S. Pat. Nos. 5,818,437, 5,953,541, 5,187,480, 5,945,928, and 6,011,554, and 6,307,548; Australian Pat. No. 727539; Canadian Pat. No. 1,331,057; United Kingdom Pat. No. 2238414B; Hong Kong Standard Pat. No. HK0940329; Republic of Singapore Pat. No. 51383; Euro.Pat. No. 0 842 463 (96927260.8) DE/DK, FI, FR, IT,NL,PT.ES,SE,GB; Republic of Korea Pat. Nos. KR201211B1 and KR226206B1; and additional patents are pending worldwide.*

# Getting Started

Use this user guide to learn how to send and receive instant messages using the AOL® Instant Messenger service from your Nokia 8390 phone.

Here's what you need:

- **An AIM-compatible screen name.** This can be an AOL, CompuServe 2000®, Netscape®, or AIM screen name. If you have a screen name, you are ready to begin.

  If you do not have an AIM-compatible screen name, browse to http://www.aol.com/aim and get one now.
- **A Nokia mMode phone.** This guide describes how to use the AIM service with the Nokia 8390 phone.
- **mMode service from AT&T Wireless.**

## Phone basics

Before starting to use the AIM service with your Nokia 8390 phone, review the following steps for selecting links and entering text. You can learn more about using your phone by reviewing your phone's User guide.

### Selecting links on your phone

For the Nokia 8390 phone, complete the following steps to select and open wireless Web links:

1. Navigate to the link you want by pressing the scroll buttons.




2. Select the **Options** softkey.
3. Select **Open Link**.

### Entering text on your phone

For the Nokia 8390 phone, complete the following steps to enter text from your phone — for example, to enter your screen name and write instant messages:

1. Navigate to the option you want (for example, **Msg: [...]** or **Screen Name: [...]** ) by pressing the scroll buttons.
2. Select the **Options** softkey.
3. Select **Edit**.
4. Enter the text. For more information on typing on your phone, see "Using Predictive Text Input to Type Messages" **on page 17**.
5. When you're done entering text, select the **Options** softkey.
6. Select **OK**. You'll see the text entered in the appropriate field on your phone.

## Start the AOL Instant Messenger service

To start the AOL Instant Messenger service, complete the following steps:

1. Start mMode by pressing and holding the **0** key.
2. Select **Message Center**.
3. Select **AIM**. The AOL Instant Messenger screen displays.




Select any of the following links:

- Select **Sign On** to sign on to the AIM service.
- Select **About** for Help.
- Select **mMode** to return to mMode menu.

4. Sign on to the AIM service using your screen name and password. See "Sign On to the AIM service" **on page 6** for more information.

# Signing On and Off

Before you can sign on, you must have an AIM-compatible screen name. Signing on to the AIM service will affect any other AIM session that you may have started using the same screen name. For instance:

- You can sign on to both the AOL and AIM services with the same screen name. However, any messages you receive will be displayed by the AOL desktop service.
- When using the AIM service or AIM Express service, signing on to one device will sign you off a session on another device. For example, if you use the AIM service on your PC, and then sign on with the same screen name on your phone, the AIM session on your PC will be signed off.

## Sign On to the AIM service

To sign on to the AIM service, complete the following steps:

1. From the AOL Instant Messenger screen, select **Sign On**.
2. Select **Screen Name: [...]** and enter your screen name. The screen name is not case-sensitive.
3. Select **Password: [...]** and enter your password. Your password is case-sensitive, so make sure to use the appropriate mode while typing.
4. Select **OK**.

   The AIM service does not save your name and password, but the Web browser may save the screen name and password until you turn off the phone.

   When you connect to the AIM service, the main AIM screen displays. If you are signing on for the first time from your phone, you'll get a message saying that the AIM service is creating a *Mobile Device group* in your Buddy List feature. This Mobile Device group contains up to 30 screen names for you to use from your phone. For more information on using the Mobile Device group and the Buddy List feature, see "Using the Buddy List Feature On Your Phone" on page 9.

## About the main AIM screen

After you sign on, the main AIM screen displays your current conversations, and the online and offline screen names from your Buddy List feature, and you can access a menu of options for using the service. This screen is updated every time you sign on, update the lists, or refresh the browser.




*The main AIM screen shows your active conversations, and your online and offline buddies.*

**Note:** If you use the AIM service on your computer, your entire Buddy List feature is not downloaded to your phone. Instead, the first time you sign on to the AIM service from your phone, a Mobile Device group is created and 30 screen names from your Buddy List feature are moved into this group. Think of the Mobile Device group as your Buddy List feature that you use from your phone.

For more information, see "Using the Buddy List Feature On Your Phone" **on page 9**.

## Conversations List

The Conversations list displays your current AIM conversations. This list is empty when you first sign on, but will show a list of your active conversations as soon as you update the list, or send or receive a message. An asterisk (*) next to a screen name indicates that you have a new message from that buddy.

Select a screen name in this list, and then select **View Conversation** to see new messages or to send new messages to the screen name.

## Online Buddies List

The Online Buddies list shows the screen names from your Buddy List feature that are signed on to the AIM service. Select a screen name in this list, and then select **Start Conversation** to send this person a message.

## Offline Buddies List

When a buddy goes offline, the screen name moves to the Offline Buddies list the next time you get new messages or update the list.

When you add a screen name to your Buddy List feature, it is initially displayed at the end of the Offline Buddies list. To update the list, select **Get New/Update List** from the AIM Menu.

## Screen name symbols

On the main AIM screen, the screen names are displayed in a bulleted list using a period (.) as the default symbol. Any symbols next to the screen names in the Conversations, the Online Buddies, and the Offline Buddies lists indicate their status.

* **New Message**. A new message has been received from this screen name.

! **Alert**. You will be notified when this screen name signs on.

= **Away**. This screen name is Away and unavailable for messages.

? **Uncertain**. This screen name may be offline.

X **Rejected**. You have declined messages from this screen name.

### AIM Menu

The AIM Menu appears as a link on the main AIM screen. Use this menu to access options such as getting new messages, adding new screen names to your Buddy List, or changing your status. If you have a screen name selected on the main AIM screen (before you select the AIM Menu), these menu options may change to be targeted to actions that you can perform on that specific screen name.




*Use the AIM Menu to access options like Add Buddy, Send Message to a Buddy, or Update Buddy List.*

## Sign off the AIM service

Once you have signed on, the AIM service remains active—even if the browser is not being used or the phone is turned off—until you select **Sign off** from the AIM Menu, or if the AIM service automatically terminates your session after 26 hours of inactivity. In this way, you can continue to receive messages while performing other activities with the phone.

When you are done using the AIM service, it is best to sign off so other AIM users know you are offline. If you do not sign off, your screen name continues to appear as being online to other AIM users.

To sign off, complete the following steps:

1. From the main AIM screen, select **AIM Menu**.
2. Select **Sign off**.
3. At the confirmation message, select **Yes**. When you sign off the AIM service, all current conversations are ended.

---

**Note:** Be sure to turn off your phone to prevent others from using your screen name. Even if you have signed off the AIM service, your screen name and password may remain active on the phone, providing access to your AIM service if anyone else uses your phone.

# Using the Buddy List Feature On Your Phone




If you use the AIM or AOL service on your desktop computer, you know that the Buddy List feature is a window that displays the AOL Instant Messenger screen names for your friends, family members, and co-workers.

Regardless of how you access the AIM service, your Buddy List is available to you. For example, you can access your Buddy List from a variety of products, including the AOL desktop application, the AIM service for your computer, the AIM Express service on the Web, and on wireless devices, such as wireless phones and PDAs. With the Buddy List, you can maintain groups of friends, family, co-workers, and others to communicate with anytime, anywhere. Whenever these buddies sign on, their screen names appear as active in your Buddy List window, allowing you to communicate with them instantly.

On your Nokia 8390 phone, the **Online Buddies** and **Offline Buddies** lists on the main AIM screen display the status for your AIM buddies. Your Online Buddies and Offline Buddies lists are updated every time you sign on, update the list, or refresh the browser. The symbols preceding a screen name indicate the screen name's status. For a description of these symbols, see "Screen name symbols" **on page 7**.

### About the Mobile Device group

On your computer, groups are used to organize the screen names in your Buddy List feature; for example, Friends, Family, and Co-Workers are the default groups in the Buddy List window.

When you use the AIM service with a wireless phone, a special category called the *Mobile Device group* is created in the Buddy List you access from your computer. This group is created the first time you sign on to the AIM service from your phone. This Mobile Device group can hold up to 30 screen names for you to use when instant messaging from your phone.

Just as you group the screen names in your Buddy List feature into categories like Buddies, Family, or Co-Workers, the Mobile Device group is a group for your screen names that you converse with when you're on a phone or other wireless device.

## About the Mobile Device icon 

When you connect to the AIM service from your phone, anyone who is using AIM version 4.8.2646 or higher, or AOL version 7.0 or later, will see a Mobile Device icon appear next to your screen name both in their Buddy List window and in the Instant Messaging window.

The Mobile Device icon lets others know that you are viewing and writing messages using a wireless phone. Your friends will then understand that it may take you longer to type messages, or that your messages may be shorter and use more shorthand language or abbreviations.

### Disabling the Mobile Device icon

If you are an AOL member and you do not want the Mobile Device icon to appear, you can disable it from the AOL 7.0 Buddy List window. Click **Setup**, **Preferences**, and then in the Buddy List tab uncheck the box labeled **"Allow other members to see that I am using a mobile device."**

If you are using the AIM desktop client version 4.8.2591 or higher, select **MyAIM**, **Edit Options**, and then **Edit Preferences**. Then, select the Privacy category and uncheck the box labeled **"Allow other members to see that I am using a mobile device."**

## Add screen names to your Buddy List

To add a screen name to the Buddy List, complete the following steps:

1. From the main AIM screen, select **AIM Menu**.
2. Select **Add Buddy**.
3. Enter the screen name and select **Yes**.

---

**Note:** The AIM service ignores spaces in screen names. Therefore, when you are typing a screen name that is a compound word such as "SpaceCadet" or "iscreamdog" using predictive text input, just press the RIGHT ARROW to insert a space between the words instead of compounding the word. The screen name will display as "Space Cadet" or "i scream dog." The AIM service will ignore the spaces and interpret the screen name correctly.

## Update the Buddy List

After you add a name to your list, the list displays the new name at the end of the Offline Buddies list. Select **AIM Menu** and then **Get New/Update List** to display the screen name's current status.

## Delete screen names from your Buddy List

To delete a screen name from the Buddy List, complete the following steps:

1. From the main AIM screen, select the screen name and then select **Delete Buddy**.
2. At the confirmation message, select **Erase** to delete the screen name, or select **Cancel** to cancel the process and return to the main AIM screen.

---

**Note:** If there is an open conversation with the screen name that you selected to delete, you may have to end the conversation before you are able to delete the buddy. To end the conversation, select the screen name in the Conversations list, and then select **End Conversation**.

# Having Conversations

While signed on to the AIM service you can easily switch between messaging, talking, and performing other activities with your phone. To make a phone call or use other functions of the phone, exit the Web browser as documented for your phone—you'll stay signed on to the AIM service. To return to the AIM session, just navigate to the AIM option under Message Center.

## Send a new message

When you first sign on to the AIM service, there are no active conversations. You can send new messages to screen names in your Online Buddies list or to any AIM screen name.

For tips on writing messages from your phone, see "Compose a Message" **on page 11**.

For help entering text on your phone, see "Entering text on your phone" **on page 4** and "Using Predictive Text Input to Type Messages" **on page 17**.

### Sending messages to an online buddy

To send a message to an online buddy, complete the following steps:

1. Select the screen name and then select **Start Conversation**.
2. Select **Msg: [...]** and type your message.
3. Select **Send**.

   Your message is saved under the screen name and indicated by the "<" character.
4. You can type another message, or select **Quick Reply** to use a predefined message. To return to the main AIM screen, select **Buddy List**.

### Sending messages to any AIM screen name

Complete the following steps to send messages to AIM users who are not saved in your Buddy List feature:

1. From the main AIM screen, select **AIM Menu**, and then select **Send Msg to ...** .
2. Select **Screen Name: [...]**.
3. Enter the screen name and select **OK**.
4. Select **Msg: [...]** and type your message.
5. Select **Send**.

   Your message is saved under the screen name and indicated by the "<" character.
6. You can type another message, or select **Quick Reply** to use a predefined message. To return to the main AIM screen, select **Buddy List**.

## Compose a Message

Your friend's screen name is shown at the beginning of the conversation. There are two ways that you can enter messages:

- Type your message using the phone's keypad
- Use Quick Replies

### Typing messages using the phone's keypad

Select **Msg: [...]** to begin typing a message. The available text input modes include:

- Traditional text input (usually indicated as abc/ABC)
- Predictive text input

- Symbols (usually indicated as SYM)
- Numbers (usually indicated as 123)

Select the appropriate input mode before you start typing. Most phones default to the traditional text input mode. For typing text messages, predictive text input is twice as fast as multi-tapping. To correct errors, press the **Clear** key.

For information on using predictive text input, see "Using Predictive Text Input to Type Messages" **on page 17**.

### Using Quick Replies

Quick Replies are a collection of smileys, greetings and common phrases that you can use to coordinate activities with other people. Use this feature to easily send messages with minimal typing. After you select a Quick Reply, you can add additional text to the message.

To use a Quick Reply, complete the following steps:

1. Create a new message or reply to a message sent to you.
2. Select **Quick Reply.**
3. Select the type of Quick Reply you want. The Quick Reply options include smileys, simple greetings, and common phrases used to coordinate activities with other people.

   After you choose a Quick Reply, if you want to continue typing additional text, select **Msg: [...]** and enter the rest or your message.
4. When your message is ready, select **Send**. If you chose a Smiley, your friends using the AIM service on a phone see the emoticon exactly as you typed it; any friends using the AIM service on the desktop will see the graphic for the smiley you selected.

## Receive a new message

When you receive a new message from someone on your Buddy List, your phone will beep and/or vibrate depending on your alert settings.

When you receive a message from someone who is not saved in your Buddy List feature, you are first asked to **Accept** or **Reject** this message. If you reject the message, all further messages from this user will be declined until you send them a message or re-accept them.

If you receive a new message while typing another message, the phone will alert you of the new message. After you finish your message and send it, select **AIM Menu** and then **Get New/Update Messages** to update the Conversations list.

## Reply to a message

To reply to an instant message, complete the following steps:

1. Select the screen name in the Conversations list, and then select **View Conversation**.
2. Either select **Msg:[...]** to type a message, or select **Quick Reply**.

   See "Using Quick Replies" **on page 12** for information on using Quick Replies.
3. Enter the message and select **Send**.

   Your message is saved on the Previous Messages screen when you send or receive the next message or otherwise update the conversation.

## Manage conversations

Each time you send a message or update a conversation, the AIM service displays any new messages you have received. From the Message screen:

- If there are no new messages since the last time you updated the conversation, "No new messages in this conv." displays.
- If there are previous messages in the conversation, select **Previous Msgs** to display them.
- If there are new messages from other screen names, scroll to **Other new messages** to display the Conversations list.

You can type a response or select **Quick Reply** to use smileys, simple greetings, and common phrases.

## View your messages

The New Message screen includes the **Previous Messages** link. Select this link to display the Previous Messages screen. This screen displays as much of the preceding conversation as possible in the available screen memory. Use the navigation keys to scroll through the screen.

To return to the Message screen, select **Latest msgs**. To get new messages in the conversation, select **Get New Messages**.

### Viewing other new messages

When you have several conversations going at once, select **Other new msgs** to update and display the main AIM screen.

The asterisk (*) indicates which screen names have sent you new messages.

## Reject messages

To reject messages from a screen name in your Buddy List, complete the following steps:

1. Select the screen name on the main AIM screen.
2. Select **Reject Msgs from**.
3. At the confirmation message, select **Reject** to reject all messages from this screen name until you sign off the AIM service, or **Cancel** to return to the main AIM screen.

If you receive a message from someone who is not saved in your Buddy List, you are first asked to **Accept** or **Reject** this message. Select **Reject** to decline all further messages from this screen name until you send them a message or re-accept them.

See "Rejecting Messages" **on page 14** for more information about rejecting messages from AIM users.

## End a conversation

To end a conversation, select **End Conversation** from either the Message screen or from the AIM Menu. This clears all previous messages in the conversation and updates the screen name's status.

# Rejecting Messages

The AIM service lets you control who can contact you. You can choose to decline further messages from a screen name during the current session. The user will be able to send you messages again the next time you sign on.

You can also use the AOL, AIM, or AIM Express service on your computer to permanently block the screen name from sending you messages on any AIM service you are using.

A rejected buddy will be displayed with an **X** next to their screen name in the Online Buddies or Offline Buddies list on your phone. A blocked screen name will never be displayed as an Online Buddy on your phone.

## Reject messages from an AIM user in your Buddy List

Complete the following steps to prevent someone in your Buddy List from contacting you by rejecting messages from that user:

1. Select the screen name on the main AIM screen.
2. Select **Reject Msgs from**.
3. Select **Reject** to reject all messages from the screen name, or select **Cancel** to cancel the procedure.

   After the user is rejected, an **X** appears next to their screen name in the Buddy List.

## Accept messages from a rejected AIM user

After a user has been rejected, you can accept them and begin to receive their messages again by completing the following steps:

1. Select the screen name on the main AIM screen.
2. Select **Accept Msgs from.**
3. Select **Yes** to begin accepting messages from the screen name, or select **Cancel** to cancel the procedure.

   The screen name's status is updated in the main AIM screen.

---

**Note:** A rejected screen name is automatically re-accepted when you send them a new message.

# Setting Alerts

You can set alerts so that you receive a message when a particular buddy comes online. The type of alert you receive depends on your phone and its settings. The alert expires when your friend comes online or when you sign off the AIM service.

The type of alert you receive depends on your phone's alert settings—the alert could be an audio tone and/or vibration. These alerts must be enabled using the setup options for the phone. They cannot be changed using the AIM service. The AIM service only takes advantage of their availability on the phone. See your phone's user guide for more information on setting alerts.

