**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION**

| | |
|---|---|
| Zipit Wireless Inc., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Blackberry Limited f/k/a Research In Motion )<br>Limited, and Blackberry Corporation f/k/a )<br>Research In Motion Corporation, )<br>)<br>Defendants. )<br>) | Civil Action No. 6:13-cv-2959-JMC |

**STIPULATION OF DISMISSAL**

Plaintiff Zipit Wireless Inc. ("Zipit") and Defendants BlackBerry Limited and BlackBerry Corporation (collectively, "BlackBerry") file this Stipulation of Dismissal under Fed. R. Civ. P. 41(a)(1)(A)(ii). Zipit and BlackBerry stipulate that:

1. Zipit consents to dismissal with prejudice of all its claims against BlackBerry in this suit.

2. BlackBerry consents to dismissal with prejudice of all its counterclaims against Zipit in this suit.

3. Zipit and BlackBerry shall each bear its own attorneys' fees, costs, and expenses incurred in connection with this action.

April 17, 2017

Respectfully submitted:

*Attorneys for Defendants* **BLACKBERRY LIMITED** *and* **BLACKBERRY CORPORATION**

By: s/ Steve A. Matthews

Steve A. Matthews
Federal ID No. 5119
smatthews@hsblawfirm.com

**HAYNSWORTH SINKLER BOYD, P.A.**
1201 Main Street (29201-3226)
P.O. Box 11889 (29211-1889)
Columbia, South Carolina
803.540.7827

OF COUNSEL:
(Admitted *pro hac vice*)
Russell Hayman (CA Bar 110643)
Jon Dean (CA Bar 184972)
Tala Jayadevan (CA Bar 288121)
**MCDERMOTT WILL & EMERY LLP**
2049 Century Park East, Suite 3800
Los Angeles, CA 90067
310.551.9334

(Admitted *pro hac vice*)
Leigh Martinson (MA Bar No. 658699)
**MCDERMOTT WILL & EMERY LLP**
28 State Street
Boston, MA 02109
617.535.4074

(Admitted *pro hac vice*)
Casey J. Campbell (IL Bar 6318370)
**MCDERMOTT WILL & EMERY LLP**
227 West Monroe Street
Chicago, IL 60606
312.372.2000

*Attorneys for Plaintiff **ZIPIT WIRELESS, INC.***

By: s/ Robert P. Foster

Robert P. Foster
rfoster@fosterfoster.com
**FOSTER LAW FIRM, LLC**
601 East McBee Avenue
Suite 104
Greenville, South Carolina 29601
864.242.6200

OF COUNSEL:
(Admitted *pro hac vice*)
Stephen R. Risley

2

        Daniel A. Kent
        **KENT & RISLEY LLC**
        555 North Point Center East
        Suite 400
        Alpharetta, GA 30022
        404.585.2101

        (Admitted pro hac vice)
        Robert B. Dulaney III
        **SMITH TEMPEL BLAHA LLC**
        Two Ravina Drive
        Suite 700
        Atlanta, Georgia 30346
        770.709.0086