## Set buddy alerts

To get notified when a friend, family member, or co-worker signs on, complete the following steps:

1. Select the screen name on the main AIM screen.
2. Select **Set Alert**.
3. At the Confirmation message, select **Yes** to set the alert, or **No** to cancel the action.

After the alert is set, when the screen name comes online, the AIM service generates an alert and lists the screen name in the Conversations list.

Alerts are set separately for each screen name in your Buddy List feature, and you can temporarily disable all alerts by changing your status to "Away."

## Set message alerts

When you receive a message, you are always alerted at the highest possible level with either an audio tone and/or vibration.

To display the new message, select it in the Conversations list. If you are displaying the conversation when this alert arrives, the new message may appear under **Previous Msgs**.

## Disable alerts

When you change your status to "Away (Do Not Disturb)," these alerts are temporarily disabled and other AIM users will see an "Away" icon next to your name in their list of available buddies. If they send you a message, they will receive a message that you are currently unavailable. When your status is "Away," you still receive all messages that are sent to you.

To change your status to Away, complete the following steps:

1. From the main AIM screen, select **AIM Menu**.
2. Select **AIM Options**.
3. Select **Set My Status To Away**.
4. At the Confirmation message, select **OK** to change your status.

# Changing Your Password

You are able to change the password associated with the screen name from your wireless device, even if the screen name is shared with an AOL account or other AIM clients. Changing this password affects all AIM logins with the same screen name.

If you change the password for your screen name using your phone, the new password will immediately work with the AIM and AIM Express service. The new password will not work with your AOL account, which will still require your old password—you have to separately change the saved password for the AOL service on your computer.

---

**Note:** The following procedure is provided for your convenience. However, it is not recommended that you change your password from your phone in order to avoid potential problems signing on to the AOL service and other versions of the AIM service.

To change your AIM password using your phone, complete the following steps:

1. From the main AIM screen, select **AIM Menu**.
2. Select **AIM Options.**
3. Select **Change Password**.
4. Type your current password, and then re-type the new password to confirm.
5. Select **OK**.
6. The AIM service displays a message to confirm that your password has changed. Select **OK** to continue.

# Using Predictive Text Input to Type Messages

Predictive text input (sometimes known as T9® Text Input) is a quicker way to write text on your phone. For typing messages, predictive text input is twice as fast as the traditional method, and is the easiest way to type text using the limited keypad on a wireless phone.

- Just one key press per letter with no multi-tapping
- Extensive word database including proper names
- Ability to add words to the predictive text input database
- Available in many languages
- Full punctuation and symbol capabilities

## How Predictive Text Input works

By using the letters grouped on each of the phone keys and a highly compressed database,predictive text input requires just one key press per letter, and quickly recognizes the most commonly used word of a key sequence.




For example, to enter the word "how," you can spell out the word by pressing only three keys, 4-6-9. Predictive text input knows that the most commonly used word with that numeric sequence is "how." If more than one word shares the same numeric sequence, predictive text input provides the most commonly used word, with the ability to scroll to the next most commonly used word.

## Enter letters using Predictive Text Input

From any text entry field (for example, if you are entering your screen name or writing a new instant message), complete the following steps:

1. Use one key press per letter. For example, if you want to write the word "Hello", you would press the **4**, **3**, **5**, **5**, **6** keys.
2. A word displays. If the word shown is the one you want:
    - Press the **0** key to accept the word and add a space.

    If the word shown is not the one you want:

    - Press the ***+** key repeatedly, or press **Options** and select **Matches** to view alternative words. Accept a word and add a space by pressing the **0** key.

    If you do not find the word you want by pressing the ***+** key:

    - Add the word to the predictive text dictionary by following the procedures below.

## Adding words to the Predictive Text dictionary

If the ? character is displayed after the word, the word you intended to write is not in the dictionary. To add words to the user dictionary, complete the following steps:

1. Press **Spell**.
2. Type the word using traditional text input.
3. Press **Save**.

    When the dictionary becomes full, the new word replaces the oldest one that was added.

**Tip:** Save your screen name and password in the user dictionary for quicker re-entry. Note that the AIM service ignores spaces in screen names. When you are typing a screen name that is a compound word such as "SpaceCadet" or "iscreamdog" using predictive text input, just press the space key to insert a space between words instead of compounding the word. The AIM service will ignore the spaces and interpret the screen name correctly.

## Turn off Predictive Text Input

To quickly set predictive text on or off when writing text, press the **#** key twice, or press and hold **Options**.

## Use Traditional Text Input

Unlike predictive text input, where you only enter one key press per letter, traditional text input requires multiple key presses per letter (for example, press the **6** key three times to get the letter "o").

To enter the letter "s", for example, press the **7** key four times; to enter the letter "x", press the **9** key twice. Don't be afraid to experiment. To correct errors, press the **Clear** key. If successive letters use the same key, wait a moment until the cursor moves to the right.

For example, to type "hello," you press the following keys:

- **4-4** for "h"
- **3-3** for "e"
- **5-5-5** for "l"
- **5-5-5** for "l"
- **6-6-6** for "o"

To enter a number, while in letter mode, press and hold the desired number key.

The most common punctuation marks and special characters are available under the **1** number key.

```
--------------------------------------------
Version 0.73                    June 7, 2002
--------------------------------------------
  * ICQ: fixed bug with ICQ and proxy connections.
  * ICQ: fixed bug with buddy removing.
  * MSN: secure hotmail login.
  * MSN: fixed only-one-filetransfer-works bug
  * YAHOO: new login sequence, should eliminate most of the disconnects
  * IRC: fixed some identd server brokenness.
  * PROXY: fixed socks5 with authentication.
  * Fixed: install wizard uncheck of send stats does not stick
  * Fixed: should gray out the play button if skin based sound is selected in events
  * Fixed: Expanded state is sometimes not saved in contact list
  * Fixed: If no events are found, then replace with defaults
  * Fixed: Bug with resizeable button mouseover state
  * Fixed: Uninstall fixes
  * Fixed: history button sometimes doenst work with some editors
  * Fixed: buddy icon is limited to 48x48 sometimes
  * Fixed: buddy icon links which have capitals in them are not processed right
  * Fixed: if a switcher does not have a bitmap associated or color associated, draw a
background
  * Fixed: Bug with right side icons spacing in list
  * Fixed: Bug with installer and winxp sp1
  * Fixed: Added better url error checking

--------------------------------------------
Version 0.725              February 20, 2002
--------------------------------------------
  * AIM: Fixed AIM connection issues
  * ICQ: Fixed issues with sending messages between people using Trillian
  * Fixed: phase changes location is based off the main component, not the drawer
  * Feature: added a "default" state for components (works same as defaultx, but
better name for vert drawers)
  * Feature: a way to set your web link color via the colors/skin

--------------------------------------------
Version 0.724               February 7, 2002
--------------------------------------------
  * AIM: Fixed AIM connection issues

--------------------------------------------
Version 0.723               February 7, 2002
--------------------------------------------
  * AIM: Fixed AIM connection issues
  * AIM: Supports server-side buddies
  * Y!: use cs.yahoo.com as default server
  * IMs: don't rapid-fire reconnect - wait 5 seconds on automated reconnects

--------------------------------------------
Version 0.722               February 1, 2002
--------------------------------------------
  * AIM: Fixed AIM connection issues
  * IMs: Fixed issues with saving preferences
  * MSN: Improved connection reliabilty

--------------------------------------------
Version 0.721               January 30, 2002
--------------------------------------------
  * AIM: Fixed AIM connection issues
  * AIM: Re-enabled SecureIM

--------------------------------------------
```

```
Version 0.72                January 29, 2002
--------------------------------------------
  * AIM: chat invite from query window was using alias.
  * AIM: send a secureIM deny when user isn't on our contact list.  this fixes the
remote constantly
    requesting the session if auto-secureim is on.
  * AIM: added ignore feature to group chats.
  * AIM: "do not display again" for ODC start window busted.
  * AIM: added 'join chat' to console menu.
  * AIM: echo our local SN based on proper format.
  * AIM: allow user to change local echo SN through personal options.
  * AIM: rejoin chats on reconnect.
  * AIM: use display names in chat windows if applicable.  can't do this in nicklist
right now.
  * AIM: fixed block/unblock crash while in group chat.
  * AIM: warning that secureIM is off when directly connected.
  * AIM: added Mobile Indicator icon
  * AIM: fixed two small memory leaks in AIM group chats.
  * AIM: two default buttons in chat invite window fixed.
  * ICQ: remove auto hscroll from read away msg window.
  * ICQ: incoming mass messages broken.
  * ICQ: wasn't sending msg ack correctly on mass messages.
  * ICQ: deal with auto-resume on 'already have full file' state better.
  * ICQ: allow warning message to be turned off in prefs for older client thing.
  * ICQ: fixed privacy w/WWPager stuff, tested it this time :)
  * ICQ: manipulating ignore list through prefs updates window right clicks.
  * ICQ: fixed '200b' typo on imports page.
  * ICQ: turning off SecureIM didn't really turn it off.
  * MSN: fixed bad INBOX requests.  sorry, microsoft!
  * MSN: allow 'check hotmail' for msn.com accounts.
  * MSN: black on black color bug fixed.
  * IMs: all combo boxes weren't refreshing properly, giving false impression of
unsaved data.
  * IMs: save preferences in a hopefully more reliable fashion.
  * IMs: better window parenting for error messages.
  * IRC: just allow /who *... bleh
  * IRC: fixed resuming messing up progress bar
  * IRC: fixed some auto-resume crap here too.
  * IRC: added '/scripts'.
  * Y!: fixed some blocking bugs.
  * Y!: fix reset button.
  * HTTP: fixed bug with buddy icon downloads.
  * Feature: check for updates on load (prefs)
  * Feature: check for updates on load (do the check)
  * Feature: check for updates on load (wizard)
  * Feature: redo install questionaire to be end of wizard
  * Feature: add a medium switcher into the file transfers
  * Feature: resize buddy icons to fit the buddy icon area
  * Feature: added tooltip to the edit area
  * Feature: a way to set yourslef back when typing a message and you set yourself
away
  * Feature: file transfer folder creation based on senders nick
  * Feature: per medium default colors
  * Change: no longer flash on online/offline messages
  * Change: all forums links to the new forums
  * Change: systray icon to look less stupid
  * Change: wording in anon stats changed
  * Change: tell them about reboot option when buddy.dll can not be written to
  * Change: text in the two instances of trillian running on install
  * Change: added comma to thank you line
  * Change: removed an extraneous comma from license agreement
  * Change: Internet explorer -> Web browser in aim: prefs
  * Fixed: do a better winsock 2 check
```

```
  * Fixed: right click->dock left while contained does something
  * Fixed: <e saved into the logs
  * Fixed: In talk.ini: This shows up...  [BuddyIconFilename]
    smarterchild=G:\Program Files\Trillian72\users\default\\buddyicons\smarterchild
(double backslash)
  * Fixed: expand group via keyboard in contact list doesnt update scrollbar
  * Fixed: In custom events (when a timer event is chosen) the user is allowed to type
alpha characters into the
    'Idle time' field (although Trillian rightly ignores them)
  * Fixed: Away messages aren't saved 'on the fly' (Crash --> Away messages lost,
although it hasn't crashed yet)
  * Fixed: In Events.xml, for events which set a status, the name of the away message
is not URLEncoded. (Leads to      parse error on next load, where special (ã)
characters are involved.
  * Fixed: Notes aren't saved on-the-fly (crash --> lose the extra info)
  * Fixed: if a dll can not be written to, do a rename, and delete on reboot
  * Fixed: no tab support in install questionaire
  * Fixed: IM's dont adhere to the action text color
  * Fixed: ctrl+k does not immediately print the ctrlk block
  * Fixed: events.xml will write out encoded information sometimes
  * Fixed: corrupted time info in the ini
  * Fixed: try to delete the renamed setup files before i install
  * Fixed: crash if you right click list and move to with nothing selected
  * Fixed: irc channel, hit ctrl-b, ctrl-f, it will lock applciation
  * Fixed: Hitting escape in email from within sends email
  * Fixed: Email from within does not scroll
  * Fixed: two gif images dont draw right
  * Fixed: a really really (enormously) large link will crash trillian
  * Fixed: if stretch pref is turned off, image sometimes will not show at all
  * Fixed: mirc colors do not allow a white background
  * Fixed: support for mirc color 99
  * Fixed: support for ctrl-k with nothing after to set to default (mirc color)
  * Fixed: crash when you set an away message twice without saving
  * Fixed: auto resume does not work if file does not exist
  * Fixed: auto resume and file does exist, byte total not correct
  * Fixed: drag a file to a window (say talk.dll) and send it, it shows dir only in
window
  * Fixed: "hello\n\nthis is a test", left arrow back to test and delete it, newlines
stop echoing
  * Fixed: bold wraps wrong
  * Fixed: idle event -> exit program does not work
  * Fixed: bug when sending "< AAAAAAAA>" with 742 or more A's.
  * Fixed: file transfer pref example text for directory added extra \'s
  * Fixed: flashing is funky
  * Fixed: away message limit is 256 chars
  * Fixed: visible not saving correctly for contact list
  * Fixed: increased speed in the contact list

--------------------------------------------
Version 0.71               December 18, 2001
--------------------------------------------
  * AIM/ICQ: added SecureIM.  encrypted IM within the OSCAR protocol.
  * IMs: select text in 'edit display name' dialog.
  * AIM: 'send-file' toolbar element was broken if you'd renamed someone.
  * AIM: added group chats.
  * AIM: fixed idle not being reported correctly when not idle.
  * AIM: fixed more NAT reverse TCP crap.
  * AIM: add idle info to tooltips/member info box when away, if applicable.
  * AIM: realign buddy search window stuff.
  * ICQ: fixed weird probably-never-going-to-really-happen crash.
  * ICQ: parse FT declinations better.
  * ICQ: reconnect on disconnect wasn't saving.
  * ICQ: made %n goodies work in TCP autoresponses.
```

  * ICQ: added right click -> Ready Away Message.
  * ICQ: wrap 'about' and remove horizontal scrollbars.
  * ICQ: fixed stupid TCP ack bug.
  * ICQ: fixed message loss on sending to Occupied/DND ICQ users through direct connect.
  * ICQ: print warning to windows when talking to old UDP-based mirab clients.
  * ICQ: change password dialog restrictive to 8/16 limits.
  * ICQ: only attempt direct connect once per 'session'.
  * ICQ: privacy pref priorities changed for WWP and EmailExpress.
  * MSN: don't allow passwords > 16 characters.
  * MSN: send timeout if we cancel FT before remote accepts.
  * MSN: allow port change for FT.  default to 6891.
  * MSN: added auto-responses.
  * MSN: send newlines correctly.
  * MSN: handle 'not allowed while offline' better.
  * YAHOO: fixed logins with other identities besides main account name.
  * YAHOO: use YMSG protocol.
  * YAHOO: add user is typing.
  * YAHOO: fixed away crash.
  * YAHOO: added %n smarties to auto-responses.
  * YAHOO: add 'refresh contact list' to console menu.
  * IRC: fixed FT progress not reporting correctly.
  * IRC: fixed perform (and other stuff) not working when MOTD missing.
  * IRC: don't send path with filename on DCC SEND.
  * IRC: save enemy list.
  * IRC: split up ISON messages properly for large contact lists.
  * IRC: fixed memory error on ban/kick.
  * IRC: send a NULL menu_type_query to DCC CHAT windows
  * PROXY: fixed a quirk with SOCKS4.
  * PROXY: added stuff to our HTTP exchange to hopefully fix some broken-ness.
  * PROXY: some quirks with saving settings resolved.
  * Feature: shell extensions to send a file
  * Feature: remove cached window positions
  * Feature: default transparency for windows
  * Feature: right click->options->close when i send a message option for all message windows
  * Feature: allow vertical and multi-row taskbars for containers
  * Feature: save contact list's container on exit and load it
  * Feature: exporting mystuff
  * Feature: custom window disabling messages
  * Feature: /profile name password will now get you in
  * Feature: right click an image->save as...
  * Feature: need to parse url-aim:gochat
  * Skin: encryption icon
  * Skin: new active buddy thing
  * Add: on uninstall, remove registry entries for right click->send file in explorer
  * Add: check for pirated donation key
  * Change: set back when send - OFF by default
  * Change: no longer have ctrl-alt-x as a default hotkey
  * Change: make day and month 2 chars in timestamp
  * Change: set -> save in away message
  * Change: disabling idle will also disable screen saver event
  * Fixed: removed dump.txt (doh)
  * Fixed: fixed stall with MSN contacts that have lots of <'s
  * Fixed: added ’ parsing
  * Fixed: only check for viruses on incoming files (oops)
  * Fixed: alt-s does not work with capslock on
  * Fixed: if you do a /profile it does not ask for hte password if it needs one
  * Fixed: quote the filename for the virus scanner
  * Fixed: crash on events with foreign characters.
  * Fixed: connect 2 or more of your accounts to the same medium, then disconnect one and remove
  the disconnected account from the buddy list by right clicking on the aim/icq

/whatever icon.
  now the systemtray icon will say you're partially connected which is not true.
  * Fixed: screensaver back setting back when it shouldnt
  * Fixed: added ': ? < > |' to the bad filename stripping chars
  * Fixed: negative position monitor does not save the contact list right on that side
  * Fixed: different keyboard layout alt = ctrl, so alt-v screws up
  * Fixed: sometimes it doesnt flash (try out the get non thread focus stuff)
  * Fixed: dock buddy list to the right, then click the top and a maximized window will try to
  full size
  * Fixed: get kicked from a channel, it will keep the channel in the tasks area
  * Fixed: copy text on irc channel over and over again (dont need to paste), it will repeat old
  text
  * Fixed: add in tahoma.ttf
  * Fixed: dont redraw the file info window so much, slows down fast connections
  * Fixed: When you're away, and then go idle, when you return from idle (not away, mind you, ie:
  move the mouse) the tray icon changes to reflect non-away status.
  * Fixed: aim links busted.
  * Fixed: new nonfocused windows are not flashed
  * Fixed: tab ordering on the new dialog entries
  * Fixed: shows unable to resend, yet sends anyay in file transfers
  * Fixed: propogating -> propagating
  * Fixed: verify password needs to have focus set to the edit area, not the button
  * Fixed: send file pref in dialog is not in the right tab order
  * Fixed: make events->set back when send a message auto
  * Fixed: transparnecy, attach to a container, then detach, it doesnt work right
  * Fixed: play outbound noise (make different noises from im inbound/outbound)
  * Fixed: fixed a crash with some gif files
  * Fixed: nicklist is draggable?
  * Fixed: if container is off screen, reposition it correctly
  * Fixed: win95 bug doesnt load things into components.ini, strange (needs testing)
  * Fixed: boundary in basics container does not work right and
  * Fixed: dcc chats dont show colors
  * Fixed: check for valid groups before continuing in add buddy wizard
  * Fixed: change font to bold in prefs, and it wont do the right cursor calculation
  * Fixed: some winamp plugin crashes trillian
  * Fixed: check for winsock2 on load
  * Fixed: type some text, ctrl-enter, type some more, go to top line, hit del, wont work right
  * Fixed: change link to tutorial in readme
  * Fixed: fix menu icons
  * Fixed: wizard wont let you leave in the beginning
  * Fixed: &'s dont print in tooltips
  * Fixed: on resizing of the edit box, some wordwrap stuff
  * Fixed: when you paste it should not carry over any formatting either (underline, etc)
  * Fixed: crash when pasting formatted text and resizing a bunch in icq
  * Fixed: scrolling up in the list control (with keyboard) does not properly set things visible
  * Fixed: Away message label is now encoded

-----------------------------------------
Version 0.70                December 5, 2001
-----------------------------------------
  * AIM: added directIM
  * AIM: happy closing of trillian when threads are active.  each service has a locked bit, and a shutdown bit, both of which are utilized
    during shutdown of a threaded session.
  * AIM: prefs complete and functional for ODC and OFT.
  * AIM: rewrote channel 1 ICBM parsing to fit better with buddy icons.  buddy icons are now pretty much ready to go.

  * AIM: ODC/OFT links added to buddy right click.  what a gross mess, i really need to consolidate alot of the crap i do here to lessen
    code bulk.
  * AIM/MSN/Y!: implemented mail notification icons in the icon holder.  MSN/Y! let you toggle these off, but there's no way to do this
    within the AIM protocol, so they stay on until you check your mail.  while the 'mail' icon is on, all other states are ignored.  this
    needs some beta tester opinion though... we can toggle the behavior.
  * ICQ: visible/invisible lists added.
  * ICQ: privacy option: accept messages from users on contact list only.
  * Y!: add yahoo! chat and yahoo! games information to tooltips.
  * ICQ: privacy option: do not accept mass messages from {all users, non-contacts}.
  * ICQ: privacy option: do not accept WWP messages.
  * ICQ: privacy option: do not accept email express messages.
  * ICQ: added pref to show UINs in messages.
  * IMs: alerts have been rewritten.  they no longer open multiple windows for the same alert, have the ability to close or update themselves
    when the person goes offline, can play sounds, and offer an improved "send IM" button for multiple connections.  now i just have to
    do the same damned thing for the other engines.  ugh.  i wish alerts were more global ;)
  * ICQ: fixed bug with auto-responses not being printed properly with display names.  duh.
  * AIM/ICQ: fixed a few bugs with things being printed to windows acting stupid.
  * IRC: fixed bug with friends lists not saving properly.
  * IRC: fixed /me with %s crash.
  * IRC: prefs are now tabbable.  whoops.
  * MSN/Y!: upgraded alerts to the new standard.  ugh.
  * MSN: blocked buddies show up as blocked during connection now.
  * ICQ: invisibility fixed up a bit.  wasn't setting properly on reconnect.
  * MSN: reconnect on server maintenance errors.
  * IRC: add bans to right click menus (bk)
  * IRC: add kick w/reason to right click menus
  * IRC: pref: cloaking doesnt cloak friends
  * IRC: /friend works nicer.
  * MSN: added inbound/outbound file transfers.
  * IRC: fixed crash on /dcc send
  * IRC: add to contact link in query window
  * ICQ: change user details fixed.
  * ICQ: use first name if nickname not available for "Toggle nick/UIN display"
  * AIM: allow profile editing.  move profiles out of connection manager.
  * MSN: edit display names now allowed.
  * IRC: fixed some oddities with /nadd.
  * Y!: you can now set a custom status without the use of global away.
  * AIM: fixed disconnect after 15 minute bug with only certain people.  some of my routines were out in left field.
  * Y!: you can now see yourself on your own contact list.  this fixed itself by magic!
  * Y!: fixed 'last char not being seen' bug.
  * ICQ: added IP privacy settings.
  * Y!: fixed bug with buddies not showing up on startup!  turns out if you have more than 9 buddies coming online, it wouldn't work.
    fixed... stupid stupid stupid.
  * IRC: added /action
  * Y!: major cleanup here.  lots of stupid things fixed, and added the proper method to accept/deny people when they add you to their list.
    also added a field in the add dialog for "Reason".
  * MSN: check for '@' in usernames.
  * AIM/ICQ: problems connecting to outside services (mail, directory, etc) fixed if not using standard port.
  * AIM: fixed crash when searching for " "
  * AIM: require '@' in e-mail address searches.
  * IRC: check for nick/username/gecos before connecting.

```
  * AIM/ICQ: more verbose "you can type SN/UIN here" in connection manager.  /me sobs
  * ICQ: fixed a bug with online status being reported to windows.
  * ICQ: updated login information.
  * AIM/ICQ: fixed reconnection woes (did someone say "again"?!  shut your mouth!)
  * IRC: better syntax checking for /timer
  * ALL: proxy.dll operational.  proxy prefs and code removed from all DLLs.
  * IMs: fixed SOCKS5 (again, again, again, again).
  * IMs: bubble tooltips for all mail alerts.
  * Y!: inbound file transfers added.
  * Y!: finally rewrote this thing not to use blocking sockets!
  * Y!: added proxying!
  * IRC: /ame echos properly.
  * MSN: fixed proxies dying after a few minutes.
  * Y!: added right click -> ignore to query windows.
  * Y!: don't limit passwords to 16 chars.
  * ICQ: fixed bug with status changing back to line when 'idle' and sending a
message.
  * AIM: fixed weird crash on certain profiles.
  * ALL: added HTTP/SOCKS5 authentication.
  * MSN: allow you to send messages to yourself if you have 2 accounts connected.
  * MSN: beefed up the invite dialog a bit.
  * Y!: enabled 'create yahoo account' button.
  * Y!: ported all HTTP calls to the new HTTP subsystem.
  * AIM: fixed a few visibility bugs with blocking.
  * MSN: enhanced some of the engine internals.
  * MSN: set ourselves to the proper status on connect instead of NLN first.
  * IRC: fixed potential crash with ctcp handling.
  * IRC: fixed broken /list on some servers.
  * Y!: added 'accept messages only from people on contact list'.
  * IRC: fixed /partall freeze.
  * MSN: invalid user error; beef up description.
  * ICQ: ensure offline messages have a 2 digit minute field.
  * AIM/ICQ: freshly imported buddies wouldn't let you change their display name.
fixed.
  * ICQ: fixed offline messages sending trailing '.'
  * ICQ: added file transfers.  wow!
  * Y!: ignore offline messages from blocked users.
  * ICQ: added ignore list
  * AIM/ICQ: split up preferences.
  * PROXY: added proxy-based resolving.
  * ICQ: now use TCP connections for messages when available.
  * ICQ: print away messages of other user as auto-responses.  also we send ours
through the proper channels in the TCP ack now.
  * AIM: added buddy icon support.
  * MSN: hotmail checking should now log you in directly.
  * IMs: all mail checking opens in new browser.
  * ALL: cleaned up menu structure a bit.
  * AIM: killed the name change error, die die die.
  * MSN: forward-contact list for RL listing.
  * YAHOO: set iconholder to disconnected on auth failure.
  * MSN/Y!: remove (m) emoticon from mail notifications.
  * IRC: fixed icon holder not updating on certain disconnect.
  * IMs: fixed crashes with duplicate contacts on list.
  * IRC: don't re-do perform stuff on MOTD display.
  * IRC: fixed /timer crash.
  * AIM: send 0x0003 TLV with away messages.  sorry, GAIM users.
  * Y!: fixed socket not closing properly on remove connection.
  * AIM/ICQ:  fixed some memory corruptions.
  * AIM: split up buddylist when sending during login.
  * AIM/ICQ: actually update local password memory when a password is changed.
  * IRC: fixed crashes on DCC CHAT stuff when server was removed.
  * ICQ: added importing for 2001b CLB files, rearranged ICQ importing dialog.
*hrmph*.
```

```
  * ICQ: added browse button in import wizard.
  * ICQ: fixed memory corruption in icq import wizard.
  * AIM/ICQ/MSN: make sure to reset iconholder tooltip on certain phase of disconnect.
  * Feature: Added jpg support
  * Feature: Added gif support
  * Feature: Added ico support
  * Feature: Added bitmap based region support
  * Feature: Consolidated XML into a single dll
  * Feature: Moved from Xerces-> Expat xml parser
  * Feature: Created toolkit which handles all window creation/display
  * Feature: changed skin chooser
  * Feature: ctrl/alt/shift/no enter
  * Feature: alt/ctrl-s support
  * Feature: created a new edit box
  * Fixed: wordwrap is a bit faster
  * Fixed: Emoticon copying is better
  * Fixed: Wordwrap should wrap better on emoticon and other formatted text
  * Fixed: Formatted text should be selected correctly now
  * Fixed: Fixed a bunch of buffer overflow problems
  * Feature: handle ctrl-a
  * Fixed: log outgoing messages if close-on-outgoing is on
  * Feature: right click->show log in contact list
  * Change: removed advanced/standard mode
  * Change: dcc folder only shown if its needed
  * Feature: added toolbar buttons into message windows/consoles/channels
  * Feature: font support allowed throughout
  * Feature: container windows
  * Feature: template windows
  * Fixed: tabs are fixed throughout all dialogs
  * Fixed: dialogs now work with large font sizes
  * Feature: send button
  * Feature: set a buddy icon
  * Feature: font size support
  * Feature: display is now pixel scrolling
  * Feature: window phases
  * Fixed: fix www.555-1212.com
  * Fixed: after links now comply to backcolor param
  * Feature: added maxsize to a window
  * Feature: added emoticon button
  * Feature: button sounds
  * Feature: emotisounds
  * Feature: drawer button to open/close drawer
  * Fhanged: about screen
  * Feature: skin based window icons
  * Feature: skin based +/- icons
  * Changed: install wizard
  * Feature: profile support
  * Changed: offline buddies -> offline contacts
  * Feature: added windows transparency
  * Feature: be able to add custom tooltip to buttons
  * Feature: mute button
  * Feature: per window flashing/emoticons/text formatting/emotisounds/sounds
  * Changed: maximized windows can no longer be resized
  * Feature: anchor support allowing the entire window contents to move
  * Feature: cycle load trillian at startup and do not load trillian at startup in the
setup prefs
  * Fixed: trililan now removes your startup entry on uninstall
  * Feature: added url sending
  * Feature: added idle checking based on mouse movement/keyboard system wide (just
for you posh)
  * Feature: added hotkey support
  * Feature: added entire event substructure
  * Changed: do not show message about skin changing if they didnt change the skin
```

```
  * Fixed: go into prefs through buddy list pref thing while prefs are open, wont
highlite left entry
  * Fixed: general is not initially highlited in prefs when you first view it
  * Feature: all buttons have tooltips
  * Feature: away container
  * Feature: a bunch of one time popups throughout
  * Feature: global mute option via a systray
  * Changed: menus are restructured a bit throughout
  * Feature; ctrl-backspace
  * Fixed: speed up copying (no need to re wordwrap everything)
  * Feature: screen saver events set you back/away
  * Change: take out groups for contact list (i hate you)
  * Feature: away message system to allow you to change to different states on
different mediums
  * Feature: rewrote colors dialog
  * Fixed: no longer steal focus on new windows
  * Feature: added a way to have a window hidden initially
  * Change: restructured prefs
  * Feature: added file transfers (virus checking, windows, etc)
  * Feature: added buddy icons

--------------------------------------------
Version 0.6351                 June 20, 2001
--------------------------------------------
  * MSN: Updated to comply with latest protocol changes to block clones
  * Y! : Fixes emoticon crash and last character chop off

--------------------------------------------
Version 0.635                  June 04, 2001
--------------------------------------------
  * IMs: allow reconnections by clicking certain statuses.  set to this status when
coming online.
  * IMs: reset proxy phase through reconnects.  should fix the 'only really reconnects
once' bug, but i'll need verification from proxy
  users.
  * IRC: added ability to stay in group when reconnecting.
  * IRC: When you right click on a nick in nicklist make 'Add to contact list' appear
in the list
  * IRC: added ability to turn off PING/PONG stuff in prefs.
  * IRC: quirk with topic change messages and "%" characters fixed.
  * IMs: 'click here to change password for this connection' link was sort of broken.
fixed.
  * IMs: moved auto-connection to the connection manager.  you can now specify
multiple accounts to use on startup in each medium.
  * AIM/ICQ: select() error should be gone, replaced with a more user-friendly error
message.  i'm still not sure why logins are being
  rejected.  :(  server full condition maybe?
  * IMs: fixed "/me " bug
  * ICQ: increased the size for the authorization request reason.
  * IMs: have conn_reset mark everyone as offline no matter what
  * AIM: fixed aim autoconect profile always using trillian user
  * AIM: fixed broken support for SN's with spaces.
  * IMs: updating INI saving routines to hopefully speed things up a bit.
  * IRC: fix /who bug
  * IRC: fix /quit bug
  * ICQ: fixed a bug with IM echoing when your nickname wasn't set.
  * ICQ: added "view user Information" and "Add to Contacts" buttons to authorization
request window.
  * ICQ: error code 4 seems to be a password length issue.  prevent ICQ users from
entering > 8 characters.
  * AIM: fixed capability block displaying under strange cap availability.
  * AIM: added days support to idle/away time printing.
  * IMs: added customizable reconnection preferences (# of attempts / time to wait
```

between attempts)
  * IRC: download directory checks for trailing '\'.
  * MSN: fixed bug with online/offline status not reporting correctly in yet another "strange case".
  * MSN: cleaned up some of the blocking/unblocking code.
  * Y!: fixed crash on buddy add.
  * IRC: fixed a few bugs... perform buffers were being limited in size due to server entities being limited in size.  infinite timers
  were also broken.  all is well.
  * ICQ: looks like ICQ is beginning to implement server-side contact list storage. make sure trillian doesn't attempt to fetch lists
  for ICQ connections because it prints the "list not available" error.
  * AIM/ICQ: force all sequence numbers to 1 on service creation.  not sure why i'm doing this, but i'm testing something.
  * AIM: don't send auto-responses *to* auto-responses.  :)
  * fixed IRC bug on irc.xnet.org.
  * IRC: disable max opcode checking in script until further notice.  this was just a lame little counter i added, not realizing that bot-like
    scripts would trigger this after a while.
  * IRC: fixed return value of pos() in a str2 not within str1 condition.
  * ALL: fixed SOCKS5.
  * AIM: show 'away' in tooltip.
  * MSN: added 'add to contact list' button in GTC ask dialog.
  * AIM: removed warning level messageboxes since they're annoying.  dump to console instead.
  * ICQ: set us as 'not available for chat' until chat is added.
  * MSN: fixed some stupid case sensitivity bugs.
  * IRC: added trailling \r\n to identd responses.
  * AIM: updated offline cb to clear tooltip properly.  why was i doing it the way i was?
  * MSN: fixed blocking when using block/unblock from query windows.
  * MSN: fixed buddy alert icon not showing up.
  * ALL: buddy alert icon was showing up if you didn't actually set one in some cases.
  * Y!: fixed buddy alert icon not showing up.
  * IRC: cleaned up the preferences dialogs a bunch.
  * IRC: moved flood control to "Misc".
  * IRC: added an exclusion list to flood protection.  ChanServ, NickServ in by default.
  * IRC: added CTCP VOICE capability to the friends list.  i totally forgot to code this.  :)
  * ICQ: fixed web aware support.
  * IRC: added ability to ping channels.
  * AIM/ICQ: auto-responses now have special character %N, which represents the display name of a buddy.  so %n might equal
  23423423 while %N might equal "Bob".
  * ICQ: print a happier message when you receive a greeting card in ICQ.  i'll do these for v0.64
  * IRC: added a way to specify the server you connect to on startup.  this will get better later, meaning you'll be able to specify more than one server ala the new IM controls.
  * MSN: display names weren't being updated properly on ILN messages.
  * MSN: added toggle for username/friendlyname display in the contact list.
  * IRC: added @/+ display to echoed text in channels
  * MSN: fixed a bunch of stuff with window creation.
  * IRC: fixed some bugs with DCC sends & chats.
  * Y!: ignore messages that come from our nicknames.  temp solution i'd guess for the strange echoing thing.
  * IMs: state is saved on disconnects and program stop/starts.
  * ICQ: i think invisibility works now for some odd reason.  go figure.  i must have coded it while i was sleeping.
  * IMs: ensure we never set ourselves idle when we're already away on mediums where idle is a standalone status.
  * IMs: added status icons for icon holder for all mediums.

* IMs: added tooltip error messages during connection failures.
* ICQ: adding a contact from the search results lists resulted in no nickname lookup and an addition list entry. fixed.
* IMs: standardized wording for "connect on startup" in wizards.
* IRC: deleting a server in the connection manager didn't update the textbox properly. fixed.
* AIM: set get member info box to "Retrieving information" upon OK.
* MSN: if you were idle and set yourself back, you would never go idle again.
* AIM: "Get Member Info" also updates the tooltips to avoid discrepancies.
* ALL: tabs and default buttons for all windows.
* MSN: cap display name length.
* ICQ: clean up 'about' dialog title to make more sense.
* ICQ: "you have been disconnected" didn't get printed to windows properly.
* Y!: fixed crash with adding a contact to "Root".
* ICQ: updated find by name & address menu item to read "find by details"
* Y!/ICQ: invisible connections won't auto-respond.
* MSN: away&idle states for buddies wasn't handled properly in multiple connection environments.
* AIM: if someone was on your blocked user list, but you weren't blocking him/her, blocking in right click wouldn't work. fixed.
* IRC: auto-rejoin on kick uses keys when applicable.
* ICQ: don't send auto responses for being idle, since we never technically are.
* IMs: fixed potential 100% CPU utilization bug on reconnect.
* MSN: display names weren't being updated if the user was away. fixed.
* IRC: channel manager wouldn't let you change a topic if you were not opped and channel was -t.
* MSN/Y!: make sure that setting yourself to available resets idle counters.
* ICQ: fixed importing bug in wizard if files were in specified directory and not a sub directory branging off it.
* MSN: reset connection properly on 911 password error. why is this being randmly sent to us?
* Fixed: Tab ordering in global away dialog
* Change: initial size defaults to 370x260
* Feature: Activated minx/miny in dcc.xml
* Change: Updated prefs in talk to have diff example for timestamps
* Feature: Option for up/down always to activate history
* Fixed: MSN Foreign characters should work (copy/paste will be strange if they are there for a few releases)
* Feature: Pref to only play inbound sounds if not in focus
* Fixed: a bunch of multimonitor stuff (still not docking)
* Fixed: prefs should save faster
* Change: last screen of install wizard: setup -> set up
* Change: updates on reload (of trillian) for taskbar pref
* Fixed: crash on moving buddies
* Feature: extra information for groups
* Feature: edit box matches font in display area
* Change: URL Grabber limited to 200 links (customizeable soon)
* Fixed: Setting focus from the taskbar does not work in buddy
* Preferences: Removed component setup for now
* Functionality Change: Initial consoles autoattach
* Fixed: removed one thing that may cause crash on load crash
* Feature: novice/advanced modes
* Fixed: bug with IRC putinfo not appearing in colors.ini
* Skins: Fixed: visible tag with buddy-list control in buddy.xml
* Skins: Feature: added minx/miny support to buddy component
* Skins: Fixed: Menu skin works with non 2 pixel sized border
* Feature: added Enter and Escape key to menus
* Skins: Feature: mainregion in menu listing is now activated
* fixed: alt-f4 bug in buddy
* Dcc: Fixed crash with a bad skin
* Dcc: Visible tag now works for list
* Skins: no hard code of nicklist icons
* Skins: Added a nick_scrollbar for channels

  * Functionality Change: Organized collapsing/expanding list right click options
  * Feature: right click->move to folder for list controls
  * Functionality Change: Moved background right click for windows to Options
  * Feature: right click->console menu for all chat windows
  * Fixed: on add menu, select top medium
  * Feature: Page up/down in talk windows
  * Feature: right click->close in you're on
  * Feature: https/ftp links
  * Feature: ctrl-shift-a loads buddy list
  * Functionality Change: Your nick change is not echoed twice in channels
  * Fixed: Flash initial window
  * Feature: right click->view log in all windows
  * Feature: stop flashing after a little bit pref
  * Feature: dont flash channels
  * Functionality Change: use system tray is on by default
  * Feature: switch what does double click in systray
  * Feature: always show buddy on systray click (not toggle) as an option
  * Fixed: No longer requires a click to activate resizing on contact list
  * Functionailty Change: Taskbar entry for contact list is no longer default
  * Feature: added Docking support to contact list
  * Feature: added docking menu to right click of contact list
  * Feature: added extra information section to each buddy.  Currently note only.
  * Fixed: Prefs are now saved when the operating system shuts down and trillian is running
  * Skins: Feature: add buddy text colors based on status (foreground/background)
  * Feature: If a window is requested and already opened, bring to front
  * Feature: minimize button in contact list
  * Feature: icon holder contact list
  * Feature: disconnect/reconnect all right click
  * Feature: show last time online in the tooltip
  * Feature: You're on -> close channel
  * Fixed: Only one connection manager is allowed at any one time
  * Feature: Connection manager open now doesnt stop toolbar and main window
  * Feature: Buddy organization enabled
  * Feature: Added the Trillian button to contact list
  * Fixed: no messed up talk writes to ini (should fix not saving right for some windows)
  * Feature: added 'get skins' button to prefs
  * Fixed: resize icon changes correctly on top of medium icons
  * Feature: Dont base positions on old positions pref
  * Feature: new closing screen
  * Feature: new loading screen
  * Fixed: links, if you right click..get another link, they are screwed up
  * Feature: detach all/attach all (prefs)
  * Fixed: multiline away messages are now saved correctly
  * Fixed: Crash with a bad contact list entry (no text)
  * Fixed: scrollbar up button click, move off, let go, it still goes up (main win)
  * Fixed: fix right click double click in systray (it was a microsoft bug, how annoying)
  * Fixed: Resizing bug fixed.  Resizing now resizes with an offset.  Items fixed: random resizing when a window is clicked, click-let-go will not resize unless moved
  * Functionality Change: Alt-f4 in a console will hide from now on
  * Feature: multiline edit box
  * Skins: Fixed: channellist is no longer required for skinning talk
  * Functionality Change: Dont rewordwrap on up/down resizing
  * Functionality Change: user is typing will disappear if they havent typed in 20 seconds
  * Functionality Change: logs use the real name, not the display name
  * Fixed: no more mouse over sticking in list and toolbar
  * Functionality Change: mousewheel in lists now moves 1/4 page at a time
  * Feature: information tooltips for icon holder
  * Feature: global connect/reconnect
  * Feature: icon holder can do more than connect/disconnected

```
  * Fixed: Maximizing should position better based on actual taskbar pos
  * Fixed: right click on a switcher (like medium icons) items dont work
  * Functionality Change: Systray is the only option in novice mode
  * Feature: new uninstall icon
  * Feature: More emoticons!
  * Feature: taskbar icons per medium
  * Fixed: backgrounds of buttons blue?
  * Fixed: some mouse cursor issues with trillian.exe
  * Fixed: a lot of potential bugs, crashes, leaks, etc
  * Feature: Added a whole bunch more timestamps to irc
  * Fixed: Cleaned up some needless bmps from the components
  * Fixed: Tabs should work in dialog boxes now
  * Fixed: IRC consoles should save their position better
  * Feature: Trillian complains if you do not have the trillian button / icon holder
  * Fixed: Pasting with tabs will not position cursor right
  * Fixed: leaked objects from window deletion
  * Feature: The drawer can now vertically resize with the window
  * Fixed: idle color didnt go to recent offline on sign off
  * Fixed: jspager bug
  * Functionality Change: organized windows options a bit in prefs
  * Fixed: need error message on clicking info if offline folder is selected
  * Fixed: error message when clicking remove and offline folder is selected
  * Feature: double click drawer to close should double click to open to the old size
  * Fixed: skin dialog will no longer be hidden if alwasy on top is on
  * Fixed: no reinstall error message if 'X' is hit on pref based skin chooser
  * Feature: move connection dlls out into their own section of prefs!
  * Fixed: if main window is shrinked, an internal chat window doesnt rewordwrap
  * Functionality Change: connection manager at startup not default anymore
  * Fixed: fixed add group focus problem
  * Fixed: minimizing a detached window shouldnt refocus a trillian window
  * Fixed: in preferecnes section should stay highlited when changing avlues?
  * Fixed: current skin is selected in skin chooser
  * Feature: ops folder has a tooltip: "Channel Operators"
  * Fixed: sometimes the mouseover skipped entries in the list
  * Functionality Change: ctrl-up/down for history on multiline edit boxes
  * Feature: show main window from the trillian button
  * Feature: Show dcc manager from the buddy list
  * Fixed: bug where a newline may be tacked onto a link
  * Fixed: if only one skin available, choose that
  * Fixed: visible=true bug should be fixed
  * Fixed: initial buddies should all be "%user% : Offline User"

--------------------------------------------
Version 0.63                 March 23, 2001
--------------------------------------------
* ICQ: major importing bug fixes; many more contacts should be imported
  now.
* Y!: ugly dumb code in connection routines fixed.
* MSN: fixed buddies not getting signed off when MSN kicks you off.
* MSN: fixed idle swapping while in a disconnected state.
* ICQ: tooltip now shows date of signon for user.  calculate his/her
  online time yourself!  :)
* MSN: fixed memory leak and possible data corruption issue.
* IMs: easier way to change passwords on failure added.
* MSN: changes:
        * opening a window will immediately call the user into a
                conversation; no longer does trillian wait for you
                to type.
        * when typing to a user who hasn't joined the conversation yet,
                trillian caches the data and sends it to him/her
                once he/she joins the conversation, effectively nailing
                the "lost messages" problems we've been seeing.
        * windows don't open unless someone has actually sent you an
```

```
                IM.  this should get rid of the "empty windows,
                waiting for data" effect.
        * the MSN network happened to be badly lagged today during
                testing, which allowed me to see a few strange
                error cases i hadn't in the past.  trillian should perform
                better under odd conditions now and print
                helpful messages to users when necessary.
* MSN: don't allow IM windows to ourselves.  the MSN protocol makes this
  an ugly hack.
* AIM/ICQ: souped up setup wizard to include ICQ importing routines.
* Y!: view profile added to query window context menus.
* AIM/ICQ: fixed reconnection issue.
* IRC: connection manager overhaul:
        + nicknames can be bound to servers/groups
        + perform buffers can be bound to servers/groups
        + identd tab added and made clearer, SYSTEM/PORT options
          enabled.  identd is also separate from username now.
* ALL: tooltips added to buddy entries.
* ICQ: fixed bug whereby after reconnection, contacts were not registering statuses
correctly.
* IRC: /server with no arguments will reconnect you to the last IRC server you used.
* IRC: added 'reconnect' to right click menus.
* AIM: updated the privacy settings to conform with new AIM server-side settings.
they also work now, too.  :)
* ICQ: added importing for 99A, 99B, and 2000A database types.
* ICQ: added web pager support.
* ICQ: added email notification support.
* IRC: added DCC default directory.
* ICQ: added webaware capability.
* IRC: added configurable port usage for DCCs.
* AIM: added block/unblock capabilities to right click menus.
* AIM: added warning capabilities.
* AIM: updated the warning message, previously stating "You've been warned!" to "Your
warning level has changed!"
* AIM: added buddy list icons for warning, alert, and block statuses.
* IMs: added "add to contact list" right click entries as well as allowing add to
contact list from search results.
* IMs: added /ME (angry, capitalized version)
* ALL: implemented the new "global away" techniques.  AIM uses the message of choice
for it's away reason, Y! uses the message of choice as a custom away message, and
ICQ/MSN simply set themselves away, unflexible mediums that they are.  ;)
* ICQ: your nickname is displayed in IM windows when talking to another user.
* MSN: fixed more stupid bugs.
* ALL: fixed more stupid bugs.  MSN gets it's own entry because the bugs were extra
special stupid.
* ALL: added tons more features however log was erased :(
* MSN: fixed idle behavior, wasn't working right.
* ICQ: search by details no longer requires first/last names.
* AIM: blocking users now has a "are you sure" dialog box.
* Y!: colors and effects stripped.
* AIM: fixed AIM import crash.  very stupid bug.
* IRC: set away/back moved to popup menu within console right click.
* IRC: CTCP cloaking prints a message describing what was ignored.
* ICQ/AIM: importing weren't importing to chosen groups. fixed.
* AIM: slight bug with server-side importing fixed.  if you happened to
  have an empty buddylist, trillian wouldn't parse this right.  routines
  should now work much better in general.
* AIM: fixed bug with saving block/allow lists.
* IRC: bug with lists.ini fixed.  modified server entries are stored
  per-profile instead of corrupting the global
  servers.ini file.
* ICQ: away status -> back status not being reported to the GUI
  properly.  fixed.
```

```
* ICQ: don't print 0x0008 TLV messages.
* IRC: fixed /connect syntax
* IRC: fixed wallops display
* IRC: cleaned up /links output a small bit.  more to come in a future
  release.
* IRC: fixed bug with /ban and certain hostmasks.
* IRC: increased text area for /list window error/status display.
* Y!: fixed a memory corruption issue.
* ICQ: choose which UIN's database you wish to import.
* IMs: allow windows to be opened for offline users.  print a warning
  message.
* ICQ: URLs without descriptions are parsed properly.
* ALL: standardized the proxy dialogs.
* IRC: don't write to servers.ini anymore.  lists.ini becomes the
  per-profile serverlist, created from servers.ini.  also
  allows you to delete servers without messing with servers.ini.
* ICQ: auto-away is off until v0.64.
* IRC: disable ping/pong messages until the lag-o-meter works.
* IRC: clicking nicknames while "show op/voice status" won't use the @/+
  in nickname.
* IRC: fix for IRCOp nicklist bug.
* AIM: fixed a few bugs with blocking acting a bit too forceful.  still
  more to come in v0.64, as the blocked icon doesn't quite
  show up all the time yet.
* IRC: fixed CPU hog bug with reconnecting IRC servers.
* ICQ: ICQ has it's own server/port entries now in preferences.  use
  login.icq.com by default.
* MSN: update display name properly in certain cases.
* fixed: pasting large large buffers makes trillian go bewm.
* feature: double click nicklist opens query window
* fixed: %N in timestamp fixed.
* fixed: broken url: http://www.testurl.com/ (if anyone is
  interested)
* fixed: hit enter in uninstall comments?
* fixed: install questionnaire doesnt limit horizontal length
* feature: buddy add window only shows groups
* feature: tooltips added to contact list
* feature: add help->about
* feature: add optional save all settings to disk in prefs
* feature: console state per console instead of per "console"
* fixed: cancel in buddy add still adds
* fixed: skin bug with the min/max/close button on main window
* fixed: not handling a bad registry entry for "Program Files"
* fixed: not handling more than one directory creation in install program
* fixed: handle invalid skins nicer
* fixed: handle bad buddy lists better
* feature: enhanced initial wizard
* fixed: bug with ) after a link
* fixed: skin bug with toolbar and left most entry not obeying coords
* fixed: bug saving you're on colors
* feature: added /skinchooser as a command line argument
* fixed: crash in toolbar with bad skin syntax
* fixed: Potential crash during console close
* fixed: More descriptive message on bad install
* fixed: Wallops fixed
* fixed: bug with irc message #364
* feature: backgrounds of channel list and my stuff now based on skin when small
* feature: channel list is now skinned
* feature: new about box image
* fixed: removed potential slowdown on single click of window
* feature: remove web stuff section from my stuff
* feature: remove all from URL Grabber
* fixed: links ending in ) no longer add ) to link
```

* fixed: after disconnect, send tooltip said received
* feature: closing screen
* feature: turn off closing screen
* feature: turn off multiple instance dialog
* feature: attach/detach revamped
* feature: initial size and location based on medium and type of window
* feature: combo lists rather than boxes in add buddy and connection manager
* feature: save state of offline folder
* feature: nick completion for channels
* fixed: removed /run testing code
* feature: added logging to text files
* fixed: up/down bug with mousewheel
* fixed: crash on paste
* feature: prefs have a bigger window
* feature: added entry for drawer max size into trillian.xml
* feature: default drawer size is 400 pixels
* fixed: cursor not changing over animated control
* fixed: multiple selections within list control
* feature: click on a selection within list to unselect
* feature: drag and drop within buddy list
* feature: highlite on list drag and drop destination
* feature: emoticons
* feature: font selection on a per window basis
* feature: font size on a per window basis
* feature: font size and style cahnge dynamically
* feature: always on top per chat widnow
* feature: ability to set logo position within skin
* fixed: menu did not update position if bound to non default location on resize
* feature: added boundary to trillian.xml for window movement
* feature: back buffer now defaults to 500 lines
* feature: ability to change timestamping on a per window basis
* feature: timestamps update dynamically
* feature: ability to change timestamp formatting
* feature: ability to change the colors for the favorites and you're on in trillian.xml
* fixed: Dont change focus to another trillian window if last window was detached
* feature: added /music to put (8) emoticons on either end
* fixed: switcher controls are now transparent to mouseclicks
* feature: buddy alerts/warning/blocking icons
* feature: url grabber
* feature: My stuff section
* fixed: if clipboard is not accessable, handle paste correctly
* feature: moved prefs around to create a Sounds section
* feature: added emoticon prefs
* feature: added color prefs
* feature: added sound prefs to buddy
* feature: save prefs on apply for talk and buddy
* feature: Don't show component's prefs if there are no prefs for it
* feature: ability to suppress empty groups in buddy list
* feature: show buddies as recently online for X seconds, vice versa
* feature: added timestamp to more messages
* fixed: small bitmaps for backgrounds now draw correctly
* feature: pref to change if windows are detached while away
* feature: autocascade
* feature: autotile
* feature: save bitmap state for windows
* feature: save transparency state for windows
* feature: force main window minimization on start pref
* feature: force buddy list minimization on start pref
* feature: stop loading screen from showing pref
* feature: One time use pref
* feature: add systray pref to right click menus
* feature: convert tabs into spaces on paste pref

* feature: set initial window location pref
* feature: add to startup folder, start menu and desktop folder in prefs
* feature: dcc manager is not visible by default
* feature: buddy list always on top as etiher default, on, off
* feature: Changed format of buddy list into XML based on proposed impp report
* feature: allow buddy list to have any group structure
* feature: super tooltip for buddy list
* feature: links are now found in all text
* feature: increased message length
* feature: added an about box
* fixed: bug with menu where it would set the entire menu to the hover-fore
* feature: added IM colors to the color prefs
* feature: added systray double click to open main interface
* feature: added systray double click as a pref
* feature: added user is typing to msn with icon
* fixed: deal with the taskbar location better on maximize
* fixed: nicklist loading for large channels was speed up a bit
* feature: pref to allow buddy sounds not to play if they have been played recently
* feature: Better global away support with custom away messages
* feature: ability to add buddies by right clicking in many locations
* feature: send/recv lights on IM mediums

--------------------------------------------
Version 0.62 January 28, 2001
--------------------------------------------

* fixed: broken history when pasting
* fixed: fixed detached minimize pref so that the window is visible and wont steal focus
* fixed: hovering over away tooltip lingers even if not away
* fixed: /names will increase nicklist counter
* fixed: focus problems with uninitiated detached minimized windows
* fixed: fixed /names with a %name
* feature: do not allow more than one instance of trillian
* fixed: with parsing back/foreground color
* feature: save text to history if not sent but press up/down while typing
* fixed: control-g and control-k put at the end of an edit box
* feature: ctrl-b bolds
* feature: ctrl-i indents
* fixed: focus changes on uninitiated windows (attached)
* feature: ctrl-k/b/u over selected text will select whole thing
* fixed: fixed ctrl-u underline
* feature: open in a new browser window
* feature: use default browser on links
* feature: play sounds on all im messages (inbound/outbound) w/pref
* feature: enhanced sound preferences in windows->options
* feature: changed menu text from buffer to text
* fixed: windows not re-wordwraping when attached
* fixed: right/left keyboard control bug with menu
* fixed: no longer allows transparency option for attached windows
* fixed: a nicklist disappearing bug
* feature: Added tiling and cascading window support
* feature: Added global away/back
* Fixed: a buddy list bug which caused crashes on large buddy lists
* Fixed: a bug which did not correctly process long links
* feature: Added multi-line pasting into the edit boxes
* feature: Added Copying within the text window - About time!
* Fixed: bug with setup program's install date's on files
* feature: Added a right click menu to web links
* feature: Added buddy preferences to right click buddy menu
* fixed: Made buffer edit boxes in prefs bigger to fit more than 3 digits
* Fixed: problem with wordwrap adding an extra space in new lines
* feature: Added suppress Detach warning pref

* Fixed: Yahoo icon shift in base skin
* feature: Will not play sounds or detach windows on start while away
* IRC: fixed errors with CTCP code causing trillian to send out bad versions and screw up the interpreting of
  responses.
* IRC: added CTCP TIME.
* ICQ/Y!: standardized offline message format.
* ICQ: show nicknames instead of UINs in console status displays.
* AIM/ICQ: fixed *another* bug with buddy idle parsing.  sheesh.
* IMs: added pref - show buddy status changes in console.
* AIM: fixed: the first time you right click Get Member Info someone, it says "You must enter a name!"
* IRC: links completed.
* IRC: added pref - display username w/channel status info (i.e <@Bob> Hi guys!).
* IRC: fixed bug with identd pref not being saved.
* MSN: fixed hotmail parsing, it should be displaying to the console now.  real notifications (systray) come later.
* IRC: added /mop, /mdop, /mv, /mdv
* IRC: trillian will not issue a "WHO <channel>" upon joining a channel to populate the userhost cache if your current server
  lagtime is 10 seconds or greater.
* ICQ: ICQ meta info stuff added in basic form. needs work still.
* IRC: added option to disable the usage of masks with IRC's notify system.  this will speed things up if disabled.
* IRC: cmanager wasn't using the port you gave it if an actual entry in the servers database existed.
* IRC: fixed bug with DCC error printing crashing trillian.
* IRC: fixed bug with DCC CHATs not being accepted when sending to yourself.
* AIM: added server-side buddy support to trillian.  AIM stores groups on the servers as well, which makes things way
  too confusing for me to deal with right now, so v0.62 is only going to *import* buddies from AIM.  any changes made
  to the buddylist will not actually take effect in the server.  this works out nicely, i think.
* ALL: fixed broken link: http://www.download.com/downloads/0,123,123132.html
* ICQ: trillian will now keep you invisible on reconnects.
* AIM: server-side buddy imports also import buddy alerts.
* AIM: print obnoxious 'thanks alot' message when AIM redirects us to a BOS with a class C broadcast address.
* IRC: fixed a bug w/ "/dcc close" because of a debug message i forgot to take out.
* IMs: forceful disconnects didn't reset the away icon.
* AIM: fixed bug with get member info improperly parsing profiles w/links.
* AIM: %n wasn't working properly for inbound profiles and such.  fixed.
* ICQ: right click 'view user info' added.
* AIM: now display the away message along with the profile in get member info.
* ICQ: toggling UINs would screw up if the user had no nickname available.  check for this.
* AIM: fixed bug with buddy idle alerts displaying when they shouldn't.
* AIM/ICQ/MSN: added SOCKS4, SOCKS5, and HTTP proxying.
* IRC: added HTTP proxying.
* AIM/ICQ/MSN: removed any instances of blocking connection procedures.
* IRC: perhaps fixed SOCKS through DCCs?  needs work.
* AIM: wasn't calculating our idle time properly.
* MSN: fixed a bug with buddylist corruption.
* ICQ: when ICQ was put in away mode by Trillian it didn't update the console to show that ICQ was away.  fixed.
* ICQ: imported users were getting the wrong right click menu, as were those who had alerts removed.
* AIM: when someone messaged you, the "Get Member Info" entry wasn't showing up in the right click menu for the window.
* AIM: warning level wasn't printing correctly.
* all: updated HTML stripping routines to allow for usage of < and >.
* MSN: fixed a crash with new mail announcements.

```
* IRC: unknown commands get sent to the server.
* all: fixed link routines not to link things like "awww..."
* MSN: fixed memory corruption bug.
* Y!: when signing on to Y!, you don't get online packets for buddies who are
idle/away, so trillian wasn't registering
  these buddies as being online.  fixed.
* all: when adding buddies, focus is set to the edit box for the username.
* wordwrap has been sped up a bit more.  premature clipping problems should be gone as
well.
* buddy info button added for ICQ, AIM, MSN, and Y!.
* Y!: "View profile" link added to buddylist right click menu.
* IRC: trillian can understand names with '%' in front of them now.
* IRC: added +e (exceptions) to the channel manager.
* AIM: fixed anonymous warning displays.
* IRC: fixed inbound /me's not printing.
* ICQ: fixed 'away' mode with ICQ.
* ICQ: global away sets ICQ away properly as well.
* ICQ/AIM: fixed a bug with auto-responding.
* all: attempt a graceful shutdown when winsock isn't up to par (2.0 or greater)
* ICQ/Y!: parse offline messages for links.
* IRC: unknown CTCPs print mIRC style.
* ICQ: fixed 2 stupid bugs with DB importing.
* ICQ: buddy signon/signof wasn't printing to window.
* all: echo a message when sending auto-responses.


--------------------------------------------
Version 0.61              December 23, 2000
--------------------------------------------

* added a holiday skin to this release
* YAHOO: engine created.
* added buddy prefs
* added a new version of xerces
* changed default font size to 13
* fixed bug with double click links
* added web links to all mediums
* fixed scrolling to not cut off top entry
* fixed wordwrap is messed up a bit, cuts of chars
* install questionaire : Other web site (Please specify)
* Change "You must be connected to a server" to "You must be connected to an IRC
server (IRC-Only feature)" to dcc chats/echats etc
* Added license agreement to install program
* fixed crash with a click on a large list
* detach a channel, dont get nicklist menu
* grey out idle buddies
* add example link for buddy add
* fixed bad location for main window
* fix left only menu keyboard control, also added down/up
* change it to say donationware in prefs - Not donated to instaed of unregistered
* change ctrl-x to ctrl-alt-x to exit
* back button in buddy wizard
* buddy right click
* Fixed potential bomb in connection manager
* Install no longer uses program files as default, will query registry
* add timestamps in im windows
* ESC closes query windows
* label little button that removes stuff in dialogs
* request: supressing buddy medium icons
* bug with buddy scroll
* added buddy offline folder
* fixed a problem with windows which were previously detached, not listening
* fixed a potential bug with parsing routines
```

```
* fixed a possible cause of the crash on exit bug
* added systray support
* fixed buddy list disappearing offscreen
* add donateware license agreement
* glow you're on entries when not in focus
* added more color features (pref section coming soon)
* buddy icons in detached window taskbar menu
* IRC: idle whois rightclick
* IRC: *** Signon by Nickname (User@host.dom, Mask: *!*@*) detected
* AIM: redid buddy import to use .BLT files.
* AIM: fixed buddies not being registered as signed off if you had "close consoles"
set in the windows pref instead of "Close and stay open".
* MSN: Leif from Sweden pointed out a pretty nasty MSN bug which i've fixed.  i was
basically killing entire buddy lists :)  i now import them into the trillian buddy
list properly.  sigh... need more MSN testing.
* IMs: buddy idle messages.
* MSN: parse "OUT" command from the server.
* IRC: fixed a quick bug w/what i was passing to usage().  nothing exciting.
* ICQ: when adding a buddy, trillian goes off and looks up their personal information
to locate their nickname.  if found, it replaces the display name of the buddylist
entry with the users nickname.
* AIM: allow "Get Member Info" clicks from buddy list.
* AIM: added buddy alerts via buddy list right click, ala WinAim.
* AIM: get user info prints away status & away message if user is marked as away.
* IRC: fixed a bug with the channel manager not setting limits if one was already set.
* AIM: i now handle the opening of buddy windows through the buddy list through right
clicks.
* AIM: rewrote my entire buddy/window handling routines to handle ICQ's "display name"
quirks.
* ICQ: center the authorization request dialog.
* AIM: print the forceful signoff message correctly.
* ICQ: buddy imports for 2000b DB files.
* IM's/queries detached per medium in preferences.
* AIM/MSN: label delete button in connection manager.
* AIM/MSN: create accounts for these services from within trillian by launching
browser.
* AIM/ICQ: send "you've signed off" to IM windows on disconnect
* AIM/ICQ: right click open IM w/non buddy.
* IMs: fixed random IM crashes on closing of console.
* AIM: fixed ABR in AIM engine.  was trying to read from data that didn't
exist because the code was commented out.
* AIM: fixed a FIM in the AIM engine.
* IMs: fixed bug with buddy selection dialog when on an IM service more
than once.
* AIM: fixed not highlighting the right name in getmember info
* IMs: redid the connection routines for the IM engines to handle a failed
  DNS resolution more gracefully.
* IMs: added variable for when to set us idle.
* IRC: bugfixes with multiple server connections and buddy list activity.
* IMs: added links (IRC coming later, sorry)
* IMs: bring buddy alert window to top on creation.
* tons of misc bug fixes.

--------------------------------------------
Version 0.6                November 29, 2000
--------------------------------------------

* Tons of miscellaneous bug fixes and feature additions
* Reduced resources needed for windows
* Fixed resource leak during window attach/detach/removal
* added AIM
* added ICQ
* added MSN
```

```
* fixed a strange bug with case 333; a strange IRC daemon was sending the last two
arguments as
  a single argument (:Arg Arg) instead of (Arg Arg), so i was crashing.  ??
* added Country field to servernames.
* re-vamped the connection manager to display in a tree format, with countries and
pretty icons.
* connection manager highlights the last server you've connected to.
* added perform checkbox & editbox to GUI.
* added /LIST Dalnet-style.  tons of new filtering options & /list stoppage ability on
DALnet servers.
* /LIST window can now save to filenames, and read from them & re-apply filter
settings locally.
* fixed a bug that wasn't allowing you to join local rooms (&).
* describe ban types in preferences
* added /list help window
* remove /list filenames from combo box & delete file
* remove common /finger entries.
* added ignore list to GUI + saving to prefs.
* ignore list "add" window & remove button
* cleaned up the add/edit boxes of the connection manager a bit.
* added getBuildDate();
* fixed finger window buffering to add \r\n
* flood control doesn't trigger when data comes from your nickname. (?)
* fixed a bug with /away not returning you back to "here" status.
* fixed DCC crash on exit bug
* added prefs to AIM/ICQ engine.
* threaded the /list file read.
* fixed bug, try next server doesnt work on first attempt if LAST_SERVER var differs
from attempt.
* add local IP address to preferences.
* added "connect" & "server" options to fetch a users IP address.
* added profile to prefs.
* changed char buffers to unsigned char buffers for DCCs.  stupid, stupid, stupid.  i
must have been on
  crack when i wrote that code.
* join /list while filtering files
* fixed a few bugs in the connection manager that popped up after i added country
combo boxes to
  the add/edit menus.
* user defined servers go into lists.ini, enabling us to use servers.ini as a static
type list that
  can be replaced at any time.
* properly parse randoms in mIRC servers.ini format.
* socks 4/5 gui
* fixed up the SOCKS crap and cleaned up io_watch() a bit.
* quit memory cleanup & closeMainThread for aim DLL.
* global pref pages
* added 'profiles' to AIM/ICQ engine.  this way, prefs are stored on a per username
basis, ala winAIM.
* IRC: added 'open empty console' pref.  console is not opened automatically upon
opening trillian, but this is
  an option if you desire it.  auto-connects to a server will also trigger this
functionality.
* ALL: connection wizard
* ALL: added buddy list GUI support.
* IRC: added importing of mIRC buddy lists.
* IRC: nicklist right click.
* Added Buddy Wizard
* redid buddy list
* added buffer saving
* added window prefs
* The way config files are stored has changed a little bit.
* Trillian and connection wizard are centered upon first use
```

```
* Add autosetup so that the new component system will search and
  find the correct components.
* Redid the list control.  Now supports better icon support,
  more depth, smooth scrolling and mousewheel.
* Drawar is now open by default on first use.
* Added GUI enhancements and functionality to install program.
* did TONS of skinning support and enhancements.  Docs are coming!
* Added new loading image
* made the normal moving cursor an arrow
* fixed Control key sticking
* totally redid how components are loaded within trillian
* dcc chat/echat remembering of nicks
* dcc recent list no longer allows repeats
* Fixed scrollbar misalign with remove all inactive and an active dcc going
* fixed %'s not showing up in dcc chats
* connection manager pop up on start with pref "Show @ Startup"
* Files must now exist in order to send
* clicking on dcc manager in windows taskbar makes it pop up
* Fixed buddy list pref bombing on mask add without buddy
* Added group editing in buddy list prefs
* Changed name of Tools->Connection Manager to Tools->DCC Manager
* New icons added
* Always on top propogates to all windows
* save dcc manager positions
* save window positions/sizes for channels/queries based on global name
* Fixed animated logo bug within prefs
* Fixed min/max bug

--------------------------------------------
Version 0.521                August 11, 2000
--------------------------------------------
* Fixed /list and channel manager bug
* reverted back to commercial install just for this release

--------------------------------------------
Version 0.52                 August 11, 2000
--------------------------------------------
* Added logo preferences, which dont save to a file yet
* Fixed echat close bug
* Fixed component.dat saving in wrong directory
* Fixed drawar separator bug when moving over drawar tab
* fixed dcc remove all inactive bug with active dccs
* added license and readme.txt viewing from within prefs
* Fixed toolbar bomb when drawar is moved
* Added loading trillian progress bar
* remembers dcc manager visibility
* updated connection manager to support groups, and addition/removal of both
  groups and servers.  trillian's servers.ini is more or less directly
  compatible with mIRC's, except for the "Random" stuff that i didn't bother
  adding.
* added userhost caching to prevent unnecessary /userhost and /whois lookups.
* added "I'm not using the encrypted version of trillian" message when
  necessary.
* check newly added masks against ? entires to see if they can be updated
* threaded the DNS calls to stop trillian from freezing.  this was a very long,
  involved procedure, as i ended up re-writing the entire server connection
  routines again to work nicely with threads.
* added variable -- LAST_SERVER_CON for automatic connect.
* added friendslist dialog
* added all GUI front end for enemy list.
* added 'help' button for friend modes.
* added /LIST window.
* /server now properly adds to servernames list, and exiting trillian dumps
```

```
  vars to INI files.
* fixed up and re-furbished /LIST window a bit.
* fixed a few array bounds writes that the memory profiler noticed.  can't
  believe these things had been lurking around the whole time and trillian
  never crashed?  chalk off at least one strange, random crash!
* fixed mode parsing; for some reason, i wasn't saving the modes i read in
  from the numeric.
* added channel manager with standard line of features:
        + topic changes
        + mode changes
        + ban removal
* added a /finger window.
* added join and query to toolbar
* remembered dcc nicks on dcc send dialog
* added right click options to channels
* added "finger" to toolbar
* fixed toolbar 'stick' when you click, leave toolbar, unclick, return
* added "List Channels" to toolbar
* kicks are now sent to the right place
* added some more license docs and a blurb in prefs
* Custom install program created for trillian.
* Saved window positions and size for main window
* saved states for buddy list (position, visibility)
* Always on top value is saved
* Fixed flicker when buddy list prefs where shown
* Added install questionaire
* buddy list now allows for buddies to change from maybe to definite
* trillian remembers default dirs for skins and config directories.  shortcuts allowed
now.
* random crash on right click in dcc manager fixed
* remove all inactive in dcc manager fixed
* banned message printed correctly
* /topic works and topic is stated on joined
* Fixed long topic bug
* many, many assorted bugfixes.

--------------------------------------------
Version 0.51                    July 1, 2000
--------------------------------------------
* Copying text too buggy for mainstream, removed (will return soon)
* Added license docs to zip (oops)
* Removed legacy dlls unneeded in initial release

--------------------------------------------
Version 0.5                     July 1, 2000
--------------------------------------------
* First public release
```

https://web.archive.org/web/20061007161608/http:/pages.sbcglobal.net/tiqit83/TiqitBrochure.pdf

# eightythree

## Overview

eightythree

Tiqit Computers has created what conventional wisdom in the computing industry considered impossible with today's technology – the first handheld computer that functions as a desktop PC and can be used while walking: **the eightythree.** Combining the portability of a handheld device with the functionality and software compatibility of a desktop PC, the eightythree immediately meets the full needs of enterprise customers. It runs any enterprise standard operating system (OS) – Windows, Linux or UNIX – which lets users employ the same software and applications, including industry-specific packages and custom-designed software, that reside on their desktop PCs. The end result is a more mobile and efficient enterprise with reduced IT costs and simplified administration.



## Advantages

### Hardware

- Leverage existing PC standards with reduced TCO.
- High capacity hard disk drive allows for local storage of large databases.
- Far smaller and lighter than a laptop, use standing up or sitting.
- Ergonomically designed for both one-handed and two-handed mobile use.
- Ideal for mobile applications, both professional and industrial.
- Connects to standard devices: digital cameras, projectors, bar code scanners, docking stations.
- Available for mass production immediately.

### Software

- Substantial reduction in TCO through standardization on a single device OS.
- Standard PC architecture supports legacy applications.
- Reduces need to employ multiple mobile OS's.
- Eliminates the vast majority of expensive OS porting efforts.
- Database support for enterprise applications without wireless connectivity.
- Opens any email attachment or PC document.

## Technical Specifications

- Dimensions: 5.9" x 4.0" x 1.1" (150mm x 102mm x 28mm)
- Weight: 20 oz (567g) including battery
- Processor: 300 MHz Pentium-class National Geode
- Operating System: Windows XP, Windows XPe, Windows 2000, Linux, UNIX
- Memory: 256 MB
- Storage: 5, 10 or 20 GB hard disk drive
- Screen: 4" 640x480 TFT (18-bit color) with touchscreen and backlight
- Input/Output: PCMCIA/PC Card, Secure Digital/MMC, USB, Stereo Headphones, Earbud/Mic, Speaker, IrDA, Power, Docking
- User Interface: 56-key QWERTY keyboard, touch screen, thumb-operated joystick with mouse buttons
- Docking: Hi-res VGA, USB, Line Out, Line In, RS232/Serial, Power
- Power: Internal lithium ion rechargeable battery, 4+ hours

TIQIT

For more information write to eightythree@tiqit.com, or call 650-802-8171 extension 8.

https://web.archive.org/web/20030502102319/http:/www.palm.com/products/handhelds/tungsten-c/tungsten_c_ds.pdf

# ULTRA POWERFUL. BUILT-IN WI-FI.



## KEY FEATURES

| | |
|---|---|
| **Packed with Power** | Fully loaded with an ultra-fast 400MHz Intel processor, Palm OS 5.2.1 and 64MB* of internal memory, it handles email, web browsing and all of your important information with blazing speed and efficiency. *51MB actual storage capacity. |
| **Built-in Wi-Fi*** | Access your business and personal networks using the Tungsten C handheld's built-in Wi-Fi* (802.11b) technology. *May require additional service plans and equipment, sold separately. Rate plans vary. |
| **Outstanding Color** | A new easy-to-read, high resolution, 320x320 transflective color screen displays all of your information—web pages, presentations, emails and more—with vibrant, ultra-sharp clarity. |
| **Take Your Office with You** | Create and edit Word, Excel and PowerPoint* compatible files, even send and receive them as attachments**, using software built into your handheld. View PDFs using Adobe Acrobat software included in the box. *Windows only **Attachment support based on proper VersaMail configuration. |

# TUNGSTEN™ | C

For the ultimate in performance, Palm delivers its most powerful and robust handheld yet, the Palm™ Tungsten™ C handheld. Running on an ultra-fast processor, the latest Palm OS and plenty of memory, it handles your complex business files with ease.

Need to check your email for an urgent message or quickly browse the web? Don't want the hassle and the wait of booting up your laptop? The Tungsten C handheld's built-in Wi-Fi* (802.11b) technology lets you access your business and personal networks, send email and attachments** and browse the Internet with blazing efficiency. You're connected anywhere you have Wi-Fi access—at your office, at home, in airports, hotels, cafes and more—with the number of access points and HotSpots continually growing.

Plus, it features a new high-resolution 320x320 color screen, a built-in keyboard, a 5-way navigator button for one handed access to information, dual expansion capabilities and all the tools you need to stay productive.

*May require additional service plans and equipment, sold separately. Rate plans vary. **Attachment support based on proper VersaMail configuration.

Wi-Fi® CERTIFIED

BUSINESS SOLUTIONS palm®

# TUNGSTEN | C




*51MB actual storage capacity

## FEATURES

| | |
|---|---|
| **Size and Weight** | 4.8" x 3.07" x .65"; 6.3 oz. |
| **Memory** | 64MB (51MB actual storage capacity) |
| **Operating System** | Palm OS® 5.2.1 |
| **Processor** | 400MHz Intel® PXA255 processor with Intel® XScale technology |
| **Screen** | 16-bit, 320x320 transflective TFT color display supports more than 65,000 colors |
| **Battery** | 1500mAh Rechargeable Lithium Ion/Polymer |
| **Palm Expansion Slot** | Add extra memory, content like a travel card, or a card module like a digital camera (sold separately) |
| **Palm Universal Connector** | Add hardware like a portable keyboard or a battery pack (sold separately) |
| **Built-in Keyboard** | Quickly type and respond to emails, easily enter information |
| **5-way Navigator Button** | Access information with just one hand |
| **Mobile Radio** | Wi-Fi certified Intersil Prism 3.0 802.11b radio |
| **Hands-free Headset** | Accepts Palm Tungsten W and C Hands-free Headset for audio playback (sold separately) |
| **Notification** | Vibration, Audio, LED notification |

## WHAT'S IN THE BOX

**Palm Desktop software**
- Palm Desktop 4.1, including Note Pad, Photos and Voice Memo
- Chapura PocketMirror 3.1, for synchronization with Microsoft Outlook (Windows only)

**Software Essentials CD**
- **Productivity**
  - Adobe Acrobat Reader for Palm OS®
  - Copytalk
  - Infinity Softworks powerOne personal calculator
  - WorldMate
  - Voice Memo
  - Printboy printing software by Bachmann
- **Communications**
  - AOL for Palm OS (link)
  - AvantGo for Palm OS (link)
  - More VPN Solutions (link)
  - Colligo Calendar
  - HotSpot Service (link)
- **Entertainment**
  - Solitaire by Handmark
  - Kinoma Player & Producer by Kinoma
  - Palm Reader
- **Enterprise**
  - Web links to learn more about:
    - Security
    - Deployment
    - Manageability

**Applications on Device ROM:**
- Address Book, Calculator, Card Info, Date Book, HotSync®, Memo Pad, Note Pad, Preferences, To Do List, World Clock
- VersaMail 2.5
- PalmSource Web Browser 2.0
- Palm Photos
- DataViz® Documents To Go® Professional Edition 5.1 for Word, Excel and PowerPoint* compatible files
- PPTP VPN client by Mergic
- Enhanced Security (with password character blocking, timeouts and 128-bit Encryption)
- Special Applications: Keyboard Application, Wi-Fi Setup, User Tours/Tutorials for Device Overview, Keyboard and 5-Way Navigation

## SUPPORTED DESKTOP SYSTEMS AND REQUIREMENTS

PC running Windows 98/NT 4.0/2000/Me/XP (Windows NT, 2000 and XP require admin rights to install. Windows NT and systems without USB ports, require the Palm HotSync® Cradle-Serial, SKU P10828U, sold separately)

Or Mac OS X, version 10.1.2 or higher Check palm.com for Mac OS support

## REMOTE ACCESS REQUIREMENTS (HOTSPOTS):

Service plans sold separately. Check with your wireless provider for availability or find out more by running the HotSpot Service link from the Software Essentials CD.

## FOR MORE INFORMATION VISIT www.palm.com

*Windows only

**Palm Solutions Group**
400 North McCarthy Blvd.
Milpitas, CA 95035

© 2003 Palm, Inc. All rights reserved. The Palm logo, Palm OS and HotSync are registered trademarks and Palm, Tungsten and the Tungsten trade dress are trademarks of Palm, Inc. Other products and brand names may be trademarks or registered trademarks of their respective owners. Palm, Inc. uses the MultiMediaCard and SD trademarks under express license from their respective owners. All other mentioned products or company names are used for identification purposes only, and may be trademarks of their respective owners.

TC DS 0303

https://web.archive.org/web/20051017045549/http:/www.prnewswire.com/mnr/palm/10757/docs/SG--PalmTungstenC-Release.pdf

MEDIA CONTACTS: PR2003-SG07

Jim Christensen
Palm, Inc.
408.503.7472
jim.christensen@corp.palm.com

Daphne Dickson
A&R Partners for Palm, Inc.
650.762.2840
ddickson@arpartners.com

# New Palm Tungsten C Handheld Delivers Uncompromising Wireless Power and Speed on Corporate Campuses

## Integrated Wi-Fi, Built-in Keyboard and the Most Memory and Power of Any Palm Branded Device Offer On-site Professionals Fast Data Access

MILPITAS, Calif., April 23, 2003 – For campus-based professionals on the move all day, managing meetings and interacting with data for quick decision-making, Palm, Inc. (Nasdaq: PALM) today introduced its most powerful handheld computer with built-in high-speed wireless connectivity -- the Palm(TM) Tungsten(TM) C handheld. As Wi-Fi hotspots become increasingly commonplace in airports, hotels, offices, hospitals and universities across the nation, Tungsten C handheld users can gain fast wireless access to the Internet, email, messaging, large applications and other corporate data while traveling or anywhere within their business' Wi-Fi-enabled network.[1]

The Tungsten C handheld debuts several innovations in design and technology to address what campus networkers want most in a handheld. It is Palm's first device to ship with integrated Wi-Fi, or 802.11b, for wireless campus connectivity. It offers 64MB[2] of memory to manage data-intensive applications; 400MHz of ARM processing power to drastically reduce wait times for almost any query or application; a 320 x 320 transflective TFT display (Palm's sharpest screen to date for indoor and outdoor viewing); and integrated, full-featured business applications, such as VersaMail(TM) 2.5 for email, and DataViz(R) Documents To Go(R) for efficiently managing Microsoft Word, Excel and PowerPoint compatible documents.

"The Palm Tungsten C handheld arms mobile professionals on Wi-Fi campuses and via hotspots with constant access to their most important data," said Todd Bradley, president and chief executive officer of Palm Solutions Group. "Mobile professionals, educators, doctors, government officials, emergency workers, line-of-business and IT managers alike can go about their work while away from their desktops and never miss an important piece of information."

Businesses can implement a wide range of mobile wireless solutions that take advantage of the Tungsten C handheld's power and speed. For instance, with integration with IBM's WebSphere Everyplace Access platform, the Tungsten C handheld can provide mobile access to a wide range of enterprise data and applications, as well as personal productivity applications and Lotus Instant Messaging.

"Users are increasingly requiring access to applications on the Palm platform based on open standards technology aimed at helping enterprises gain fast, secure and reliable mobile access to data through Wi-Fi networked locations," said Adel Al-Saleh, general manager, IBM Wireless e-Business Solutions.

High-speed Networking

Wi-Fi networked locations are appearing in hotels, such as the Four Seasons, Hilton and Marriott; airports, such as Boston, Chicago, Dallas, Denver, Los Angeles, San Francisco, San Jose and Tampa; and restaurants and cafes, such as The Armani Cafe in Boston, Starbucks and McDonalds.(1) This shift in the networking landscape enables users of the Tungsten C handheld with integrated 802.11b to process and distribute information at high speeds that are critical for work and productivity.

The Tungsten C handheld's high-speed networking capabilities are powered by a 400MHz processor, the fastest processor available today for handhelds. With 64MB of memory, this handheld provides the most memory available for any Palm OS(R) based device, representing a technology breakthrough by Palm Solutions Group. Palm handheld users now can run more applications and store more data than ever before on a Palm Powered(TM) device -- including emails with attachments, pictures, video clips, voice memos and games. An internal rechargeable 1500mAh battery provides a full work day of consistent Wi-Fi connectivity, or a full work week of normal handheld use.(3)

Software

Running on Palm OS 5.2.1, the Palm Tungsten C handheld is the first Palm branded device to integrate natively full-featured business applications such as DataViz Documents To Go Professional Edition for Word, Excel and PowerPoint compatible document handling; the proxyless web browser by PalmSource, Inc. that supports HTML, JavaScript and other Internet standards; and Palm Photo View 1.0. The Tungsten C handheld delivers additional software features, such as color themes; on-screen writing; and Graffiti(R) 2, Palm's new and more intuitive handwriting-recognition software.

The Tungsten C handheld also natively integrates VersaMail 2.5, the latest offering in the line of Palm personal email software applications. Supporting up to eight personal and/or corporate email accounts, VersaMail 2.5 features capabilities such as auto retrieve, which lets users set their devices to automatically wake up and check for new email, as well as new viewing preferences such as multiline view, support for basic HTML mail and expanded font support. Additional enhanced functionality enables Tungsten C handheld users to wirelessly download and view the text of Microsoft Word documents, JPG images, ZIP files and HTML email attachments.

The Tungsten C handheld comes with Chapura PocketMirror 3.1 for synchronization with Microsoft Outlook (Windows only) and is bundled with 10 productivity, communication and entertainment applications, including printing software that allows corporate users to access their Wi-Fi networks and print directly to their network printers. Additional links from the Tungsten C Essentials CD provide shortcuts to applications from AOL, AvantGo and more VPN solutions. A complete list and description of applications is available at http://www.palm.com/products/handhelds/tungsten-c/inthebox.html.

Security

For mobile and small- or home-office professionals who need behind-the-firewall access to their networks, the Tungsten C handheld ships with a built-in PPTP (point-to-point tunneling protocol) virtual private network (VPN) from Mergic. This solution enables individuals to securely check email, browse the web or company intranet and wirelessly synchronize with their desktop to back up information and manage email.

Additional new security features include application-level encryption and new power-on password capabilities. A 128-bit encryption technology enables users to choose which applications they want encrypted. Password-character blocking keeps bystanders from seeing on-screen passwords. Scheduled and/or regularly timed lockouts protect data when the device isn't in use.

Design and Expansion

A sleek silver device weighing 5.82 oz. (6.3 oz. with stylus), the Tungsten C handheld features many of the key innovations introduced with the new Tungsten line of products, including 5-way, one-handed navigation; an integrated QWERTY thumb keyboard; and a 15mm speaker for application audio playback. Individuals can customize and extend the capabilities of the Tungsten C handheld with Palm's dual-expansion technology, which includes the Palm Expansion Slot for SD Cards, SDIO and MultiMediaCard media (postage-stamp-sized cards that allow users to access important information without sacrificing valuable memory space), and the Palm Universal Connector for hardware add-ons. Palm's dual-expansion technology enables users to add new software, business applications or memory; attach peripherals, such as a keyboard, camera, or a Microsoft PowerPoint presenter such as Margi Presenter-to-Go; and back up their handhelds on-the-go with the 64MB Palm Backup Card.

Accessories

Palm also introduced a range of accessories for the Tungsten C handheld, including the following (all prices are estimated U.S. street price):

- Power To Go -- A clip-on battery pack that recharges the Tungsten C handheld and other models while the user continues to work. Additional Power To Go battery packs can be hot-swapped for extended, uninterrupted use. Power To Go extends working time by a full recharge for most Palm handhelds, and up to two recharges with some models. Available in May for $99.95.

- 64MB Backup Card Plus -- A Palm branded SD Card that provides more flexibility to securely back up and restore handheld data. Scheduled to be available later this month for $59.95.

The complete range of accessories for the Palm Tungsten C handheld, including expansion cards, cases and covers, can be found at http://store.palm.com/accessories.

Pricing and Availability

The Palm Tungsten C handheld is $499 (estimated U.S. street price) and is scheduled to be available May 5 worldwide and online at The Palm Store (http://store.palm.com).

About Palm, Inc.

Information about Palm, Inc. is available at http://www.palm.com/aboutpalm.

# # #

NOTE TO EDITOR: Please see today's related release from Palm, Inc., "Palm Introduces the First Multimedia-capable Zire Handheld."

Broadcast Video and Other Palm Materials
Palm uses The NewsMarket (www.thenewsmarket.com), a web-based news and video archive, to distribute broadcast-standard video and other materials. Please register on www.thenewsmarket.com to browse and preview an extensive content library and order footage directly from your desktop. Registration and ordering on the site is free.

(1) Wireless access may require a subscription, sold separately.

(2) Actual free memory is 51MB.

(3) Battery life will vary based on usage.

Palm OS is a registered trademark and Palm Powered is a trademark of PalmSource, Inc., a subsidiary of Palm, Inc. Graffiti is a registered trademark and Palm, Tungsten and VersaMail are trademarks of Palm, Inc. Other brands may be trademarks of their respective owners.

https://web.archive.org/web/20030815031619/http://www.tt-tec.com/Download/T302_ml.pdf

59-JMC Date Filed 03/27/17 Entry Number 146-2 Page

# SnapNType™ Portable Mini-Keyboard

For iPAQ H3800 Series Pocket PC




## User's Guide

SnapNType

TTTech

# Welcome

Congratulations on your purchase of TT Tech SnapNType keyboard for your Compaq iPAQ Handheld. The SnapNType keyboard is easy to install and use. With its compact design, you can start writing your e-mails and notes anywhere you go.

# Setting Up Your SnapNType

## Installing the SnapNType Keyboard Software

Before installing the SnapNType software, please make sure that:

1) You have saved all documents.
2) ActiveSync is installed and active on your PC.
3) Your iPAQ has at least 600 KB free memory.

Follow these instructions to install your SnapNType keyboard software on your Compaq iPAQ Handheld:

1) Close all active windows on your iPAQ.
2) Connect your iPAQ to the synchronizing cradle and back up all files.
3) Insert the SnapNType floppy disk into your computer's floppy drive.
4) Open Windows Explorer and double-click the ***Floppy*** Icon. Then double-click the ***Setup*** icon to launch the Installation Wizard. Click ***OK*** to Proceed.
5) Click ***Yes*** in response to the message "Install 'iPAQ SnapNType' using the default application install directory?"
6) Click ***OK*** in response to the message "Application Downloading Complete". You have now successfully copied the SnapNType software on your iPAQ.
   *Note: If "Confirm File Replace" window displays on your iPAQ, select **Yes to All**.*
7) The SnapNType Configuration screen will pop up on your iPAQ. If not, tap the ***SnapNType*** icon on the Start Menu of your iPAQ to enter the Configuration screen.
8) Connect the SnapNType to your iPAQ and start typing in the test area. You can also customize the other configurations here to suit your needs.

## Removing the SnapNType Keyboard Software

Follow these instructions if you want to remove the SnapNType software from your iPAQ:

1) Quit all programs and perform a soft reset.
2) Tap *Start* then select *Settings*.
3) Tap on the *System* tab and then select *Remove Programs*.
4) The list of installed programs will pop up in the *Program in Storage Memory* list.
5) Tap *iPAQ SnapNType*, then tap *Remove*.
6) Tap *Yes* to confirm removal of SnapNType software.

You need to reinstall the SnapNType software before you can use the SnapNType keyboard again.

## Reinstalling or upgrading the SnapNType Software

To reinstall or upgrade the SnapNType software, you must first remove the existing software by following steps outlined above. Then follow the steps outlined in the Software Installation Section.

## Attaching the SnapNType keyboard to your iPAQ

1) Hold your iPAQ (either naked or with the expansion pack) face up in the palm of one hand and the SnapNType keyboard face up in the other hand.
2) If make sure your iPAQ will not slide relative to the protection pack.
3) Slide your iPAQ into the SnapNType keyboard until the connector latches securely. *(see fig. 1 & Fig. 2)*



*Fig. 1* Sliding the iPAQ with expansion pack into the SnapNType



*Fig. 2* Sliding the naked iPAQ into the SnapNType

## Detaching the SnapNType keyboard from your iPAQ

1) Hold your iPAQ face up in the palm of one hand.
2) Press the release buttons on both sides of the SnapNType to release the connector lock. *(see fig. 3)*
3) Remove the iPAQ by sliding away from the SnapNType keyboard. *(see fig. 4)*



*Fig. 3* Press the release buttons on both sides of the SnapNType



*Fig. 4* Remove the iPAQ from the SnapNType

## Charging your iPAQ with the SnapNType

SnapNType includes a DC jack at the bottom of the keyboard. To charge your iPAQ, just insert the AC adapter plug into the DC jack of the SnapNType. *(see fig. 5 & fig 6)*



*Fig. 5* Plug the AC adapter into the DC jack at the bottom of the SnapNType.



*Fig. 6* Typing with SnapNType while charging.

## Using your SnapNType

After installing the SnapNType driver, the software runs automatically and you can use the keyboard at any time. Simply attach the SnapNType to your iPAQ and start typing.

### Typing Lower-case Letters

To enter lower-case letters with your SnapNType, simply type them as you would on a standard computer keyboard.

### Typing Upper-case Letters

To capitalize one letter: press aA/⇧ once and the next letter you enter will be capitalized.

To capitalize a block of letters: press and hold aA/⇧, all other letters you enter while holding aA/⇧ will be capitalized.

To turn on Caps Lock: press SYMB and then press aA/⇧. As long as Caps Lock is turned on, all characters will be entered in upper-case.

To release Caps Lock: press SYMB and then press aA/⇧.

### Typing Numbers and Symbols

To type one number or symbol: press SYMB once, the next key you press will register as the number or symbol printed in orange on the key top.

There are two ways to type a block of numbers or symbols:

1) Press and hold SYMB, all other keys you press while holding SYMB will register the number or symbol.
2) Press SYMB twice, the keyboard will enter Symbol Lock Mode. All subsequent keys you press will register as the number or symbol printed in orange on the key top. To exit symbol Lock Mode, press SYMB one more time.

## Navigation keys

The navigation keys enable you to quickly relocate the cursor on your iPAQ. The following table lists available navigation key commands.

| Keystroke | Action |
|---|---|
| ▲→ | Page Up |
| ▼+ | Page Down |
| SYMB K← | Cursor Left |
| SYMB ▲→ | Cursor Right |
| SYMB L↑ | Cursor Up |
| SYMB ↵↓ | Cursor Down |
| TAB | Space |
| SYMB TAB | Tab |
| ← | Back Space / Delete |
| ↵↓ | Return |

## Application keys

Since the SnapNType covers the application buttons on your iPAQ, these buttons are reproduced on the SnapNType keyboard.

| Keystroke | Action |
|---|---|
| (Calendar key) | Calender |
| (Contacts key) | Contacts |
| (Windows key) | Windows Start |
| ✉ | Mail |
| (Q key) | Q Start |
| (Windows key) + (A - Z) | Launch Applications |




*Fig. 7* Unique extended keyboard, the FaceBoard, for easy typing of extra symbols and e-mail smiley patterns

## The FaceBoard button

Pressing the FaceBoard :-) button will pop up a window containing various less frequently used symbols and punctuation marks. There are also popular Smiley patterns for your e-mails. To select a symbol, you can either touch the on-screen button or press the corresponding key shown on the top of the on-screen button.

You can also use an alternative FaceBoard by pressing SYMB and then :-). The following screen will pop up and you can choose the desired symbol by touching the on-screen button.




*Fig. 8* Alternative FaceBoard.

## Customizing the FaceBoard

You can customize the FaceBoard with any combination of symbols or key string.

To configure FaceBoard:

1) Tap on "Edit" tab in the FaceBoard screen to bring up the editing screen *(see fig. 9)*.
2) Tap on the key you want to redefine, an input screen will come up *(see fig 10)*.
3) Type the desired characters or symbols in the edit box. You can use the iPAQ on-screen SIP keyboard to input special symbols or International characters.
4) Tap "OK" to confirm the change.

To restore FaceBoard to it's original settings, you can tap on the "Default" button on the editing screen *(see fig. 9).*




*Fig. 9* FaceBoard Editing screen.




*Fig. 10* Type in the new characters/ symbols




*Fig. 11* The FaceBoard key is changed

## Configuring the SnapNType software

To bring up the SnapNType configuration screen, tap ***Start*** and then ***SnapNType*** on your iPAQ.

**Enable** - tapping on this button will turn on the SnapNType driver and allow the iPAQ to accept key input from the keyboard.

**Disable** - this will turn off the SnapNType driver.

**Repeat rate** - this will determine the repeat frequency of a key when you hold it down continuously.

**Delay Until Repeat** - this will determine the delay from your holding down a key to the key repeating.

**Click Sound** - you can enable or disable 'key click'. For this function to work properly, you need to first turn on Hardware buttons sound in your iPAQ: tap *Start*, then *Settings*. Select *Sounds & Reminders* and check the *Hardware buttons* box.

**Auto Enable** - the SnapNType driver will automatically enable or disable itself when you plug or unplug the keyboard from your iPAQ. When this feature is turned on, there is no need to manipulate the "Enable" or "Disable" button manually. You can also turn off this feature by un-checking the "Auto Enable" box.




*Fig. 12* SnapNType configuration screen

**Close Software Keyboard** - The software keyboard will be closed when key pressed. Un-check the box to turn off this feature.

**Test Area** - you can test your SnapNType by typing in this area.

## Assigning Quick Launcher

To combine with ⊞ and any alphabet ( A-Z ), you can launch different applications quickly. Tap "*Options*" on SnapNType software to bring out the assigning applications screen (see fig.13). You can easily choose which program to launch with each combination.




*Fig. 13*

## Frequently Asked Questions (FAQ)

**What should I do when I type on the keyboard and nothing happens?**

- Check that your iPAQ is charged and working properly
- Make sure your iPAQ is connected to the SnapNType securely
- Make sure any other Keyboard programs are disabled

- Verify that the SnapNType software is installed
- Confirm that the SnapNType driver is enabled
- Test typing on the Test Area

**Do I need to disable the SnapNType driver each time I finished using it?**
If you have the "Auto Enable" feature turned on, the driver will disable itself automatically when the keyboard is removed from your iPAQ. The driver will turn on automatically next time you connect the keyboard.

**Will ActiveSync be affected?**
The SnapNType is fully compatible with ActiveSync.

**Can I send and receive Infrared while using the SnapNType?**
Yes, Infrared will not be affected.

**Can I use the stylus while using the SnapNType?**
Yes, you can use the stylus and keyboard simultaneously.

**Can I use the SnapNType while using other expansion packs?**
Yes, as long as the expansion pack does not use the same communication port, the SnapNType can be used together with any expansions packs. Otherwise, you will have to switch between the SnapNType and the expansion.

## Technical Support

In the unlikely event that you encounter a problem with your SnapNType keyboard, please contact technical support team at support@tt-tec.com. For the most updated SnapNType driver or more FAQ, please visit http://www.tt-tec.com.

## FCC Regulatory Notice

This device complies with part 15 of the FCC rules. Operation is subject to the following two conditions:

1. This device may not cause harmful interference, and
2. This device must accept any interference received, including interference that may cause undesired operation.

© 2002 TT Tech Ltd. All rights reserved. SnapNType is trademark of TT Tech Limited.
Compaq and the names of Compaq products referenced are either trademarksand/or service marks or registered trademarks and/or service marks of Compaq. iPAQ is a trademark of Compaq Information Technologies Group.

```
--------------------------------------------
Version 0.63                  March 23, 2001
--------------------------------------------
* ICQ: major importing bug fixes; many more contacts should be imported
  now.
* Y!: ugly dumb code in connection routines fixed.
* MSN: fixed buddies not getting signed off when MSN kicks you off.
* MSN: fixed idle swapping while in a disconnected state.
* ICQ: tooltip now shows date of signon for user.  calculate his/her
  online time yourself!  :)
* MSN: fixed memory leak and possible data corruption issue.
* IMs: easier way to change passwords on failure added.
* MSN: changes:
        * opening a window will immediately call the user into a
                conversation; no longer does trillian wait for you
                to type.
        * when typing to a user who hasn't joined the conversation yet,
                trillian caches the data and sends it to him/her
                once he/she joins the conversation, effectively nailing
                the "lost messages" problems we've been seeing.
        * windows don't open unless someone has actually sent you an
                IM.  this should get rid of the "empty windows,
                waiting for data" effect.
        * the MSN network happened to be badly lagged today during
                testing, which allowed me to see a few strange
                error cases i hadn't in the past.  trillian should perform
                better under odd conditions now and print
                helpful messages to users when necessary.
* MSN: don't allow IM windows to ourselves.  the MSN protocol makes this
  an ugly hack.
* AIM/ICQ: souped up setup wizard to include ICQ importing routines.
* Y!: view profile added to query window context menus.
* AIM/ICQ: fixed reconnection issue.
* IRC: connection manager overhaul:
        + nicknames can be bound to servers/groups
        + perform buffers can be bound to servers/groups
        + identd tab added and made clearer, SYSTEM/PORT options
          enabled.  identd is also separate from username now.
* ALL: tooltips added to buddy entries.
* ICQ: fixed bug whereby after reconnection, contacts were not registering statuses
correctly.
* IRC: /server with no arguments will reconnect you to the last IRC server you used.
* IRC: added 'reconnect' to right click menus.
* AIM: updated the privacy settings to conform with new AIM server-side settings.
they also work now, too.  :)
* ICQ: added importing for 99A, 99B, and 2000A database types.
* ICQ: added web pager support.
* ICQ: added email notification support.
* IRC: added DCC default directory.
* ICQ: added webaware capability.
* IRC: added configurable port usage for DCCs.
* AIM: added block/unblock capabilities to right click menus.
* AIM: added warning capabilities.
* AIM: updated the warning message, previously stating "You've been warned!" to "Your
warning level has changed!"
* AIM: added buddy list icons for warning, alert, and block statuses.
* IMs: added "add to contact list" right click entries as well as allowing add to
contact list from search results.
* IMs: added /ME (angry, capitalized version)
* ALL: implemented the new "global away" techniques.  AIM uses the message of choice
for it's away reason, Y! uses the message of choice as a custom away message, and
ICQ/MSN simply set themselves away, unflexible mediums that they are.  ;)
```

```
* ICQ: your nickname is displayed in IM windows when talking to another user.
* MSN: fixed more stupid bugs.
* ALL: fixed more stupid bugs.  MSN gets it's own entry because the bugs were extra
special stupid.
* ALL: added tons more features however log was erased :(
* MSN: fixed idle behavior, wasn't working right.
* ICQ: search by details no longer requires first/last names.
* AIM: blocking users now has a "are you sure" dialog box.
* Y!: colors and effects stripped.
* AIM: fixed AIM import crash.  very stupid bug.
* IRC: set away/back moved to popup menu within console right click.
* IRC: CTCP cloaking prints a message describing what was ignored.
* ICQ/AIM: importing weren't importing to chosen groups. fixed.
* AIM: slight bug with server-side importing fixed.  if you happened to
  have an empty buddylist, trillian wouldn't parse this right.  routines
  should now work much better in general.
* AIM: fixed bug with saving block/allow lists.
* IRC: bug with lists.ini fixed.  modified server entries are stored
  per-profile instead of corrupting the global
  servers.ini file.
* ICQ: away status -> back status not being reported to the GUI
  properly.  fixed.
* ICQ: don't print 0x0008 TLV messages.
* IRC: fixed /connect syntax
* IRC: fixed wallops display
* IRC: cleaned up /links output a small bit.  more to come in a future
  release.
* IRC: fixed bug with /ban and certain hostmasks.
* IRC: increased text area for /list window error/status display.
* Y!: fixed a memory corruption issue.
* ICQ: choose which UIN's database you wish to import.
* IMs: allow windows to be opened for offline users.  print a warning
  message.
* ICQ: URLs without descriptions are parsed properly.
* ALL: standardized the proxy dialogs.
* IRC: don't write to servers.ini anymore.  lists.ini becomes the
  per-profile serverlist, created from servers.ini.  also
  allows you to delete servers without messing with servers.ini.
* ICQ: auto-away is off until v0.64.
* IRC: disable ping/pong messages until the lag-o-meter works.
* IRC: clicking nicknames while "show op/voice status" won't use the @/+
  in nickname.
* IRC: fix for IRCOp nicklist bug.
* AIM: fixed a few bugs with blocking acting a bit too forceful.  still
  more to come in v0.64, as the blocked icon doesn't quite
  show up all the time yet.
* IRC: fixed CPU hog bug with reconnecting IRC servers.
* ICQ: ICQ has it's own server/port entries now in preferences.  use
  login.icq.com by default.
* MSN: update display name properly in certain cases.
* fixed: pasting large large buffers makes trillian go bewm.
* feature: double click nicklist opens query window
* fixed: %N in timestamp fixed.
* fixed: broken url: http://www.testurl.com/ (if anyone is
  interested)
* fixed: hit enter in uninstall comments?
* fixed: install questionnaire doesnt limit horizontal length
* feature: buddy add window only shows groups
* feature: tooltips added to contact list
* feature: add help->about
* feature: add optional save all settings to disk in prefs
* feature: console state per console instead of per "console"
* fixed: cancel in buddy add still adds
```

* fixed: skin bug with the min/max/close button on main window
* fixed: not handling a bad registry entry for "Program Files"
* fixed: not handling more than one directory creation in install program
* fixed: handle invalid skins nicer
* fixed: handle bad buddy lists better
* feature: enhanced initial wizard
* fixed: bug with ) after a link
* fixed: skin bug with toolbar and left most entry not obeying coords
* fixed: bug saving you're on colors
* feature: added /skinchooser as a command line argument
* fixed: crash in toolbar with bad skin syntax
* fixed: Potential crash during console close
* fixed: More descriptive message on bad install
* fixed: Wallops fixed
* fixed: bug with irc message #364
* feature: backgrounds of channel list and my stuff now based on skin when small
* feature: channel list is now skinned
* feature: new about box image
* fixed: removed potential slowdown on single click of window
* feature: remove web stuff section from my stuff
* feature: remove all from URL Grabber
* fixed: links ending in ) no longer add ) to link
* fixed: after disconnect, send tooltip said received
* feature: closing screen
* feature: turn off closing screen
* feature: turn off multiple instance dialog
* feature: attach/detach revamped
* feature: initial size and location based on medium and type of window
* feature: combo lists rather than boxes in add buddy and connection manager
* feature: save state of offline folder
* feature: nick completion for channels
* fixed: removed /run testing code
* feature: added logging to text files
* fixed: up/down bug with mousewheel
* fixed: crash on paste
* feature: prefs have a bigger window
* feature: added entry for drawer max size into trillian.xml
* feature: default drawer size is 400 pixels
* fixed: cursor not changing over animated control
* fixed: multiple selections within list control
* feature: click on a selection within list to unselect
* feature: drag and drop within buddy list
* feature: highlite on list drag and drop destination
* feature: emoticons
* feature: font selection on a per window basis
* feature: font size on a per window basis
* feature: font size and style cahnge dynamically
* feature: always on top per chat widnow
* feature: ability to set logo position within skin
* fixed: menu did not update position if bound to non default location on resize
* feature: added boundary to trillian.xml for window movement
* feature: back buffer now defaults to 500 lines
* feature: ability to change timestamping on a per window basis
* feature: timestamps update dynamically
* feature: ability to change timestamp formatting
* feature: ability to change the colors for the favorites and you're on in trillian.xml
* fixed: Dont change focus to another trillian window if last window was detached
* feature: added /music to put (8) emoticons on either end
* fixed: switcher controls are now transparent to mouseclicks
* feature: buddy alerts/warning/blocking icons
* feature: url grabber
* feature: My stuff section

* fixed: if clipboard is not accessable, handle paste correctly
* feature: moved prefs around to create a Sounds section
* feature: added emoticon prefs
* feature: added color prefs
* feature: added sound prefs to buddy
* feature: save prefs on apply for talk and buddy
* feature: Don't show component's prefs if there are no prefs for it
* feature: ability to suppress empty groups in buddy list
* feature: show buddies as recently online for X seconds, vice versa
* feature: added timestamp to more messages
* fixed: small bitmaps for backgrounds now draw correctly
* feature: pref to change if windows are detached while away
* feature: autocascade
* feature: autotile
* feature: save bitmap state for windows
* feature: save transparency state for windows
* feature: force main window minimization on start pref
* feature: force buddy list minimization on start pref
* feature: stop loading screen from showing pref
* feature: One time use pref
* feature: add systray pref to right click menus
* feature: convert tabs into spaces on paste pref
* feature: set initial window location pref
* feature: add to startup folder, start menu and desktop folder in prefs
* feature: dcc manager is not visible by default
* feature: buddy list always on top as etiher default, on, off
* feature: Changed format of buddy list into XML based on proposed impp report
* feature: allow buddy list to have any group structure
* feature: super tooltip for buddy list
* feature: links are now found in all text
* feature: increased message length
* feature: added an about box
* fixed: bug with menu where it would set the entire menu to the hover-fore
* feature: added IM colors to the color prefs
* feature: added systray double click to open main interface
* feature: added systray double click as a pref
* feature: added user is typing to msn with icon
* fixed: deal with the taskbar location better on maximize
* fixed: nicklist loading for large channels was speed up a bit
* feature: pref to allow buddy sounds not to play if they have been played recently
* feature: Better global away support with custom away messages
* feature: ability to add buddies by right clicking in many locations
* feature: send/recv lights on IM mediums

--------------------------------------------
Version 0.62 January 28, 2001
--------------------------------------------

* fixed: broken history when pasting
* fixed: fixed detached minimize pref so that the window is visible and wont steal focus
* fixed: hovering over away tooltip lingers even if not away
* fixed: /names will increase nicklist counter
* fixed: focus problems with uninitiated detached minimized windows
* fixed: fixed /names with a %name
* feature: do not allow more than one instance of trillian
* fixed: with parsing back/foreground color
* feature: save text to history if not sent but press up/down while typing
* fixed: control-g and control-k put at the end of an edit box
* feature: ctrl-b bolds
* feature: ctrl-i indents
* fixed: focus changes on uninitiated windows (attached)
* feature: ctrl-k/b/u over selected text will select whole thing

* fixed: fixed ctrl-u underline
* feature: open in a new browser window
* feature: use default browser on links
* feature: play sounds on all im messages (inbound/outbound) w/pref
* feature: enhanced sound preferences in windows->options
* feature: changed menu text from buffer to text
* fixed: windows not re-wordwraping when attached
* fixed: right/left keyboard control bug with menu
* fixed: no longer allows transparency option for attached windows
* fixed: a nicklist disappearing bug
* feature: Added tiling and cascading window support
* feature: Added global away/back
* Fixed: a buddy list bug which caused crashes on large buddy lists
* Fixed: a bug which did not correctly process long links
* feature: Added multi-line pasting into the edit boxes
* feature: Added Copying within the text window - About time!
* Fixed: bug with setup program's install date's on files
* feature: Added a right click menu to web links
* feature: Added buddy preferences to right click buddy menu
* fixed: Made buffer edit boxes in prefs bigger to fit more than 3 digits
* Fixed: problem with wordwrap adding an extra space in new lines
* feature: Added suppress Detach warning pref
* Fixed: Yahoo icon shift in base skin
* feature: Will not play sounds or detach windows on start while away
* IRC: fixed errors with CTCP code causing trillian to send out bad versions and screw up the interpreting of
  responses.
* IRC: added CTCP TIME.
* ICQ/Y!: standardized offline message format.
* ICQ: show nicknames instead of UINs in console status displays.
* AIM/ICQ: fixed *another* bug with buddy idle parsing.  sheesh.
* IMs: added pref - show buddy status changes in console.
* AIM: fixed: the first time you right click Get Member Info someone, it says "You must enter a name!"
* IRC: links completed.
* IRC: added pref - display username w/channel status info (i.e <@Bob> Hi guys!).
* IRC: fixed bug with identd pref not being saved.
* MSN: fixed hotmail parsing, it should be displaying to the console now.  real notifications (systray) come later.
* IRC: added /mop, /mdop, /mv, /mdv
* IRC: trillian will not issue a "WHO <channel>" upon joining a channel to populate the userhost cache if your current server
  lagtime is 10 seconds or greater.
* ICQ: ICQ meta info stuff added in basic form. needs work still.
* IRC: added option to disable the usage of masks with IRC's notify system.  this will speed things up if disabled.
* IRC: cmanager wasn't using the port you gave it if an actual entry in the servers database existed.
* IRC: fixed bug with DCC error printing crashing trillian.
* IRC: fixed bug with DCC CHATs not being accepted when sending to yourself.
* AIM: added server-side buddy support to trillian.  AIM stores groups on the servers as well, which makes things way
  too confusing for me to deal with right now, so v0.62 is only going to *import* buddies from AIM.  any changes made
  to the buddylist will not actually take effect in the server.  this works out nicely, i think.
* ALL: fixed broken link: http://www.download.com/downloads/0,123,123132.html
* ICQ: trillian will now keep you invisible on reconnects.
* AIM: server-side buddy imports also import buddy alerts.
* AIM: print obnoxious 'thanks alot' message when AIM redirects us to a BOS with a class C broadcast address.
* IRC: fixed a bug w/ "/dcc close" because of a debug message i forgot to take out.
* IMs: forceful disconnects didn't reset the away icon.

* AIM: fixed bug with get member info improperly parsing profiles w/links.
* AIM: %n wasn't working properly for inbound profiles and such. fixed.
* ICQ: right click 'view user info' added.
* AIM: now display the away message along with the profile in get member info.
* ICQ: toggling UINs would screw up if the user had no nickname available. check for this.
* AIM: fixed bug with buddy idle alerts displaying when they shouldn't.
* AIM/ICQ/MSN: added SOCKS4, SOCKS5, and HTTP proxying.
* IRC: added HTTP proxying.
* AIM/ICQ/MSN: removed any instances of blocking connection procedures.
* IRC: perhaps fixed SOCKS through DCCs? needs work.
* AIM: wasn't calculating our idle time properly.
* MSN: fixed a bug with buddylist corruption.
* ICQ: when ICQ was put in away mode by Trillian it didn't update the console to show that ICQ was away. fixed.
* ICQ: imported users were getting the wrong right click menu, as were those who had alerts removed.
* AIM: when someone messaged you, the "Get Member Info" entry wasn't showing up in the right click menu for the window.
* AIM: warning level wasn't printing correctly.
* all: updated HTML stripping routines to allow for usage of < and >.
* MSN: fixed a crash with new mail announcements.
* IRC: unknown commands get sent to the server.
* all: fixed link routines not to link things like "awww..."
* MSN: fixed memory corruption bug.
* Y!: when signing on to Y!, you don't get online packets for buddies who are idle/away, so trillian wasn't registering these buddies as being online. fixed.
* all: when adding buddies, focus is set to the edit box for the username.
* wordwrap has been sped up a bit more. premature clipping problems should be gone as well.
* buddy info button added for ICQ, AIM, MSN, and Y!.
* Y!: "View profile" link added to buddylist right click menu.
* IRC: trillian can understand names with '%' in front of them now.
* IRC: added +e (exceptions) to the channel manager.
* AIM: fixed anonymous warning displays.
* IRC: fixed inbound /me's not printing.
* ICQ: fixed 'away' mode with ICQ.
* ICQ: global away sets ICQ away properly as well.
* ICQ/AIM: fixed a bug with auto-responding.
* all: attempt a graceful shutdown when winsock isn't up to par (2.0 or greater)
* ICQ/Y!: parse offline messages for links.
* IRC: unknown CTCPs print mIRC style.
* ICQ: fixed 2 stupid bugs with DB importing.
* ICQ: buddy signon/signof wasn't printing to window.
* all: echo a message when sending auto-responses.

--------------------------------------------
Version 0.61 December 23, 2000
--------------------------------------------

* added a holiday skin to this release
* YAHOO: engine created.
* added buddy prefs
* added a new version of xerces
* changed default font size to 13
* fixed bug with double click links
* added web links to all mediums
* fixed scrolling to not cut off top entry
* fixed wordwrap is messed up a bit, cuts of chars
* install questionaire : Other web site (Please specify)
* Change "You must be connected to a server" to "You must be connected to an IRC

server (IRC-Only feature)" to dcc chats/echats etc
* Added license agreement to install program
* fixed crash with a click on a large list
* detach a channel, dont get nicklist menu
* grey out idle buddies
* add example link for buddy add
* fixed bad location for main window
* fix left only menu keyboard control, also added down/up
* change it to say donationware in prefs - Not donated to instaed of unregistered
* change ctrl-x to ctrl-alt-x to exit
* back button in buddy wizard
* buddy right click
* Fixed potential bomb in connection manager
* Install no longer uses program files as default, will query registry
* add timestamps in im windows
* ESC closes query windows
* label little button that removes stuff in dialogs
* request: supressing buddy medium icons
* bug with buddy scroll
* added buddy offline folder
* fixed a problem with windows which were previously detached, not listening
* fixed a potential bug with parsing routines
* fixed a possible cause of the crash on exit bug
* added systray support
* fixed buddy list disappearing offscreen
* add donateware license agreement
* glow you're on entries when not in focus
* added more color features (pref section coming soon)
* buddy icons in detached window taskbar menu
* IRC: idle whois rightclick
* IRC: *** Signon by Nickname (User@host.dom, Mask: *!*@*) detected
* AIM: redid buddy import to use .BLT files.
* AIM: fixed buddies not being registered as signed off if you had "close consoles" set in the windows pref instead of "Close and stay open".
* MSN: Leif from Sweden pointed out a pretty nasty MSN bug which i've fixed. i was basically killing entire buddy lists :) i now import them into the trillian buddy list properly. sigh... need more MSN testing.
* IMs: buddy idle messages.
* MSN: parse "OUT" command from the server.
* IRC: fixed a quick bug w/what i was passing to usage(). nothing exciting.
* ICQ: when adding a buddy, trillian goes off and looks up their personal information to locate their nickname. if found, it replaces the display name of the buddylist entry with the users nickname.
* AIM: allow "Get Member Info" clicks from buddy list.
* AIM: added buddy alerts via buddy list right click, ala WinAim.
* AIM: get user info prints away status & away message if user is marked as away.
* IRC: fixed a bug with the channel manager not setting limits if one was already set.
* AIM: i now handle the opening of buddy windows through the buddy list through right clicks.
* AIM: rewrote my entire buddy/window handling routines to handle ICQ's "display name" quirks.
* ICQ: center the authorization request dialog.
* AIM: print the forceful signoff message correctly.
* ICQ: buddy imports for 2000b DB files.
* IM's/queries detached per medium in preferences.
* AIM/MSN: label delete button in connection manager.
* AIM/MSN: create accounts for these services from within trillian by launching browser.
* AIM/ICQ: send "you've signed off" to IM windows on disconnect
* AIM/ICQ: right click open IM w/non buddy.
* IMs: fixed random IM crashes on closing of console.
* AIM: fixed ABR in AIM engine. was trying to read from data that didn't exist because the code was commented out.

```
* AIM: fixed a FIM in the AIM engine.
* IMs: fixed bug with buddy selection dialog when on an IM service more
than once.
* AIM: fixed not highlighting the right name in getmember info
* IMs: redid the connection routines for the IM engines to handle a failed
  DNS resolution more gracefully.
* IMs: added variable for when to set us idle.
* IRC: bugfixes with multiple server connections and buddy list activity.
* IMs: added links (IRC coming later, sorry)
* IMs: bring buddy alert window to top on creation.
* tons of misc bug fixes.

--------------------------------------------
Version 0.6                November 29, 2000
--------------------------------------------

* Tons of miscellaneous bug fixes and feature additions
* Reduced resources needed for windows
* Fixed resource leak during window attach/detach/removal
* added AIM
* added ICQ
* added MSN
* fixed a strange bug with case 333; a strange IRC daemon was sending the last two
arguments as
  a single argument (:Arg Arg) instead of (Arg Arg), so i was crashing.  ??
* added Country field to servernames.
* re-vamped the connection manager to display in a tree format, with countries and
pretty icons.
* connection manager highlights the last server you've connected to.
* added perform checkbox & editbox to GUI.
* added /LIST Dalnet-style.  tons of new filtering options & /list stoppage ability on
DALnet servers.
* /LIST window can now save to filenames, and read from them & re-apply filter
settings locally.
* fixed a bug that wasn't allowing you to join local rooms (&).
* describe ban types in preferences
* added /list help window
* remove /list filenames from combo box & delete file
* remove common /finger entries.
* added ignore list to GUI + saving to prefs.
* ignore list "add" window & remove button
* cleaned up the add/edit boxes of the connection manager a bit.
* added getBuildDate();
* fixed finger window buffering to add \r\n
* flood control doesn't trigger when data comes from your nickname. (?)
* fixed a bug with /away not returning you back to "here" status.
* fixed DCC crash on exit bug
* added prefs to AIM/ICQ engine.
* threaded the /list file read.
* fixed bug, try next server doesnt work on first attempt if LAST_SERVER var differs
from attempt.
* add local IP address to preferences.
* added "connect" & "server" options to fetch a users IP address.
* added profile to prefs.
* changed char buffers to unsigned char buffers for DCCs.  stupid, stupid, stupid.  i
must have been on
  crack when i wrote that code.
* join /list while filtering files
* fixed a few bugs in the connection manager that popped up after i added country
combo boxes to
  the add/edit menus.
* user defined servers go into lists.ini, enabling us to use servers.ini as a static
type list that
```

```
  can be replaced at any time.
* properly parse randoms in mIRC servers.ini format.
* socks 4/5 gui
* fixed up the SOCKS crap and cleaned up io_watch() a bit.
* quit memory cleanup & closeMainThread for aim DLL.
* global pref pages
* added 'profiles' to AIM/ICQ engine.  this way, prefs are stored on a per username
basis, ala winAIM.
* IRC: added 'open empty console' pref.  console is not opened automatically upon
opening trillian, but this is
  an option if you desire it.  auto-connects to a server will also trigger this
functionality.
* ALL: connection wizard
* ALL: added buddy list GUI support.
* IRC: added importing of mIRC buddy lists.
* IRC: nicklist right click.
* Added Buddy Wizard
* redid buddy list
* added buffer saving
* added window prefs
* The way config files are stored has changed a little bit.
* Trillian and connection wizard are centered upon first use
* Add autosetup so that the new component system will search and
  find the correct components.
* Redid the list control.  Now supports better icon support,
  more depth, smooth scrolling and mousewheel.
* Drawar is now open by default on first use.
* Added GUI enhancements and functionality to install program.
* did TONS of skinning support and enhancements.  Docs are coming!
* Added new loading image
* made the normal moving cursor an arrow
* fixed Control key sticking
* totally redid how components are loaded within trillian
* dcc chat/echat remembering of nicks
* dcc recent list no longer allows repeats
* Fixed scrollbar misalign with remove all inactive and an active dcc going
* fixed %'s not showing up in dcc chats
* connection manager pop up on start with pref "Show @ Startup"
* Files must now exist in order to send
* clicking on dcc manager in windows taskbar makes it pop up
* Fixed buddy list pref bombing on mask add without buddy
* Added group editing in buddy list prefs
* Changed name of Tools->Connection Manager to Tools->DCC Manager
* New icons added
* Always on top propogates to all windows
* save dcc manager positions
* save window positions/sizes for channels/queries based on global name
* Fixed animated logo bug within prefs
* Fixed min/max bug

--------------------------------------------
Version 0.521                August 11, 2000
--------------------------------------------
* Fixed /list and channel manager bug
* reverted back to commercial install just for this release

--------------------------------------------
Version 0.52                 August 11, 2000
--------------------------------------------
* Added logo preferences, which dont save to a file yet
* Fixed echat close bug
* Fixed component.dat saving in wrong directory
* Fixed drawar separator bug when moving over drawar tab
```

```
* fixed dcc remove all inactive bug with active dccs
* added license and readme.txt viewing from within prefs
* Fixed toolbar bomb when drawar is moved
* Added loading trillian progress bar
* remembers dcc manager visibility
* updated connection manager to support groups, and addition/removal of both
  groups and servers.  trillian's servers.ini is more or less directly
  compatible with mIRC's, except for the "Random" stuff that i didn't bother
  adding.
* added userhost caching to prevent unnecessary /userhost and /whois lookups.
* added "I'm not using the encrypted version of trillian" message when
  necessary.
* check newly added masks against ? entires to see if they can be updated
* threaded the DNS calls to stop trillian from freezing.  this was a very long,
  involved procedure, as i ended up re-writing the entire server connection
  routines again to work nicely with threads.
* added variable -- LAST_SERVER_CON for automatic connect.
* added friendslist dialog
* added all GUI front end for enemy list.
* added 'help' button for friend modes.
* added /LIST window.
* /server now properly adds to servernames list, and exiting trillian dumps
  vars to INI files.
* fixed up and re-furbished /LIST window a bit.
* fixed a few array bounds writes that the memory profiler noticed.  can't
  believe these things had been lurking around the whole time and trillian
  never crashed?  chalk off at least one strange, random crash!
* fixed mode parsing; for some reason, i wasn't saving the modes i read in
  from the numeric.
* added channel manager with standard line of features:
        + topic changes
        + mode changes
        + ban removal
* added a /finger window.
* added join and query to toolbar
* remembered dcc nicks on dcc send dialog
* added right click options to channels
* added "finger" to toolbar
* fixed toolbar 'stick' when you click, leave toolbar, unclick, return
* added "List Channels" to toolbar
* kicks are now sent to the right place
* added some more license docs and a blurb in prefs
* Custom install program created for trillian.
* Saved window positions and size for main window
* saved states for buddy list (position, visibility)
* Always on top value is saved
* Fixed flicker when buddy list prefs where shown
* Added install questionaire
* buddy list now allows for buddies to change from maybe to definite
* trillian remembers default dirs for skins and config directories.  shortcuts allowed
now.
* random crash on right click in dcc manager fixed
* remove all inactive in dcc manager fixed
* banned message printed correctly
* /topic works and topic is stated on joined
* Fixed long topic bug
* many, many assorted bugfixes.

--------------------------------------------
Version 0.51                    July 1, 2000
--------------------------------------------
* Copying text too buggy for mainstream, removed (will return soon)
* Added license docs to zip (oops)
```

```
* Removed legacy dlls unneeded in initial release

--------------------------------------------
Version 0.5                     July 1, 2000
--------------------------------------------
* First public release
```


iPAQ
Pocket PC


invent
Agency Series PE2030 A
COMPLIES WITH CANADIAN ICES-003 CLASS B
IC : 466Q-PE2030A
INPUT : 5V DC 2A
Product of Korea
Tested To Comply With FCC Standards
FOR HOME OR OFFICE USE
FCC ID : BEJPDA-PE2030A
NOM
NYCE
MIC
인증번호 : E-A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(B)
R-LARN-02-0420
0682
당해 무선설비는 운용중 전파혼신 가능성이 있음
LISTED
E119002
2.4FH1
2.4DS4
P/N
264493 – 001
SPS
294881 – 001
MODEL
h5450
S/N : 5Y2BKWG1904Y
302812-001


TIQIT



